## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| BYJU'S ALPHA, INC.,[1] | )    Chapter 11 |
| | ) |
|         Debtor. | )    Case No. 24-10140 (BLS) |
| | ) |
| ——————————————————— | ) |
| | ) |
| BYJU'S ALPHA, INC., | ) |
|         Plaintiff, | ) |
| | ) |
|    v. | ) |
| | ) |
| BYJU RAVEENDRAN, DIVYA GOKULNATH, | )    Adv. Pro. Case No. 25-50526 (BLS) |
| and ANITA KISHORE, | ) |
| | ) |
|         Defendants. | ) |
| ——————————————————— | ) |

## CERTIFICATE OF SERVICE

I, Kenneth J. Enos, an attorney, certifies that pursuant to Fed. R. Bankr. P. 7004(a), Fed.

R. Civ. P. 4(f) and Del. Code tit. 10, § 3114, on April 10, 2025, a true and correct copy of the

Sealed Complaint [Docket No. 2] and Summons and Notice of Pretrial Conference [Docket No. 3]

were served on defendant Byju Raveendran by service on Corporation Service Company, the

Registered Agent for BYJU's Alpha, Inc.   A true and correct copy of the Affidavit of Service of

William Besco of Parcels, Inc. is attached hereto as Exhibit A.

I, Kenneth J. Enos, an attorney, further certify that pursuant to Fed. R. Bankr. P. 7004(a),

Fed. R. Civ. P. 4(f) and Del. Code tit. 10, § 3114, true and correct copies of the Sealed Complaint

[Docket No. 2] and Summons and Notice of Pretrial Conference and Notice of Dispute Resolution

---

[1]    The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 Case is: 1007 N. Market Street Ste. G20 452, Wilmington, Delaware 19801.

Alternatives [Docket No. 3], and a letter from the Bankruptcy Court dated April 10, 2025 with a statement that service is being made pursuant to Del. Code Fed. R. Civ. P. 4(f) and Del. Code tit. 10, § 3114, were deposited in the United States mail, by registered and international mail as applicable, postage prepaid, addressed to:

**VIA INTERNATIONAL**
**REGISTERED MAIL**
Mr. Byju Raveendran
Villa L33, Emirates Hills,
Lailak 2 Street, Al Thanyah 4,
Dubai, United Arab Emirates

**VIA INTERNATIONAL**
**REGISTERED MAIL**
Mr. Byju Raveendran
Office 522, Sultan Business Centre,
Al Wasl Building, Oud Metha Road
Dubai, United Arab Emirates

**VIA REGISTERED MAIL**
Mr. Byju Raveendran
c/o BYJU's Alpha, Inc.
2045 North Fremont Street,
Chicago, Illinois 60614

True and correct copies of the letter from the Bankruptcy Court dated April 10, 2025 (without enclosures) and receipts for the international registered mail (April 10, 2025) and the registered mail (April 11, 2025) are attached hereto as Exhibit B.

*[remainder of page left intentionally blank]*

33086773.1

Dated: April 16, 2025
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*
Robert S. Brady (Del. No. 2847)
Kenneth J. Enos (Del. No. 4544)
Jared W. Kochenash (Del. No. 6557)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
rbrady@ycst.com
kenos@ycst.com
jkochenash@ycst.com
tpowell@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani (admitted pro hac vice)
Benjamin Finestone (admitted pro hac vice)
Daniel Holzman (admitted pro hac vice)
Jianjian Ye (admitted pro hac vice)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.: (212) 849 7000
susheelkirpalani@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
danielholzman@quinnemanuel.com
jianjianye@quinnemanuel.com

*Counsel for the Debtor*

**<u>EXHIBIT A</u>**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re:

BYJU'S ALPHA, INC.,1

               Debtor.

-------------------------------------------------------

BYJU'S ALPHA, INC.,

               Plaintiff,

v.

BYJU RAVEENDRAN, DIVYA GOKULNATH,
and ANITA KISHORE,

               Defendants

Chapter 11

Case No. 24-10140 (BLS)

Adv. Pro. Case No. 25-50526 (BLS)

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE      }
                           } ss.
COUNTY OF NEW CASTLE   }

I, William Besco, of Parcels, Inc., the State of Delaware, County of New Castle, being duly
sworn, says that on the 10th day of April, 2025 at 1:55 p.m., I personally served a copy of a
SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY
PROCEEDING and COMPLAINT with supporting documents on **BYJU RAVEENDRAN c/o
BYJU'S ALPHA, INC,** by serving the registered agent, Corporation Service Company at 251
Little Falls Drive Wilmington, DE 19808.

