IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BYJU'S ALPHA, INC., <br><br> Debtor. | Chapter 11 <br><br> Case No. 24-10140 (BLS) |
| BYJU'S ALPHA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BYJU RAVEENDRAN, DIVYA GOKULNATH, and ANITA KISHORE, <br><br> Defendants. | Adv. Pro. Case No. 24-50526 (BLS) |

**MOTION TO RECONSIDER ORDER OF
CONTEMPT AGAINST BYJU RAVEENDRAN**

Defendant Byju Raveendran ("Defendant"), by and through his undersigned counsel, respectfully submits this motion ("Motion"), pursuant to Rule 59(e) the Federal Rules of Civil Procedure, made applicable by Rule 9023 of the Federal Rules of Bankruptcy Procedure, to reconsider the order in the bench ruling on June 30, 2025 and entered upon the docket on July 7, 2025, holding Byju Raveendran in civil contempt of Court, and finding proper service and personal jurisdiction. Adv. D.I. 66. The Defendant relies upon and incorporates herein by reference his memorandum of law in support filed contemporaneously herewith (the "Brief").

For reasons set forth in the Brief, the Defendant respectfully requests that the Court enter an order, substantially in the form attached hereto as Exhibit A: (i) vacating the contempt order, and (ii) setting a briefing and hearing schedule for the question of jurisdiction and service of process, and (iii) providing such other relief as the Court deems just and proper.

1

Dated: July 14, 2025

**O'KELLY & O'ROURKE, LLC**

*/s/ Daniel P. Hagelberg*
Daniel P. Hagelberg, Esq. (No. 6813)
824 N. Market Street, Suite 1001A
Wilmington, DE 19801
(302) 778-4000
dhagelberg@okorlaw.com

**DRAPER & DRAPER LLC**

*/s/ Matthew E. Draper*
Matthew E. Draper (*pro hac vice*)
100 Park Avenue, Suite 1600
New York, New York 10017
(347) 442-7788
matthew.draper@draperllc.com

*Counsel for Defendants*
*Byju Raveendran & Divya Gokulnath*

# EXHIBIT A

**Proposed Order**

Case 25-50526-BLS    Doc 69    Filed 07/14/25    Page 3 of 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BYJU'S ALPHA, INC.,<br><br>         Debtor. | Chapter 11<br><br>Case No. 24-10140 (BLS) |
| BYJU'S ALPHA, INC.,<br><br>         Plaintiffs,<br><br>v.<br><br>BYJU RAVEENDRAN, DIVYA GOKULNATH, and ANITA KISHORE,<br><br>         Defendants. | Adv. Pro. Case No. 24-50526 (BLS) |

**[PROPOSED] ORDER GRANTING MOTION TO RECONSIDER
ORDER OF CONTEMPT AGAINST BYJU RAVEENDRAN**

Upon the *Motion to Reconsider Order of Contempt Against Byju Raveendran* (the "Motion"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the Court may enter a final order consistent with Article III of the United States Constitution; and it appearing that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Motion; and upon all of the proceedings had before this Court, and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT:**

1. The July 7, 2025 contempt order is hereby vacated, and

4

5

2. The Parties shall meet and confer on and propose to the Court a briefing and hearing schedule for the question of jurisdiction and service of process. In the event the parties cannot agree by 5:00 PM EST on July 28, 2025, the parties shall immediately notify and seek direction from the Court in resolving the same.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.