14/07/2025, 22:16 Meet the Mavericks: From humble beginnings to billion-dollar dreams / here's Byju Raveendran's fascinating success story | YourStory

Case 25-50526-BLS    Doc 70-5    Filed 07/15/25    Page 1 of 17

**Now Reading:**
MEET THE MAVERICKS: FROM HUMBLE BEGINNINGS TO BIL…

ENTREPRENEUR ›

# Meet the Mavericks: From humble beginnings to billion-dollar dreams — here's Byju Raveendran's fascinating success story

No guts, no glory. YourStory's new video series, Mavericks, gives you insider access into the lives of some of the most successful entrepreneurs. In our sixth episode, we talk to one of India's best-known entrepreneurs, Byju Raveendran, the Founder and CEO of India's only edtech unicorn.

YS    **Team YS**    15678 Stories



Wednesday August 14, 2019 , 10 min Read



YOURSTORY

Brands ⌄ | Resources ⌄ | Stories ⌄ | YSTV ⌄

14/07/2025, 22:16  Meet the Mavericks: From humble beginnings to billion-dollar valuation – Byju Raveendran's fascinating success story | YourStory

Case 25-50526-BLS    Doc 70-5    Filed 07/15/25    Page 2 of 17

uncover the inspirations and secrets of the ultimate maverick in the business world: the entrepreneur.

*Now Reading:*
MEET THE MAVERICKS: FROM HUMBLE BEGINNINGS TO BIL…

Meet *YourStory*'s latest Maverick: Byju Raveendran, Founder and CEO of BYJU'S:



Mavericks | S1 Ep6: Founder & CEO of the world's most val…

"The real fun is not in creating a multibillion-dollar company but in changing the way millions think and learn," says Byju Raveendran, the CEO and Co-Founder of edtech unicorn BYJU'S.

Today, BYJU'S is one of those instantly recognised Indian brands that is making its presence felt not just within the country but also internationally. The startup is **India's**



Brands ⌄ | Resources ⌄ | Stories ⌄ | YSTV ⌄

14/07/2025, 22:16  Meet the Mavericks: From humble beginnings to billion-dollar educator – Meet Byju Raveendran's fascinating success story | YourStory

Case 25-50526-BLS    Doc 70-5    Filed 07/15/25    Page 3 of 17

With a recent fundraise – reported to be to the tune of $150 million – **BYJU'S current valuation stands at $5.7 billion** with CEO and Co-founder Byju Raveendran holding a 21

*Now Reading:*
MEET THE MAVERICKS: FROM HUMBLE BEGINNINGS TO BIL…

Needless to say that the edtech unicorn has been on a funding spree – having raised **$969.8 million** from various venture investors so far – as it expands its presence across international territories.

In June, the company joined forces with US-based media tycoon Disney's India arm to launch the **Disney-BYJU'S Early Learn app** for the domestic market. The specially curated app offers personalised learning programmes to children aged between six and eight while entertaining them with popular stories and characters from **Disney** classics such as *Frozen, Cars,* the *Toy Story* franchise and so on.

**But the BYJU'S success story is not the result of one chance endeavour. The man behind the startup had a humble beginning.**

A strong believer in self-learning, Byju grew up in Azhikode in Kannur district of Kerala. Unlike most city-bred entrepreneurs, he went to a Malayalam-medium school, and had an instant affinity for mathematics and science; the two subjects that also happen to be his strong points.

In fact, there is hardly any hint of hesitation when he candidly acknowledges his "average" English skills.



Brands  |  Resources  |  Stories  |  YSTV

14/07/2025, 22:16 Meet the Mavericks: From humble beginnings to unicorn-dom, Byju Raveendran's fascinating success story | YourStory

Case 25-50526-BLS    Doc 70-5    Filed 07/15/25    Page 4 of 17

"The average English that I speak during this interview," he tells us, "I learnt

*Now Reading:*
MEET THE MAVERICKS: FROM HUMBLE BEGINNINGS TO BIL…

None of these factors, however, have been a deterrent to his vision. Byju, who set out to change and transform the learning experience for thousands of students in India, has built a profitable edtech business. One forged with a simple ideology at its core: **curiosity is necessary for learning!**

**ALSO READ**

 [Funding alert] BYJU'S raises $150M investment led by Qatar Investment Authority

## Creating 21st century learners



Brands ⌄ | Resources ⌄ | Stories ⌄ | YSTV ⌄



**Now Reading:**
MEET THE MAVERICKS: FROM HUMBLE BEGINNINGS TO BIL…



Byju Raveendran, Founder and CEO of BYJU'S

---

**ALSO READ**

 Meet the Mavericks: Rejected by 100 banks, Razorpay Co-founder Harshil Mathur's story is one of...

