### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BYJU'S ALPHA, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10140 (BLS)<br><br>(Jointly Administered) |
| BYJU'S ALPHA, INC.,<br><br>Plaintiff,<br><br>BYJU RAVEENDRAN, DIVYA GOKULNATH, and ANITA KISHORE<br><br>Defendants. | Adv. Proc. No. 25-50526 (BLS)<br><br>**Re: Adv. Docket No. 2** |

## DEFENDANT ANITA KISHORE'S MOTION TO DISMISS

Anita Kishore (the "Defendant") submits this motion (the "Motion") requesting that the Court dismiss all claims asserted against her in the *Complaint* [Adv. D.I. 2] (the "Complaint") filed by the above-captioned plaintiff (the "Plaintiff"). In support of this Motion, the Defendant relies upon the accompanying *Defendant Anita Kishore's Memorandum in Support of Her Motion to Dismiss* (the "Memorandum") and the *Declaration of Anita Kishore in Support of Her Motion to Dismiss*, filed contemporaneously herewith.

Pursuant to Federal Rule of Bankruptcy Procedure 7012 and rule 7012-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, the Defendant consents to the

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 Case is: 1007 N. Market Street Ste. G20 452, Wilmington, Delaware 19801.

IMPAC - 12376585v.1

entry of a final order or judgment by the Court in connection with this Motion if it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

WHEREFORE, for the reasons set forth in the Memorandum, the Defendant respectfully requests that the Court grant this Motion and enter an order substantially in the form attached hereto as **Exhibit A**, dismissing all claims asserted against her in the Complaint and granting any other and further relief as the Court deems just and proper.

Dated: July 25, 2025
      Wilmington, Delaware

Respectfully Submitted,

*/s/ James R. Risener III*
John A. Sensing (No. 5232)
James R. Risener III (No. 7334)
**POTTER ANDERSON COROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: jsensing@potteranderson.com
       jrisener@potteranderson.com

*Counsel to Anita Kishore*