# EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BYJU'S ALPHA, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10140 (BLS)<br><br>(Jointly Administered) |
| BYJU'S ALPHA, INC.,<br><br>Plaintiff,<br><br>BYJU RAVEENDRAN, DIVYA GOKULNATH, and ANITA KISHORE<br><br>Defendants. | Adv. Proc. No. 25-50526 (BLS)<br><br>**Re: Adv. Docket No. \_\_\_** |

## ORDER GRANTING
## DEFENDANT ANITA KISHORE'S MOTION TO DISMISS

Upon *Defendant Anita Kishore's Motion to Dismiss* (the "Motion"),[2] and due and proper notice of the Motion having been provided; and the Court having reviewed the Motion, the Memorandum, responses to the Motion, and any reply in further support of the Motion; and the Court having determined that the legal and factual bases set forth in the Motion and Memorandum establish just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore,

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 Case is: 1007 N. Market Street Ste. G20 452, Wilmington, Delaware 19801.

[2] Capitalized terms used, but not otherwise defined herein, shall have the meaning ascribed to them in the Motion and/or the Memorandum.

2

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. All claims asserted against Defendant Anita Kishore in the Complaint are dismissed with prejudice.

3. The Defendant is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

2