IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BYJU'S ALPHA, INC., <br><br> Debtor. | Chapter 11 <br><br> Case No. 24-10140 (BLS) |
| BYJU'S ALPHA, INC., <br><br> Plaintiffs, <br> v. <br><br> BYJU RAVEENDRAN, DIVYA GOKULNATH, and ANITA KISHORE, <br><br> Defendants. | Adv. Pro. Case No. 25-50526 (BLS) |

## DEFENDANTS BYJU RAVEENDRAN AND DIVYA GOKULNATH'S MOTION TO DISMISS

Defendants Byju Raveendran and Divya Gokulnath (collectively "Defendnants") submit this motion (the "Motion") requesting that the Court dismiss all claims asserted against them in the Complaint filed in the above captioned matter. Adv. D.I. 1, 2. In support of this Motion Defendants rely upon the accompanying *Memorandum of Law in Support of the Motion to Dismiss* ("Memorandum") and the Declarations of the Defendants filed contemporaneously herewith.

WHEREFORE, for the reasons set forth in the Memorandum and the Declarations of the Defendants, the Defendants respectfully request that the court grant this Motion and enter an order substantially in the form attached hereto as **Exhibit A**, dismissing all claims asserted against them in the Complaint and granting any other and further relief as the Court deems just and proper.

[Signature page to follow]

Dated: July 25, 2025

**O'KELLY & O'ROURKE, LLC**

*/s/ Daniel P. Hagelberg*
Daniel P. Hagelberg, Esq. (No. 6813)
824 N. Market Street, Suite 1001A
Wilmington, DE 19801
(302) 778-4000
dhagelberg@okorlaw.com

**DRAPER & DRAPER LLC**

*/s/ Matthew E. Draper*
Matthew E. Draper (*pro hac vice*)
100 Park Avenue, Suite 1600
New York, New York 10017
(347) 442-7788
matthew.draper@draperllc.com

*Counsel for Defendants*
*Byju Raveendran & Divya Gokulnath*