# EXHIBIT A

## PROPOSED ORDER

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BYJU'S ALPHA, INC.,<br><br>　　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 24-10140 (BLS) |
| BYJU'S ALPHA, INC.,<br><br>　　　　　　　　　　　Plaintiffs,<br>　v.<br><br>BYJU RAVEENDRAN, DIVYA GOKULNATH, and ANITA KISHORE,<br><br>　　　　　　　　　　　Defendants. | Adv. Pro. Case No. 25-50526 (BLS) |

## ORDER GRANTING
## DEFENDANTS BYJU RAVEENDRAN AND DIVYA GOKULNATH'S
## MOTION TO DISMISS

Upon *Defendants Byju Raveendran and Divya Gokulnath's Motion to Dismiss* (the "Motion"), and all responses thereto, the Court hereby determines that the legal and factual base is set forth in the motion and memorandum established just cause for the relief granted herein. **IT IS HEREBY ORDERED**:

　　　1.　　The Motion is GRANTED as set forth herein.

　　　2.　　All claims asserted against Defendants Byju Raveendran and Divya Gokulnath in the Complaint are dismissed with prejudice.

　　　3.　　The Defendants are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.