# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | |
| BYJU'S ALPHA, INC., | Chapter 11 |
| Debtor. | Case No. 24-10140 (BLS) |
| | |
| BYJU'S ALPHA, INC., | Adv. Pro. Case No. 24-50526 (BLS) |
| Plaintiffs, | |
| v. | |
| BYJU RAVEENDRAN, DIVYA GOKULNATH, and ANITA KISHORE, | |
| Defendants. | |

## SECOND DECLARATION OF MOHAMMAD AL MUHTASEB

I, **MOHAMMAD AL MUHTASEB**, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

**Introduction**

1. I am a Partner in the Dispute Resolution Department of Al Tamimi & Company, the UAE legal representatives of Mr. Byju Raveendran ("**Mr. Raveendran**") and Ms. Divya Gokulnath ("**Ms. Gokulnath**"). I have over 23 years of civil law litigation experience, of which seven years have been as a Partner at Al Tamimi & Company. My practice is focused on civil and commercial litigation before the onshore Dubai Courts. My profile is exhibited at [**MM2/1-2**].

2. I make this declaration in support of Mr. Raveendran's and Ms. Gokulnath's motions to dismiss. References in this declaration to numbered pages are references to an exhibit marked "**MM2**", comprising a paginated bundle of documents to which I refer in this declaration.

1

3. All facts stated in this declaration are within my knowledge unless otherwise specified. Where facts stated in this witness statement are not within my knowledge, they are derived from my review of the documents exhibited hereto or from other sources, which I identify. Where the facts are within my knowledge, they are true. Where they are not within my knowledge, they are true to the best of my information and belief.

**Rules Governing Service of Claims in the UAE**

4. Article 5 of the UAE Civil Procedure Code ("**CPC**") provides that "*Arabic shall be the official language of the courts…*". [**MM2/page 6**]. Further, Article 8(3) of the CPC provides that "*[i]f the Defendant's native language is not Arabic, the Claimant shall enclose with the process a certified translation thereof in English, unless there is prior agreement between the parties to provide the translation in any other language.*" [**MM2/page 7**]

5. Accordingly, service of judicial documents in the onshore UAE must be effected in the Arabic language, with an English translation provided where appropriate. Service of judicial documents solely in English is not sufficient under UAE onshore law. I have reviewed the bundles of documents purportedly served on both Mr. Raveendran [**MM2/11-121**] and Ms. Gokulnath [**MM2/124-234**] in the UAE. This includes legal notices [**MM2/12-16 & 125-129**] and US court document annexed to the legal notices (the "**US Documents**") [**MM2/17-121 & 130-234**]. I note that the Plaintiff did not translate the US Documents to Arabic when purporting to serve Mr. Raveendran or Ms. Gokulnath in the UAE.

6. Separately, it appears that the Plaintiff issued notarised legal notices pursuant to the UAE Notary Law [**MM2/12-16 & 125-129**] and purported to serve the US Documents under cover of those notices. However, this is not a recognised method for service of judicial documents or UAE court claims under UAE law. Under UAE law, such service must be effected by court-appointed bailiffs, acting in direct coordination with the internal service departments of

the UAE Courts. Service by way of a notarised legal notice does not constitute valid service of court proceedings. The Plaintiff's actions are therefore limited to service of the legal notices themselves, attested by a private notary.

7.  I understand from my review of the Declaration of Service of Mr. Mohamed AlSabah dated 30 May 2025, that Mr. Raveendran and Ms. Gokulnath were purportedly served with the US Documents via text message on 14 May 2025 (not 15 May 2025, as was mistakenly recorded in my First Declaration dated 14 July 2025) using the mobile number 0562636320. Adv. D.I. 35 (Under Seal) at 1-4. *See, Id.* at Ex. A (Declaration of Mohammed Al Sabah), (Public Redacted Version at Adv. D.I. 36). Whilst service via text message is, in principle, a valid method of electronic service under UAE law:

   a. Service of the US Documents did not comply with the UAE law requirement that all judicial documents be served in the Arabic language;

   b. Service of the US Documents was carried out under cover of, and pursuant to, a notarised legal notice, rather than by a court-appointed bailiff in direct coordination with the UAE Courts' internal service departments;

   c. Publicly available information indicates that the mobile number used to purportedly serve both Mr. Raveendran and Ms. Gokulnath with the US Documents via text message (0562636320), was being used in online (Instagram) advertisements for the sale of cars **[MM2/122]** and Dubai car numberplates **[MM2/123]** as recently as five or six weeks ago. One of the accounts appears to belong to an 'Abdulazeez', who posted a car for sale including the words "To contact: 0562636320"[1]. The other account is in the name of "Smsar Al Mulla",

---

[1] https://www.instagram.com/p/DKzgDarCNLx/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFl ZA%3D%3D

3

who posted a Dubai vehicle numberplate for sale including the caption "WhatsApp / Call: 0562636320".[2] This information would suggest that the mobile number in question did not belong to Mr. Raveendran or Ms. Gokulnath at the date of purported service. I am further instructed by Mr. Raveendran and Ms. Gokulnath that neither of them had ever owned that number and they do not own that number today.

**Conclusion**

8.  In light of the above, it is my view that the Plaintiff's purported service of the US Documents in the UAE did not comply with applicable UAE law for service of judicial documents in the UAE and therefore would not be recognised as valid service of judicial documents/ UAE court claims under UAE law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of July 2025 in the Dubai International Financial Centre, Emirate of Dubai, United Arab Emirates.

_____
Mohammad Al Muhtaseb

---

[2] https://www.instagram.com/p/DKeT7m0P9pU/