# Form No. DIR-12

**Particulars of appointment of directors and the key managerial personnel and the changes among them**

[Pursuant to sections 7(1) (c), 168 & 170 (2) of The Companies Act, 2013 and rule 17 of the Companies (Incorporation) Rules 2014 and 8, 15 & 18 of the Companies (Appointment and Qualification of Directors) Rules, 2014]



Form language: ● English   ○ Hindi

*Refer instruction kit for filing the form*
*All fields marked in * are mandatory*

---

**Company details**

1 (a) *Corporate IdentityNumber (CIN) of company — U80903KA2011PTC061427

(b) *Name of the company — THINK & LEARN PRIVATE LIMITED

(c) *Address of the registered office of the company — IBC Knowledge Park, 4/1, 2nd Floor, Tower D  Bannerghatta Main Road, Bangalore, Bangalore, Karnataka, 560029, India

(d) *E-mail ID of the company — legal@byjus.com

---

**Particulars of Director/KMP**

2 *Number of Managing director or director(s) for which the form is being filed — 3

3 Details of the Managing Director or Director of the company

(a) Purpose of filing the form

○ Appointment      ● Cessation      ○ Change in designation

○ Appointment due to disqualification of all the existing directors      ○ Appointment by liquidator

(b) Director Identification Number (DIN) — 02604007

(c) Name — RAVI SHANKAR VENKATARAMAN GANAPATHY AGRAHARAM

(d) Father's name — VENKATARAMAN RAJAM AGRAHARAM GANAPATHY

| | | |
|---|---|---|
| (e) Present residential address | | Villa Gw09, 77 East, 77 Town Centre Yemlur Main Road, Marathahalli Colony Bangalore Karnataka India 5600 |
| (f) Nationality | | India |
| (g) Date of birth (DD/MM/YYYY) | | 04/04/1978 |
| (h) Gender | | Male |
| (i) E-mail ID of director | | gvravishankar@gmail.com |
| (j) Designation *(Director/Managing director/Alternate director/Additional director/Director appointed in casual vacancy/ Nominee director/Whole-time director)* | | Nominee Director |
| (k) Date of Appointment or change in designation (DD/MM/YYYY) | | |
| (l) Category *(Promoter/Professional/Independent/Small shareholder's director)* | | |
| (m) Whether Chairman, Executive Director, Non-Executive Director | | ☐ Chairman ☐ Executive Director ☐ Non-Executive Director |
| (n) DIN of such director to whom appointee is alternate | | |
| (o) Name of the director to whom such appointee is alternate | | |
| (p) Name of the company or institution whose authorized representative or nominee the appointee is | | |
| (q) In case of cessation, hereby confirmed that the above- with the company with effect from 06/06/2023 (DD/MM/YYYY) due to Resignation u/s 168 | | ⦿ Director ○ Managing Director is not assoiated |

**Interest in other entities**

(r) Number of such entities

| S. No. | CIN/ LLPIN/ FCRN/ Registration number | Name | Address | Designation | Percentage of Shareholding | Amount | Others (specify) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

3 Details of the Managing Director or Director of the company

(a) Purpose of filing the form

○ Appointment ● Cessation ○ Change in designation

○ Appointment due to disqualification of all the existing directors ○ Appointment by liquidator

(b) Director Identification Number (DIN): 07649210

(c) Name: VIVIAN WU

(d) Father's name: IVAN PO YOUNG WU

(e) Present residential address: 2440 VALLEJO ST, SAN FRANCISCO, CA 94123-4661

(f) Nationality: United States

(g) Date of birth (DD/MM/YYYY): 09/06/1973

(h) Gender: Female

(i) E-mail ID of director: vwudirector@gmail.com

(j) Designation
*(Director/Managing director/Alternate director/Additional director/Director appointed in casual vacancy/ Nominee director/Whole-time director)*: Nominee Director