Name of individual accepting service: Lynanne Gares – Authorized to Accept.
Description of individual: Caucasian female, 50-55 yrs. old, 150 lbs., 5'5" with brown hair.

                                         _____
                                           William Besco

Subscribed and sworn before me
This 10th day of April, 2025
Notary Public

_____
My commission expires:

ZAHID HOSSAIN NAWAZ
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires August 25, 2026

**<u>EXHIBIT B</u>**

RE 688 453 058 US

RE 688 453 061 US



**Receipt 1 (RE 688 453 058 US)**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

FROM

Mr. Byju Raveendran
Villa L33, Emirates Hills
Lailak 2 Street, Al Thanyah 4
Dubai, United Arab Emirates

TO

PS Form **3806, Registered Mail Receipt**    Copy 1 - Custom
April 2015, PSN 7530-02-000-9051    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

**Receipt 2 (RE 688 453 061 US)**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

FROM

Mr. Byju Raveendran
Office 552, Sultan Business Care
Al Wasl Building, Oud Metha Road
Dubai, United Arab Emirates

TO

PS Form **3806, Registered Mail Receipt**    Copy 1 - Customer
April 2015, PSN 7530-02-000-9051    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

RE 721 528 525 US

**Receipt 3 (RE 721 528 525 US)**

YOUNG CONAWAY STARGATT & TAYLOR
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

FROM

Mr. Byju Raveendran
c/o Byju's Alpha Inc
2045 North Fremont Street
Chicago, Illinois 60614

TO

PS Form **3806, Registered Mail Receipt**    Copy 1 - Customer
April 2015, PSN 7530-02-000-9051    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

Una O'Boyle                                              824 Market Street
Clerk of Court                                           Wilmington, DE 19801
                                                         Ph: (302) 252-2900

Date: April 10, 2025

**VIA INTERNATIONAL**                    **VIA REGISTERED MAIL**
**REGISTERED MAIL**                      Mr. Byju Raveendran
Mr. Byju Raveendran                      c/o BYJU's Alpha, Inc.
Villa L33, Emirates Hills,               2045 North Fremont Street,
Lailak 2 Street, Al Thanyah 4,           Chicago, Illinois 60614
Dubai, United Arab Emirates

**VIA INTERNATIONAL**
**REGISTERED MAIL**
Mr. Byju Raveendran
Office 522, Sultan Business Centre,
Al Wasl Building, Oud Metha Road
Dubai, United Arab Emirates

Re:    BYJU's Alpha, Inc., D. Del. Bankruptcy Case No. 24-10140 (BLS)
       *BYJU's Alpha, Inc*., Plaintiff v. *Byju Raveendran*, *Divya Gokulnath*, and
       *Anita Kishore*, Defendants, Bankr. D. Del. Adv. Case No. 25-50526 (BLS)
       Service of Summons and Complaint

Dear Sir:

       Enclosed please find a summons and complaint on Defendant Byju Raveendran.  Service
of the summons and complaint is being made pursuant to Fed. R. Bankr. P. 7004(a) and Fed. R.
Civ. P. 4(f) and pursuant to Del. Code tit. 10, §3114.

       Please direct any inquiries regarding the complaint to counsel for the Plaintiff BYJU's
Alpha, Inc.  The contact information is as follows:

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
Susheel Kirpalani, Esq.
Benjamin Finestone, Esq.
Daniel Holzman, Esq.
Jianjian Ye, Esq.
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.: (212) 849 7000
susheelkirpalani@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
danielholzman@quinnemanuel.com
jianjianye@quinnemanuel.com

**YOUNG CONAWAY STARGATT &
TAYLOR, LLP**
Robert S. Brady, Esq.
Kenneth J. Enos, Esq.
Jared W. Kochenash, Esq.
Timothy R. Powell, Esq.
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
rbrady@ycst.com
kenos@ycst.com
jkochenash@ycst.com
tpowell@ycst.com

Thank you,

/s/ Sara Hughes
Sara Hughes
Operations Manager

Enclosures: Summons, Complaint, ADR Notice
cc:  Kenneth J. Enos (via electronic mail)