---

Teaching has always been close to me, says the BYJU'S founder. Given his natural penchant for this skill, Byju's opinion on the current education system won't come as much of a surprise.

The self-taught tutor says that the faulty education system in the country is designed to create "obedient factory workers", to ensure that people are compliant. This, Byju says, serves as a major deterrent to creative thinking. He even goes on to add that **"once we leave school is when we start learning again".**

II\  **YOURSTORY**

Brands ⌄    |    Resources ⌄    |    Stories ⌄    |    YSTV ⌄

14/07/2025, 22:16                Meet the Mavericks: From humble beginnings to billion-dollar valuations - Byju Raveendran's fascinating success story | YourStory

Case 25-50526-BLS    Doc 70-5    Filed 07/15/25    Page 6 of 17

Now Reading:
MEET THE MAVERICKS: FROM HUMBLE BEGINNINGS TO BIL…

learners," he says, adding that BYJU'S and the various products they have built under this umbrella is an extension of this very philosophy.



For Byju, it all started out with CAT coaching classes

Interestingly, it all started with **CAT coaching classes**. Byju, an engineer by degree, would come back to India during vacations and help out some of his batchmates with their preparation for the entrance exam. At the time, he was working overseas for a UK-based shipping firm Pan Ocean Shipping Ltd. What started out as an informal stint with just 35 students soon turned into something massive, garnering 1,200 students in just six sessions.

14/07/2025, 22:16  Meet the Mavericks: From humble beginnings to billion-dollar stadium – Learn Byju Raveendran's fascinating success story | YourStory

Case 25-50526-BLS    Doc 70-5    Filed 07/15/25    Page 7 of 17

**Now Reading:**
MEET THE MAVERICKS: FROM HUMBLE BEGINNINGS TO BIL…

That the format was working across the cities was amply evident. From packed classrooms, the teacher-turned-entrepreneur had to shift to auditoriums and eventually to **large indoor stadiums,** where he would be tutoring close to **25,000 students** at once.

ALSO READ


Edtech unicorn BYJU'S launches Disney.BYJU'S Early Learn app for kids

## Passion to profession, the start of something new

It doesn't take rocket science to figure the immense business potential that Byju's early CAT coaching classes held. Although, the edtech entrepreneur never started with a business plan in mind, the venture followed its own course.

BYJU'S shifted from teaching only for exam-taking classes (10+, 12+, CAT etc) to teaching

II\  **YOURSTORY**

Brands    Resources    Stories    YSTV

14/07/2025, 22:16　　Meet the Mavericks: From humble beginnings to billion-dollar valuation - Byju Raveendran's fascinating success story | YourStory

Case 25-50526-BLS    Doc 70-5    Filed 07/15/25    Page 8 of 17

In 2011, the company was officially registered as **Think & Learn Pvt Ltd.**

Now Reading:
MEET THE MAVERICKS: FROM HUMBLE BEGINNINGS TO BIL…

Better recognised by its brand name, BYJU'S – The Learning App (launched in 2015), the startup today is one of the few Indian companies that has witnessed **100 percent growth in three consecutive years.** In FY19, they recorded a **massive 200 percent growth.**

Earlier this year, BYJU'S announced that it has tripled its revenue to Rs 1,430 crore in FY19, and also turned profitable on a full year basis. The key factors behind this growth in revenue were said to be "deeper penetration across India and significant growth in the number of paid subscribers".


A glimpse of Byju Raveendran's tutorial videos

One reason the online learning app has flourished is also because of its diverse and distinguished content. The format of its video lessons is highly engaging, with a healthy mix of animation, gamification, and live-action formats.