(k) Date of Appointment or change in designation (DD/MM/YYYY):

(l) Category
*(Promoter/Professional/Independent/Small shareholder's director)*:

(m) Whether Chairman, Executive Director, Non-Executive Director
☐ Chairman
☐ Executive Director
☐ Non-Executive Director

(n) DIN of such director to whom appointee is alternate:

(o) Name of the director to whom such appointee is alternate:

(p) Name of the company or institution whose authorized representative or nominee the appointee is:

(q) In case of cessation, hereby confirmed that the above- ● Director ○ Managing Director is not assoiated

with the company with effect from 06/06/2023 (DD/MM/YYYY) due to Resignation u/s 168

**Interest in other entities**

(r) Number of such entities

| S. No. | CIN/ LLPIN/ FCRN/ Registration number | Name | Address | Designation | Percentage of Shareholding | Amount | Others (specify) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

3 Details of the Managing Director or Director of the company

(a) Purpose of filing the form

○ Appointment ● Cessation ○ Change in designation

○ Appointment due to disqualification of all the existing directors ○ Appointment by liquidator

(b) Director Identification Number (DIN) — 08368304

(c) Name — RUSSELL ANDREW DREISENSTOCK

(d) Father's name — KENNETH DREISENSTOCK

(e) Present residential address — 8 NAPIER ROAD  8 NAPIER #04-06

(f) Nationality — South Africa

(g) Date of birth (DD/MM/YYYY) — 03/04/1968

(h) Gender — Male

(i) E-mail ID of director — rad@prosus.com

(j) Designation — Director
*(Director/Managing director/Alternate director/Additional director/Director appointed in casual vacancy/ Nominee director/Whole-time director)*

(k) Date of Appointment or change in designation (DD/MM/YYYY)

(l) Category
*(Promoter/Professional/Independent/Small shareholder's director)*

(m) Whether Chairman, Executive Director, Non-Executive Director

☐ Chairman
☐ Executive Director
☐ Non-Executive Director

(n) DIN of such director to whom appointee is alternate

(o) Name of the director to whom such appointee is alternate

(p) Name of the company or institution whose authorized representative or nominee the appointee is

(q) In case of cessation, hereby confirmed that the above- ◉ Director  ○ Managing Director is not assoiated with the company with effect from `06/06/2023` (DD/MM/YYYY) due to `Resignation u/s 168`

**Interest in other entities**

(r) Number of such entities

| S. No. | CIN/ LLPIN/ FCRN/ Registration number | Name | Address | Designation | Percentage of Shareholding | Amount | Others (specify) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

4 *Number of manager(s), secretary(s), Chief financial Officer or Chief Executive Officer for which the form is being filed  `0`

5 Details of manager(s), secretary(s), Chief financial Officer or Chief Executive Officer of the company

(a) Purpose of filing the form

○ Appointment

○ Cessation

(b) Director Identification Number (DIN), if any

(c) Income Tax permanent account number (PAN)

(d) Membership number of the company secretary

(e) (i) First Name *(Either of applicant's First name or Surname shall be mandatory to enter)*

   (ii) Middle Name

   (iii) Last Name *(Either of applicant's First name or Surname shall be mandatory to enter)*

(f) Father's name

   (i) First Name *(Either of applicant's father's first name or Surname shall be mandatory to enter)*

   (ii) Middle Name

   (iii) Last Name *(Either of applicant's father's first name or Surname shall be mandatory to enter)*

(g) Present residential address

   Address Line

   Address Line

| | |
|---|---|
| Country | |
| Pin Code/Zip Code | |
| Area/Locality | |
| City | |
| District | |
| State/UT | |

(h) Date of birth (DD/MM/YYYY)

(i) Designation *(Manager/Company Secretary/CEO/CFO)*

(j) Date of appointment or cessation (DD/MM/YYYY)

(k) Mobile Number (with Country code)

(l) E-mail ID

6 SRN of form INC-28

---

**Attachments**

7 (a) Order from court/NCLT

(b) Notice of resignation — `Resignation_Letter.pdf`

(c) Evidence of cessation — `Board_Resolutions.pdf`

(d) Optional attachments – if any

---

**Director's Consent and Declaration**

I, _____ hereby give my consent to act as a director of _____ (name of the company), pursuant to sub-section (5) of section 152 of the companies Act, 2013 and Certify that I am not disqualified to become a director under the companies Act, 2013.