Brands ⌄ | Resources ⌄ | Stories ⌄ | YSTV ⌄

14/07/2025, 22:16  Meet the Mavericks: From humble beginnings to billion-dollar valuation – Byju Raveendran's fascinating success story | YourStory

Case 25-50526-BLS    Doc 70-5    Filed 07/15/25    Page 9 of 17

"It took us some time to figure out that right format for the right age group,"

Now Reading:
MEET THE MAVERICKS: FROM HUMBLE BEGINNINGS TO BIL…

format."

The team took almost four years, starting from 2011, to create the kind of high quality content that is now available on the learning app, and build the brand that is BYJU'S. A unique platform, "not a cut-copy-paste model like others," Byju quips.

"We were not looking at something that has already worked in the US or in China, and then seeking to replicate it here by localising it. That's not our model. Similar products are still not there in the US or in China," he says.

ALSO READ

 Zuckerberg-backed edtech giant Byju's ropes in $30M to go international

## Investor's darling

In the past four years, since the launch of the online app, BYJU'S has grown from strength



Brands ⌄ | Resources ⌄ | Stories ⌄ | YSTV ⌄

14/07/2025, 22:16 Meet the Mavericks: From humble beginnings to billion-dollar dreams, here's Byju Raveendran's fascinating success story | YourStory

Case 25-50526-BLS    Doc 70-5    Filed 07/15/25    Page 10 of 17

Now Reading:
MEET THE MAVERICKS: FROM HUMBLE BEGINNINGS TO BIL…



Byju believes in creating a unique learning platform that's rich, and not going after a cut-and-paste model.

The funding spree was followed by a quick round of acquisitions – the startup acquired Bengaluru-based maths learning startup Math Adventures in July 2018, bringing on board the new team to become a part of BYJU'S content and R&D team. Asides from this, the edtech behemoth has acquired four more companies: TutorVista, Edurite, Vidyartha, and the latest being US-based Osmo. It's currently betting big on its product integration with Osmo to take the brand global.

**"Most of the investments we raised have gone into product development," says Byju Raveendran, who has successfully grabbed eyeballs and become an investor's darling in the startup ecosystem over the brand's almost eight-year run.**

From New York-headquartered equity firm General Atlantic to Chinese conglomerate Tencent, Sequoia Capital, and Mark and Chan Zuckerberg's philanthropic initiative, BYJU'S counts some of the biggest globally recognised names today among its backers. In fact, the $50 million investment that the company raised from the Chan Zuckerberg



YOURSTORY

Brands  |  Resources  |  Stories  |  YSTV

14/07/2025, 22:16
Meet the Mavericks: From humble beginnings to billion-dollar dreams– Here's Byju Raveendran's fascinating success story | YourStory

Case 25-50526-BLS    Doc 70-5    Filed 07/15/25    Page 11 of 17

**ALSO READ**

*Now Reading:*
MEET THE MAVERICKS: FROM HUMBLE BEGINNINGS TO BIL…



### Creating a multibillion-dollar edtech revolution

A clear indication of the company's growth over the years is their engagement numbers. "Students spend more than an hour on the application on days when they log in. That's a clear indication that they like it or they are using it, but that alone is not enough," Byju says.

**So, to back up this growth story with facts and figures, the edtech entrepreneur has taken into account the annual subscription statistics. And as it turns out, BYJU'S has witnessed 80 percent renewal every year (the figured swelled to 85 percent last year).**



Brands  ∨   |   Resources  ∨   |   Stories  ∨   |   YSTV  ∨

14/07/2025, 22:16  Meet the Mavericks: From humble beginnings to billion-dollar dreams - here's Byju Raveendran's fascinating success story | YourStory

Case 25-50526-BLS    Doc 70-5    Filed 07/15/25    Page 12 of 17

Now Reading:
MEET THE MAVERICKS: FROM HUMBLE BEGINNINGS TO BIL…



||\  YOURSTORY

Brands  Resources  Stories  YSTV

parents won't spend again if they didn't see improvement," he says.