☐ I declare that I have not been convicted of any offense in connection with the promotion, formation or management of any company or LLP and have not been found guilty of any fraud or misfeasance or of any breach of duty to any company under this Act or any previous company law in the last five year.

☐ I further declare that if appointed my total Directorship in all the companies shall not exceed the prescribed number of companies in which a person can be appointed as a Director.

☐ I further declare that I have not incurred disqualification under the Companies Act, 2013 in any of the above companies and that I, at present, stand free from any disqualification from being a director.

☐ I also declare that:

    ○ I am not required to obtain the security clearance from the Ministry of Home Affairs, Government of India under sub-rule (1) of rule 10 before applying for director identification number; or

    ○ I am required to obtain the security clearance from the Ministry of Home Affairs, Government of India under sub-rule (1) of rule 10 before applying for director identification number and the same has been obtained and is attached,

☐ I further declare that I have not incurred disqualification under the Companies Act, 2013 in any of the above companies and that I, at present, stand free from any disqualification from being a director.

**To be digitally signed by the Director/ Managing**

**Declaration**

I* `BYJU RAVEENDRAN` authorized by the Board of Directors of the Company/ by the court or NCLT `CR04` number dated* `06/07/2023` (DD/MM/YYYY) to sign this form and declare that all the requirements of Companies Act, 2013 and the rules made thereunder in respect of the subject matter of this form and matters incidental thereto have been complied with. I also declare that all the information given herein above is true, correct, and complete including the attachments to this form and nothing material has been suppressed.

**\*To be digitally signed**

[Signature: BYJU RAVEENDRAN]

**\*Designation**
*(Director/Manager/Company Secretary/Chief executive officer/Chief Financial Officer/Statutory Auditor/Liquidator)*    `Director`

**\*Director identification number of the director; or DIN or PAN of the manager or CEO or CFO or liquidator; or Membership number of the secretary or statutory auditor**    `03408398`

**Certificate by practicing professional**

I declare that I have been duly engaged for the purpose of certification of this form. It is hereby certified that I have gone through the provisions of the Companies Act, 2013 and Rules thereunder for the subject matter of this form and matters incidental thereto and I have verified the above particulars [including attachment(s)] from the original/certified records maintained by the Company/applicant which is subject matter of this form and found them to be true, correct and complete and no information material to this form has been suppressed.

I further certify that:

☒ The said records have been properly prepared, signed by the required officers of the Company and maintained as per the relevant provisions of the Companies Act, 2013 and were found to be in order

☒ All the required attachments have been completely and legibly attached to this form;

☒ It is understood that I shall be liable for action under Section 448 of The Companies Act, 2013 for wrong certification, if any found at any stage

**To be digitally signed by**

PRATHIBHA PRIYA MYSORE RAGHUVEER

Category

○ Chartered Accountant (in whole time practice)

◉ Company Secretary (in whole time practice)

○ Cost Accountant (in whole time practice)

Whether associate or fellow:

○ Associate     ◉ Fellow

Membership number

Certificate of practice number: 11362

---

**For Office use only:**

eForm Service request number (SRN): AA3365124

eForm filing date (DD/MM/YYYY): 07/07/2023

Digital signature of the authorizing officer

This eForm is hereby registered

Date of signing (DD/MM/YYYY)

OR

This eForm has been taken on file maintained by the Registrar of Companies through electronic mode and on the basis of statement of correctness given by the company