*Now Reading:*
MEET THE MAVERICKS: FROM HUMBLE BEGINNINGS TO BIL…

Byju speaks the language of hard figures and facts. There is no doubt that he is a man of numbers; mathematics after all, is his core strength. And yet when it comes to the biggest validation, the CEO of BYJU'S attributes it to his **core team**; the eight members who started it way back in 2011 (and most of whom were his former students) and still **continue to be a part of the edtech giant.**

The idea, moving ahead, is to keep innovating and keep adding more subjects, more formats, more languages, and develop the learning material for more grades. As a brand, BYJU'S is already doubling its numbers every seven to eight months, Byju says. At this pace, it's only a matter of time before the company takes over newer global markets.

# "Our first set of international products is targeted at kids in the lower age group, between four and eight year olds, and it is what you will see us launching in the next few quarters," he adds.

**ALSO READ**


Indian Cricket Team jerseys to now have edtech unicorn BYJU's brand instead of Oppo's

||\       **YOURSTORY**

Brands ⌄ | Resources ⌄ | Stories ⌄ | YSTV ⌄

Ask Byju to define his brand in one word, and he says it's an **"education media technology company"**. And it's not difficult to see why. With content inspired by movie-

Now Reading:
MEET THE MAVERICKS: FROM HUMBLE BEGINNINGS TO BIL…

"Games" happen to be the keyword here! The billionaire CEO reveals that he wasn't very academically inclined in his school years. A reluctant pupil, Byju would mostly spend his time outdoors playing football and cricket, a habit that has seeped into his adulthood as well. He says he indulges in table tennis nowadays.


*A reluctant pupil as a child, Byju would mostly spend his time outdoors playing football and cricket*

These games, however, have a way of teaching lessons that can't be taught in structured classroom environments. Byju says they are useful when it comes to picking up skills like patience and controlled aggression.

**YOURSTORY**

Brands   |   Resources   |   Stories   |   YSTV

It might sound like an all work (in his case maths, maths, and lots of maths) and no play world, but Byju has a sly sense of humour that peeks out every now and then. He

*Now Reading:*
MEET THE MAVERICKS: FROM HUMBLE BEGINNINGS TO BIL…

At times, it is for impressing investors while building a billion-dollar company and on a few occasions it's for more personal reasons. Like impressing his former student, **Divya Gokulnath, now his life partner and also the Co-founder and Director of BYJU'S!**

**Concept & Direction:** Shivani Muthanna

**Cinematographer:** Rukmangada Raja, Parmesh C.M

**Video Editor:** Shlok Bhatt

**Writer:** Sutrishna Ghosh

**Content Editor:** Teja Lele Desai

## ALSO READ


Meet the Mavericks: how discipline and focus helped this co-founder make UrbanClap the market l...

**MAVERICKS ❯**    **UNICORN ❯**    **BYJU RAVEENDRAN ❯**

**EDTECH STARTUP ❯**    **BYJU'S ❯**

II\   YOURSTORY

Brands ⌄  |  Resources ⌄  |  Stories ⌄  |  YSTV ⌄

| NEWS | QUIZ | HERSTORYCELEBRIT | PRESS-RELEASES |

**Now Reading:**
MEET THE MAVERICKS: FROM HUMBLE BEGINNINGS TO BIL…

updates: Daily…

health: test you…

only Indian …

founder wants to replace…

July 14, 2025, 10 min Read

July 13, 2025, 4 min Read

July 11, 2025, 3 min Read

July 11, 2025, 3 min Read






| NEWS | LEADERSHIP | NEWS | NEWS |

Startup news and updates: Daily…

7 rare signs you're a leader…

Startup news and updates: Daily…

Startup news and updates: Daily…

July 11, 2025, 9 min Read

July 11, 2025, 4 min Read

July 10, 2025, 5 min Read

July 9, 2025, 13 min Read






II\     YOURSTORY

Brands ∨  |  Resources ∨  |  Stories ∨  |  YSTV ∨

14/07/2025, 22:16 Meet the Mavericks: From humble beginnings to billion-dollar dreams - here's Byju Raveendran's fascinating success story | YourStory

Case 25-50526-BLS Doc 70-5 Filed 07/15/25 Page 17 of 17

Brands

*Now Reading:*
MEET THE MAVERICKS: FROM HUMBLE BEGINNINGS TO BIL…

Topics

Resource Hub

Upcoming Events

Discover

Advertise with Newsletter

| About Us | Meet The Team | Careers |
| Privacy Policy | Terms & Condition | |

YOURSTORY