# OS-A1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
| | ) |
| BYJU'S ALPHA, INC.,[1] | )   Chapter 11 |
| | ) |
| Debtor. | )   Case No. 24-10140 (BLS) |
| | ) |
| —————————————————— | )   Adv. Pro. Case No. 25-50526 (BLS) |
| BYJU'S ALPHA, INC., | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BYJU RAVEENDRAN, DIVYA GOKULNATH, | ) |
| and ANITA KISHORE, | ) |
| | ) |
| Defendants. | ) |
| —————————————————— | ) |

## DECLARATION OF SERVICE

I, Mohamed AlSabah, hereby declare under penalty of perjury:

1. I am a Partner at Al Omar & AlSabah Advocates ("OGH Legal") in Dubai, United Arab Emirates ("UAE"), and confirm that I am over 18 years of age and of sound mind. I make this declaration on behalf of OGH Legal.

2. As discussed below, OGH Legal obtained a power of attorney in favor of Plaintiff BYJU's Alpha, Inc. (the "Debtor") to serve legal notice on Defendants Byju Raveendran and Divya Gokulnath ("Defendants") with respect to the above-captioned adversary proceeding.[2] We

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 Case is: 1007 N. Market Street Ste. G20 452, Wilmington, Delaware 19801.

[2] We understand from the Debtor's counsel in the United States that the Debtor properly served Byju Raveendran under Delaware law on April 10, 2025. For the avoidance of doubt, the Debtor considers it preferable to serve Byju through these supplemental, equally valid means.

1

Scanned with
CamScanner

set out below the relevant articles in UAE addressing service procedures and OGH Legal's efforts to serve legal notice on the Defendants thereunder.

    **I.**    **UAE Law on Service by Notary**

3.    This Section I discusses the legal regime in the UAE governing service of process. First, the relevant documents are notarised by a Court or Ministry of Justice Licensed Notary in the UAE. Then, physical service is attempted on the intended counter party (in this case the Defendant). If physical service fails, alternative means of service may be used after an authorized investigation into the counterparty's location and/or contact information. In a case like this one, where the government possesses a phone number for the counterparty, service may be effectuated via SMS. The process is described in further detail below.

4.    Under UAE law, the "**State Notary**" is an officer licensed and supervised by the Dubai Courts to perform certain legal functions, including notarization of documents (including legal notices). The State Notary powers are governed by Dubai Law No. 4/2013 ("**Dubai Notary Law**"). An English copy of the Dubai Notary Law is annexed hereto as "**MAS-1**".[3]

5.    Pursuant to Article 20 of the Dubai Notary Law, the State Notary[4] has wide powers and the same has been provided in English as follows, with the first, emphasized through underlining below, applicable to service of the Defendants in Dubai:

---

[3] All laws in UAE are issued in Arabic and there are no official translations provided by the UAE legislature. Therefore, all laws attached to and quoted in this declaration have been translated by external translators and reproduced from Lexis Nexis. For all purposes of my declaration, I rely on the original Arabic text of the UAE laws.

[4] There are two types of State Notary: one is the full time Court Notary and the other is a notary who is a practitioner who also does work as a notary, which is commonly referred to as Private Notary. Both are licensed by and conduct notary services under the supervision of the Court.

1- *Notarising the documents and contracts of all types as required by Law or requested by the Concerned Persons.*

2- *Authenticating the signatures of the Concerned Persons on deeds and contracts of all types upon their requests.*

3- *Establishing the date of the deeds and contracts of all types by assigning serial numbers for them in the registers prepared for this purpose, and establishing their filing and signing date, and stamping them with the official stamp.*

4- *Notarising and authenticating the affidavits, after administering the oath to the Concerned Persons and proving such fact in the registers prepared for this purpose.*

5- *Authenticating the validity of the signatures approved in non-Muslims' marriage contracts and the documentation issued by the places of worship and religious authorities licensed in the Emirate.*

6- *Affixing the executory force seal on the Document notarised or authenticated, according to the provisions of Article 34 of the present Law.*

7- *Authenticating the wills of non-Muslims.*

8- *Any other competencies entrusted to him by virtue of the applicable legislation in the Emirate or assigned to him by the Director of the Courts or the Chief Judge of the Court.*

6. Pursuant to the above emphasized provision of the Dubai Notary Law, the State Notary has powers to notarise documents including legal notices in the Emirate of Dubai. In effect, the State Notary (electronically) stamps a legal notice. Historically, the State Notary also served the legal notice via the Court Bailiff; now, however, the State Notary uses a private

3

company, Aramex, instead of the Court Bailiff to effect service of legal notice, at the request of the requesting parties, once notarised by the State Notary.

7. Furthermore, Federal Law No. 42/2022 Promulgating the Civil Procedure Code ("**Federal Civil Procedure Law**") sets out the manner in which a notice can be served under UAE Law. An English copy of the Federal Civil Procedure Law is annexed hereto as "**MAS-2**".

8. An English translation of Article 9 of the Federal Civil Procedure Law, which relates to service of local Court Claims reads as follows, with my emphasis added to the portion relevant to this case through underlining:

1- *The notice shall be served by one of the following methods:*

a- *Audio or video recorded calls, SMS, e-mail or fax, or any other means of modern technology or another means provided for in this Law and agreed upon by the parties.*

b- *On his person wherever found, or at his domicile or place of resident or on his agent. If this cannot be achieved for a reason attributed to addressee or he refuses to be receive the notice, this shall be considered a notification to his person. If the process server was unable to find the addressee neither in his domicile nor in his residence, or if the addressee abstains from receiving such notice, the process server shall deliver the copy thereof to any of the persons living with said addressee, including spouses, relatives, in-laws or servants. In the event that any of the abovementioned persons refuse to receive the notice or are absent, he shall immediately post the notice clearly on the front door of his place of residence or list the same on the court's website.*

c- *At his elected domicile.*

d- *At his workplace. In case the process server was unable to find the addressee at his workplace, he shall hand over a copy of the notice to the employer or to any manager or*

4

*employee as he deems appropriate, with the exception of notifications related to personal status cases, which shall be notified to his person at his place of work.*

9. Specifically, Article 9(1)(a) of the Federal Civil Procedure Law, which I emphasized above, confirms that a notice can be served in any of the following manner:

    a. Audio or video recorded calls;

    b. SMS;

    c. Email;

    d. Fax;

    e. Any other means of modern technology;

    f. Any means as agreed by the parties or in law.

10. Furthermore, Article 9(1)(b) through (c) of the Federal Civil Procedure Law explains the place where such notice can be personally served, and these are as follows:

    a. Where the party is found at his place of residence

    b. At any elected place of domicile

    c. At workplace.

11. Furthermore, pursuant to Article 5 (1) of the Federal Civil Procedure Law, Arabic shall be the language used in courts and accordingly, all notices must be issued in Arabic. In addition, Article 8(3) of the Federal Civil Procedure Law also requires that if the recipient of the notice is not a native Arabic speaker, as I understand the case to be here, then the notice must also be translated in English. Accordingly, for all non-native Arabic speakers, notices must be issued in bilingual English-Arabic text.

5

**Article 5**

*1- Arabic shall be the language used in courts, and the court shall hear the statements of the litigants, witnesses or others who have no knowledge of the Arabic language with the help of an interpreter after he/she has taken an oath, in accordance with the law.*

... ...

**Article 8**

... ...

*3- If the official language of the defendant is not Arabic, the plaintiff shall be bound to attach to the notice a certified translation in English, unless there is an earlier agreement between the parties to attach the translation in another language.*

12. Pursuant to the above, the legally required steps for serving the notice would be the following steps in the following order:

    a. State Notary notarising the notice.

    b. State Notary appointing a court approved courier service to deliver the notice at the residence/workplace of the defendant as identified by the issuer of the notice.

    c. If the courier service cannot find the recipient of the notice at the residence/workplace then the service shall be deemed as failed. However, if the intended recipient refuses to accept service, the service shall be deemed as complete.

    d. In the event that the service fails because the courier service cannot find the recipient, the issuer of the notice can apply to the Dubai Courts to seek permission to apply to Federal Authority for Identity, Citizenship, Customs & Port Security (**"Immigration Office"**) (which holds, amongst other things, records of foreigners

6

residing in UAE, including phone number, address and email address, which the foreigners use at the time of applying for UAE visa/Emirates ID) to identify the recipients' address or contact details as registered with UAE authorities.

e. Once the immigration records are received by the issuer of the notice, the issuer can then approach Aramex along with a copy of the immigration record for service to be re-attempted on the new address identified or other contact details (including telephone number). Here, such digital service would be effectuated by Aramex.

f. If the service is still not effectuated, the issuer of the notice will request permission from State Notary to effectuate service via publication.

g. Upon the request being granted, the issuer of the notice will effectuate such notice accordingly, and the service shall be deemed as complete. If the alternative service is by newspaper advertisement, then notice must be published in two widely circulated newspaper in UAE. Service by publication is subject to the rule that the notice be in Arabic. For foreign defendants, as is the case here, the notice must be published in an Arabic newspaper and a foreign newspaper published in a foreign language.

13. Any legal representative holding a power of attorney from the issuer of the notice can approach the State Notary to issue notice and serve documents on a recipient.

**II.    Attempted Service on Defendants By OGH Legal**

14. On 24 March 2025, the Debtor commenced the process of issuing a power of attorney ("**PoA**") in favor of OGH Legal. The PoA specifically included the power to "*effect and accept service*". The Debtor secured multiple attestations on the PoA from authorities in Unites States of America. Later on, OGH Legal attested the PoA from the Ministry of

7

Foreign Affairs and Ministry of Justice in UAE. On 5 May 2025, all the attestations were complete and the PoA was legally recognized in UAE.

15. On 21 April 2024, the Debtor instructed OGH legal to attempt service on Defendants Byju Raveendran and Divya Gokulnath with the following documents:

    a. Cover notice serving the below documents and notifying Defendants of the US proceedings ("**Notice of Summons**");

    b. Copy of Summons and Notice of Pretrial Conference in an Adversary Proceedings dated 9 April 2025;[5]

    c. Copy of Plaintiff's Sealed Complaint dated 9 April 2025;[6] and

    d. Copy of the Plaintiff's redacted Complaint dated 9 April 2025.[7]

    [items (b), (c) and (d) together referred to as the "**Documents**".]

16. On 23 April 2025, at the instruction of the Debtor's counsel, my colleagues from OGH Legal attempted service on the Defendants at ████████████ ████████ Dubai, UAE ("**Physical Address**") as provided by the Debtor and my colleagues informed me that the Physical Address is surrounded by a small fence and has its own private security. Upon enquiring with the security guard, he confirmed that the Defendants do indeed reside at the Physical Address. He did not, however, permit OGH Legal to enter the Physical Address or otherwise serve the Legal Notice on the Defendants. In fact, after some time, the security personnel asked my colleagues to leave the area surrounding the premises and refused to engage further. Accordingly, the attempted

---

[5] *See* Adv. D.I. 3.
[6] *See* Adv. D.I. 2.
[7] *See* Adv. D.I. 1.

physical service was not possible. However, my colleagues did get confirmation from the security personnel that Defendants do in fact reside at the Physical Address.

### III.    Attempted and Completed Service by State Notary

17. After the PoA became a legally recognized document, one of my colleagues commenced the process of serving the **Notice of Summons** which exhibited the Documents using the State Notary. On 2 May 2025, OGH Legal translated the Notice of Summons to Arabic (pursuant to Article 27 of the Dubai Notary Law[8]) and thereafter, on 5 May 2025, my colleague approached the State Notary to serve the translated Notice of Summons upon the Defendants at the Physical Address.

18. On 5 May 2025, the State Notary agreed to notarise the Notice of Summons and accordingly Aramex commenced service of the Notice of Summons (and the Documents) on the Defendants at the Physical Address. Copy of the Notice of Summons is annexed hereto as "**MAS-3**".

19. On 6 May 2025, Aramex attempted service of the Notice of Summons (and the Documents) on the Defendants at the Physical Address, but apparently the security personnel at the Physical Address denied that he knows the Defendants or that the Defendants live at the Physical Address.[9] On that basis, Aramex could not deliver the Notice of Summons. A copy of the Aramex recorded outcome of attempted service was shared by Aramex to me over email on 7 May 2025 and is annexed hereto as "**MAS-4**". copy of this confirmation.

---

[8] The document notarized by the notary public must be written in Arabic.
[9] This is contradictory to what the security personnel informed my colleagues when they attempted personal service on 23 April 2025.

Scanned with
CS CamScanner

20. As a result, on 7 May 2025, my colleague sought permission from Dubai Courts to apply to the Immigration Office to investigate the registered address and contact details of the Defendants as recorded with the UAE authorities.

21. On 13 May 2025, the Immigration Office in UAE shared the details of Defendants with OGH Legal and confirmed that it could not confirm the Physical Address. However, it did confirm that pursuant to their records, the Defendants' cellular phone numbers are as follows:

    a. Byju Raveendran- 056 263 6320

    b. Divya Gokulnath- 056 263 6320

22. A copy of the Immigration Office record is annexed hereto as "MAS-5".

23. Based on the above confirmations, I approached Aramex to serve the Notice of Summons along with the Documents on the Defendants cellular numbers via SMS.[10]

24. On 14 May 2025, Aramex generated an electronic link (I understand this confirmation to include the Notice of Summons and the Documents) and this was served on the Defendants via SMS. Aramex also confirmed that the mobile number provided was working and on this basis the service was deemed as completed. Copy of the Aramex confirmation is annexed hereto as "MAS-6". As the confirmation states, the "notice was sent by SMS successfully."

25. Therefore, on May 14, 2025, service was properly effectuated on Divya Gokulnath and Byju Raveendran if this was linked to a local action in Dubai. First, the State Notary notarised the Notice of Summons, pursuant to Article 20 of the Dubai Notary Law. *See supra* ¶¶ 5(1), 17, 18. Next, OGH Legal enlisted the service of Aramex to attempt physical

---

[10] Such service via SMA has been deemed as acceptable service pursuant to Article 9 (1) (a) of the Federal Civil Procedure Law. *See* ¶ 7 *supra*.

Scanned with
CS CamScanner

service pursuant to Article 9 of the Federal Civil Procedure Law. *See supra* ¶¶ 8(1)(b), 19. After in-person service was unsuccessful, the Immigration Office provided OGH Legal with Divya and Byju's phone numbers on record. *Supra* ¶¶ 12(d), 21-22. That was used by Aramex to effectuate service via SMS, in accordance with Article 9 of the Federal Civil Procedure Law. *Supra* ¶¶ 8(1)(a), 24.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30 day of May 2025.

By _Mohd AlSabah_

On behalf of Al Omar & AlSabah Advocates

Mohamed AlSabah

11

# MAS-1

Lexis® Middle East

# Dubai Law No. 4/2013
# On Notaries Public in the Emirate of Dubai

| | |
|---|---|
| *Type* | Law |
| *Issued on* | 9 Jun 2013 (corresponding to 30 Rajab 1434 H) |
| *Nature* | Law |
| *Jurisdiction* | Dubai |
| *Copyright* | LexisNexis |

Document link: https://www.lexismiddleeast.com/law/Dubai/Law_4_2013



*Amended by*

*Dubai Law No. 26/2021 dated 18/11/2021*

We, Mohammed Bin Rashid Al Maktoum, Ruler of Dubai

Pursuant to the Perusal of Law of Evidence in Civil and Commercial Notarial Acts promulgated by Federal Law No. 10/1992; and

Federal Law No. 11/1992 on the Civil Procedure Law and its amendments; and

Dubai Law No. 3/1992 on the Formation of the Courts in the Emirate of Dubai and its amendments; and

Dubai Law No. 3/2003 on the Establishment of Executive Council in the Emirate of Dubai; and

Dubai Law No. 6/2005 on the Regulation of the Dubai Courts; and

Dubai Law No. 27/2006 on Dubai Government Human Resources Management and its amendments; and

Dubai Law No. 14/2009 on Pricing Government Services in the Emirate of Dubai; and

Dubai Law No. 35/2009 on the Management of the Public Funds of the Government of Dubai; and

Upon the Instructions of his Highness, the Ruler of Dubai on Notarisation in Dubai Issued on 9/1/1990,

Have issued the following Law:

## Article 1 - The Name of Law

The present Law shall be named "Dubai Law No. 4/2013 on the Notary Public in the Emirate of Dubai".

## Article 2 - Definitions

*The text of this Article was replaced by virtue of Dubai Law No. 26/2021 dated 18/11/2021, and became as what follows:*

The following terms and expressions, wherever mentioned in the present Law, shall have the meanings assigned against each of them, unless the context requires otherwise:

State: The United Arab Emirates State.

Emirate: The Emirate of Dubai.

Executive Council: The Executive Council of the Emirate.

Council: The Judicial Council in the Emirate.

Courts: Dubai Courts.

Court: The First Instance Courts at the Courts.

Chief Judge: The President of the First Instance Courts at the Courts.

Department: The Notary Public Department at the Courts.

Notary Public: This term includes State Notary, Private Notary, the employees of government entities entered in the Register, and the E-Notary.

State Notary: A public officer appointed at the Courts and commissioned with the functions specified by the present Law.

Private Notary: A physical person entered in the Register to perform certain functions of the State Notaries' functions according to the present Law.

E-Notary: An electronic system that performs certain functions of those specified for the State Notary according to the present Law without neither a human intervention nor the attendance of the Concerned Persons, in person, to the headquarters of the Notary Public.

Committee: The Notary Public Affairs' Committee.

Grievance Committee: The Committee established at the Courts to examine and decide upon the grievances submitted by the Notary Public, the Office, and the Concerned Persons regarding the decisions and procedures adopted against them under the present Law and the decisions issued in its implementation.

Register: The paper or electronic document prepared at the Courts, in which the Private Notary and the employees of government entities are registered, after fulfilment of the conditions and requirements set out in the present Law.

Office: A company or sole proprietorship licensed by Law to operate in the Emirate and authorised by the Courts to provide the notary public services.

Permit: An instrument issued by the Courts, which comprises their approval for the Office to provide the notary public services, according to the conditions and procedures set out in the present Law and the decisions issued in its implementation.

Document: Every deed or contract that is notarised or authenticated or with date established by the Notary Public according to the provisions of the present Law or any other legislation.



Document File: A folder that contains the signature of the Concerned Persons, and in which the Notary Public retains the original copy of the Document and associated documentation.

Notarisation: A contract or deed formation or writing by the Public Notary at the request of the Concerned Persons and its registration in the registers provided for this purpose.

Authentication: The certification of the signature or thumbprint of the Concerned Person by the Notary Public, either by hand or electronically.

Date Establishment: Proving the date of the Document by the Notary Public.

Concerned Persons: Any person who requests from the Notary Public to conduct a transaction according to the provisions of the present Law.

Translator: The certified Translator recognised by the competent authority to prepare translations from a foreign language into Arabic, and vice versa

## Article 3 - The Scope of Application

The present Law shall apply to any person who carries out the Notarial acts in the Emirate including free zones and Special Development Zones.

## Article 4 - Notarial Profession

*The text of this Article was replaced by virtue of Dubai Law No. 26/2021 dated 18/11/2021, and became as what follows:*

The practice of the notarial profession in the Emirate shall be restricted to the following:

　　1- State Notary.

　　2- Private Notary.

　　3- The employees of the government entities registered in the Register.

　　4- E-Notary.

## Article 5 - Notary Public Department

A Notary Public Department shall be set up and located at Dubai Courts headquarters; the courts may open branch offices of said Department in the Emirate whenever necessary.

## Article 6 - General Notary Public

a-By a decision of the director of the courts, one officer or more shall be appointed at such courts and be cited as "General Notary Public".

b-The President of the court or any of the judges of the court assigned to carry out the technical supervision of the general Notarial acts.

## Article 7 - Requirements for Appointment of the General Notary Public

*The text of this Article was replaced by virtue of Dubai Law No. 26/2021 dated 18/11/2021, and became as what follows:*

For the person to be appointed as a State Notary, the following requirement shall be met:

　　1- Being a citizen of the State.

　　2- Having full legal capacity.

　　3- Being well reputed and of good conduct, and not having been sentenced by an irrevocable decision in a crime or a felony involving moral turpitude or dishonesty, even if he has been rehabilitated or if an amnesty is issued.

　　4- Holding a bachelor's degree in law, or Sharia' and Law, or an equivalent degree from any university or institute recognised in the Emirate.

　　5- Being medically fit to perform the duties of his office.

　　6- Not having been previously dismissed from service by an irrevocable decision or a final disciplinary decision.

　　7- Having successfully passed the tests and interviews determined.

　　8- Any other conditions specified by the Director of the Courts according to the decisions issued by him in this regard.

## Article 8 - Notary Public Affairs Committee

*The text of this Article was replaced by virtue of Dubai Law No. 26/2021 dated 18/11/2021, and became as what follows:*

a- A permanent committee shall be set up by a decision issued by the President of the Courts under the name "Notary Public Affairs' Committee", according to which the chairman and members of the Committee are designated, including one judge or



more from among the judges of the Courts, in addition to the functioning system, and legal quorum for the validity of meetings and decision-making.

b- In addition to the competencies entrusted to it by virtue of this Law, the Committee shall have the following tasks and powers:

1- Deciding the application for registration and renewal of registration of the Private Notary.

2- Deciding the applications of the government entities for the registration and renewal of registration of their employees in the Register.

3- Deciding the applications for a Permit and renewal of the Permit of Offices.

4- Deciding the applications submitted to it by the Offices to cease their activity.

5- Deciding the applications for transferring a Private Notary from one Office to another.

6- Deciding upon the objections filed by the Concerned Persons against the procedures taken against them by the Offices, Private Notaries, and the employees of the government entities registered in the Register, and taking appropriate measures, according to the provisions of the present Law and the decisions issued in its implementation.

7- Examining and deciding upon the violations committed by the Office, Private Notary, and the employee of the government entity registered in the Register, and upon the complaints filed against them, and taking appropriate measures, including imposing penalties specified according to the present Law and the decisions issued in its implementation.

8- Any other tasks or powers assigned to it by the President of the Courts.

## Article 9 - Private Notary

a-A register will be set up at the courts for the registration of private notary public; the Director of the Courts shall specify the form of such register and the information to be listed therein.

b-The president of the court or any of the judges of the court assigned to carry out the technical supervision of the private Notarial acts.

## Article 10 - Conditions of Registration in the Register

*The text of this Article was replaced by virtue of Dubai Law No. 26/2021 dated 18/11/2021, and became as what follows:*

For a person to be registered in the Register, the following requirements shall be met:

1- Having fulfilled the conditions set out in Article 7 of the present Law. The Director of the Courts may exempt any person who is proficient in written and spoken Arabic, whether from the citizens of the Arab countries or others, from the citizenship requirement set out in Clause (1) of Article 7 of the present Law.

2- Being dedicated on full-time basis to practise certain functions of the State Notaries functions, unless the Director of the Courts approves that such person may practise the notarial profession in addition to his job or profession, as the case may be, based on the recommendation of the government entity with respect to its employees requested to be registered in the Register, or based on the recommendation of the Committee for those engaged in any licensed profession in the Emirate. The said approval shall be issued according to the conditions specified by a decision of the Director of the Courts in this regard.

3- Having previously engaged in the judicial or legal business for no less than two years within the State.

4- Ensuring the payment of the fee prescribed for registration in the Register.

5- Any other conditions specified by a decision of the Director of the Courts in this regard.

## Article 11 - Procedures of Registration in the Register

The registration in the register shall be made according to the following procedures:

1-A registration application shall be submitted to the Department on the form provided for such purpose supported with the documents and deeds required by said department.

2-The Department shall refer the registration application to the Committee so as to study and examine it according to the conditions and requirements set forth in this Law and the decisions issued thereof.

3-A private notary public card shall be issued by the Department for such person who is duly registered thereof; the form and information to be listed therein shall be specified by the decision of the director of the courts.

## Article 12 - Term of Registration in the Register

The term of registration in such register shall be one year renewable for same periods; the renewal application must be submitted within thirty days prior to the expiry of such term of registration.



## Article 13 - Office Permit

a-The private notary must perform his duties through an office.

b-It is required that the applicant of a permit must meet the following requirements:

1-The owner or the manager of the office intended to be established must be a private notary.

2-The official office must be appropriate to receive the public and exercise the powers and duties of the notary public, and it must be furnished with facilities and requisites as specified by the courts.

3-Submitting an insurance policy which is valid throughout the permit term against the liability for professional errors, issued by an insurance company licensed in the Emirate; the director of the courts shall specify the insurance amount and the policy execution method.

4-Payment of the fixed fee for an office permit.

5-Any other conditions specified by the director of the courts according to his decisions issued in this matter.

## Article 14 - The obligations of the Office

*The text of this Article was replaced by virtue of Dubai Law No. 26/2021 dated 18/11/2021, and became as what follows:*

a- The Office shall commit to the following:

1- Posting the Permit in a conspicuous place to be easily accessed by the public.

2- Notifying the Department of the Private Notaries who work in the Office and of any change that may occur to their information specified in the Register, within five (5) working days from the date of the change.

3- Obtaining the prior approval of the Department on any amendment or change relating to the information of the licence issued to it by the licensing authority.

4- Maintaining a special register in which are inserted the information of activities fulfilled, their completion date, and the names of the parties for such period specified by the Courts.

5- Providing the devices, registers, documents, techniques, and necessary systems to provide the notary public services.

6- Conducting an electronic archiving of the Document, and associated deeds and documentation, in addition to sending their originals to the Department, within five (5) working days from the date of completion of the Document.

7- Any other obligations specified by a decision of the Director of the Courts in this regard.

b- The Office shall assume full responsibility for the errors committed by the Private Notary employed, including the responsibility for the settlement of the fines specified under this Law and the decisions issued in its implementation.

The Office shall settle the fines within thirty (30) days starting from the next day following the termination of the grievance time limit or the issuance of the decision of the Grievance Committee, according to the provisions of the present Law. In case of non-payment the Permit shall be suspended until the payment of the said fines.

c- The Courts shall not assume any responsibility towards a third party for the damage that may be incurred to them resulting from the notary public services provided by the Office under the present Law and the decisions issued in its implementation.

## Article 15 - Permit Issuance Procedures

The permit shall be issued according to the following procedures:

1-The permit application shall be submitted to the Department according to the form approved for such purpose along with the supporting instruments and documents.

2-The Department shall refer the permit application to the committee for examination and verification of the fulfilment of all the requirements set forth in the present Law and the decisions issued thereof.

3-The Department shall, after the issuance of the permit, inscribe all the basic information related to the office and its address in addition to the information on the owner, the manager of the office and the private notaries working therein within a database established at said Department for such purpose.

## Article 16 - Term of Permit

The term of permit shall be one year renewable for same periods; the renewal application must be submitted within 30 days prior to its expiry date

## Article 17 - Branch Office Opening

The Committee may, at the request of the office, authorize other branch offices to be opened in the Emirate; this application shall be examined according to the requirements to be specified by the decision of the director of the courts.



## Article 18 - Government Bodies' Personnel

a-Without prejudice to the provisions of Article 7 of this Law, the Committee may, at the request of government authorities, register any of the personnel of said bodies in the register provided that they shall only carry out some functions specified from among the various duties of the general notary public for the authority to whom they affiliate.

b-The director of the courts shall specify the functions of the government bodies' personnel who are entered in the register in the manner specified in Paragraph A of this Article.

c-The Department shall issue a notary identity card for the government bodies' personnel who are entered in the register; the form and information to be listed therein shall be specified by the decision of the director of the courts.

## Article 19 - The Oath

a-A notary public, upon appointment and before entering upon the duties of the office shall take the oath, before the president of the court, as read in the following wording:

(I swear by God Almighty that I will faithfully and honestly fulfil the duties that devolve upon me, and that I shall keep the professional secrets and to respect the legislations in effect); a minute on the oath-taking shall be drafted and deposited in the notary public record.

b-A notary may not exercise the powers and duties of the office of a notary public set forth in the present Law, before taking the oath mentioned in Paragraph A of this Article, under the nullity of all acts and procedures issued by him.

## Article 20 - The Powers of the Notary Public

*The text of this Article was replaced by virtue of Dubai Law No. 26/2021 dated 18/11/2021, and became as what follows:*

a- The State Notary shall have the following competencies:

1- Notarising the documents and contracts of all types as required by Law or requested by the Concerned Persons.

2- Authenticating the signatures of the Concerned Persons on deeds and contracts of all types upon their requests.

3- Establishing the date of the deeds and contracts of all types by assigning serial numbers for them in the registers prepared for this purpose, and establishing their filing and signing date, and stamping them with the official stamp.

4- Notarising and authenticating the affidavits, after administering the oath to the Concerned Persons and proving such fact in the registers prepared for this purpose.

5- Authenticating the validity of the signatures approved in non-Muslims' marriage contracts and the documentation issued by the places of worship and religious authorities licensed in the Emirate.

6- Affixing the executory force seal on the Document notarised or authenticated, according to the provisions of Article 34 of the present Law.

7- Authenticating the wills of non-Muslims.

8- Any other competencies entrusted to him by virtue of the applicable legislation in the Emirate or assigned to him by the Director of the Courts or the Chief Judge of the Court.

b- The competencies of the Private Notary and the employees of government entities duly registered in the Register, from among the State Notaries' functions set forth in Paragraph (a) of this Article, shall be specified by a decision of the Director of the Courts.

c- The Director of the Courts may allocate one service or more of the State Notary's services to be provided by the E-Notary.

## Article 21 - Prohibited Notarial Acts

Notwithstanding the provisions of Article 20 of the present law, the notary public may not perform any of the following duties:

1-Document or certify any Notarial Act related to the personal status of Muslims or the Endowment "Waqf".

2-Certify any Notarial Act related to the establishment, transfer, changing or termination of an ownership right or any other right in rem against a real property.

3-Document or certify any Notarial Act required to be documented or certified by another competent authority under the applicable legislations in the Emirate.

4-Document or certify any Notarial Act which includes a violation of the applicable legislations, the public order or public morals.

5-Carry out any Notarial Act in which he himself, his wife or any of his relatives up to the fourth degree has an apparent or an underlying benefit, or elect any of the same to act as a translator.

6-Disclose any information related to the concerned parties of which he has obtained from third party by reason of fulfilment of his duty.



7-Transfer any registers, instruments, documents or other official papers from the official office unless by decision of the president of the court or the competent court as the case may be, or join any of the same to the file of a pending lawsuit without the approval of the competent court or keep any certified photocopy of the same.

8-Provide any authority other than the concerned party with information from the records unless by a written application from such competent judicial or government authority.

9-Carry out any Notarial Act included in the provisions of the present Law unless after the payment of the fixed fee.

10-Give a copy of a document to other than the concerned parties unless by written approval of the president of the court or upon the decision of the competent court as the case may be.

11-Authenticate the signatures of the personnel of Federal or Local Government authorities on certificates, documents or other papers signed by them by virtue of their positions.

12-The general notary public may not leave the office to perform any Notarial Act within his competence without the approval of the director of the department or his deputy and according to the rules set forth in this Law and the decisions issued thereof.

## Article 22 - Official Seals

The courts shall adopt the official seals of the general notary public, the private notary and the Employees of government bodies who are entered in the register by which the Notarial Acts carried out are stamped under the conditions and requirements to be specified by the decision of the director of the courts.

## Article 23 - The Registers and Files of the Notaries

a-Paper or electronic records and files shall be allocated to the notary public; a decision to specify such records and files and the registration method therein shall be issued by the director of the courts.

b-Records and files mentioned in Paragraph A of this Article shall be considered a proof of all data, information and documents inscribed and kept therein.

c-The notary public must manage said records and files according to the rules and procedures followed by the courts in this regard, and; in particular, he is required to commit to the following:

1-Keeping registers adopted by courts and entering all Notarial Acts performed.

2-Archiving the original copies of documents that are documented or certified by him or with date being established in chronological files after registration of the same in the registers provided for such purpose.

3-Archiving all supporting documents.

4-Issuing and printing, at the request of the concerned parties, certificates and true photocopies of original documents retained by him as from the registers and files approved by him.

## Article 24 - Verification of Notarial Acts

a-Before carrying out any Notarial Act for the concerned parties, the notary public must:

1-Identify the concerned parties or their legal representatives, as well as to verify their legal capacities, capacities and consents in addition to their knowledge of the content of the document and their legal power to perform such Notarial Act.

2-Secure that the Notarial Act submitted to him is not inconsistent with the public order and the legislations applicable in the Emirate.

b-The notary public must refrain from carrying out any Notarial Act submitted to him if; as a result of the examination of said Notarial Act in the manner specified in Paragraph A of this Article, the lack of legal capacity of the concerned parties it is established or if it revealed impossible to verify their identities, capacities, knowledge of or consent to the content of the Notarial Act, or if it is established that the Notarial Act is contrary to the public order or the applicable legislations in the Emirate, or if they are intended for fraud or deceit.

## Article 25 - Methods of the Concerned Parties

Identities of the concerned parties shall be verified through any of the following means:

1-Passport or national identity card.

2-An official document issued by the competent authorities in the State.

3-Two credible witnesses "Adl" knowing the concerned parties.



### Article 26 - Document Form

a-The document must be clearly written; and the full name and nationalities of the concerned parties shall be stated therein in addition to their place and date of birth and their residences, in such cases as necessary.

b-The document's pages shall be numbered by the seals adopted in this matter.

c-The authenticated or certified document or with date being established and signed by both the notary public and the concerned parties shall be considered an original copy.

### Article 27 - Document Language

The document notarized by the notary public must be written in Arabic. It may be written in a foreign language according to the following instances and requirements:

> 1-If the document requested to be notarized is written in both Arabic and foreign languages, both languages must be drafted on one combined document, and that the concerned parties shall sign opposite to the two languages on each page of the document.

> 2-If the document requested to be notarized is drafted in foreign language only, the concerned parties must translate the same to Arabic through a translator; such translation shall be attached with the foreign language document requested to be notarized where the concerned parties shall sign on both document and translation and the foreign language text shall be notarized by the notary public.

### Article 28 - Signatures of the Concerned Parties

The concerned parties must sign the document by the method and means specified by the court thereof.

### Article 29 - Unfamiliarity with the Language of the Concerned Parties

If the notary public is unfamiliar with the language of any of the concerned parties, he shall receive his declarations through a translator; and the notary public must mention such procedure in the document's file and he must take the signature of the translator on the same file.

### Article 30 - Inability to Sign

If the concerned parties or either one of them is unable to sign for whatever reason, the notary public must require that the fingerprint of such be placed on the document and mention such procedure in the document's file.

### Article 31 - The Notarial Acts of Persons with Special Needs

a-If the concerned parties or either one of them is incapable of understanding the content of the Notarial Act through ordinary means, or is unable to express his will naturally, the notary public must make clear the content of said Notarial Act and secure his confirmation thereon with the guidance of any person who understands his familiar signs who shall act after the oath-taking, and after his signature or fingerprint is placed on the document; the notary public must make a reference to such procedure in the document's file.

b-Should the concerned parties or either one of them be of special needs or suffering from a disease that prevent obtaining his signature or fingerprint, he may nominate a person to sign or impress fingerprint on his behalf; and the notary public must make a reference to this procedure in the document's file.

### Article 32 - Application for a Copy of the Document

Concerned parties or either one of them or the competent court or any concerned government authority shall be entitled to apply for a certified copy of any document retained with the records of the notary public.

### Article 33 - Rectification of the Document

> *The text of this Article was replaced by virtue of Dubai Law No. 26/2021 dated 18/11/2021, and became as what follows:*

a- Any material errors in the Document, either clerical or computational, performed in the course of activity of the Notary Public shall not affect the validity of the Document, provided that the Notary Public, in this case, rectifies such error according to the procedures approved by the Director of the Courts in this regard.

b- If an error is made by the Concerned Persons regarding any data and information inscribed in the Document, then the Notary Public may, at their request, rectify such error, according to the procedures approved by the Director of the Courts in this regard.

### Article 34 - The Executory Force

> *The text of this Article was replaced by virtue of Dubai Law No. 26/2021 dated 18/11/2021, and became as what follows:*



a- The Notary Public shall at the request of a Concerned Person, affix the executory formula seal on the Document to be notarised or authenticated according to the provisions of the present Law, and which includes verified obligations, of determined amount, and due. One copy only of the said Document shall be delivered to the Concerned Person.

b- A second copy of the Document sealed with the executory formula may not be delivered to the Concerned Persons, unless by a written order from the President of the Court, and that is in case the first copy is lost or became impossible to be used for whatever reason.

## Article 35 - The Binding Force of the Document
*The text of this Article was replaced by virtue of Dubai Law No. 26/2021 dated 18/11/2021, and became as what follows:*

a- According to the rules approved by the Director of the Courts, the notarial acts may be performed by way of use of digital transactions including all acts and procedures, whether relating to identification, remote communication, e-signature, payment of fees, or other matters. Such acts and procedures shall be considered as verified and legally effective with no requirement for the personal appearance of the Concerned Persons before the Notary Public.

b- The traditional and electronic Document drawn up by the Notary Public shall have, as evidence, the same binding force of the official documents in the applicable legislation. The validity of the Document may only be challenged by way of forgery.

## Article 36 - The Grievance against the Notarial Acts
*The text of this Article was replaced by virtue of Dubai Law No. 26/2021 dated 18/11/2021, and became as what follows:*

a- A permanent committee named as "Committee Grievance" shall be set up by a decision of the President of the Courts, in which the Chairman and the members are specified, including one judge or several judges of the Courts, in addition to determining the functioning system, and legal quorum for the validity of its meetings and decision-taking.

b- The Grievance Committee shall have the following tasks and powers:

1- Examining and deciding upon the grievances filed by the Notaries Public and Offices on the decisions, or penalties, or measures, or the procedures taken against them, by virtue of the present Law and the decisions issued in its implementation.

2- Examining and deciding upon the grievances filed by the Concerned Persons against the decisions, procedures, and measures taken against them, by virtue of the present Law and the decisions issued in its implementation.

3- Any other tasks or powers assigned to it by the President of the Courts.

## Article 37 - The Grievance against the Committee's Decisions
*The text of this Article was replaced by virtue of Dubai Law No. 26/2021 dated 18/11/2021, and became as what follows:*

In filing grievances, the following procedures shall be followed:

1- A grievance shall be submitted to the Department, according to the form approved in this regard, within fifteen (15) days from the issuance date of the decision, the penalty, the measure, or the grieved-against procedure if issued in the presence of its parties, and from the notification date if it is rendered in absentia.

2- The Department shall refer the grievance to the Grievance Committee within five (5) working days from the filing date, for adjudication thereof.

3- The Grievance Committee may request from the grievant to provide it with any documentation or deeds necessary to decide the grievance, and the grievant shall provide the Grievance Committee with the same within the time limit specified thereof.

4- The Grievance Committee shall decide upon the grievance submitted to it within thirty (30) days from the filing day of such grievance by the Department, unless the Grievance Committee requires the grievant to produce any additional deeds or documentation, where in such case, the time limit to examine the grievance shall be thirty (30) days from the date on which the Grievance Committee is provided with the said deeds and documentation. The decision issued by it on the grievance shall be final.

## Article 38 - Deletion of Notarial Act

a-Should the concerned parties fail to complete a Notarial Act submitted to the notary public for notarization according to the provisions of the present Law, it shall be stricken-off by the lapse of sixty days from the date of registration.

b-If the concerned parties are willing to complete their Notarial Act which has been stricken-off pursuant to Paragraph A of this Article, they must submit a new application and pay the fixed fee on such Notarial Act.

## Article 39 - Inspection and Disciplinary
*The text of this Article was replaced by virtue of Dubai Law No. 26/2021 dated 18/11/2021, and became as what follows:*



a- Inspection of the Offices and Notary Public shall be conducted according to the mechanism approved by the Director of the Courts by a decision to be issued by him in this regard.

b- The Committee may impose any penalty against the Office or Notary Public only after an investigation, in writing, is conducted, and after hearing the statements and defence of the Office or Notary Public, as the case may be.

c- The hearings, investigations, and deliberation of the Committee shall be secret.

## Article 40 - Disciplinary Measures against the General Notary Public

Disciplinary penalties set forth in Dubai Government Human Resources Management Law abovementioned, shall be imposed against the general notary public who contravenes the provisions of this Law and the relevant decisions issued thereof.

## Article 41 - Disciplinary Measures against Government Bodies' Personnel entered in the Register

The Employees of government bodies entered in the register who contravenes any of the provisions of the present law and the relevant decisions shall be subject to the following disciplinary penalties:

1-Warning.

2-Suspension of Registration for a period not exceeding two years.

3-Deletion of Registration.

## Article 42 - Penalties and Measures against the Office and the Private Notary

a-Without prejudice to any more severe penalties provided for in any other law, the office shall be punished by a fine of not less than (500) five hundred Dirhams and not in excess of (30.000) thirty hundred Dirhams, should the office or any private notary employed therein commits any act in violation to the provisions of this Law and the relevant decisions.

b-The amount of fine specified in Paragraph A of this Article shall be doubled should the same offence is repeated within one year from the date of the previous violation; such amount shall not exceed (50.000) fifty thousand Dirhams.

c-In addition to the fine mentioned in Paragraph A of this Article, the committee may take one or more of the following measures against the office or the private notary.

1-Warning.

2-Suspension of registration or permit for a period not exceeding two years.

3-Deletion of Registration or Revocation of Permit.

d-The disciplinary penalties set forth in this Article shall not affect the civil or criminal liability; when necessary.

## Article 43 - Judicial Officers

*The text of this Article was replaced by virtue of Dubai Law No. 26/2021 dated 18/11/2021, and became as what follows:*

The employees of the Department designated by a decision of the Director of the Courts shall have the law enforcement capacity in proving the acts committed in violation of the provisions of the present Law and the decisions issued in its implementation, and for such purpose, they shall draft the necessary reports and seek the assistance of police officers, as necessary.

## Article 44 - Fees and Fines

*The text of this Article was replaced by virtue of Dubai Law No. 26/2021 dated 18/11/2021, and became as what follows:*

a- The fees specified by a decision of the Chairman of the Executive Council shall be collected in return for the services provided by the Notary Public according to the provisions of the present Law, and in return for the issuance of Permits and registration in the Register, and for other services related to the Offices, the Private Notary, and such Notary Public from among the employees of the government entities registered in the Register.

b- The applications submitted by the federal or local government authorities in the Emirate shall not be subject to the fee due for the Notary Public services.

## Article 45 - Devolution of Fees and Fines

The fees and fines collected under the provisions of this Law shall all devolve to the account of the public treasury of the Government of Dubai.

## Article 46 - Abrogations

The instructions issued on 9/01/1900 On Notarisation in Dubai Issued on 9/1/1990shall be abrogated; Any other text mentioned in any other legislation shall also be abrogated to the extent that contradicts the provisions of this Law.



### Article 47 - Issuance of Implementing Decisions

The director of the courts shall issue the decisions necessary to implement the provisions of this Law, and be published in the official gazette of the Government of Dubai.

### Article 48 - Publication and Effectiveness

This Law shall be published in the official gazette, and shall come into force as of the publication date.

Issued in Dubai on June 9, 2013

Corresponding to 30 Rajab 1434

**Mohammed Bin Rashid Al Maktoum**

**Ruler of Dubai**

The present Law was published in the Official Gazette of the Government of Dubai, Issue no. 374 dated 31/12/2013, P. 5



تشريعات إمارة دبي

# قانون رقم (**4**) لسنة 2013م. (دبي)
صادر بتاريخ 2013/06/09م.
الموافق فيه 30 رجب 1434هـ.
بشأن
**الكاتب العدل في إمارة دبي**

معدل بموجب
القانون رقم 2021/26 تاريخ 2021/11/18م.

**نحن محمد بن راشد آل مكتوم حاكم دبي**
بعد الاطلاع القانون الإتحادي رقم 10 لسنة 1992 بإصدار قانون الإثبات في المعاملات المدنية والتجارية،
وعلى القانون الاتحادي رقم 11 لسنة 1992 بإصدار قانون الإجراءات المدنية وتعديلاته،
وعلى قانون تشكيل المحاكم في إمارة دبي رقم 3 لسنة 1992 وتعديلاته،
وعلى القانون رقم 3 لسنة 2003 بشأن إنشاء مجلس تنفيذي لإمارة دبي،
وعلى القانون رقم 6 لسنة 2005 بشأن تنظيم محاكم دبي وتعديلاته،
وعلى قانون إدارة الموارد البشرية لحكومة دبي رقم 27 لسنة 2006 وتعديلاته،
وعلى القانون رقم 14 لسنة 2009 بشأن تسعير الخدمات الحكومية في إمارة دبي،
وعلى القانون رقم 35 لسنة 2009 بشأن إدارة الأموال العامة لحكومة دبي وتعديلاته،
وعلى تعليمات سمو حاكم دبي بشأن معاملات الكاتب العدل في دبي الصادرة بتاريخ 1990/01/9،
**نصدر القانون التالي:**

**المادة الأولى– اسم القانون**
يسمى هذا القانون "قانون الكاتب العدل في إمارة دبي رقم 4 لسنة 2013".

## المادة **2** – التعريفات
استبدل نص هذه المادة بموجب القانون رقم 2021/26 تاريخ 2021/11/18م. وأصبح على الوجه التالي:
تكون للكلمات والعبارات التالية، حيثما وردت في هذا القانون، المعاني المبينة إزاء كُلّ منها، ما لم يدل سياق النّص على غير ذلك:
**الدّولة:** دولة الإمارات العربيّة المتحدة.
**الإمارة:** إمارة دبي.
**المجلس التنفيذي:** المجلس التنفيذي للإمارة.
**المجلس:** المجلس القضائي في الإمارة.
**المحاكم:** محاكم دبي.
**المحكمة:** المحاكم الابتدائيّة في المحاكم.
**رئيس المحكمة:** رئيس المحاكم الابتدائيّة في المحاكم.
**الإدارة:** إدارة الكاتب العدل بالمحاكم.
**الكاتب العدل:** ويشمل الكاتب العدل العام، والكاتب العدل الخاص، ومُوظّفي الجهات الحكوميّة المقيدين في السّجل، والكاتب العدل الإلكتروني.
**الكاتب العدل العام:** المُوظّف العام المعين لدى المحاكم، والمكلف بالاختصاصات المحددة بموجب هذا القانون.

جميع الحقوق محفوظة لصادر ناشرون©

**الكاتب العدل الخاص:** الشّخص الطبيعي المقيد في السّجل لمزاولة الاختصاصات المحددة له من أعمال الكاتب العدل العام بموجب هذا القانون.

**الكاتب العدل الإلكتروني:** نظّام إلكتروني يقوم بأداء بعض الاختصاصاتِ المحدّدة للكاتب العدل العام بموجب هذا القانون دون اي تدخّل بشري ودون الحاجة لحضور ذوي العلاقة شخصيّاً لمقر الكاتب العدل.

**اللجنة:** لجنة شؤون الكاتب العدل.

**لجنة التظلّمات:** اللجنة المشكلة في المحاكم للنظّر والبت في التظلّمات المقدمة من الكاتب العدل والمكتب وذوي العلاقة بشأن القرارات والإجراءات المتخذة بحقهم بموجب هذا القانون والقرارات الصّادرة بمقتضاه.

**السّجل:** المستند الورقي أو الإلكتروني المعد لدى المحاكم، الذي يقيّد فيه الكاتب العدل الخاص ومُوظّفو الجهات الحكوميّة، بعد استيفائهم للشّروط والمُتطلّبات المنصوص عليها في هذا القانون.

**المكتب:** الشّركة أو المؤسسة الفرديّة المرخّص لها قانوناً بالعمل في الإمارة، والمصرّح لها من المحاكم بتقديم خدمات الكاتب العدل.

**التصريح:** الوثيقة الصّادرة عن المحاكم، التي تتضمن موافقتها على قيام المكتب بتقديم خدمات الكاتب العدل، وفقاً للشّروط والإجراءات المنصوص عليها في هذا القانون والقرارات الصّادرة بموجبه.

**المُحرّر:** كل مستند أو عقد يتم توثيقه أو تصديقه أو إثبات تاريخه من الكاتب العدل وفقاً لأحكام هذا القانون أو أي تشريع آخر.

**ملف المُحرّر:** الحافظة التي تحتوي على توقيع ذوي العلاقة، ويحفظ فيها الكاتب العدل النّسخة الأصليّة من المحرر والمستندات المرتبطة به.

**التوثيق:** إنشاء أو كتابة المستند أو العقد من الكاتب العدل حسب طلب ذوي العلاقة، وقيده في السّجلات المخصصة لهذه الغايّة.

**التصديق:** مصادقة الكاتب العدل على توقيع أو بصمة إبهام ذوي العلاقة يدويّاً أو إلكترونياً.

**إثبات التاريخ:** إثبات تاريخ المُحرّر من الكاتب العدل.

**ذوو العلاقة:** كل من يطلب من الكاتب العدل إجراء أي معاملة وفقاً لأحكام هذا القانون.

**المترجم:** المترجم القانوني المعتمد من السّلطة المختصة للقيام بأعمال التّرجمة من اللغة الأجنبيّة إلى اللغة العربيّة، وبالعكس.

## المادة **3**– نطاق التطبيق

يطبق هذا القانون على كل من يزاول أعمال الكاتب العدل في الإمارة بما في ذلك المناطق الحرة ومناطق التطوير الخاصة.

## المادة **4**– مزاولة أعمال الكاتب العدل

استبدل نص هذه المادة بموجب القانون رقم 2021/26 تاريخ 2021/11/18م. وأصبح على الوجه التالي:

تقتصر مزاولة أعمال الكاتب العدل في الإمارة على:

1. الكاتب العدل العام.
2. الكاتب العدل الخاص.
3. مُوظّفو الجهات الحكوميّة المقيّدين في السّجل.
4. الكاتب العدل الإلكتروني.

## المادة **5**– إدارة الكاتب العدل

تنشأ بمقر المحاكم إدارة للكاتب العدل، ويجوز للمحاكم إنشاء فروع لهذه الإدارة في الإمارة متى دعت الحاجة إلى ذلك.

## المادة **6**– الكاتب العدل العام

أ – يعين لدى المحاكم موظف أو أكثر يسمى الكاتب العدل العام، ويتم تعيينه بقرار من مدير المحاكم.

ب – يتولى رئيس المحكمة أو من يفوضه من قضاة المحكمة الإشراف الفني على أعمال الكاتب العدل العام.

## المادة **7** – شروط تعيين الكاتب العدل العام

**استبدل نص هذه المادة بموجب القانون رقم 2021/26 تاريخ 2021/11/18م. وأصبح على الوجه التالي:**

يشترط فيمن يعين بوظّيفة الكاتب العدل العام ما يلي:

1. أن يكون من مواطني الدّولة.
2. أن يكون كامل الأهليّة.
3. أن يكون حسن السّيرة والسّلوك، ولم يسبق الحكم عليه بحكم بات في جنائيّة أو جنحة مخلة بالشّرف أو الأمانة، ولو كان قد ردّ إليه اعتباره أو صدر عفو عنه.
4. أن يكون حاصلاً على شهادة البكالوريوس في القانون، أو الشّريعة والقانون، أو ما يعادلها من إحدى الجامعات أو المعاهد المعترف بها في الإمارة.
5. أن يكون لائقاً صحياً للقيام بواجبات وظيفته.
6. ألا يكون قد سبق فصله من الخدمة بحكم بات أو قرار تأديبي نهائي.
7. أن يجتاز بنجاح الاختبارات والمقابلات المقررة.
8. أي شروط أخرى يُحدّدها مدير المحاكم بموجب القرارات الصّادرة عنه في هذا الشّأن.

## المادة **8** – لجنة شؤون الكاتب العدل

**استبدل نص هذه المادة بموجب القانون رقم 2021/26 تاريخ 2021/11/18م. وأصبح على الوجه التالي:**

أ – تشكل بقرار يصدره رئيس المحاكم لجنة دائمة تسمى "لجنة شؤون الكاتب العدل"، يحدّد بموجبه رئيس اللجنة وأعضاؤها، على أن يكون من بينهم قاض أو أكثر من قضاة المحاكم، وكذلك تحديد آليّة عملها، والنّصاب القانوني لصحّة اجتماعاتها واتخاذ قراراتها.

ب – بالإضافة إلى الاختصاصات المنوطة بها بموجب هذا القانون، تتولّى اللجنة المهام والصّلاحيّات التاليّة:

1. البت في طلب قيد وتجديد قيد الكاتب العدل الخاص.
2. البت في طلبات الجهات الحكوميّة بقيد وتجديد قيد مُوظّفيها في السّجل.
3. البت في طلبات تصريح وتجديد تصريح المكاتب.
4. البت في الطلبات المقدمة إليها من المكاتب للتوقف عن مزاولة نشاطها.
5. البت في طلبات نقل الكاتب العدل الخاص من مكتب إلى آخر.
6. البت في الاعتراضات المقدمة من ذوي العلاقة على الإجراءات المتّخذة بحقّهم من المكاتب وكتاب العدل الخاص، ومُوظّفي الجهات الحكوميّة المقيّدين في السّجل، واتخاذ الإجراءات المناسبة بشأنها، وفقاً لأحكام هذا القانون والقرارات الصّادرة بموجبه.
7. النّظّر والبت في المخالفات المرتكبة من المكتب أو الكاتب العدل الخاص ومُوظّف الجهة الحكوميّة المقيد في السّجل، والشّكاوى المقدمة بحقهم، واتخاذ الإجراءات المناسبة بشأنها، بما في ذلك فرض العقوبات المقررة بموجب هذا القانون والقرارات الصّادرة بمقتضاه.
8. أي مهام أو صلاحيات أخرى يتم تكليفها بها من رئيس المحاكم.

## المادة **9** – الكاتب العدل الخاص

أ – ينشأ لدى المحاكم سجل لقيد الكاتب العدل الخاص ويحدد مدير المحاكم شكل هذا السجل والبيانات الواجب إدراجها فيه.

ب – يتولى رئيس المحكمة أو من يفوضه من قضاة المحكمة الإشراف الفني على أعمال الكاتب العدل الخاص.

© جميع الحقوق محفوظة لصادر ناشرون

## المادة **10** – شروط القيد في السجل

استبدل نص هذه المادة بموجب القانون رقم 2021/26 تاريخ 2021/11/18م. وأصبح على الوجه التالي:

يُشترط فيمن يقيد في السّجل، ما يلي:

1. أن تتوفّر فيه الشّروط المنصوص عليها في المادة (7) من هذا القانون، ويجوز لمدير المحاكم استثناء أي شخص يجيد اللغة العربيّة كتابة ومحادثة، سواءً من مواطني الدّول العربيّة أو من غيرهم، من شرط المواطنة المنصوص عليه في البّند (1) من المادة (7) من هذا القانون.

2. أن يكون متفرغاً لمزاولة الاختصاصات المحددة له من أعمال الكاتب العدل العام، ما لم يوافق مدير المحاكم، بناءً على توصيّة الجهة الحكوميّة بالنّسبة لمُوظّفيها الذين تطلب قيدهم في السّجل، أو بناءً على توصيّة اللجنة لمن يزاول إحدى المهن المرخصة في الإمارة، أن يزاول أعمال الكاتب العدل بالإضافة إلى وظيّفته أو مهنته، بحسب الأحوال، ويتم إصدار تلك المُوافقة وفقاً للشروط التي يصدر بتحديدها قرار من مدير المحاكم في هذا الشّأن.

3. أن يكون ممّن سبق لهم الاشتغال في الأعمال القضائيّة أو القانونيّة لمدة لا تقل عن سنتين داخل الدّولة.

4. سداد الرّسم المقرر على القيد في السّجل.

5. أي شروط أخرى يصدر بتحديدها قرار من مدير المحاكم في هذا الشّأن.

## المادة **11** – إجراءات القيد في السجل

يتم القيد في السجل وفقاً للإجراءات التالية:

1 – يُقدّم طلب القيد في السجل إلى الإدارة وفقاً للنموذج المعدّ لهذه الغاية معززاً بالوثائق والمستندات المطلوبة من قبلها.

2 – تقوم الإدارة بإحالة طلب القيد إلى اللجنة، لتتولى دراسته والبت فيه وفقاً للشروط والمتطلبات المنصوص عليها في هذا القانون والقرارات الصادرة بموجبه.

3 – تصدر الإدارة لمن يتم قيده في السجل بطاقة كاتب عدل خاص، يحدد شكلها والبيانات الواجب إدراجها فيها بقرار يصدره مدير المحاكم.

## المادة **12** – مدة القيد في السجل

تكون مدة القيد في السجل سنة واحدة قابلة للتجديد لمدد مماثلة، ويجب أن يقدم طلب التجديد خلال (30) يوماً قبل انتهاء مدة القيّد.

## المادة **13** – تصريح المكتب

أ – يجب على الكاتب العدل الخاص مزاولة أعماله من خلال مكتب.

ب – يُشترط فيمن يتقدم بطلب الحصول على التصريح ما يلي:

1 – أن يكون مالك أو مدير المكتب المزمع إنشاؤه كاتب عدل خاص.

2 – أن يكون مقر المكتب ملائماً لاستقبال الجمهور والقيام بصلاحيات ومهام الكاتب العدل وأن يكون مجهزاً بالمرافق والمستلزمات التي تحددها المحاكم.

3 – تقديم وثيقة تأمين سارية المفعول طيلة مدة التصريح ضد المسؤولية عن الأخطاء المهنية، صادرة عن إحدى شركات التأمين المرخصة في الإمارة، ويحدد مدير المحاكم مقدار التأمين وكيفية التنفيذ على الوثيقة.

4 – سداد الرسم المقرر على تصريح المكتب.

5 – أية شروط أخرى يحددها مدير المحاكم بموجب القرارات الصادرة عنه في هذا الشأن.

## المادة **14** – التزامات المكتب

استبدل نص هذه المادة بموجب القانون رقم 2021/26 تاريخ 2021/11/18م. وأصبح على الوجه التالي:

أ – يلتزم المكتب بما يلي:

جميع الحقوق محفوظة لصادر ناشرون©

1. وضع التصريح في مكان بارز يسهل على الجمهور الاطلاع عليه.

2. إخطار الإدارة بكتّاب العدل الخاصين الذين يعملون في المكتب وبكل تغيير يطرأ على بياناتهم المحددة في السّجل، خلال (5) خمسة أيام عمل من تاريخ حصول التّغيير.

3. الحصول على موافقة الإدارة المسبقة على أي تعديل أو تغيير يتعلق ببيانات الرّخصة الصّادرة له عن سلطة الترخيص.

4. الاحتفاظ بسجل خاص تدون فيه بيانات الأعمال التي أنجزها، وتاريخ إنجازها، وأسماء أطرافها للمدة التي تحددها المحاكم.

5. توفير الأجهزة والسّجلات والمستندات والتقنيات والأنظّمة اللازمة لتقديم خدمات الكاتب العدل.

6. أرشفة المحرر والوثائق والمستندات المرتبطة به إلكترونياً، إضافة إلى إرسال أصولها إلى الإدارة، خلال (5) خمسة أيام عمل من تاريخ إنجاز المحرر.

7. أي التزامات أخرى يصدر بتحديدها قرار من مدير المحاكم في هذا الشّأن.

ب – يتحمل المكتب المسؤوليّة كاملة عن الأخطاء التي يرتكبها الكاتب العدل الخاص الذي يعمل لديه، بما في ذلك مسؤوليّة سداد الغرامات المقررة بموجب هذا القانون والقرارات الصّادرة بمقتضاه، وعلى المكتب سداد الغرامات خلال (30) ثلاثين يوماً تبدأ من اليوم التالي لتاريخ انقضاء مدة التظّلم أو صدور قرار لجنة التظّلمات وفقاً لأحكام هذا القانون، وفي حال عدم السّداد يتم إيقاف التصريح لحين سداد تلك الغرامات.

ج – لا تتحمل المحاكم أي مسؤوليّة تجاه الغير عن الأضرار التي قد تلحق بهم نتيجة قيام المكتب بتقديم خدمات الكاتب العدل بموجب هذا القانون والقرارات الصّادرة بمقتضاه.

## المادة **15** – إجراءات إصدار التصريح

يتم إصدار التصريح وفقاً للإجراءات التالية:

1 – يُقدم طلب التصريح إلى الإدارة وفقاً للنموذج المعتمد لهذه الغاية، معزّزاً بالوثائق والمستندات المطلوبة.

2 – تحيل الإدارة طلب التصريح إلى اللجنة، لتتولى دراسته والتحقق من استيفائه للشروط المقررة بموجب هذا القانون والقرارات الصادرة بموجبه.

3 – تتولى الإدارة بعد إصدار التصريح تدوين كافة البيانات الأساسية المتعلقة بالمكتب، وعنوانه، وبيانات مالك ومدير المكتب، وكتّاب العدل الخاصين العاملين فيه، ضمن قاعدة البيانات المنشأة لديها لهذه الغاية.

## المادة **16** – مدة التصريح

تكون مدة التصريح سنة واحدة قابلة للتجديد لمدة مماثلة، ويجب أن يقدم طلب التجديد خلال (30) يوماً قبل انتهائه.

## المادة **17** – فتح فروع للمكتب

يجوز للجنة، بناءً على طلب المكتب التصريح له بفتح فروع أخرى في الإمارة، ويتم البت في هذا الطلب وفقاً للاشتراطات التي يصدر بتحديدها قرار من مدير المحاكم.

## المادة **18** – موظفو الجهات الحكومية

أ – مع مراعاة أحكام المادة (7) من هذا القانون، يجوز للجنة بناءً على طلب الجهات الحكومية، قيد أي من موظفيها في السّجل، على أن تقتصر مزاولتهم للاختصاصات المحددة لهم من أعمال الكاتب العدل العامّ على الجهة التابعين لها.

ب – يحدد مدير المحاكم اختصاصات موظفي الجهات الحكومية الذين يتم قيدهم في السجل على النحو المبيّن في الفقرة (أ) من هذه المادة.

ج – تصدر الإدارة لمن يتم قيده في السجل من موظفي الجهات الحكومية بطاقة كاتب عدل يحدد شكلها والبيانات الواجب إدراجها فيها بقرار يصدره مدير المحاكم.

© جميع الحقوق محفوظة لصادر ناشرون

## المادة 19 – اليمين القانونية

أ – يؤدي الكاتب العدل أمام رئيس المحكمة قبل مباشرة عمله اليمين القانونية بالصيغة التالية:

(أقسم بالله العظيم أن أؤدي عملي بكل صدق وأمانة وأن أحافظ على أسرار مهنتي وأن احترم التشريعات السارية)، ويحرَّر محضر بتأدية اليمين ويودع في ملف الكاتب العدل.

ب – يحظر على الكاتب العدل مباشرة مهامه وصلاحياته المنصوص عليها في هذا القانون قبل تأدية اليمين القانونية المشار إليها في الفقرة (أ) من هذه المادة، وذلك تحت طائلة بطلان الأعمال والإجراءات الصادرة عنه.

## المادة 20 – اختصاصات الكاتب العدل

استبدل نص هذه المادة بموجب القانون رقم 2021/26 تاريخ 2021/11/18م. وأصبح على الوجه التالي:

أ – يتولى الكاتب العدل العام الاختصاصات التّالية:

1. توثيق المستندات والعقود بجميع أنواعها التي يوجبها القانون أو يطلبها ذوو العلاقة.

2. تصديق توقيعات ذوي العلاقة على المستندات والعقود بجميع أنواعها بناءً على طلبهم.

3. إثبات تاريخ المستندات والعقود بجميع أنوعها وذلك بترقيمها بأرقام متتابعة في السّجلات المُعَدّة لهذه الغاية، وإثبات تاريخ تقديمها وتوقيعها من قبله، ومهرها بالخاتم الرّسمي.

4. توثيق وتصديق الإقرارت المشفوعة باليمين وذلك بعد تحليف ذوي العلاقة اليمين وإثبات ذلك في السّجلات المعدّة لهذه الغاية.

5. التصديق على صحة التوقيعات المعتمدة في عقود زواج غير المسلمين والمستندات الصّادرة عن دور العبادة والمراجع الدّينيّة المرخصة في الإمارة.

6. وضع الصّيغة التنفيذيّة على المحرر الذي يقوم بتوثيقه أو تصديقه، وفقاً لأحكام المادة (34) من هذا القانون.

7. التصديق على وصايا غير المسلمين.

8. أي اختصاصات أخرى منوطة به بموجب التشريعات السّاريّة في الإمارة، أو يكلفه بها مدير المحاكم أو رئيس المحكمة.

ب – تحدّد الاختصاصات التي يجوز للكاتب العدل الخاص ومُوظَفي الجهات الحكوميّة المقيّدين في السّجل القيام بها من أعمال الكاتب العدل العام المحدّدة في الفقرة (أ) من هذه المادّة، بقرار يصدره مدير المحاكم.

ج – يكون لمدير المحاكم تخصيص خدمة أو أكثر من خدمات الكاتب العدل العام، لتقديمها من الكاتب العدل الإلكتروني.

## المادة 21 – المعاملات المحظور على الكاتب العدل إجراؤها

على الرغم مما ورد في المادة (20) من هذا القانون، يحظر على الكاتب العدل إتيان أي مما يلي:

1– توثيق أو تصديق أية معاملة تتعلق بالأحوال الشخصية للمسلمين أو الوقف.

2– التصديق على أية معاملة تتعلق بإنشاء حق ملكية أو أي حق عيني على عقار أو نقله أو تغييره أو زواله.

3– توثيق أو تصديق أية معاملة تنص التشريعات السارية في الإمارة على أن توثيقها أو تصديقها من اختصاص سلطة أخرى.

4– توثيق أو تصديق أية معاملة تتضمن مخالفة للتشريعات السارية أو النظام العام أو الآداب العامة.

5– القيام بأية معاملة تكون له أو لزوجه أو لأي من أقاربه حتى الدرجة الرابعة منفعة ظاهرة أو مستترة فيها، أو انتخاب أي منهم مترجماً.

6– إفشاء أية معلومات تخص ذوي العلاقة حصل عليها بسبب وظيفته إلى الغير.

7– نقل أية سجلات أو وثائق، أو محررات، أو أوراق رسمية أخرى من مقر عمله إلا بقرار من رئيس المحكمة أو المحكمة المختصة بحسب الأحوال، أو ضم أي منها إلى ملف دعوى منظورة من غير موافقة المحكمة المختصة وحفظ صورة ضوئية مصدقة عنها.

© جميع الحقوق محفوظة لصادر ناشرون

8- تزويد أية جهة عدا ذوي العلاقة بمعلومات من واقع السجلات، إلا بطلب خطي من جهة قضائية أو حكومية مختصة.

9- إجراء أية معاملة مشمولة بأحكام هذا القانون إلا بعد دفع الرسم المقرر.

10- إعطاء صورة عن المحرر لغير ذوي العلاقة إلا بموافقة خطية من رئيس المحكمة أو بناءً على قرار من المحكمة المختصة بحسب الأحوال.

11- اعتماد توقيع الموظفين العاملين لدى الجهات الحكومية الاتحادية أو المحلية على الشهادات أو المستندات أو غيرها من الأوراق التي يقومون بتوقيعها بحكم وظائفهم.

12- انتقال الكاتب العدل العام إلى خارج مقر عمله للقيام بأية معاملة يختص بها إلا بموافقة مدير الادارة أو من يفوضه وفقاً للضوابط المقررة بموجب هذا القانون والقرارات الصادرة بموجبه.

## المادة 22- الأختام الرسمية

تعتمد المحاكم الأختام الرسمية الخاصة بكل من الكاتب العدل العام والكاتب العدل الخاص وموظفي الجهات الحكومية المقيدين في السجل التي تُمهر بها المعاملات التي يجريها، وذلك وفقاً للشروط والضوابط التي يصدر بشأنها قرار من مدير المحاكم.

## المادة 23- سجلات وملفات الكاتب العدل

أ – تخصص للكاتب العدل سجلات وملفات ورقية أو الكترونية يصدر بتحديدها وكيفية القيد فيها قرار من مدير المحاكم.

ب – يكون للسجلات والملفات المشار إليها في الفقرة (أ) من هذه المادة حجيتها في الإثبات بما هو مدوّن ومحفوظ فيها من بيانات ومعلومات ومحررات.

ج – على الكاتب العدل إدارة السجلات والملفات وفقاً للقواعد والإجراءات المعتمدة لدى المحاكم في هذا الشأن وينبغي عليه على وجه الخصوص الالتزام بما يلي:

1- أن يمسك السجلات المعتمدة لدى المحاكم، وأن يقيد فيها كافة المعاملات التي يجريها.

2- أن يحفظ في الملفات وضمن قيود مرقمة بحسب التواريخ النسخ الأصلية للمحررات التي يقوم بتوثيقها أو المصادقة عليها أو إثبات تاريخها وذلك بعد أن يقوم بتسجيلها في السجلات المخصصة لهذه الغاية.

3- أن يقوم بحفظ كافة المستندات المرفقة.

4- أن يُصدر ويطبع الشهادات والنسخ الضوئية المطابقة للمحررات الأصلية المحفوظة لديه بناءً على طلب ذوي العلاقة من السجلات والملفات المعتمدة لديه.

## المادة 24- تدقيق المعاملات

أ – يجب على الكاتب قبل إجراء أية معاملة لذوي العلاقة التحقق مما يلي:

1- هوية ذوي العلاقة وهوية ممثليهم القانونيين، وأهليتهم وصفاتهم ورضائهم، وإلمامهم بمضمون المحرر، وسلطتهم القانونية لإجرائه.

2- أن مضمون المعاملة المعروضة عليه تتفق مع النظام العام والتشريعات السارية في الإمارة.

ب – إذا تبيّن للكاتب العدل نتيجة التدقيق في المعاملة المعروضة عليه على النحو المبيّن في الفقرة (أ) من هذه المادة عدم أهلية ذوي العلاقة أو تعذر التعرّف على هويتهم أو صفاتهم أو عدم إلمامهم أو رضائهم بمضمون المعاملة، أو مخالفة المعاملة للنظام العام أو التشريعات السارية في الإمارة أو أنه يُقصد بها الغرير أو الاحتيال، فإنه يجب عليه رفض إجرائها.

## المادة 25- وسائل التحقق من هوية ذوي العلاقة

يتم التحقق من هوية ذوي العلاقة بإحدى الطرق التالية:

1- جواز السفر أو الهوية الوطنية.

2 – وثيقة رسمية صادرة عن الجهات المختصة في الدولة.

3 – معرِّفان عدلان عالمان بهوية ذوي العلاقة.

## المادة 26– شكل المحرر

أ – يجب أن يكون المحرر مكتوباً بشكل واضح ومثبت فيه الاسم الكامل لذوي العلاقة وجنسيتهم، وكذلك بيان محل وتاريخ ميلادهم ومحل إقامتهم في الأحوال التي تستدعي ذلك.

ب – تُرقّم صفحات المحرر بالأختام المعتمدة في هذا الشأن.

ج – يُعتبر المحرر الموثق أو المصادق عليه أو المثبت تاريخه والموقع من الكاتب العدل وذوي العلاقة نسخةً أصلية.

## المادة 27– لغة المحرر

يجب أن يكون المحرر الذي يجريه الكاتب العدل مكتوباً باللغة العربية، ويجوز أن يكون مكتوباً بلغة أجنبية وفقاً للحالات والشروط التالية:

1 – إذا كان المحرر المطلوب إجراؤه مكتوباً باللغتين العربية والأجنبية، فإنه يجب أن تكون اللغتان في محرر واحد متصل، وأن يوقع ذوو العلاقة قرين كلٍ من اللغتين في كل صفحة من صفحات المحرر.

2 – إذا كان المحرر المطلوب إجراؤه مكتوباً بلغة أجنبية فقط، فإنه يجب على ذوي العلاقة أن يقوموا بترجمته إلى اللغة العربية بواسطة المترجم وأن ترفق هذه الترجمة بالمحرر المطلوب إجراؤه باللغة الأجنبية، ويوقع ذوو العلاقة عليها وعلى ترجمتها ويتم التصديق من قبل الكاتب العدل على النص المحرر باللغة الأجنبية.

## المادة 28– توقيع ذوي العلاقة

يجب على ذوي العلاقة التوقيع على المحرر، وفقاً للكيفية والوسيلة التي تحددها المحاكم في هذا الشأن.

## المادة 29– الجهل بلغة ذوي العلاقة

إذا كان الكاتب العدل يجهل لغة أي من ذوي العلاقة، فإنه يتلقى تصريحاته بواسطة المترجم، وعلى الكاتب العدل أن يُشير إلى هذا الإجراء في ملف المحرر، وأن يقوم بأخذ توقيع المترجم على ذات الملف.

## المادة 30– عدم القدرة على التوقيع

إذا كان ذوو العلاقة أو أحدهم غير قادر على التوقيع لأي سبب كان فإنه يجب على الكاتب العدل أن يأخذ بصمته على المحرر، أن يشير إلى ذلك الإجراء في ملف المحرر.

## المادة 31– معاملات أصحاب الحالات الخاصة

أ – إذا كان ذوو العلاقة أو أحدهم عاجزاً عن فهم مضمون المعاملة بالطرق العادية أو التعبير عن إرادته بصورة طبيعية، فإنه يجب على الكاتب العدل إفهامه بمضمون المعاملة والتأكد من تأييده لها بدلالة احد الأشخاص الذين يعرّفون بإشارته المعهودة بعد تحليفه اليمين وأخذ توقيعه أو بصمته على المحرر، وعلى الكاتب العدل أن يشير إلى هذا الإجراء في ملف المحرر.

ب – إذا كان ذوو العلاقة أو أحدهم ذو إعاقة أو مرض يحول دون الحصول على توقيعه أو أخذ بصمته. فإنه يجوز له تسمية شخص ليوقع أو يبصم بالنيابة عنه وعلى الكاتب العدل أن يشير إلى هذا الإجراء في ملف المحرر.

## المادة 32– طلب صورة عن المحرر

يحق لذوي العلاقة أو أحدهم أو المحكمة المختصة أو أية جهة حكومية معينة طلب صورة مصدقة عن أي محرر محفوظ في ملفات الكاتب العدل.

## المادة 33– تصحيح المحرر

© جميع الحقوق محفوظة لصادر ناشرون

استبدل نص هذه المادة بموجب القانون رقم 2021/26 تاريخ 2021/11/18م. وأصبح على الوجه التالي:

أ – لا يُؤثِّر في صحة المحرر ما يقع فيه من أخطاء ماديّة كتابيّة أو حسابيّة، أثناء قيام الكاتب العدل بممارسة اختصاصاته، على أن يتولى الكاتب العدل في هذه الحالة تصحيح هذا الخطأ وفقاً لما يعتمده مدير المحاكم من إجراءات في هذا الشَّأن.

ب – إذا وقع خطأً من ذوي العلاقة حول أيٍّ من البيانات والمعلومات المدونة في المحرّر، فإنه يجوز للكاتب العدل بناءً على طلب منهم تصحيحه وفقاً لما يعتمده مدير المحاكم من إجراءاتٍ في هذا الشَّأن.

## المادة 34– الصيغة التنفيذية

استبدل نص هذه المادة بموجب القانون رقم 2021/26 تاريخ 2021/11/18م. وأصبح على الوجه التالي:

أ – يقوم الكاتب العدل بناءً على طلب ذي العلاقة بختم المحرر الذي يقوم بتوثيقه أو تصديقه وفقاً لأحكام هذا القانون والذي يتضمن التزامات محققة الوجود ومعينة المقدار وحالة الأداء بالصيغة التنفيذية، ولا يسلم ذو العلاقة إلا نسخة واحدة منه.

ب – لا يجوز تسليم نسخة ثانية من المحرر المذيل بالصيغة التنفيذية لذي العلاقة إلا بناءً على أمرٍ كتابي من رئيس المحكمة وذلك في حال فقدان النسخة الأولى أو تعذر استعمالها لأيِّ سبب كان.

## المادة 35– حجيّة المحرر

استبدل نص هذه المادة بموجب القانون رقم 2021/26 تاريخ 2021/11/18م. وأصبح على الوجه التالي:

أ – يجوز ، وفقاً للضوابط التي يعتمدها مدير المحاكم، القيام بأعمال الكاتب العدل باستخدام التعاملات الرَّقميّة، بما تتضمَّنه من أعمال وإجراءات، سواء تعلقت بالتحقق من الهُويّة، أو الاتصال عن بعد، أو التوقيع الإلكتروني، أو سداد الرّسوم، أو غيرها، وتعتبر هذه الأعمال والإجراءات أنها متحقّقة فعليّاً ومرتبة لآثارها القانونيّة دون اشتراط الحضور الشَّخصي لذوي العلاقة أمام الكاتب العدل.

ب – يكون للمحرّر التقليدي والإلكتروني الذي ينظّمه الكاتب العدل في الإثبات الحجيّة ذاتها المقررة للمحررات الرَّسميّة في التشريعات السَّاريّة، ولا يجوزُ الطَّعن في صحة المحرر إلّا بالتزوير.

## المادة 36– التظلم من إجراءات الكاتب العدل

استبدل نص هذه المادة بموجب القانون رقم 2021/26 تاريخ 2021/11/18م. وأصبح على الوجه التالي:

أ – تشكّل بقرار يصدره رئيس المحاكم لجنة دائمة تسمى "لجنة التظلّمات"، يحدد بموجبه رئيسها وأعضاؤها، على أن يكون من بينهم قاضٍ أو أكثر من قضاة المحاكم، وكذلك تحديد آليّة عملها والنّصاب القانوني لصحة اجتماعاتها واتخاذ قراراتها.

ب – تتولى لجنة التظلمات المهام والصَّلاحيات التالية:

1. النَّظر والبت في التظلمات المقدمة من كتاب العدل والمكاتب بشأن القرارات أو العقوبات أو التدابير أو الإجراءات المتخذة بحقهم بموجب هذا القانون والقرارات الصَّادرة بمقتضاه.

2. النَّظر والبت في التظلمات المقدمة من ذوي العلاقة، من القرارات والإجراءات والتدابير المتخذة بحقهم بموجب هذا القانون والقرارات الصَّادرة بمقتضاه.

3. أي مهام أو صلاحيات أخرى يتم تكليفها بها من رئيس المحاكم.

## المادة 37– التظلم من قرارات اللجنة

استبدل نص هذه المادة بموجب القانون رقم 2021/26 تاريخ 2021/11/18م. وأصبح على الوجه التاليّة:

تتبع بشأن تقديم التظلّمات الإجراءات التالية:

1. يقدم التظلّم إلى الادرة، وفقاً للنموذج المعتمد لديها في هذا الشَّأن، خلالِ خمسة عشر يوماً من تاريخ صدور القرار أو العقوبة أو التدبير أو الإجراء المتظلم منه إذا كان حضورياً، ومن تاريخ الإعلان إذا كان غيابيّاً.

2. تقوم الإدارة بعرض التظلّم على لجنة التظلّمات خلال (5) خمسة أيام عمل من تاريخ تقديمه للبت فيه.

3. يجوز للجنة التظلّمات الطلب من المتظلّم تزويدها بأي مستندات أو وثائق لازمة للبت في التظلّم، وعلى المتظلّم تزويد لجنة التظلّمات بها خلال المهلة التي تحددها له.

4. تبت لجنة التظلّمات في التظلّمات المعروضة عليها خلال (30) ثلاثين يوماً من تاريخ عرض التظلّم عليها من الإدارة، ما لم تطلب لجنة التظلّمات من المتظلّم تزويدها بأي وثائق أو مستندات إضافيّة، فتكون المدة المحددة للبت في التظلّم خلال (30) ثلاثين يوماً من تاريخ تزويد لجنة التظلّمات بتلك الوثائق والمستندات، ويكون القرار الصّادر عنها بشأن التظلّم نهائياً.

## المادة 38- شطب المعاملة

أ – تُشطب المعاملة التي يطلب ذوو العلاقة من الكاتب العدل إجراءها وفقاً لأحكام هذا القانون بمضي (60) يوماً من تاريخ تسجيلها وذلك في حال عدم استكمال انجازها من قبل ذوي العلاقة.

ب – يجب على ذوي العلاقة الذي يرغبون بانجاز معاملتهم التي شطبت وفقاً لما هو مقرر في الفقرة (أ) من هذه المادة، تقديم طلب معاملة جديدة ودفع الرسم المقرر على هذه المعاملة.

## المادة 39- التفتيش والتأديب

**استبدل نص هذه المادة بموجب القانون رقم 2021/26 تاريخ 2021/11/18م. وأصبح على الوجه التالي:**

أ – يكون التفتيش على المكاتب وكتاب العدل وفقاً للآليّة التي يعتمدها مدير المحاكم بموجب قرار يصدر عنه في هذا الشّأن.

ب – لا يجوز للجنة توقيع أي جزاء على المكتب أو الكاتب العدل إلا بعد إجراء تحقيق كتابي وسماع كتابي ودفاع المكتب أو الكاتب العدل بحسب الأحوال.

ج – تكون جلسات اللجنة وتحقيقاتها ومداولاتها سرّية.

## المادة 40- تأديب الكاتب العدل العام

توقع على الكاتب العدل العام الذي يخالف أحكام هذا القانون والقرارات الصادرة بموجبه، الجزاءات التأديبية المنصوص عليها في قانون إدارة الموارد البشرية لحكومة دبي المشار إليه.

## المادة 41- تأديب موظفي الجهات الحكومية المقيدين في السجل

توقع على موظفي الجهات الحكومية المقيدين في السجل الذين يرتكبون أية مخالفة لأحكام هذا القانون والقرارات الصادرة بموجبه، الجزاءات التأديبية التالية:

1- الإنذار.

2 – تعليق القيد لمدة لا تزيد على سنتين.

3 – شطب القيد.

## المادة 42- العقوبات والتدابير بحق المكتب والكاتب العدل الخاص

أ – مع عدم الإخلال بأية عقوبة أشد ينص عليها أي قانون آخر، يعاقب المكتب بغرامة مالية لا تقل عن (500) خمسمئة درهم ولا تزيد على (30.000) ثلاثين ألف درهم، وذلك في حال ارتكاب المكتب أو العاملين لديه من الكتّاب العدل الخاصين أي فعل يشكل مخالفة لأحكام هذا القانون والقرارات الصادرة بموجبه.

ب – تضاعف قيمة الغرامة المنصوص عليها في الفقرة (أ) من هذه المادة، في حال تكرار ارتكاب المخالفة ذاتها خلال سنة واحدة من تاريخ ارتكاب المخالفة السابّقة لها، وبما لا يزيد على (50.000) خمسين ألف درهم.

ج – بالإضافة إلى عقوبة الغرامة المشار إليها في الفقرة (أ) من هذه المادة، يجوز للجنة إتخاذ واحد أو أكثر من التدابير التالية بحق المكتب أو الكاتب العدل الخاص:

1 – الإنذار.

2 – تعليق القيد أو إيقاف التصريح لمدة لا تزيد على سنتين.

3 – شطب القيد او إلغاء التصريح.

©جميع الحقوق محفوظة لصادر ناشرون

د – لا يخل توقيع الجزاءات التأديبية المشار إليها في هذه المادة بالمسؤولية المدنية أو الجزائية عند الاقتضاء.

## المادة 43- الضبطية القضائية

استبدل نص هذه المادة بموجب القانون رقم 2021/26 تاريخ 2021/11/18م. وأصبح على الوجه التالي:

تكون لمُوظّفي الإدارة الذين يصدر بتسميتهم قرار من مدير المحاكم صفة الضبطيّة القضائيّة في إثبات الأفعال التي ترتكب بالمخالفة لأحكام هذا القانون والقرارات الصَّادرة بموجبه، ويكون لهم في سبيل ذلك تحرير محاضر الضبط اللازمة، والاستعانة بأفراد الشّرطة عند الاقتضاء.

## المادة 44- الرسوم والغرامات

استبدل نص هذه المادة بموجب القانون رقم 2021/26 تاريخ 2021/11/18م. وأصبح على الوجه التالي:

أ – تستوفى نظير الخدمات التي يقدمها الكاتب العدل وفقاً لأحكام هذا القانون، ونظير إصدار التصاريح والقيد في السّجل وغيرها من الخدمات المتّعلقة بالمكاتب والكاتب العدل الخاص، والكاتب العدل من مُوظّفي الجهات الحكوميّة المقيدين في السّجل الرّسوم التي يصدر بتحديدها قرار من رئيس المجلس التنفيذي.

ب – لا تخضع للرسم المستحق عن خدمات الكاتب العدل، الطلبات التي تقدمها الجهات الحكوميّة الاتحاديّة أو المحليّة في الإمارة.

## المادة 45- أيلولة الرسوم والغرامات

تؤول حصيلة الرسوم والغرامات التي يتم استيفاؤها بموجب أحكام هذا القانون إلى حساب الخزانة العامة لحكومة دبي.

## المادة 46- الإلغاءات

تلغى التعليمات الصادرة بتاريخ 1990/01/9 بشأن معاملات الكاتب العدل في دبي، كما يلغى أي نص في أي تشريع آخر إلى المدى الذي يتعارض فيه وأحكام هذا القانون.

## المادة 47- إصدار القرارات التنفيذية

يصدر مدير المحاكم القرارات اللازمة لتنفيذ أحكام هذا القانون، وتنشر في الجريدة الرسمية لحكومة دبي.

## المادة 48- النشر والسريان

ينشر هذا القانون في الجريدة الرسمية، ويُعمل به من تاريخ نشره.

**صدر في دبي بتاريخ 9 يونيو 2013م.**

**الموافق 30 رجب 1434هـ.**

**محمد بن راشد آل مكتوم**

**حاكم دبي**

نشر هذا القانون في الجريدة الرسمية لحكومة دبي عدد 374 تاريخ 2013/12/31م ص 5.

©جميع الحقوق محفوظة لصادر ناشرون

**MAS-2**

Lexis® Middle East

# Federal Decree-Law No. 42/2022
# On the Promulgation of the Civil Procedure Law
*Civil Procedure Law*

| | |
|---|---|
| *Type* | Law |
| *Issued on* | 3 Oct 2022 (corresponding to 7 Rabi Al-Awwal 1444 H) |
| *Nature* | Decree-Law |
| *Jurisdiction* | United Arab Emirates |
| *Copyright* | Sader |

Document link: https://www.lexismiddleeast.com/law/UnitedArabEmirates/DecreeLaw_42_2022



# Table of contents

The Civil Procedure Law .................................................................................................................................. 4
  Preliminary Title *(art. 1 - 18)* ....................................................................................................................... 4
  Section 1 - Litigation before Courts *(art. 19 - 191)* ....................................................................................... 7
    Title 1 - Jurisdictions of the Courts *(art. 19 - 43)* ..................................................................................... 7
    Title 2 - Filing and Registration Lawsuits and Amount in Controversy *(art. 44 - 51)* ........................... 11
    Title 3 - Appearance and Absence of Parties and Representation thereof *(art. 52 - 72)* ....................... 13
    Title 5 - Procedures and Order of the Session *(art. 73 - 85)* .................................................................. 16
    Title 6 - Defences, Intervention, Joinder and Incidental Pleas *(art. 86 - 102)* ...................................... 18
    Title 7 - Stay, Discontinuance, Extinction, Lapse, and Abandonment of Proceedings *(art. 103 - 115)* ....... 20
    Title 8 - Disqualification, Dismissal and Recusal of Judges *(art. 116 - 125)* ......................................... 22
    Title 9 - Judgment *(art. 126 - 139)* ....................................................................................................... 24
    Title 10 - Orders on Petitions *(art. 140 - 142)* ...................................................................................... 26
    Title 11 - Payment Orders *(art. 143 - 150)* ........................................................................................... 26
    Title 12 - Methods of Challenging Judgments *(art. 151 - 191)* .............................................................. 28
  Section 2 - Various Procedures and Litigations *(art. 192 - 205)* ................................................................. 35
    Title 1 - Offer and Acceptance *(art. 192 - 199)* ..................................................................................... 35
    Title 2 - Challenge of Judges and Members of the Public Prosecution *(art. 200 - 205)* ........................ 36
  Section 3 - Execution *(art. 206 - 338)* ........................................................................................................ 37
    Title 1 - General Provisions *(art. 206 - 241)* .......................................................................................... 37
    Title 2 - Attachments *(art. 242 - 309)* .................................................................................................. 43
    Title 3 - Allocation of the Execution Proceeds *(art. 310 - 314)* ............................................................ 55
    Title 4 - Performance in Kind *(art. 315 - 318)* ...................................................................................... 55
    Title 5 - The Debtor's Detention and Travel Ban and Other Precautionary Measures *(art. 319 - 327)* ....... 56
    Title 6 - Use of Remote Communication Technology in Civil Procedures *(art. 328 - 338)* .................... 58



*Abrogating*

*Federal Law No. 11/1992*

We, Mohammed bin Zayed Al Nahyan, President of the United Arab Emirates State,

Pursuant to the perusal of the Constitution;

Federal Law No. 1/1972 on the Competencies of Ministries and Powers of Ministers, and its amendments;

Federal Law No. 10/1973 on the Federal Supreme Court, and its amendments;

Federal Law No. 6/1978 Concerning the Establishment of Federal Courts and the Transfer of the Jurisdictions of the Local Judicial Authorities in Certain Emirates Thereto, and its amendments;

Federal Law No. 26/1981 on the Commercial Maritime Law, and its amendments;

Federal Law No. 5/1985 Promulgating the UAE Civil Transactions Law, and its amendments;

Federal Law No. 11/1992 Promulgating the Civil Procedure Law, and its amendments;

Federal Law No. 18/1993 on Commercial Transactions, and its amendments;

Federal Law No. 28/2005 concerning Personal Status, and its amendments;

Federal Decree-Law No. 9/2016 on Bankruptcy, and its amendments;

Federal Law No. 13/2016 on Judicial Fees before Federal Courts, and its amendments;

Federal Law No. 17/2016 on the Establishment of Centres of Mediation and Conciliation in Civil and Commercial Disputes, and its amendments,

Federal Law No. 7/2017 on Tax Procedures, and its amendments;

Federal Law No. 6/2018 on Arbitration;

Federal Law No. 10/2019 on the Regulation of Judicial Relationships among the Federal and Local Judicial Authorities;

Federal Decree-Law No. 19/2019 on Insolvency;

Federal Law No. 6/2021 on the Mediation for the Settlement of Civil and Commercial Disputes;

Federal Decree-Law No. 32/2021 on Commercial Companies;

Federal Decree-Law No. 46/2021 on Electronic Transactions and Trust Services;

Federal Decree-Law No. 32/2022 concerning the Federal Judicial Authority;

Federal Decree-Law No. 34/2022 on the Regulation of Advocacy and Legal Consultancy Professions;

Federal Decree-Law No. 35/2022 Promulgating the Law of Evidence in Civil and Commercial Transactions; an

Acting upon the proposal of the Minister of Justice, and

The approval of the Cabinet,

Hereby issued the following Decree-Law:

## Article 1

The Law here-enclosed shall be applied in respect of civil proceedings before the courts of the State.

## Article 2

1- Federal Law No. 11/1992 on the Civil Procedure and its amendments shall be abrogated.

2- Any provision contained in any other legislation that contravenes or contradicts the provisions of the Civil Procedure Law annexed to this Decree-Law shall be abrogated, except for the power of the competent authority in the Emirate which did not transfer its local judiciary to the federal judiciary, to form courts or judicial committees in charge of hearing and adjudicating any lawsuit or legal matter according to its law applicable at the time of issuance of this Law.

## Article 3

1- The courts shall, sua sponte and without any fees, refer any claims they have which have become under the jurisdiction of other courts under the provisions of the Civil Procedure Law, annexed to this Decree-Law, as they are. In the absence of a litigant, the case management office shall notify him of the referral order and summon him to appear on time before the court to which the case is referred.

2- The provisions of the preceding paragraph do not apply to disputes, lawsuits adjudicated or adjourned for sentencing hearing, and appeals filed before the date of entry into force of the Civil Procedure Law annexed to this Decree-Law, and judgments issued therein shall remain subject to the rules governing the appeal methods applicable at the date of their issuance.



### Article 4

The Chairman of the Federal Judicial Council and the presidents of the local judiciary shall, as the case may be, issue the decisions necessary to implement the provisions of the Civil Procedure Law, annexed to this Decree-Law.

### Article 5

This Decree-Law shall be published in the Official Gazette, and shall come into force as of 2 January 2023.

Issued by Us at the Presidential Palace - Abu Dhabi

On: 07 Rabi' Al-Awwal 1444 H.

Corresponding to: 5 October 2022

**Mohammed bin Zayed Al Nahyan**

**President of the United Arab Emirates State**

This Decree-Law was published in the Official Gazette of the United Arab Emirates, Issue No. 737 (annex), dated 10/10/2022, page 157

# The Civil Procedure Law

## Preliminary Title

### Article 1 - General Provisions

1- The provisions of this Law shall apply to cases that have not been adjudicated and proceedings which have not been executed prior to the date of their entry into force, with the exception of:

   a- The provisions amending jurisdictions, when the date of their entry into force is after closing the pleadings in cases brought before the Court of First Instance.

   b- The provisions amending the time-limits, when the time-limit starts to run prior to the date of their entry into force.

   c- The provisions regulating the methods of appeal with regard to judgments issued prior to the date of their entry into force, when such laws are abrogating or are constituting methods of appeal.

2- Any procedure that was duly performed under an applicable law shall remain effective save as otherwise stipulated.

3- The time-limits introduced as regards the inadmissibility to hear the lawsuit, the lapse thereof or any other procedural dates shall start to run as of the date of entry into force of the law which introduced them.

### Article 2

No motion or plea shall be admitted from anyone who does not have an existing and legally recognised interest therein. Potential interest shall be sufficient if the motion is filed as a preemptive measure aimed at averting an imminent injury or at establishing a right when it is feared that evidence of its existence may disappear before the court rules on the dispute.

### Article 3

1- Lawsuits for cancellation of administrative decisions shall not be admitted after the lapse of (60) sixty days from the date of publication of the contested administrative decision or the date on which the concerned party is notified of said decision or the date on which said party is proved to have had certain knowledge thereof.

2- The abovementioned time-limit shall be interrupted when a grievance or objection is submitted to the administrative entity according to the procedures established in the relevant legislation, and such entity shall decide thereon within (60) sixty days from the date of submission thereof. A decision dismissing the grievance shall be reasoned. The lapse of (60) sixty days after filing a grievance without a decision by the competent authorities shall be deemed as a rejection thereof, and the time-limit for filing a lawsuit shall start to run from the date of the explicit or implicit rejection, as the case may be.

### Article 4

1- If the law stipulates an imperative date to undertake a procedure that takes place through notification, the time-limit shall not be considered unless the notification is carried out there within.

2- If the law stipulates that a procedure be effected by way of deposit, such deposit shall be made within the date set out in the law.

### Article 5

1- Arabic shall be the language used in courts, and the court shall hear the statements of the litigants, witnesses or others who have no knowledge of the Arabic language with the help of an interpreter after he/she has taken an oath, in accordance with the law.



2- An exception to any provision contained in any other law, the Chairman of the Federal Judicial Council or the president of the local judiciary, as the case may be, may decide in some circuits specialised to the hearing of disputes relating to specialised matters, in a specific lawsuit, or in some lawsuits, that the language of the trial, procedures, judgments, and decisions therein is English, and that the hearing of litigants, witnesses, or lawyers, and submission of statements, memoranda, motions, and documents in these circuits shall be in English. The court shall hear the statements of the litigants, witnesses, or others who have no knowledge of the English language with the help of an interpreter after taking an oath in accordance with the law, in the cases and in accordance with the terms and conditions upon which the decision is issued.

## Article 6

1- The notice shall be served by the process server or in the manner specified by this Law, upon the request of a party to the dispute or a competent court's order or an order of the case management office.

2- The competent court, the case management office, or the supervising judge, as the case may be, may authorise the plaintiff or his agent to serve the notice by the means provided for in Article (9), Clause (1), of this Law.

3- Notice may be served through one private company or office or more in accordance with the provisions of this Law. The Chairman of the Federal Judicial Council or the president of the local judicial authority, as the case may be, shall issue a special regulation on process serving through private companies and offices in accordance with the provisions hereof. Any person entrusted with the process serving shall be considered a process server.

4- In all cases, the notice may be served at the State level without being bound by the rules of the territorial jurisdiction.

## Article 7

1- No notice may be served and no execution procedure may be undertaken by any of the process server or the executor, before seven o'clock in the morning or after nine o'clock in the evening, or during the official holidays, except in case of necessity and under a written permission from the supervising judge, the chief judge of the competent circuit or the magistrate of summary justice.

2- If the notice is served by any means of modern technology, whether on a physical or a juristic person, the dates stipulated in clause (1) of this article shall not apply, save for recorded calls.

3- As for the government and the public juristic persons, the date of notice serving or commencement of execution shall be set in accordance with their activities and their office hours, with the exception of notifications by means of technology.

## Article 8

1- The notice paper shall contain the following data:

  a- The notice applicant's name, surname, profession or job, domicile, a photocopy of his ID, his mobile number, fax number or email address, or his elected domicile and workplace, as well as the name, surname, profession or job, domicile and workplace of his representative in case he works for others.

  b- The addressee's name, his surname, profession or job and domicile or elected domicile; in case his domicile was unknown at the time when the notice was served, his last domicile and workplace, mobile phone number, fax number and e-mail address, if any, shall be specified.

  c- The name of the process server, his job, the entity he works for and his signature.

  d- The date of the day, month, year and hour when the notice has been served.

  e- The name of the court, the subject-matter of the notice, the number of the case and the session, if any.

  f- The name of the person to whom the notice was delivered, his surname, signature, seal or fingerprint as acknowledgment of receipt or a proof of his abstention from receiving such notice and the reason thereof.

2- In the case of serving the notice by means of technology, the data specified in clauses (a), (b), (d) and (e) of paragraph (1) of this article shall be deemed sufficient.

3- If the official language of the defendant is not Arabic, the plaintiff shall be bound to attach to the notice a certified translation in English, unless there is an earlier agreement between the parties to attach the translation in another language.

4- The provisions of Clause (3) of this Article shall apply to all civil and commercial proceedings, except for labour claims filed by workers and personal status claims.

## Article 9

1- The notice shall be served by one of the following methods:

  a- Audio or video recorded calls, SMS, e-mail or fax, or any other means of modern technology or another means provided for in this Law and agreed upon by the parties.

  b- On his person wherever found, or at his domicile or place of resident or on his agent. If this cannot be achieved for a reason attributed to addressee or he refuses to be receive the notice, this shall be considered a notification to his person. If the process server was unable to find the addressee neither in his domicile nor in his residence, or if the



addressee abstains from receiving such notice, the process server shall deliver the copy thereof to any of the persons living with said addressee, including spouses, relatives, in-laws or servants. In the event that any of the above-mentioned persons refuse to receive the notice or are absent, he shall immediately post the notice clearly on the front door of his place of residence or list the same on the court's website.

c- At his elected domicile.

d- At his workplace. In case the process server was unable to find the addressee at his workplace, he shall hand over a copy of the notice to the employer or to any manager or employee as he deems appropriate, with the exception of notifications related to personal status cases, which shall be notified to his person at his place of work.

2- The process server shall make sure that the features of person to which the notice is delivered indicate that he has attained the age of eighteen is at least 18 years old and that neither such person nor the person represented thereby has an apparent conflict of interests with the addressee. In the event that the notice is served by means of modern technology as provided for in paragraph (a) of clause (1) of this article, the process server shall, in addition to the foregoing, ensure that such means, regardless of the type thereof, is directed to the addressee. In the case of serving the process by voice or video recorded calls, the process server shall draft minutes wherein he shall record the calls' contents, time, date and recipient. Said minutes shall be valid as evidence and attached to the case file.

3- Should it be impossible to serve the notice on the addressee in accordance with clause (1) of this article, the matter shall be referred to the concerned case management office, the competent judge or the chief judge of the circuit, as the case may be, so as to investigate his domicile from at least one of the concerned parties and then notify him by listing on the court's website or publication in a daily newspaper widely circulated and issued in the State in Arabic, and in another newspaper issued in a foreign language if necessary and where the addressee is a foreigner.

## Article 10

Except as provided for in any other legislation, the notice shall be delivered as follows:

1. With regard to ministries, governmental, federal, local departments and public authorities and institutions of all kinds, the copy shall be delivered to their legal representative.
2. With regard to private juristic persons, private and individual companies, associations and institutions, and foreign companies that have a branch or office in the State, where the notice relates to the branch of the company, Should it be impossible to notify them in accordance with the provisions of clause (9) of Article (9) of this Law, the notice shall be delivered at the head office thereof to their legal representative or whoever acts in his capacity, or any of its partners, as the case may be. In the absence of a legal representative or a person acting in his capacity, the copy of the notice shall be delivered to an employee of their respective offices. Where any of such entities does not have a head office, or it is closed or its manager or any of its employees refuses to receive the notice, the notice shall be served by way of listing on the court's website or posting without need for a leave from the court or publication, as the case may be.
3. With regard to members of the armed forces, the police or the like, the notice shall be delivered to their competent authority - as determined by the two aforementioned parties - which shall notify them thereof.
4. With regard to prisoners and detainees, the notice shall be handed over to the administration of their detention facility which shall notify them thereof and the delivery of the instruments to be served to the prisoner or the detainee himself shall be evidenced.
5. With regard to sailors of commercial vessels and their crews, the copy shall be delivered to the master to notify them. If the vessel has left the port, the copy shall be delivered to the shipping agent.
6. With regard to persons who are abroad and cannot be notified by means of technology or through private companies or offices or as agreed by the parties, the copy shall be delivered to the Ministry of Justice so as to refer it to the Ministry of Foreign Affairs and the latter shall communicate it to them by diplomatic means, unless the notice serving methods in such case are regulated under special agreements.

## Article 11

The process service shall be considered as having produced its effects from the following dates:

1. The date of receipt of a copy thereof in accordance with the provisions of Articles (9) and (10) of this Law, or from the date of refusal of the addressee in person to receive the notice.
2. After the lapse of (21) twenty-one working days, starting from the date of serving the concerned diplomatic mission in the State, with the letter of the Ministry of Foreign Affairs and International Cooperation containing the notification.
3. The date of the fax arrival, the date of sending the e-mail or SMS and from the date of the audio or video recorded call.
4. The date of listing the notice on the court's website on the designated page, and the listing continues for a period of no less than (15) fifteen days, and from the date of completion of posting or publication in accordance with the provisions stipulated in this Title.



## Article 12

1- If the Law sets, as regards appearance or occurrence of the procedure, a date counted by days, months or years, the day on which the notice is served, or the occurrence of matter considered by the Law as giving effect to the time-limit shall not be counted. The time-limit shall expire by the lapse of the last day thereof.

2- If the time-limit is counted in hours, then the hour on which the notice is served or the occurrence of the matter considered by the Law as giving effect to the time-limit shall not be counted. The time-limit shall expire by the lapse of the last hour thereof.

3- In case the time-limit is to expire before the procedure, the procedure shall not take place before the lapse of the last day of the time-limit.

4- In all cases, if the last day of the time-limit falls on an official holiday, said time-limit shall be extended to the following working day.

5- The time-limit counted by month or year shall be counted according to the Gregorian calendar where a month consists of (30) thirty days, and the year is (365) three hundred and sixty-five days,, unless the Law stipulates otherwise.

## Article 13

1- A procedure is deemed null if the Law expressly provides for its nullity or if it contains a substantial defect or deficiency by reason of which the purpose of the procedure has not been achieved.

2- In all cases, notwithstanding this stipulation, nullity shall not be ruled if its established that the purpose of the procedure has been achieved.

## Article 14

Except in cases relating to the public order:

1. Nullity may not be upheld except for those in whose favour it was enacted.
2. Nullity may not be upheld by the party who caused it.
3. Nullity shall cease in case the person in whose favour it was enacted, expressly or implicitly, waives the same.

## Article 15

A null procedure may be validated even after it has been upheld, provided that such validation is effected within the time-limit prescribed for undertaking the procedure by the law. If the law does not specify a time-limit for the procedure, the court shall set an appropriate time for its validation and the procedure shall not be deemed valid except from the date of its validation.

## Article 16

If the procedure is null and fulfils the elements of another procedure, the latter shall be deemed valid as it shall be considered the procedure fulfilling all its elements. If the procedure is null as regards any of its aspects, only such aspects shall be deemed null.

The nullity of the procedure does not enail the invalidity of the previous procedures or procedures subsequent to such procedure unless they are based thereon.

## Article 17

The minutes of the session shall be considered an official document as regards the content thereof, and a clerk shall draw it up and sign it along with the judge electronically or on paper, otherwise the minutes shall be deemed null.

## Article 18

Neither the process servers nor the clerks nor any of the judge's assistants may undertake any work that falls within the scope of their functions in the lawsuits relating to them, their spouses, relatives, or in-laws up to the fourth degree, otherwise such work shall be deemed null and void.

# Section 1 - Litigation before Courts

## Title 1 - Jurisdictions of the Courts

### Chapter 1 - The Court's International Jurisdiction

## Article 19

With the exception of lawsuits involving real property located abroad, the courts shall be competent to hear lawsuits filed against the nationals as well as actions brought against a foreigner having a domicile or place of residence in the State.



### Article 20

The courts shall be competent to hear civil and commercial actions brought against a foreigner having no domicile or place of residence in the State in the following cases:

> 1- If he has an elected domicile in the State.
>
> 2- If the action is related to real estates in the State, a national's heritage, or an estate opened therein.
>
> 3- If the action relates to an obligation that arose, was performed or was required to be performed in the State, or to a contract required to be authenticated therein, or to an incident that arose therein, or to a bankruptcy declared at one of its courts.
>
> 4- If the action is brought by a wife having a domicile in the State against her husband having had a domicile therein.
>
> 5- If the action is related to an alimony of one of the parents or the wife or an interdicted person or a minor, or his next of kin, or guardianship of a person or property, in case that the claimer of the alimony, the wife, the minor, or the interdicted person has a residence in the State.
>
> 6- If the action is related to any matter of personal status and the plaintiff is a national or a foreigner having domicile in the State, where the defendant has no known foreign domicile, or if national law is applicable to the lawsuit.

7- If one of the defendants has a domicile or residence in the State.

### Article 21

The courts shall be competent to adjudicate any initial matter and any plea incidental to the original action fallinf under their jurisdiction, and shall have competence to adjudicate any claim related to such action, where the proper administration of justice requires that such claim be heard as part of such action. The courts shall have jurisdiction over summary and provisional measures enforced in the State, even if such courts have no jurisdiction over the original case.

### Article 22

If the defendant fails to appear before the court and the court is not competent to hear the action pursuant to the preceding articles, the court shall declare its lack of jurisdiction sua sponte.

### Article 23

Any agreement which contradicts the articles of this Chapter shall be considered null.

## Chapter 2 - The Courts' Subject-Matter Jurisdiction

### Article 24

1- The Courts of First Instance shall be competent to hear all claims, disputes, and lawsuits of first instance, except for those excluded by them under a special text.

2- The Abu Dhabi Federal Court of First Instance is exclusively competent to hear all disputes to which ministries and federal entities are parties.

### Article 25

With the exception of the provisions of the preceding article, each Emirate may form committees that have the sole competence to hear lawsuits relating to leases between the lesser and the lessee and the authority to organise the procedures for executing the decisions of such committees.

### Article 26

The Courts of Appeal shall have jurisdiction to adjudicate appeals lodged before them against the judgments delivered by the courts of first instance in the manner stipulated in the law.

### Article 27

1- There shall be assigned, at the seat of the Court of First Instance, one of its judges to rule temporarily, and with no prejudice to the original right, on summary cases which it is feared will be affected by the passage of time.

2- The trial court shall be competent to hear such issues if they were filed consequently thereto.

### Article 28

The Summary Justice shall be competent to rule the imposition of a receivership on movables, real estate, or a set of assets in respect of which a dispute has arisen or where the right thereto is not established, in case the interested party has plausible reasons that an imminent danger is feared if the property remains in the hands of its possessor.



## Article 29

1- Minor circuits formed by a single judge shall be competent to issue first instance judgments in the following matters:

    a- All lawsuits of first instance regardless of their value.

    b- Judgments issued by the circuit of first instance are final if the value of the case does not exceed (50,000) fifty thousand dirhams.

2- With the exception of administrative cases, summary cases, and payment orders, it is permissible, by a decision of the Chairman of the Federal Judicial Council or the president of the local judicial authority - as the case may be - to allocate one or more circuits to adjudicate the cases brought before it during one session in which the decision is issued, or a session is scheduled therefor to issue it, in any of the following lawsuits:

    a- Lawsuits whose value does not exceed (1,000,000) million dirhams.

    b- Lawsuits of validity of signature regardless of their value.

3- The case management office shall prepare the lawsuit and determine the first session for the circuit referred to in Clause (2) of this article within (15) fifteen days from the date of registering the statement of claim, and this time-limit may be extended for one similar period only by a decision of the supervising judge, and in the case of assigning the expert, the first session shall be determined within (3) three working days from the date of receiving the expert report. Otherwise, all the rules, provisions, and procedures stipulated in this Law shall apply to the preparation of the lawsuit before these circuits.

4- The supervising judge, with regard to the circuits referred to in Clause (2) of this Article, has the competences stipulated in Articles (45) and (74) of this Law.

## Article 30

1- It shall permissible, by a decision of the Chairman of the Federal Judicial Council or the president of the local judicial authority - each according to his competencies - to refer some lawsuits to one or more circuits of the Courts of First Instance or Appeal, as the case may be, and the supervising judge shall be assisted in the stage of preparing the case by one or more local or international experts. to review or prepare expertise reports that are presented to these circuits. The competent court may discuss experts as regards the reports they prepared or reviewed, and it may order the completion of shortcomings in their work and the correction of any errors it finds therein.

2- Judgments shall be rendered by the circuits referred to in Clause (1) of this Article, with the same procedures and controls stipulated in this Law.

## Article 31

1- The Chairman of the Federal Judicial Council or the president of the local judicial authority - each within his own competencies - shall issue the regulatory decisions concerning the following:

    a- Controls for the referral of proceedings before the circuits mentioned under Article (30) of this Law, including the type or nature of those cases.

    b- Controls for the selection of the specialised experts, their appointment, the determination of their remunerations or salaries and their assignment to the circuits formed pursuant to Article (30) of this Law.

    c- Controls related to the work of experts, the prohibitions they shall avoid, and the regulation of their relationship with judges and litigants.

2- The experts referred to in Article (30) of this Law shall be subject to the provisions stipulated in the legislation regulating the profession of experts before the judicial authorities.

## Article 32

1- As an exception to the provisions of Chapters 2 and 4 of Title 12 of Section 1 of this Law and the provisions of the Mediation and Conciliation Law, the Federal Judicial Council or the president of the local judicial authority, as the case may be, or based on the agreement of the parties, may issue a decision to establish a circuit to be formed by delegation or appointment in accordance with the legislation governing each entity.

2- The circuit is concerned with adjudicating inheritance claims and all disputes related to the inventory list, liquidating the estate, dividing its funds and distributing them among the heirs, and any civil, real estate or commercial lawsuit arising or branching out of the estate related to its ownership or liquidation or any of its affairs between the heirs, guardians and the like, as well as any incidental pleas related to the removal or introduction of an heir, wills, endowment, or the settlement between the heirs in donations arising from or indivisibly linked to the estate.

3- The circuit may seek the assistance of the case management office and the preparation judge provided for in this Law.

4- The judgment issued by the circuit provided for in Clause (1) of this Article is not subject to appeal except through a petition for review. It is also permissible to retract that judgment in accordance with the cases, controls, and procedures stipulated in this Law.



## Chapter 3 - The Courts' Local Jurisdiction

### Article 33

1- Jurisdiction lies with the court in whose circuit the domicile of the defendant is located save as otherwise provided in the law. In case he has no domicile in the State, jurisdiction shall lie with the court in whose circuit his residence or his workplace is located.

2- It is permissible to institute proceedings at the court in whose circuit the prejudice has taken place, and that is to be in case of the actions of indemnity for the occurrence of damage on a person or a property.

3- Jurisdiction in commercial matters lies with the court in whose circuit the defendant's domicile is located, or the court in whose circuit the agreement was concluded or executed in whole or in part, or the court in whose circuit the agreement is to be executed.

4- If there are more than one defendant, the jurisdiction shall lie with the court in whose circuit the domicile of one of them exists.

5- In cases other than those stipulated in Article (34) and Articles (36) to (41) of this Law, the parties may agree to confer jurisdiction on a specific court, in which case jurisdiction shall lie with such court.

### Article 34

1- In real estate actions and possessory actions, jurisdiction shall lie with the court in whose circuit the real property is located, or one of the parts thereof, if these parts are located in more than one court's circuit.

2- If the action relates to a real right over real property, jurisdiction shall lie with the court in whose circuit the property or the domicile of the defendant is located.

### Article 35

Actions relating to existing companies or associations or those under liquidation, or to private institutions, the jurisdiction shall lie with the court in whose circuit its head office is located, and it is permissible to file a lawsuit before the court within the circuit of which the branch of the company, association, or institution is located with respect to matters that relate to such branch.

### Article 36

Actions related to estates and filed before division by the creditor of the estate or by some of the heirs against others fall under the jurisdiction of the court within the circuit of which his permanent residence is located or the circuit of the court in which most of the estate's tangible assets are located in the State.

### Article 37

1- If the action relates to bankruptcy, jurisdiction shall lie with the court within the circuit of which the bankrupt business concern is located, and in case of several branches, jurisdiction shall lie with the court in whose circuit the principal seat of management is located.

2- If the trader retires from the trade, the action shall be brought before the court in whose circuit the domicile of the defendant is located.

3- Actions arising out of bankruptcy shall be instituted before the court which declared the bankruptcy.

### Article 38

Jurisdiction in disputes relating to supplies, contracting works, rent of houses, wages of employees and manufacturers and wage earners shall lie with the court in whose circuit the domicile of the defendant is located or the court within the circuit of which the agreement has been concluded or executed.

### Article 39

In disputes related to the claim of the insurance value, jurisdiction shall lie with the court within the circuit of which the domicile of the beneficiary or the location of the insured property is located.

### Article 40

1- Actions which include a request for a temporary or summary measure shall fall under the jurisdiction of the competent Court of First Instance in whose circuit the domicile of the defendant is located or the court within the circuit of which the measure is requested to take place.

2- In summary disputes relating to the execution of decisions and legal instruments, jurisdiction shall lie with the court in whose circuit the execution will take place.

       

## Article 41

The court hearing the original lawsuit, shall have jurisdiction over incidental pleas provided that the defendant in a surety claim may uphold the lack of jurisdiction of the court if proven that the original lawsuit is filed with the intent of bringing him forth before a court other than the competent court.

## Article 42

Where the defendant does not have a domicile or place of residence in the State and it is impossible to designate the competent court pursuant to the foregoing provisions, jurisdiction shall lie with the court within the circuit of which the plaintiff's domicile or place of residence is located. If the plaintiff has no domicile or place of residence in the State, jurisdiction shall lie with the court of its capital.

## Article 43

In the obligations in which there had been an agreement on an elected domicile for its execution, jurisdiction shall lie with the court in whose circuit the domicile of the defendant is located or within which he elected a domicile for the execution.

## Title 2 - Filing and Registration Lawsuits and Amount in Controversy

## Chapter 1 - Filing and Registration of Lawsuits

## Article 44

1- The lawsuit shall be filed before the court, upon the plaintiffs' request, by submitting his statement of claim to the case management office electronically or in writing as applicable in the court.

2- The statement of claim shall contain the following data:

> a- The plaintiff's name, surname, ID number or photocopy thereof, or any similar documents issued by government entities confirming his identity, profession, occupation, domicile, workplace, phone number, fax number or e-mail - the plaintiff has no domicile in the State, a domicile shall be elected therefor - as well as the name of his representative, his surname, ID number, occupation, job, domicile, workplace, fax number or e-mail address.

> b- The defendant's name, surname, ID number (if any), profession or job, domicile or elected domicile, residence, workplace, phone number, e-mail address, fax number - if the defendant has no domicile in the State, a domicile shall be elected therefor - as well as his representative's name, surname, profession or job, domicile and workplace, if he works for others. However, in case neither the defendant nor his representative has a known domicile or workplace, the last domicile, residence or workplace and fax number or e-mail address thereof shall be mentioned.

> c- The court before which the lawsuit is filed.

> d- The date of filing the statement of claim with the case management office.

> e- The subject-matter of the lawsuit, the demands and grounds thereof.

> f- Signature of the plaintiff or his representative, after verifying the identity of each of them.

## Article 45

1- An office called the "Case Management Office" shall be established at the seat of the competent court.

2- The case management office shall be formed of a president and a sufficient number of the Court's employees including those working in the legal field and others, under the supervision of the president of the competent court, or a judge or more t.

3- The case management office shall be responsible for the preparation and management of the case before the trial phase, including its registration, announcement, exchange of memoranda and documents and expertise reports between the parties to the dispute.

4- The supervising judge may issue a decision not to accept the lawsuit for failure to pay the fees thereof or the difference in fees or expenses resulting in delaying adjudication of the case, and he has the right to prove abandonment or waiver. Previous decisions are subject to the usual methods of appeal according to general rules. He may decide to assign an expert, refer the case to investigation, hear witnesses and interrogate the parties to the dispute. He may also impose the procedural sanctions stipulated in the Law and shall have the right to meet with the parties to the lawsuit before him, propose conciliation thereto and try to reconcile them. For this purpose, he may summon them to appear before him in person. If a conciliation is reached, he shall issue a decision wherein this conciliation and the content of the agreement of the parties shall be recorded. Such decision shall have the power of a writ of execution.

5- If the litigation is discontinued ipso jure by the death of one of the parties to the dispute or by the loss of their standing to sue or by the loss of legal status of the attorney who was pursuing the proceedings before the referral of the case, or where the joinder of a party against whom the lawsuit was not filed is requested, the case management office shall refer the case to the supervising judge to decide on the correction of the form of the lawsuit in such cases.

6- If the action brought before the case management office contains a plea raised by a party to the dispute and that may result in interrupting the case or a summary request, or if it was an appeal lodged against a judgment of inadmissibility or lack of



jurisdiction, or an appeal filed after the time-limit prescribed by the law, the case management office shall refer the case, after completion of the process service, by a decision issued thereby to the competent court held at the Council Chamber to adjudicate what has been presented thereto. The court may set a session to hear the case if necessary. In all cases, the trial court may not remand the case to the supervising judge or the case management office, after it has been decided that it has the jurisdiction to hear the case.

7- If the lawsuit brought before the case management office includes a summary claim, the case management office shall urgently present it to the supervising judge for adjudication of the summary claim within a time-limit not exceeding (3) three working days and grievance may be filed against the decision in accordance with the provisions of this Law.

8- The right to raise defences not relating to public order set out in Article (86) of the Law shall be forfeited if the litigant present fails to bring said defences before the case management office.

9- If a claim fulfilling the conditions for the issuance of the payment order provided for in Articles (143) and (144) of this Law, is submitted to the case management office, the latter shall immediately present it to the supervising judge for referral thereof to the competent judge who issued the payment order for adjudication within the period specified in Clause (4) of Article (144) hereof.

### Article 46

1- The time-limit for appearing before the case management office or the competent court is (10) ten working days. In case of necessity, this time-limit may be reduced to (3) three working days.

2- The time-limit for appearing in summary cases is (24) twenty-four hours. In case of necessity, this time-limit may be reduced provided that it is not less than an hour, and provided that the notice is served on the litigant himself, unless the case is a maritime lawsuit.

3- The reduction of the time-limits referred to in Clauses (1) and (2) of this Article shall take place by leave of the competent judge or the supervising judge - as the case may be - and a copy thereof shall be notified to the litigant with the statement of claim.

4- Non-compliance with the attendance time-limits does not entail nullity, without prejudice to the right of the person served to postponement for completion of the time-limit.

### Article 47

1- After collecting the fees, the case management office shall enter the lawsuit in the relevant register - electronically or on paper - provided that the registration date and the plaintiff's knowledge of the session are written down in said register. In that case, the lawsuit is considered registered and effective from the date of submission of the statement of claim, provided that the fee be paid within a period not exceeding (3) three working days from the date of the day following the payment notice, otherwise the registration shall be considered as void ab initio.

2- The Chairman of the Federal Judicial Council or the president of the local judicial authority - as the case may be - may issue the guideline for the regulation of registering lawsuits, claims, grievances and appeals in accordance with the financial, administrative and technical rules in force in each authority and in a manner that facilitates the registration procedures and processes.

### Article 48

1- In cases other than the use of remote communication technology or electronic registration, the plaintiff, when registering his statement of claim, shall deposit copies thereof equal to the number of defendants, and a copy to the case management office that shall be kept electronically or in a special file, and he shall deposit with the statement of claim, copies of all documents supporting his claim, as well as any expertise reports prepared by registered experts, if any.

2- The defendant shall submit, electronically or on paper, a memorandum of his defence and copies of his documents signed by him within (10) ten working days from the date of his notification of the lawsuit.

3- In the event of a dispute over the validity of copies of documents, the court, the case management office, or the supervising judge, as the case may be, shall set the nearest session to present their originals, and the denial of the documents submitted by the litigant merely because they are copies shall not be regarded, unless the one who denies them upholds their nullity or that they are not issued by whomever they were attributed to. If the validity of the contested documents or their issuance by the person to whom they are attributed are proven, and the denial of their validity is unjustified, and the same results in delaying the lawsuit procedures or incurring additional expenses by the litigant who submitted the documents without justification, each of the supervising judge or the competent judge, as the case may be, may decide to impose upon whoever denies those documents or claims that they are not valid, a fine of no less than (1,000) one thousand dirhams and not exceeding (10,000) ten thousand dirhams. This does not preclude addressing the authority charged with regulating the legal profession in this regard, if the court finds justification therefor.

4- Subject to the text of Article (5) of this Law, the translated documents shall be certified in accordance with the law if they are drawn up in a foreign language.

### Article 49

1- In cases other than the use of means of technology and remote communication, the case management office, on the day following the registration of the statement of claim, shall deliver a copy thereof along with the accompanying copies, papers



and documents to the authority entrusted with their notification, in order to serve the notice on the form prepared for this purpose and keep the same. If the file is electronic, the judicial authority shall enable the litigants to have access thereto in the system or send it to him electronically or by any other means of technology.

2- The notice of the statement of claim shall be served within (10) ten days at most from the date of its delivery to the process server. If a session, falling within such date, is set for hearing the case, the notice shall be served before the session.

3- Non-compliance with the time-limit prescribed in Clauses (1) and (2) of this Article does not entail nullity.

## Chapter 2 - Amount in Controversy

### Article 50

1- The value of the lawsuit shall be assessed on the day of its filing. In all cases, the assessment shall be based on the litigants' latest demands. The value of the lawsuit shall include any interests, indemnities, revenues, expenses and other appurtenances of which value is estimated, due on the day of its filing. However, in all cases, the building and plants' value shall be taking into account, in case their removal is required.

2- In all cases, the assessment of the value of the lawsuit does not include the request for assignment of expertise and all other requests for proof if they are submitted with other claims pertaining to the subject-matter.

### Article 51

1- If the value is not mentioned in cash, and assessment thereof is possible, the court shall estimate it.

2- If the amount claimed is an amount of money in a currency other than that of the State, the lawsuit's value shall be assessed at the equivalent of such amount in the State's currency.

3- Value of lawsuits relating to the ownership of real estates shall be assessed on the basis of the real estate's value. If the value of the real estate or the vacant land is not assessed, the value thereof at the time of filing the lawsuit shall be deemed in excess of the jurisdictional amount prescribed for an appeal in cassation.

4- If the lawsuit relates to a request for a contract's validity, nullification, or rescission, its value shall be assessed on the basis of the value of the subject-matter of the contract. As for the contracts of exchange, the action shall be estimated on the basis of the higher value of exchanged parts.

5- If the lawsuit relates to a request for a continuous contact's validity, nullification or rescission, its value shall be estimated on the basis of the total of the monetary consideration for the contract's entire period. If the said contract has been implemented in part, the lawsuit for its rescission shall be estimated on the basis of the remaining period.

6- Lawsuits relating to dissolving the company and appointing a liquidator therefor shall be assessed oon the basis of the value of the company's capital fixed in its Memorandum of Association.

7- The value of actions brought for evacuating the rented property shall be assessed at the value of the annual rent.

8- If the lawsuit is filed between a creditor and debtor concerning the seizure - or an auxiliary real right, the value thereof shall be assessed on the basis the debt's value or the value of the property seized or the real right, whichever is less. As for the action brought by third parties for the recovery of such fund, it shall be assessed on the basis of the value of said fund.

9- If the lawsuit includes claims based on a single legal ground, assessment thereof shall be made on the basis of the aggregate value of such claims. If the claims arise from several legal grounds, assessment thereof shall be made on the basis of their respective value separately,

10- Subject to Clause (1) of this Article, and with the exception of the commercial documents that the court instructs any of the litigants to submit or extract, the value of the request for issuing, retrieving or returning documents or certificates shall be estimated at (5,000) five thousand dirhams.

11- If the lawsuit is for a claim for compensation whose value has not been determined, the value of the claim shall be deemed in excess of the jurisdictional amount prescribed for an appeal in cassation.

12- If the lawsuit relates to a claim that is not amenable to assessment pursuant to the foregoing rules, its value shall be deemed as equal to the jurisdictional amount prescribed for an appeal in cassation.

## Title 3 - Appearance and Absence of Parties and Representation thereof

## Chapter 1 - Appearance and Absence of Parties

### Article 52

1- Without prejudice to the Legal Profession Law, on the day scheduled to hear the case before the case management office or the court, as the case may be, the parties to the lawsuit shall appear by themselves or by an attorney on their behalf, whether a lawyer, a relative, in-laws to the fourth degree, or an attorney from their employees in the event that the party is a private juristic person, provided that the proxy - in the latter case - is issued by his legal representative, indicating his job capacity, and endorsed by the notary public in each dispute.

2- For the issuance of a special power of attorney in the case referred to in the last case of Clause (1) of this Article, the attorney shall meet the following conditions:



a- He shall be a national with full legal capacity and have a university degree in law.

b- Any other conditions specified by the law regulating the legal profession.

3- The presence of the authorised representative in the attorney's office by proxy is accepted only before the case management office in the cases in which the attorney is appointed.

### Article 53

1- If neither the plaintiff nor the defendant appears, the court shall decide on the lawsuit if suitable for adjudication, or otherwise it would issue a judgment of nonsuit. If (30) thirty days elapse and none of the litigants' requests to proceed with the lawsuit or none of them attends thereafter, it shall be considered as void ab initio. The case management office shall refer the lawsuit after the lapse of the period referred to in this paragraph to the competent judge to issue a decision to this effect.

2- The court shall issue a judgment of nonsuit if the plaintiff fails to attend any session and the defendant appears unless the latter requests the court to issue its judgment in the case.

3- If the lawsuit is filed before the case management office, it shall be deemed nonsuited and void ab initio, by a decision issued by the supervising judge immediately after the passage of the period referred to in Clause (1) of this Article.

### Article 54

1- The litigation shall be considered in presence against the defendant if he appears in person or by an attorney on his behalf or submits a power of attorney on his behalf before the case management office or in any of the trial sessions or appears before the expert or the two arbitrators or deposits a memorandum of his defence, even if he fails to appear thereafter.

2- Subject to the provisions of Article (76) hereof, the plaintiff may not raise during a session at which the defendant fails to appear, new demands nor may he modify his initial claims, unless the modification thereof is in favour of the defendant and does not prejudice any of his rights.

3- Likewise the defendant may not demand a ruling on any claim in the absence of the plaintiff

### Article 55

Subject to the provision of Clause (1) of Article (56) hereof, if the summoned defendant fails to appear, the court shall adjudicate the case and its ruling shall be deemed in absence default towards those who failed to attend.

### Article 56

1- If the court or the case management office finds, in the absence of the defendant, that he was not duly notified of the statement of claim, it shall adjourn the hearing of the case to a following session so as to duly notify him thereof.

2- If the court finds, in the absence of the plaintiff, that the latter was not duly notified of the session, it shall adjourn the hearing of the case to a following session of which he shall be duly notified.

### Article 57

1- The party notified of the lawsuit shall follow up any postponements, session dates and procedures related thereto, and the court decisions issued by the supervising judge and the case management office, as the case may be, after the commencement of the litigation shall be deemed effective without the need for any notice, except for tendering the decisive oath or claim of forgery.

2- If the date set for the session or the issuance of the judgment falls on a holiday for any reason whatsoever, the session shall be considered adjourned to the same day of the following week, without the need for any notice.

## Chapter 2 - Representation of the Parties

### Article 58

1- The court shall accept from the parties whoever they appoint as attorney according to the law.

2- The attorney shall establish his appointment as proxy for his principal by an official document.

3- The power of attorney may be done through a declaration recorded in the minutes of the session.

### Article 59

1- Where a power of attorney is issued by one of the parties to the dispute, the domicile of the attorney shall be considered for notification purposes of all papers required for proceeding with the case at the degree of litigation to which he is appointed as attorney. The party who has no attorney in the country where the court's venue is located, has to elect a domicile therein.

2- The attorney's resignation or dismissal shall not prevent the progress of the procedures in his presence unless the other party is notified of the replacement or of the decision of the principal to proceed with the case by himself.



3- The attorney may not withdraw from the power of attorney at an inappropriate time and without permission from the court.

### Article 60

The power of attorney for litigation shall authorise the proxy to take the actions and measures required to file, manage and follow up the lawsuit, plead therein, and take provisional measures until a judgement on the merits of the lawsuit is rendered, in the degree of prosecution to which he was entrusted, and notified, and until fees and expenses are paid, without prejudice to any special authorisation required by law.

### Article 61

1- All decisions taken by the attorney at the session, in the presence of his principal, shall be considered as made by the principal himself, unless such decisions were denied by the principal upon hearing of the lawsuit at the same session.

2- Without a special authorisation, the attorney may not acknowledge or waive the claimed right, make conciliation or arbitration therein, accept, tender or tender back oaths, or abandon litigation, totally or partially waive the judgement, lift liens, relinquish securities while debts remain outstanding, claim forgery, dismiss or accept a judge, expert or *de facto* submissions, nor may he undertake any other conduct which requires a special authorisation by law.

### Article 62

No judge, public prosecutor, member of the prosecution or any of the courts' employees may act as a representative of litigants, in attendance or prosecution, whether verbally or in writing, even if the lawsuit is file before a court other than that to which he affiliates, subject to nullity. However, they are allowed to act as such regarding the persons whom they legally represent, their spouses, ascendants and their descendants up to the second degree.

## Title 4 - Intervention of the Public Prosecution

### Article 63

The public prosecution may institute the action in the circumstances provided for in the law, and it shall have in such cases the same rights vested in the parties to the litigation.

### Article 64

With the exception of summary cases, the public prosecution shall intervene in the following cases, otherwise the judgment shall be deemed null:

  1- Lawsuits which it may file by itself.

  2- Appeals and claims filed before the Supreme Federal Court, with the exception of the appeals in cassation in civil, commercial, and administrative matters.

  3- Lawsuits relating to the incapacitated, those lacking capacity, the absentees and the missing persons.

  4- Lawsuits relating to the charitable endowments, donations, wills devoted to benefaction.

  5- Lawsuits for the recusals of judge and members of the prosecution.

  6- Any other case in which the law stipulates the necessity of the public prosecution's intervention.

### Article 65

Except for summary cases, the public prosecution may intervene in the following cases:

  1- Absence of jurisdiction for lack of the judicial body's competence.

  2- Preventive composition

  3- Lawsuits in which it deems to intervene because they are related to the public order and morals.

  4- Any other case in which the law stipulates admissibility of intervention.

### Article 66

The court may, at any of stage of the proceedings, order to forward the case file to the public prosecution if a matter relating to the public order or morals has been presented therein, and the intervention of the public prosecution in such case shall be mandatory.

### Article 67

1- The public prosecution shall be considered represented in the lawsuit when it submits a pleading with its opinion therein and it shall not be bound to attend unless the law stipulates that.

2- In all cases, the public prosecution shall not be bound to attend the sentencing hearing.



### Article 68

In all cases in which the law provides for the intervention of the public prosecution, the case management office at the court shall notify the public prosecution within a maximum of (3) three working days from the date of registering the case. If, during the hearing of the lawsuit, an issue arises in which the public prosecution intervenes, its notification shall be based on an order from the court.

### Article 69

The public prosecution shall accord, on the basis of a request submitted thereto, a period of (7) seven days, at least, for submitting a memorandum of its opinion, and such period shall commence from the day on which the case file has been sent thereto.

### Article 70

The intervention of the public prosecution is made at any stage of the proceedings before closing the pleading therein.

### Article 71

In all the lawsuits in which the public prosecution is a joined party, the litigants, after the prosecution has given its opinion, may not request to speak nor file further pleadings, however, they shall be allowed to submit to the court a written statement in order to amend the facts stated by the prosecution, nevertheless, the court, in the exceptional circumstances in which it shall decide to accept further documents and complimentary briefs, may permit their submission and rehearing the pleading, and the prosecution shall be the last to speak.

### Article 72

The public prosecution may file an appeal against the judgment in the cases in which the law binds or allows it to intervene, should the judgment contradict one of the rules of the public order or if the law stipulates so.

## Title 5 - Procedures and Order of the Session

## Chapter 1 - Procedures of the Session

### Article 73

The pleading shall be proceeded at the first session, and if the plaintiff or the defendant submits at such session a document which he could have submitted in the date specified in clause (2) of Article (48) hereof, the court shall accept it if this does not result in adjourning the hearing of the lawsuit. If accepting the documents results in the adjourning hearing of the lawsuit, the court may, sua sponte or at the request of the litigants, rule to impose upon the person who caused the postponement a fine of not less than (2000) two thousand dirhams and not more than (5000) five thousand dirhams. However, each of the plaintiff or the defendant may submit documents to reply to the opponent's defence and incidental pleas.

### Article 74

1- The court or the supervising judge shall impose upon the court's employees or the litigants who fail to submit the relevant documents or to carry out any of the lawsuit's procedures on the date set by said court or by the case management office, a fine of no less than (1,000) one thousand dirhams and no more than exceeding (10,000) ten thousand dirhams, by virtue of a decision to be registered in the session's minutes. Said decision shall have the same executory force of the judgments and may not be challenged by any means whatsoever.

2- The court or the supervising judge, as the case may be, may exempt the losing party from all or part of the fine if he produces an acceptable excuse.

3- If any litigant refuses, after being fined, to deposit the document or take the procedure required in the case, the supervising judge may refer the lawsuit to the competent court to adjudicate it as is, or to consider it a nonsuit, as the case may be.

4- If any of the litigants, after being fined, refuses to produce the document or to take the required procedure, the court may adjudicate the case as is.

### Article 75

The fine decision issued in accordance with the provisions of Articles (73) and (74) hereof may be enforced by the court or the supervising judge, as the case may be, after notification of the losing party thereof, if he is not present at the session. If this is not possible, enforcement shall be carried out in accordance with the compulsory enforcement procedures provided for in this Law.



## Article 76

1- The court may garnt leave to the litigants, during the hearing of the case, to submit further documents, defences or methods of proof, or to modify their demands or submit incidental pleas which they were not able previously to file before the case management office, under penalty of inadmissibility to be pronounced should the court finds that said documents could have been produced to the case management office. The memoranda of litigants shall be notified by depositing them with the case management office or by exchanging them, provided that the concerned litigant annotates the original copy to this effect, or by electronic means.

2- The court may inquire the litigants about any shortage in the lawsuit or documents thereof.

3- The court may, upon suspending the proceedings for adjudication, grant leave to the litigants to exchange closing arguments on the dates specified thereby in accordance with the controls provided for in Article (128) hereof.

## Article 77

The court may propose conciliation to the litigants and may order for this purpose their presence in person. The conciliation shall be recorded and enforced in accordance with the procedures, rules and effects provided for in Article (81) hereof.

## Article 78

1- The court may not adjourn the hearing of the lawsuit more than once for a single reason attributed to one of the parties, except for an emergency reason after the referral, such as the death of one of the parties, loss of his capacity, intervention in the lawsuit by others, claim of forgery, submission of evidence of the existence of a criminal lawsuit related to the same subject-matter, or a request by one of the parties to produce proof of conciliation, provided that the postponement period does not exceed two weeks.

2- The court may not adjourn the hearing of the lawsuit for more than (10) ten sessions, regardless of the number of reasons.

3- In all cases, the court shall issue the judgment terminating the dispute within a period not exceeding (80) eighty days from the date of the first hearing session of the lawsuit before it.

# Chapter 2 - Order of the Session

## Article 79

With the exception of personal status and estate cases, pleadings shall be held in public, unless the laws in force in the State provide otherwise, or the court, sua sponte or at the request of one of the litigants, decides to hold it in camera in order to preserve public order or in deference to decency or the dignity of the family.

## Article 80

1- The litigants shall be called upon at the time set to hear the case.

2- The plaintiff shall have the right of pleading first, unless the defendant admits the matters given in the statement of claim and claims there are legal grounds or additional facts that refute the plaintiff's case, in which case the right of pleading first shall go to the defendant.

3- The party with the right of pleading first may present its case and submit corroborating evidence. The other party may afterwards present its defence and submit corroborating evidence.

4- The party who pleaded first may produce its evidence in refutation of the adversary's evidence.

5- The court shall hear the pleading of the litigants and the defendant shall be the last to speak.

6- The court may interrogate the litigants and hear the testimony of whoever it deems necessary to hear his testimony.

## Article 81

The parties may request the court, at any stage of the proceedings,, to record their agreement in the minutes of the sessions and sign the same in person or by their authorised agents, and if they have written whatever they agreed on, the written agreement shall be attached to the minutes of the session and its content shall be recorded therein. The minutes of the session shall have, in both cases, the power of the writ of execution and a copy thereof shall be delivered in accordance with the rules prescribed for the delivery of the copies of judgments.

## Article 82

1- The president of the session shall maintain the order of the session and undertake its management. For this purpose, he may expel from the session hall whoever violates its order. If he resists, the court shall immediately order to hold him in custody for (24) twenty-four hours or to impose upon him a fine of no less than (1000) thousand dirhams and no more than (3000) three thousand dirhams. Its decision shall be final.

2- The court may, before the end of the session, lift the order it issues based on Clause (1) of this Article.



### Article 83

The court may, sua sponte, order deletion of expressions offending or contrary to the provisions of public order or morals from any pleadings or memoranda.

### Article 84

The president of the session shall order that a report be drafted on each offence that takes place during the course of the session and investigation procedures be undertaken as he deems appropriate, and refer the documents to the public prosecution so as to carry out the necessary actions, and if necessary, he may rule the arrest of the person who committed the offence, without prejudice to the provisions of the Legal Profession Law.

### Article 85

If, during the trial sessions, a misdemeanour involving an aggression against its panel or any of its members or workers, or a false testimony, or any crime punishable by law is committed, the court shall order the arrest of the perpetrator and his referral to the public prosecution to take the necessary action against him.

## Title 6 - Defences, Intervention, Joinder and Incidental Pleas

## Chapter 1 - Defences

### Article 86

1- Pleas of lack of local jurisdiction, of lis pendens by moving for the referral of the case to another court either because the same dispute is pending before such other court or by reason of connexity, of nullity not related to public order, and all other procedural pleas, shall be raised simultaneously and before raising any claim or defence in the case or moving for its dismissal. Otherwise, the right shall be forfeited as to defences that have not been raised; likewise, the appellant's right to these defences shall be forfeited if he fails to bring them in the memorandum of appeal.

2- All aspects on which the defence related to procedures which are not connected to the public order are based shall be raised together, otherwise the right to defences that have not been invoked shall be forfeited.

### Article 87

A plea of lack of competence for absence of jurisdiction or by reason of the type of the suit shall be pronounced by the court sua sponte, and may be invoked at any stage of the proceedings.

### Article 88

Taking into account Clause (5) of Article (33) of this Law, if the parties agree to resort to a court other than the one before which the case is pending, the court before which the case is pending may order the case to be referred to the court agreed upon by the parties.

### Article 89

If the same dispute is filed before two courts, the plea of lis pendens shall be raised to the court before which the dispute was finally referred for judgment therein.

### Article 90

A plea of lis pendens may be brought before any of the two courts. The court to which the case has been referred is held to adjudicate it.

### Article 91

1- The court ordering referral shall specify to the parties the session at which they are required to appear before the court to which the case has been referred and the case management office shall notify the absentees among them of the same.

2- If the court does not specify a session to the parties, the court to which the case is referred shall specify it and notify the parties thereof.

3- The court to which the case is referred is held to hear it, unless it lacks territorial or subject-matter jurisdiction to hear it.

4- If the court rules that it does not lack territorial jurisdiction, it shall impose on the plaintiff to pay 10% of the fee and return the remainder to him.

### Article 92

Nullity of the notification of the statement of claim and summons resulting from a defect in the notification, in the court statement, or in the date of the session, shall cease by the appearance of the addressee or his representative in the session



specified in this notice, or by the deposit of a memorandum of his defence, without prejudice to his right to postponement for completion of the time-limit for attendance.

### Article 93

1- The plea of inadmissibility of the case may be raised at any stage of the proceedings.

2- If the court deems that the plea of inadmissibility of the case due to lack of capacity of the defendant is based on a sound basis, it shall adjourn the case to notify the person with the capacity based on the request of the plaintiff.

3- If the lawsuit is filed against a governmental agency or a public juristic person, the effect of the correction extends to the day the lawsuit was filed, even if the correction was made after the time-limit prescribed for filing it.

### Article 94

The plea of inadmissibility to hear the case for being previously adjudicated may be raised at any stage of the proceedings and the court shall declare it sua sponte.

### Article 95

The court shall rule on these defences separately, unless it orders them joined to the subject-matter, and shall be held to indicate its decision on each respectively.

## Chapter 2 - Joinder and Intervention

### Article 96

A party to the litigation may implead any person eligible to be joined in the case at the time it is filed. If the defendant claims having a right of recourse against a person who is not party to the lawsuit, he may submit a written request to the case management office or to the court wherein he states the type and causes of his claim and requests the joinder of the said person as a party to the lawsuit, according to the usual procedures for filing the lawsuit. He may also be joined if he appears in the session and agrees to this procedure before the court.

### Article 97

Any interested party may intervene in the case by joining one of the parties or by requesting to be awarded a demand associated with the lawsuit. Intervention shall be done through the usual procedures for filing a lawsuit or by an oral petition made during the session and in the presence of the parties. Said petition shall be recorded in the minutes of the session. No intervention is admissible after the closing of pleadings.

### Article 98

1- The court may, sua sponte, order the joinder of any person whose joinder it deems will help reveal the truth or serve the interests of justice, and the court shall specify the session of which he shall be notified, as well as of his position in the litigation, and order that he be notified to attend that session, with the usual procedures for filing a lawsuit.

2- The court may assign the case management office to notify an adequate summary of the requests of the parties to the case to any person it deems will help reveal the truth or serve the interests of justice.

## Chapter 3 - Incidental Pleas

### Article 99

1- The plaintiff or the defendant may file incidental pleas that are connected to the original claim in a way that requires their hearing together as dictated by the requirements of the proper administration of justice.

2- These pleas shall be filed to the court by the usual procedures for filing a lawsuit, or by an oral petition made during the session and in the presence of the parties. Said petition shall be recorded in the minutes of the session.

### Article 100

The plaintiff may raise the following incidental pleas:

1- The correction of the original claim or the modification of its subject-matter to address circumstances which arose or became apparent subsequent to the filing of the case.

2- The addition to the original claim or demands supplemental thereto, resulting therefrom or indivisibly linked thereto.

3- Anything that includes an addition or change to the cause of the case, while the subject matter of the claim remains the same.



4- Motion for a precautionary measure.

5- Whatever the court authorises the plaintiff to raise by way of demands linked to the demands set forth in the original claim.

### Article 101

The defendant may raise the following incidental pleas:

1- Motion for a set-off and a judgment awarding him damages for the injuries he suffered by reason of the litigation procedures.

2- Any request whose response thereto would result in the plaintiff not being adjudged all or some of his demands, or being adjudged his demands subject to a restriction in favour of the defendant.

3- Any demand which is indivisibly connected to the original claim.

4- Whatever the court authorises the defendant to raise by way of demands linked to the demands set forth in the original claim.

### Article 102

1- No Incidental plea is admissible after the closing of pleadings.

2- The court shall, if possible, rule on on incidental pleas along with the original case; otherwise, it shall retain the incidental plea for adjudication upon ascertaining its validity.

## Title 7 - Stay, Discontinuance, Extinction, Lapse, and Abandonment of Proceedings

## Chapter 1 - Stay and Discontinuance of Proceedings

### Article 103

1- The proceedings may be stayed if the parties agree not to proceed therewith for a period not exceeding (6) six months from the date the court approved their agreement, and this stay shall have no effect on any inevitable date that the law has prescribed for a procedure. Neither party may renew the suit during that period except with the consent of his opponent.

2- If one of the parties does not revive the proceeding within (8) eight days following the end of the time-limit, the plaintiff is deemed to have abandoned his case and the appellant to have abandoned his appeal. The case management office shall present it after the lapse of the period referred to in this paragraph to the competent judge to issue a decision to that effect.

### Article 104

The court shall order the stay of the proceedings if it deems that a judgment on the merits thereof is contingent on deciding another matter. Once the ground for such stay no longer exists, either party may petition resumption of the case.

### Article 105

1- The litigation shall be discontinued ipso jure by the death of one of the parties to the dispute or by the loss of their standing to sue or by the loss of legal status of the attorney who was pursuing the proceedings on behalf of the party, unless any of the foregoing occurs after closing of the pleadings in the case. If there are several parties, the court shall rule on the proceedings as being discontinued with respect to the one who caused the discontinuance and adjourn its hearing with regard to the remaining litigants.

2- The litigation shall not be discontinued by the attorney's death and by termination of his power of attorney either by dismissal or recusal. The court may grant the party whose attorney died or whose power of attorney has terminated ample time to appoint another agent if he so desires.

3- Discontinuance of litigation shall result in interrupting all time-limits that were effective against the parties and the nullity of all proceedings occurring during the discontinuance.

### Article 106

The proceedings shall resume with respect to the party against whom ground for discontinuance applies, by a summons duly served to the representative of a person who died, lost his standing to sue or lost his legal status, at the request of the other party, or by a summons duly served to this party at the request of those. The proceedings shall also resume if the session that was set for the hearing of the case is attended by the heirs of the deceased, or the representative of a person who lost his standing to sue, or who lost his legal status and pursued the case.

### Article 107

Upon occurrence of any of the reasons for discontinuance of litigation after closing the pleadings in the case. and if the case is valid for adjudication on its merits, the court may adjudicate the lawsuit pursuant to the final statements and demands, or may



open the pleadings at the request of the representative of the deceased party or the party who lost his standing to sue or who lost his legal status, or at the request of the other party to the lawsuit.

## Chapter 2 - Extinction, Lapse and Abandonment

### Article 108

1- If the proceedings are discontinued due to the plaintiff's act or omission of an act, every interested party to the lawsuit may file a motion to dismiss the lawsuit under statute of limitations, after the passage of (6) six months from the last proper procedure taken therein.

2- The statute of limitations in discontinued cases, shall start to run only as of the day on which the party requesting their dismissal under statute of limitations, notifies the heirs of the deceased or the successors of the party who lost capacity, of the case filed between himself and the original party.

3- The statute of limitations shall be effective against all persons, even if they lack capacity or are incapacitated, and this does not prejudice their right of recourse against their representatives to claim compensation for their negligence in following up the case, which led to its bar by prescription.

### Article 109

1- The motion to dismiss under statute of limitations shall be raised to the court before which the case requested to be dismissed is filed.

2- It is permissible to uphold the bar of the proceeding in the form of a plea if the plaintiff revives the proceeding after the expiry of (6) six months.

3- The submission of the motion or plea shall be presented against all the plaintiffs in an action or against all the appellants in an appeal, on pain of inadmissibility.

### Article 110

A judgment abating the proceeding entails the lapse of the evidentiary procedure decisions issued thereon and the annulment of all litigation procedures, including the statement of claim, but shall not extinguish the right to file it, nor to the final judgments issued thereon, or procedures preceding such judgments, admissions issued by the parties or oaths they took. A judgment of abatement shall not prevent a party from upholding the procedures of investigation and the missions of experts that have been completed, unless they are in themselves null and void.

### Article 111

Once a judgment abating the proceeding is rendered in an appeal, the appealed judgment shall be deemed final in all cases. When a judgment abating the proceeding is rendered in a petition for review prior to the issuance of a judgment accepting the petition, the petition shall extinguish. However, after the judgment accepting the petition is rendered, the aforementioned rules of appeal or first instance, depending on the case, shall apply.

### Article 112

1- In all cases, the litigation shall terminate upon the expiry of one year from the date of the last valid procedure taken therein, and its termination shall have the same effects that result from its dismissal under statute of limitations.

2- The provision of the preceding paragraph does not apply to appeals in cassation.

### Article 113

1- The plaintiff may abandon litigation by notifying his adversary by a statement made before the competent court clerk; an explicit statement in a memorandum signed by him or his agent and made available to the adversary; or an oral petition during the session and its entry into the minutes.

2- After the defendant submits his demands, abandonment is admissible only with the defendant's consent. however, his objection to the abandonment shall be denied if he raises a plea of the court's lacks jurisdiction, or moves for referring the case to another court, or upholds the invalidity of the statement of claim, or its inadmissibility for being previously adjudicated, or invokes a defence or plea the object of which is to prevent the court from hearing the case.

### Article 114

Abandonment entails all the effects of abatement of the proceeding, and costs shall be borne by the abandoning party.

### Article 115

1- If the party, with the advent of the litigation, waives a procedure or paper from the proceedings documents, explicitly or implicitly, the procedure or paper shall be considered as void ab initio.

2- A waiver of judgment entails a waiver of the right established therein.



# Title 8 - Disqualification, Dismissal and Recusal of Judges

## Article 116

1- A judge shall be deemed disqualied and barred from hearing a case in the following cases, even if neither party moves for his recusal:

a- If he or his spouse is related by blood or affinity to one of the parties or his spouse up to the fourth degree.

b- If he or his spouse is involved in a pending dispute with one of the parties or his spouse.

c- If he is the legal representative of one of the parties in his private business, guardian, trustee, or a potential heir thereof, or is the spouse of the guardian or trustee of a litigant or if he is a relative or an in-law up to the fourth degree of such guardian or trustee, or of a member of the board of directors or one of the managers of the company and this member or director had a personal interest in the lawsuit.

d- If he, his spouse, one of his relatives by blood or affinity up to the fourth degree or for whom he is his agent, guardian, or custodian has an existing interest in the case.

e- If he is related by blood or affinity up to the fourth degree to another judge in the circuit in which case the most junior judge who shall recuse himself.

f- If he is related by blood or affinity up to the second degree to the representative of the public prosecution or the advocate of one of the parties.

g- If, even before assuming the office of judge, he advised or served as counsel for one of the parties in the case or if he has previously heard the case as a judge, expert, arbitrator or presented testimony therein.

h- If he had filed a claim for compensation against the recusal applicant or submitted a report against him to the competent authority.

2- Any decision or judgment handed down by the judge in one of the above cases shall be null and void even if it was done with the agreement of the parties.

3- If this nullity occurs in a judgment issued in an appeal in cassation, the party may request the court to cancel this judgment and review the appeal in cassation before a circuit that does not include the judge who was the reason for the nullity.

## Article 117

A judge may be recused for one of the following reasons:

1- If the judge or his spouse is involved in a case similar to the one before him or if there is a dispute between the judge or his spouse and one of the parties, after hearing the case under review before the judge, unless the said case was filed with the object of recusing him from adjudicating the case before him.

2- If the divorced spouse of the judge from whom he has fathered a child or one of his relatives by blood or affinity is involved in a pending lawsuit before the courts with one of the parties to the case or his spouse, unless the lawsuit was filed after the case moving for the recusal of the judge was heard.

3- If one of the parties worked for him or used to eat or reside with one of the parties, or if he had received a gift from him before or after filing the lawsuit.

4- If there is an enmity or friendship between him and one of the parties that is likely to affect the impartiality of his judgment.

5- If one of the parties had chosen him as an arbitrator in a previous case.

## Article 118

1- A judge who is disqualified from hearing the case, or if ground for disqualification exists provided for in Articles (116) and (117) of this Law arises, shall inform the president of the court thereof. In the event that a reason for recusal arises, the president of the court may garnt leave to the judge to recuse himself. The same shall be entered into a special record kept at the court.

2- If the judge is embarrassed to hear the case for any reason whatsoever, even if he is qualified to hear it, he may present his recusal to the president of the court to consider the recusal.

3- If one of the previous cases apply to the president of the court, he shall present the matter to the substitute.

## Article 119

1- If one of the grounds for recusal mentioned in Article (117) of this Law arises and the judge does not recuse himself, any party to the lawsuit may file a motion for his recusal, and the recusal takes place by virtue of an application submitted to the president of the court to which the judge is affiliated and signed by the applicant himself or his authorised representative with the power of attorney attached thereto. The motion for recusal shall include the reasons therefor with any supporting documents.



2- The applicant for recusal shall furnish, when submitting the motion, an amount of (5,000) five thousand dirhams as a deposit. The security deposit is multiplied by the number of judges whose recusal is sought, and the president of the court shall not accept the motion for recusal if it is not accompanied by evidence of the deposit of the security. It is sufficient to deposit one security for each motion for recusal in the case of multiple recussal applicants if they submitted their request in one motion, even if the reasons for recusal are different, and the court shall impose on the recusal applicant a fine not less than (5,000) five thousand dirhams and not exceeding (10,000) ten thousand dirhams, with the confiscation of the security if his motion is dismissed.

## Article 120

1- The motion for recusal shall be filed before raising any plea or defence is presented in the case, otherwise the right thereto shall be forfeited. Nevertheless, such motion may be filed if the grounds therefor occurred afterwards or if the applicant proves that he had no knowledge thereof.

2- In all cases, the party's right to file a motion for recusal shall be forfeited if the motion was not filed before the closing of the pleadings, when he has been notified of the session set for hearing the case and the reasons for the recusal existed and were known to him until the closing of the pleadings.

## Article 121

1- The president of the court shall immediately notify the judge whose recusal is sought, of the motion for recusal and its attachments.

2- The judge shall within (7) seven days following his notification, respond in writing to the facts and grounds of the recusal. If he fails to respond within the prescribed period, or if he responds in support of the grounds for disqualification and such grounds are valid, the president of the court shall issue an order of his recusal.

3- If the judge responds to the grounds of the recusal and refutes a valid ground thereof, the entity to the whom the motion is filed shall appoint the circuit to hear the recusal and a date shall be set for its hearing before it. The case management office shall notify the applicant and the judge of this date. It shall also notify the remaining litigants in the original lawsuit, in order to submit any recusal requests they may have in accordance with the previous article. The aforementioned circuit shall investigate the recusal motion at the Council Chamber and then rule after hearing the recusal applicant's statements and the judge's observations when necessary or if he so requests. In investigating the recusal motion, it is not permissible to interrogate the judge nor to tender the oath to him.

4- The president of the court, or whoever acts in his capacity, as the case may be, in the event of submission of motion for recusal before closing the pleadings in the first recusal motion, shall refer these motions to the same circuit before which the motion is being heard, for a decision on all of them in one judgment.

5- The procedures of the motion for recusal shall be heard and adjudicated, even if the party who filed it decides to waive it.

6- The ruling on the motion for recusal shall be pronounced in a public session and shall not be subject to appeal.

## Article 122

Filing of the motion for recusal with the president of the competent court entails the stay of proceedings in the original case until he issues a final decision thereon. However, in urgent cases and at the request of one of the parties, another judge may be assigned to the case.

## Article 123

The Court of Appeal shall decide on the application for recusal if the person requested to be recused is a judge sitting thereon or a judge sitting on the Court of First Instance to which it is affiliated.

## Article 124

1- If all the judges of the Court of First Instance ae sought to be recused and the Court of Appeal decides to accept the motion for recusal, it shall refer the case to another Court of First Instance for ruling on its merits.

2- If all or some of the judges sitting on the Court of Appeal are sought to be recused where there is not enough of their number left to rule, the motion for recusal shall be submitted to the higher court. If it decides to accept the motion for recusal, it shall refer the case for a ruling on its merits to another Court of Appeal.

## Article 125

The rules and procedures mentioned in Title 8 shall be applied upon recusing a member of the Public Prosecution, if it is a joined party, for any of the reasons stipulated in Articles (116) and (117) of this Law.



# Title 9 - Judgment

## Chapter 1 - Issuance of Judgment

### Article 126

The court may not, after suspending the proceedings for adjudication or during deliberation, hear a litigant or his representative, except in the presence of his opponent, nor may it accept documents or memoranda from a litigant without the other party being notified thereof, otherwise, the procedure shall be deemed null, unless an agreement on conciliation is signed by both parties and authenticated by a notary public.

### Article 127

Upon completion of the pleading, the court shall adjudicate the case or set a sentencing hearing, it may not postpone the same or return the case to pleadings, except under a grounded decision to be announced at the session and recorded in its minutes. The pronouncement of said decision shall be considered as a notification to the litigants of the new date, and in both cases the postponement of the sentencing hearing may not exceed two weeks.

### Article 128

1- Deliberation in judgments shall be conducted behind closed doors among the judges, and only the judges who heard the pleading may participate therein.

2- The president of the court shall collect all opinions starting with the most junior to the most senior judge, then he shall express his own opinion. Judgments shall be issued unanimously or by a majority of opinions. If the majority is not achieved and there is more than one opinion, the less numerous party or the party comprising the most junior judges shall join one of the two opinions expressed by the most numerous party, and that after retaking the opinions.

3- The judgment shall be issued by the judge or the chief judge of the circuit, as the case may be.

4- A report shall be drawn up on the issuance of the judgment on the date specified for its issuance, indicating the names of the judges who attended its issuance, and it shall be signed by the chief judge of the circuit or the judge, as the case may be.

### Article 129

1- In all cases, the judgments shall include the reasons on which they are based and shall be deposited, after being signed by the president and the members of the circuit whether electronically or in writing, in the case file.

2- In summary actions, if the judgment is rendered at the pleading session, it may be filed including its reasons within (3) three working days at the latest from the date of its issuance.

3- Violation of the provisions mentioned in clauses (1) and (2) of this Article shall result in the nullity of the judgment

### Article 130

1- The judgment shall indicate the court that issued it, the date and venue of its issuance, the type of case and the names of the judges who heard the pleading and issued in the judgment, the names of the litigants, their surname and capacities, their domicile and workplace, their appearance or absence.

2- The judgment shall present an overview of the facts of the case, the litigants' demands, a brief summary of their meritorious defence and the opinion of the public prosecution, and then the grounds of the judgment and its enacting terms.

3- Deficiencies in the factual reasons of the judgment and serious error in the names of the litigants and their capacities and in the name the judges who delivered the ruling shall result in the nullity thereof.

### Article 131

1- The copy of the judgment under which the execution is to be carried out, shall be stamped by the seal of the court and signed by the competent officer after stamping it with the executory formula and shall be delivered only to the litigant who has an interest in the execution of the judgment, provided that the judgment is enforceable. The judgment may be stamped with the executory formula by electronic signature if obtained remotely.

2- A second executory copy may not be delivered to the same litigant, unless the first copy is lost or it was impossible to use it, by virtue of an order by the judge or the chief judge of the circuit, as the case may be.

3- A certified copy of the original copy of the judgment may be granted electronically or in writing to the concerned person who requests it to the exclusion of others, except under the permission of the judge or the chief judge of the circuit, as the case may be.



### Article 132

1- Notwithstanding the provisions of Articles (127) and (129) of this Law, the circuits provided for in Clause (2) of Article (29) hereof shall adjudicate the lawsuits filed before them by a decision terminating the dispute and stating the grounds therefor, to be issued at the same session.

2- The decisions referred to in Clause (1) of this Article may be appealed before the competent Court of Appeal held in the Council Chamber, in accordance with the rules, procedures, and time-limits prescribed for filing an appeal against judgments.

## Chapter 2 - Expenses of the Lawsuit

### Article 133

1- Upon issuance of the judgment or decision terminating the litigation, the court court shall rule on the expenses of the lawsuit sua sponte.

2- The expenses of the lawsuit shall be imposed upon the losing party, and the costs of the translation of the notice and the attorney fees estimated by the court in accordance with the controls and standards specified in the Legal Profession Law shall be included in the expenses. In case of multiple losing parties, the expenses may be divided equally among them or in proportion to the interest of each one of them in the lawsuit, at the court's discretion. Expenses shall not be imposed upon them jointly unless they are jointly liable for the original obligation. The attorney fees shall not increase depending on the number of the prevailing parties or losing parties or attorneys.

3- Expenses of intervention shall be imposed on the intervening party if he has separate claims and his intervention was not accepted, or his claims were dismissed.

### Article 134

The court may rule to impose upon the prevailing party to pay all or part of the expenses, if such party has caused the disbursement of unnecessary expenses or did not bring to the knowledge of his opponent the decisive documents in his possession, or the content thereof.

### Article 135

If both parties fail in some requests, it is permissible for the court to rule that each party bears the expenses he paid or that the expenses be divided between them as it determines in its judgment, and the court may also rule to impose all the expenditures on either of them.

### Article 136

1- The court may award compensation for expenses arising out of a vexatious lawsuit or defence.

2- Without prejudice to the provisions of Article (133) of this Law, the Court may, upon issuance the judgment, rule to impose a fine of not less than (1000) thousand dirhams, and not more than (10,000) ten thousand dirhams on the litigant who files a vexatious lawsuit, request, plea or defence.

## Chapter 3 - Correction and Interpretation of Judgments

### Article 137

1- The court shall rectify the mere material mistakes, either written or mathematical, that appear in its judgement, by a decision that it issues sua sponte or at the request of a party to the lawsuit without pleadings. The rectification shall be made on the original copy of the decision or judgment and signed by the president of the session.

2- The issuance and inclusion of the decision or judgment incorrectly in the electronic system is considered a material error.

3- The decision rejecting the rectification may not be challenged separately without the decision or the judgment itself. As for the decision issued on the rectification, it may be challenged on an independent basis through the permissible methods of appeal against the decision or judgment that is the subject-matter of the rectification.

### Article 138

1- The parties may request from the court that issued the judgment an interpretation of any ambiguities or inconsistencies in its enacting terms by means of a motion filed in the usual manner for filing a lawsuit. The interpretative decision shall be deemed complemental in all respects to the judgment it interprets, and shall be subject to the same rules relating to the forms of appeal.

2- The parties may request the interpretation of judicial decisions and orders. In this case, the motion shall be submitted in the same way as the decision or order was submitted, and the same effects stipulated in Clause (1) of this Article shall apply to it.



### Article 139

Where the court renders a judgment which, in its reasons and ruling, fails to rule on certain substantive claims, the interested party may present a motion to such court demanding that it hears the claims in question and issue a decision or judgment, as the case may be, after notifying the other party thereof. The decision or judgment rendered on the motion shall be deemed appealable by any of the means of challenge to which the the original decision or judgment is amenable.

## Title 10 - Orders on Petitions

### Article 140

1- In cases where the litigant wishes to obtain an order from the court, he shall submit a petition to the competent judge or the chief judge of the circuit that hears the case wherein he requests the issuance thereof. Such petition shall be of two copies, unless it is electronically registered, and shall contain the facts and supporting documents of the request and the petitioner's domicile and workplace and the domicile elected for him in the State if he has no domicile or workplace therein. The supporting documents shall be attached to the petition.

2- The judge or the chief judge of the circuit, as the case may be, shall issue his order in writing on one of the copies, as the petition or electronically, the day following its submission at the most. The reasons on which the order was based shall not be stated unless said order is contrary to an order previously issued, in which case the grounds for the new order shall be mentioned, otherwise, it shall be deemed null and void and. Such order shall be entered in special records or in the minutes of the session.

3- The order shall be executed under a letter to be issued by the judge or the chief judge of the circuit, as the case may be, to the concerned authority. The petition shall be kept in the file without the need for a notice or an executory formula. If it is not possible to execute the order for a reason attributed to a private physical or juristic person, the judge or the chief judge of the circuit, as the case may be, may impose upon such person a file of not less than (1000) thousand dirhams and not more than (10,000) ten thousand dirhams for each day of delay in execution, under a grounded decision that may not be challenged by any of means of appeal. The judge or the chief judge of the circuit, as the case may be, may exempt the losing party from paying the fine in whole or in part, if said party provides an acceptable excuse after completion of execution.

4- The judgment imposing the fine may be executed in accordance with Clause (3) of this article by the source thereof after notification of the losing party.

5- The order on petition shall lapse if it is not submitted for execution within (15) fifteen days from the date of its issuance. Such lapse shall not prevent the issuance of a new order.

### Article 141

1- The petitioner whose request has been rejected, the person against whom the order has been issued, and the concerned persons, shall have the right to file a grievance against said order before the competent court or the judge who has issued it, as the case may be, unless the Law stipulates otherwise. Hearing the grievance shall not preclude the filing of the original case before the court.

2- The grievance shall be grounded.

3- The grievance shall be filed independently or on the basis of the original lawsuit, pursuant to the procedures prescribed for filing incidental pleas.

4- The judgment issued on the grievance shall confirm, amend or cancel the order and may be subject to appeal only, unless it is rendered by the Court of Appeal. If the order is issued by the Court of Appeal, the grievance against it shall be made before a different body at the same court, and its judgment shall not be subject to any methods of appeal.

### Article 142

Grievance filed against the order shall not entail the stay of execution thereof. However, the court or the judge may order a temporary stay of execution in accordance with the provisions of Article (221) hereof.

## Title 11 - Payment Orders

### Article 143

1- With the exception of the general rules of filing the lawsuit before the courts of first instance, the provisions stipulated in the following articles shall be applied if the creditor's right is confirmed - electronically or in writing - and is urgent, and the whole claim is a debt of a specified amount or a movable of a specified type and amount.

2- The provisions contained in Clause (1) of this Article shall be followed if the subject of the financial claim is the enforcement of a commercial contract or if the holder of the right is a creditor with a commercial paper, with the exception of the cheque which is considered a writ of execution under Paragraph (d) of Clause (2) of Article (212) of this Law.

3- In all cases, the payment order does not preclude the request for interest or compensation or taking any precautionary measures.



## Article 144

1- The creditor shall serve on the debtor a notice to pay the amount due within a time-limit of five days at least, then he shall obtain a payment order from the judge of the Court in whose jurisdiction the debtor's domicile is located. The amount of the right stated in the notice may not be less than that stated in the petition filed for the issuance of the payment order. The notice to pay shall be served by any means of notification specified in this Law.

2- The payment order shall be issued based on a petition, either electronically or in writing, as the case may be, to be filed by the creditor. The debt instrument and evidence of notice to pay shall be attached to the petition. The petition shall be kept at the case management office until the time-limit prescribed for appeal expires.

3- The petition shall contain the information to be included in the statement of claim provided for in Article (44) hereof.

4- The order shall be issued within (3) three working days at most from the submission of the petition, indicating the amount or the movable ordered to be paid, as the case may be, and whether it was issued in a commercial matter.

5- The petition referred to in this Article shall be deemed as having the same effects of filing the case as of the date of its submission, even if the court is not competent.

## Article 145

The judge shall decide to accept or dismiss the petition in whole or in part. If he decides to dismiss it, his decision shall be grounded. If the decision is related to the execution of a commercial contract, it shall be grounded in all cases.

## Article 146

1- The debtor shall be notified in person of the order issued against him in accordance with the provisions and methods set forth in this Law.

2- The payment order issued against the debtor shall be considered void ab initio if it has not been notified to the debtor within three months from the date of issuing the order.

## Article 147

1- The parties may file a grievance against the payment order if its value is within the limits of the jurisdictional amount of the Courts of First Instance, within (15) fifteen days from the date of notifying the debtor of the order, and from the date of issuance of the decision with respect to the creditor. The grievance shall be heard before the competent payment order judge, and it shall be according to the usual procedures for filing a lawsuit. When hearing the grievance, the rules and procedures followed before the court shall be observed. The judge shall decide on the grievance by a final judgment that terminates the dispute and is not subject to appeal, and the reasons therefor shall be deposited in the same session.

2- Subject to Clause (1) of this Article, a payment order whose value exceeds the jurisdictional amount of the Courts of First Instance may be appealed in accordance with the procedures and time-limits prescribed for appealing judgments. The reasons for the appeal shall be presented upon its registration, on paain of inadmissibility.

3- Subject to Articles (45, Clause 8) and (150) of this Law, the court shall adjudicate the appeal at the Council Chamber without preparation by the case management office, within one week from completing the notification of the appeal statement, and it may set a session to hear the merits if necessary. It may not remand the claim to the Court of First Instance.

4- As an exception to the provisions of Clause (3) of this Article, if the claim was filed before the Court of First Instance in the usual manner for filing a lawsuit and the supervising judge issued a payment order in it, and the Court of Appeal found that the conditions for issuing the order were not met, then it remands it to the Court of First Instance to hear it in accordance with the usual manner of hearing lawsuits.

5- The rules and procedures for grievance or appeal against the payment order shall apply to the precautionary measures issued with the order.

## Article 148

The rules for expeditious execution shall apply to the payment order in accordance with the provisions of this Law.

## Article 149

If the creditor, with a debt that fulfills the conditions for issuing a performance order, wishes to impose an attachment on the assets that the debtor has with a third party, the normal procedures shall be followed as regards the attachment to be imposed.

## Article 150

As an exception to the provisions contained in this Chapter, if the case brought before the court fulfills the conditions for issuing a payment order, then the court shall be held to adjudicate it in accordance with the rules and procedures prescribed for adjudicating lawsuits.



## Title 12 - Methods of Challenging Judgments

## Chapter 1 - General Provisions

### Article 151

1- Judgments may only be challenged by the losing party. Challenge shall not be admitted by those who accepted the ruling explicitly or implicitly, or by whose claims are adjudged thereto, unless the law stipulates otherwise.

2-The appellant shall not be harmed with his challenge

### Article 152

Judgments that are rendered during the hearing of the case without terminating the litigation may not be challenged except after the issuance of the ruling terminating the entire litigation, with the exception of temporary and summary judgments issued to stay the proceedings, judgments subject to compulsory execution, and judgments of lack of jurisdiction, as well as judgments of jurisdiction if the court is not competent to adjudicate the case.

### Article 153

1- The time-limit for challenging a judgment commences on the day following the date it is rendered, save as otherwise prescribed by law. Such time-limit commences from the date the judgment is notified to the losing party who did not attend any of the sessions held to hear the case and failed to present a memorandum of his defence or who failed to appear at any of the sessions subsequent to the resumption of proceedings following their stay for any reason whatsoever but submitted a memorandum.

2- The time-limit commences from the date of notifying the judgment if one of the reasons for the discontinuance of the litigation occurred and the judgment was rendered without litigating the one who replaces the person who died, lost his standing to sue, or whose capacity ceased to exist.

3- The notification of the judgment shall be in accordance with the conditions prescribed in Articles (9) and (10) of this Law.

4- Failure to observe the time-limits prescribed for challenging judgments entails the forfeiture of the right to appeal and the court shall rule said forfeiture sua sponte.

### Article 154

1- The time-limit for challenging judgment shall be interrupted by the death of the losing party, the loss of his standing to sue, the loss of legal status of the person who was pursuing the proceedings on his behalf.

2- Interruption shall not cease except after notifying the judgment to the heirs as a whole without mentioning their names and capacities, at the last domicile of their inheritor if the heirs were not known, or notifying it to the person who acts on behalf the one who lost his standing to sue or his legal status.

3- In the event that the heirs are known, the notice shall be served in accordance with the conditions prescribed in Articles (9) and (10) of this Law.

### Article 155

1- If the prevailing party dies during the time-limit prescribed for the challenge, his opponent may lodge the challenge and notify same to his heirs in general without mentioning their names and capacities, at the last domicile of the inheritor. After that, it shall be re-notified to all the heirs in their respective names and capacities either in person or at the domicile of each, before the date of the session scheduled to hear the challenge or within the time-limit determined by the court for such notifying the heirs who were not notified of the first session and did not attend it. In the event of a summary case, it is sufficient to re-notify the apparent heirs.

2- If, during the time-limit of the challenge, the prevailing party loses his standing to sue or the person pursuing the litigation on his behalf loses his legal status, the challenge may be raised and notified to the party who lost his standing to sue or whose agent pursuing the litigation on his behalf lost his legal status, provided the challenge is re-notified to the party acting on behalf the prevailing party, before the session scheduled to hear the challenge or within the time-limit determined by the court.

3- The notice set forth in Clauses (1) and (2) of this Article shall be served in accordance with the conditions prescribed in Articles (9) and (10) of this Law.

### Article 156

1- The notice of challenge shall be served in accordance with the conditions prescribed in Articles (9) and (10) of this Law.

2- If the respondent is the plaintiff or the appellant and he did not indicate in the opening statement of claim or the statement of appeal the address where to serve the notice, and this statement was not clear from other documents in the case, the challenge shall be notified in accordance with the conditions prescribed in Articles (9) and (10) of this Law.



### Article 157

1- The challenge shall benefit only the party who lodged it and shall only operate as towards the party against whom it was raised. However, if the judgment is issued in an indivisible matter, in a joint obligation, or in a case in which the law requires the litigation of certain persons, it is permissible for the losing parties who failed to comply with the time-limit prescribed for challenging a judgment or who accepted the judgment, to challenge the same during the hearing of the challenge filed on time, by one of his colleagues who joined him in his claims. If he fails to do so, the court orders the appellant to litigate him in the challenge, and if the challenge is filed against one of the prevailing parties on time, the remaining parties shall be litigated even after its lapse in their respect.

2- If the challenge is filed in a timely manner by the surety or the guarantee claimant in the judgment issued in the original case, and their defence therein was one, it is permissible for the one who failed to comply with the time-limit or who accepted the judgment to challenge the same by joining his colleague, and if the challenge is filed against either of them on time, the other may be litigated even after after its lapse in his respect.

3- The surety and the claimant shall benefit from the challenge filed by either of them in the judgment issued in the original case if their defence is united therein.

### Article 158

1- The documents may not be returned to the parties who submitted them except after the expiration of the challenge time-limits or adjudication on the challenge filed.

2- Copies of the documents referred to in Clause (1) of this Article may be given to those concerned who request them.

3- If it is necessary to hand over the original documents, this shall be by order of the judge or the president of the circuit, as the case may be, and a copy thereof shall be kept and attested by either of them and stamped with the court's seal.

## Chapter 2 - Appeal

### Article 159

1- The parties, in cases other than those excluded by the law, may file an appeal against the judgments and decisions of the courts of first instance before the competent Court of Appeal.

2- Judgments issued by the Courts of Appeal are final and not subject to appeal in cassation, if the value of the case does not exceed (500,000) five hundred thousand dirhams.

### Article 160

1- Judgments and decisions rendered within the limits of the jurisdictional amount of the Courts of First Instance may be appealed for a violation of the rules of jurisdiction related to public order, a nullity of the judgment or decision, or a nullity of the procedures that affected the judgment or decision.

2- Any judgments or decisions rendered within the limits of the jurisdictional amount may be appealed if it is contrary to an earlier judgment that did not acquire the force of res judicata. In such case, the earlier judgment shall be deemed appealed by force of law unless it had become final when the appeal was filed.

3- In these cases, the appellant shall deposit with the treasury of the Court of Appeal when submitting the appeal a security of (2,000) two thousand dirhams, and in the event of multiple appellants, it is sufficient to deposit one security if they file their appeal with one document, even if the reasons for the appeal are different.

4- The case management office does not accept the appeal statement if it is not accompanied by evidence of this deposit, and the security deposit shall be confiscated by force of law if it is ruled that the appeal is inadmissible.

### Article 161

The time-limit prescribed for filing an appeal is (30) thirty days, save as otherwise prescribed by law. The time-limit for appeals in summary matters is (10) ten days.

### Article 162

Where a judgment is rendered on the basis of fraud committed by one of the parties, of a forged document or of a false testimony or by reason of a party's failure to disclose a document material to the case, the time-limit for appeal shall not commence to run except from the day on which the fraud was discovered, on which the forgery was acknowledged by its perpetrator or judicially established, on which the false witness was convicted of perjury or on which the document withheld by one of the parties came to light.

### Article 163

1- The appeal of a judgment rendered on a provisional claim inevitably entails the appeal of the judgment rendered on the original claim, and in this case the prevailing party in the original claim shall be sued even after the expiry of the time-limit.



2- If the Court of Appeal cancels the judgment issued in the original claim, it shall remand the case back to the Court of First Instance for adjudication of the provisional claim.

## Article 164

1- The appeal shall be lodged by filing a memorandum of appeal with the case management office in the competent Court of Appeal and shall be immediately recorded in the register prepared therefor or electronically. The memorandum of appeal shall include a statement of the appealed judgment, its date, the reasons for the appeal, requests and data related to the names of the litigants, their capacities, the domicile of each of them, and the domicile chosen by the appellant in the country where the seat of the competent Court of Appeal is located, and the signature of the appellant or his representative.

2- In cases other than the electronic registration, the appellant shall submit sufficient copies of the memorandum of appeal as much as the number of the respondents, and a copy to the case management office, and shall attach to each copy the documents supporting his appeal.

3- Notwithstanding any special text to this effect, the appellant may present the reasons for his appeal until the date of the first session before the case management office or the court - as the case may be - otherwise his appeal shall be ruled inadmissible.

## Article 165

1- The case management office of the court with which the appeal is lodged shall request that the file of the case filed before the Court of First Instance be joined electronically or on paper on the day following the day on which the appeal is lodged.

2- The case management office of the Court of First Instance that issued the judgment shall forward the case file electronically or on paper within (10) ten days at most from the date of its request, and this time-limit shall be reduced to (3) three days in summary cases.

## Article 166

1- The appellant may, until the date of the first session set before the case management office or the court - as the case may be - lodge an appeal either by the usual procedures or by a memorandum containing the reasons for its appeal.

2- The appeal referred to in the preceding paragraph shall considered a cross-appeal if it is lodged within the time-limit prescribed for the appeal, and a collateral appeal if it is lodged after the time-limit, or if the appellant has accepted the judgment prior to the filing the original appeal.

3- The collateral appeal follows the original appeal and shall lapse if the original appellant waives his appeal or the original appeal is not accepted in form. As for the cross-appeal, it does not lapse with the cessation of the original appeal, regardless of the manner in which it was lodged.

## Article 167

1- The appeal restores the case to its state prior to the issuance of the judgment or decision under appeal only in respect of that part of the judgment appealed against.

2- The court shall hear the appeal held at the Council Chamber after the referral of the appeal by the case management office.

3- The court shall adjudicate the appeal at the Council Chamber within (20) twenty working days, by virtue of a reasoned judgment or decision of inadmissibility, non-acceptance, cancellation, or confirmation of the appealed judgment or decision, and it may set a session to hear the merits if necessary.

4- The court shall hear the appeal on the basis of the new evidence, pleas and defences submitted to it as well as on the basis of those as were presented to the Court of First Instance.

5- No new claims shall be admitted on appeal and the court shall rule sua sponte their inadmissibility. Nevertheless, wages, salaries and all ancillaries that fell due after the assertion of final claims before the court of first instance, as well as additional damages which accrued after such date, may be added to the original claim. It is also admissible that while the subject-matter of the original claim remaining the same, to change its cause and add thereto.

6- A person who was not a party to the case on which the judgment or decision under appeal was rendered may not be joined as a party to the appeal. Intervention in an appeal is available only to those who request to join one of the parties or those for whom the appealed judgment or decision is considered enforceable against them.

7- Appealing the judgment or decision terminating the litigation inevitably entails appealing all judgments or decisions that were previously issued in the case, unless they were expressly accepted, taking into account the provisions of Clause (1) of this Article.

## Article 168

If the Court of First Instance adjudicates the merits and the Court of Appeal found that there is a nullity in the judgment or a nullity in the procedures that affected the judgment, then it shall cancel it and rule on the case. However, if the Court of First Instance rules that it lacks jurisdiction or admits an incidental plea that results in dismissing the case, and the Court of Appeal rules the cancellation of the judgment and the jurisdiction of the court, or the dismissal of the incidental plea and the hearing of the case, it shall remand the case to the Court of First Instance to adjudicate its merits.



### Article 169

In all cases, the court shall rule to accept abandonment of litigation in the appeal if the appellant waives his right to appeal.

### Article 170

The rules and procedures applicable to lawsuits before the Court of First Instance shall apply to appeal, save where the law provides otherwise.

## Chapter 3 - Petition for Review

### Article 171

Litigants may seek review of judgments and judicial decisions issued on a final basis in the following cases:

1- If the party committed fraud that would influence the judgment or decision.

2- If the judgment or decision was based on papers which have been admitted as forged or ruled as forged, after issuing such judgment or decision, or the judgment or decision was based on a testimony of a witness and it was ruled, after its issue, as perjury.

3- If the petitioner, after issuing the judgment or decision, obtains decisive documents in the case, which his opposing party have hindered the submission thereof.

4- If the judgment or decision awards a relief not prayed for by the parties or in excess thereof.

5- If the enacting terms of the judgment or decision is self-contradictory.

6- For that against whom the judgment or decision issued in the case is considered enforceable and has not been introduced or has not intervened in the case, on condition that the fraud of that who was representing him, his collusion or his gross negligence has been proven.

7- If the judgment or decision was issued against a physical or juristic person who was not properly represented with a valid representation in the case.

### Article 172

The time-limit prescribed for filing a petition for review is (30) thirty days, and in the cases stipulated in clauses (1, 2, and 3) of Article (171) of this Law, it shall not commence except from the day on which the fraud was revealed, or on which the perpetrator acknowledged the forgery, or a judgment of its establishment has been rendered, or the day on which a judgment of conviction of the false witness has been issued, or on which the retained paper appeared. The time-limit in the case stipulated in Clause (6) of Article (171) of this Law shall commence from the day on which fraud, collusion or gross negligence appeared, and the time-limit shall commence in the case stipulated in Clause (7) of Article (171) of this Law from the day on which the judgment is notified to the convicted person or whoever duly represents him.

### Article 173

1- The petition shall be filed w the court that rendered the judgment by means of a statement to be deposited with the case management office in accordance with the usual procedures for filing a lawsuit.

2- The statement shall contain a memorandum setting forth the judgment for which the review is sought, its date and reasons for the petition, otherwise it shall be deemed null.

3- The court hearing the petition for review may be composed of the same judges who issued the judgment.

4- The petition shall not be admitted if its petition is not accompanied by evidence of a security deposit of (500) five hundred dirhams.

### Article 174

1- The court shall, after hearing the parties first, rule on the admissibility of the petition. If it accepts it, it shall set a session for pleading on the merits without the need for a new notification. However, it may rule on the acceptance of the petition and the merits by one single judgment if the parties have presented before it their demands on the merits. The court will only review the demands that have been addressed in the petition.

2- The filing or acceptance of the petition does not entail the stay of execution of the judgment. However, the court that is hearing the petition may order the stay of execution whenever it is requested to do so and there is fear that the execution would cause serious harm that cannot be remedied. The court may, when ordering a stay of execution, require the provision of security or order the deposit of whatever it deems sufficient to safeguard the right of the respondent.

3- It is not permissible to seek revision of the judgment rejecting the petition nor to adjudicate on the merits of the case after it has been accepted.



## Chapter 4 - Appeal in Cassation

### Article 175

1- The parties may file an appeal in cassation against the judgments issued by the Courts of Appeal if the value of the case exceeds (500,000) five hundred thousand dirhams, or if the value is not estimated, in the following cases:

   a- If the contested judgment is based on a violation of the law or an error in its application or interpretation.

   b- If nullity occurs in the judgment or in the procedures such as to affect the judgment.

   c- If the contested judgment was issued contrary to the rules of jurisdiction.

   d- If the contested judgment contradicts a previous judgment that acquired the force of res judicata and that was rendered towards the same parties on the same subject-matter.

   e- The judgment is devoid of reasons, insufficient or ambiguous.

   f- If the judgment awards claims not requested by the parties, or more than the claims requested.

2- The parties may file an appeal in cassation before the Court of Cassation against any final judgment - regardless of the court that rendered it - adjudicating a dispute and contradicting a previous judgment that acquired the force of res judicata and that was rendered towards the same parties.

3- Judgments rendered by the Courts of Appeal in execution procedures shall not subject to appeals in cassation.

### Article 176

1- The public prosecutor may file an appeal in cassation or cassation sua sponte or at the request of the Minister of Justice or the president of the local judicial authority, as the case may be, accompanied by the reasons for the cassation, in the final judgments, regardless of the court that rendered them, if the judgment is based on a violation of the law or error in its application or interpretation, in the following cases:

   a- Judgments that the law allows parties to challenge.

   b- Judgments for which the parties filed to comply with the time-limit prescribed for an appeal in cassation, or waived their appeal in cassation, or filed an appeal in cassation against them which was ruled inadmissible.

2- The public prosecutor shall file the appeal in cassation by virtue of a memorandum signed by him within one year from the date of issuance of the judgment. The court shall hear the cassation at the Council Chamber without summoning the parties. This cassation shall be notified to the parties.

### Article 177

1- An appeal in cassation shall result in the stay of execution of the judgment of divorce or dissolution of the marriage or the judgment related to the ownership of real estate.

2- In cases other than those referred to in Clause (1) of this Article, the court may order a temporary stay of execution of the judgment if the appellant requested so in the appeal memorandum and feared that the execution would lead to serious damage that could not be remedied, and the president of the competent circuit shall set a session to hear this request. The appellant shall notify his opponent thereof in the appeal memorandum. If the court decides to stay the execution of the judgment or if the cassation was filed on grounds other than those mentioned in Article (175) of this Law, a session shall be set to hear the cassation within (60) sixty days in a Council Chamber.

3- The court shall adjudicate the petition for stay of execution within a period not exceeding (15) fifteen working days from the date of its submission.

4- The court may, when ordering a stay of execution, require the submission of a security or order whoever it deems to be a surety to safeguard the right of the respondent.

5- The order issued to stay the execution of the judgment shall apply to the execution procedures taken by the prevailing party based on the contested judgment from the date of requesting the stay of execution.

6- If the request is dismissed, the appellant shall pay its expenses.

### Article 178

The time-limit for an appeal in cassation is (30) thirty days.

### Article 179

1- The appeal in cassation shall be filed with a memorandum deposited with the case management office in the court that rendered the judgment, the Federal Supreme Court or the Court of Cassation - as the case may be - signed by a lawyer



acceptable to plead before it, provided that he submits proof of payment of the fee in full with security within (3) three working days following the date of the notification of the assessment of the fee, and the appeal in cassation shall be recorded in the register prepared for this purpose after completing that procedure.

2- The appellant shall deposit, at the time of submission of the memorandum, copies thereof equal to the number of the respondents and a copy to the case management office.

3- The appellant shall, before suspending the appeal for adjudication, deposit the power of attorney for the attorney appointed in the appeal in cassation.

4- In addition to the data related to the names of the parties, their capacities, and the address of each of them, the memorandum shall include a statement of the contested judgment, the date of its issuance, the date of its notification if it was notified, and a statement of the reasons on which the appeal was based and the appellant's claims.

5- If the appeal in cassation was not undertaken in the aforementioned manner, it shall be inadmissible, and the court shall rule its inadmissibility sua sponte.

## Article 180

It shall not be permissible to uphold before the court a reason that is not included in the memorandum of cassation unless the reason is related to public order, in which case it can be invoked at any time and the court adopts it sua sponte.

## Article 181

1- A fixed fee of (2,000) two thousand dirhams shall be imposed for each appeal in cassation, and ministries, agencies and government departments and the like in the country are exempted from paying this fee. The president of the court or his representative is responsible for adjudicating requests for postponement of fees or exemption therefrom. Filing the request entails the interruption of the time-limit for the appeal in cassation.

2- The appellant shall deposit at the court's treasury upon payment of the fee prescribed for the appeal in cassation, an amount of (3,000) three thousand dirhams as security, which will be returned to him if the appeal in cassation is accepted. If the appellants lodged their appeal in cassation under one memorandum, it is sufficient to deposit one security deposit, and those who are exempted from judicial fees are exempted from security deposit.

3- A fixed fee of (1,000) one thousand dirhams shall be imposed for each request submitted by the appellant to stay the execution of the contested judgment, and the entities mentioned in Clause (1) of this Article shall be exempted from paying this fee.

## Article 182

1- The case management office at the Court of Appeal shall notify the memorandum of cassation to the respondent within (10) ten working days from the time the appeal in cassation was filed. The case management office shall request the annexation of the case file whose judgment is contested within (3) three working days from the date the memorandum was submitted.

2- The case management office of the court that rendered the judgment shall send the case file within (10) ten working days from the date of receiving the file request.

3- The case management office of the court that rendered the judgment shall send the appeal in cassation along with the case file within (10) ten working days from the date it was submitted to it.

4- The court may decide to suffice with the official copy of the judgment submitted by the appellant instead of requesting the case file.

5- The respondent may file a memorandum of his defence within (15) fifteen days from the date of his notification.

6- The court may authorise the parties to submit further data to support their defences, and it may take every action that helps it to adjudicate the appeal in cassation.

## Article 183

1- The respondent may introduce in the appeal in cassation any party in the case in which the contested judgment was issued, and to whom the appeal in cassation was not directed, and his joinder shall be by notifying him of the appeal in cassation, provided that such notification takes place within the time-limit stipulated in Clause (3) of Article (182) of this Law.

2- Whoever is joined in the appeal in cassation shall deposit a memorandum of his defence with the court's case management office within (15) fifteen days from the date of his notification. The appellant shall have the right to reply to this memorandum in accordance with the time-limits stipulated in Article (182) of this Law.

## Article 184

Each party to the case in which the contested judgment was rendered and who was not notified by the appellant of his appeal in cassation may intervene in the appeal in cassation to seek a judgment of dismissal thereof. His intervention shall be by depositing a memorandum of his defence with the case management office within (15) fifteen days from the date of his knowledge of the appeal in cassation.



## Article 185

1- The preparation judge prepares a summary report on the aspects of the appeal in cassation and replies thereto, and the case management office shall present the case file as soon as the report is deposited with the president, to set a session to hear the appeal in cassation in a Council Chamber. If the court finds that the appeal in cassation is unacceptable due to its extinction or the nullity of its procedures or its establishment on reasons other than those indicated in Article (175) of this Law, or because the court has previously issued a judicial principle in legal issue raised in the appeal in cassation and does not see any justification for reversing it, it shall order its inadmissibility by a decision to be recorded in the minutes of the session with a brief indication of the reason for the decision.

2- If the court finds that the appeal in cassation is valid for hearing, a session shall be set for its hearing in which the summary report shall be read out. The court shall rule on the appeal in cassation after deliberation and without pleadings.

3- If the court deems it necessary for oral pleading, it may hear the statements of attorneys on behalf of the parties or the statements of the parties themselves.

## Article 186

If the court accepts the appeal in cassation and the matter is valid for adjudication, or if the appeal in cassation is filed for the second time, then it shall adjudicate it and has the right to complete the necessary procedures. In other cases, the court shall rule to reverse the judgment in whole or in part and refers the case to the court that rendered the contested judgment, unless the court decides to hear it before a circuit composed of other judges, or to refer it to the competent court for re-adjudication. The court to which the case is referred is bound by the judgment of cassation as to the points adjudicated.

## Article 187

1- Reversal of a judgment entails the cancellation of all judgments founded upon the contested judgment, regardless of the court which rendered them.

2- If the judgment was reversed only in part thereof, it remains enforceable with respect to the other parts, unless they are consequential to the reversed part.

## Article 188

If the court rules that the appeal in cassation is inadmissible or that it is not accepted or dismisses it in whole or in part, it shall rule the imposition on the party who filed it to pay the appropriate expenses, in addition to the confiscation of all or part of the security, as the case may be.

## Article 189

The judgments of cassation may not be impugned in any means of challenge, with the exception of those issued at the origin of the dispute, in which case they may be challenge by a petition for review in the cases provided for in clauses (1, 2, and 3) of Article (171) of this Law.

## Article 190

1- Without prejudice to Clause (1) of Article (185) and as an exception to the provision of Article (189) of this Law, the court may retract the decision issued by it at the Council Chamber or from its final judgment sua sponte or at the request of the person against whom the decision or judgment was issued, in any of the following cases:

   a- If the decision or judgment contains a procedural error committed by the court or its auxiliary bodies and that affected the outcome of its decision or judgment.

   b- If the decision or judgment is based on an abrogated law, and the application of the correct law would have changed the formation of opinion in the case.

   c- If the decision or judgment is issued in violation of any of the judicial principles prescribed by the Authority or the circuits in the court, as the case may be, without referring thereto, or if it is issued in violation of the principles established by the court or issued by the Federal and Local Judicial Principles Unification Authority

2- The application for retraction shall be filed by the person against whom the decision or judgment was issued to the Case Management Office of the Federal Supreme Court or the Court of Cassation, as the case may be, signed by a lawyer acceptable to plead before it and accompanied by a security of (20,000) twenty thousand dirhams, and if the recourse is by the same court Its president shall refer it, accompanied by a report from the technical office, to the authority stipulated in Clause (3) of this Article.

3- The application for retraction or report of referral stipulated in Clause (2) of this Article shall be heard before a panel composed of (5) five judges in the court other than those who participated in the issuance of the decision or judgment. The panel held in session at the Council Chamber shall issue a reasoned decision by a majority of (4) four judges in the retraction application, and the security amount shall be confiscated on dismissal of the application. If the application is accepted, it shall be referred to another circuit to re-hear and adjudicate the appeal in cassation, with the security amount returned to the applicant.



4- In all cases, the referral or submission of an application for recourse is for one time only, and it may not be referred or submitted after the expiry of one year from the date of issuance of the decision by the Council Chamber or the final judgment.

## Article 191

1- The rules and procedures that apply to an appeal before the Court of Appeal shall apply to an appeal by way of cassation insofar as they do not contradict the provisions of this Chapter.

2- Appeals in cassation against judgments rendered by the Federal Courts shall be filed before the Federal Supreme Court in the cases and in accordance with the procedures and rules prescribed in this Chapter, unless a special provision is stipulated in the Law of the Federal Supreme Court.

# Section 2 - Various Procedures and Litigations

## Title 1 - Offer and Acceptance

### Article 192

The debtor may, if he wishes to pay the amount due, offer the creditor the money, documents or movables he undertakes to provide to him at the debtor's domicile The offer shall be provided based on an application submitted to the case management office or to the president of the Court of First Instance, as the case may be, and it shall be served on the creditor by the process server, then a report shall be prepared thereon including the subject-matter of the offer, the conditions of the offer its acceptance or its rejection. The offer may be provided at the session before the court without the need to take any procedures should the offeree be present.

### Article 193

The debtor may, along with the offer, request the consent of the creditor to release his funds from the in-kind guarantee or from any other restriction that limits the disposal.

### Article 194

For an offer to be valid, the following is required:

    1- It shall be directed to someone who has the capacity to receive it or his representative.

    2- It shall be communicated by a person who has the capacity to fulfil it.

    3- The offer shall include the amounts, assets due, accessories, and expenses.

    4- The condition related to the obligation shall be met.

    5- The debtor shall present the offer to the creditor himself or at his domicile.

### Article 195

1- If the offer is money or other things that can be moved and deposited in the court's treasury and the offeree rejects it, the president of the Court of First Instance or the president of the session, as the case may be, orders them to be deposited in that treasury immediately.

2- If the offer is rejected and the offered thing cannot be deposited in the court's treasury, the president of the session or the president of the Court of First Instance orders, based on the request of the process server – as the case may be – to deposit it in the place he specifies, if the thing is something that can be moved without hardship. If it is intended to remain where it is found or is not easy to move except with hardship, he orders it to be placed under receivership.

3- If the offered thing is rapidly perishable or costs exorbitant expenses for depositing or safeguarding it, the debtor or the process server may request the President of the Court of First Instance to order it to be sold by public auction and the price deposited in the court's treasury. If it is of a known price in the markets or if it is dealt therein currently, then it is not permissible to sell it in public auction unless it is not possible to sell it in practice at the known price.

4- The offeror may request the issuance of a decision validating the offer.

### Article 196

A decision validating the offer shall not be issued unless the offered thing and the accessories due up to the date of deposit have been deposited. With the validity of the offer, the court shall acquit the debtor from the day of the offer.

### Article 197

The debtor may retract an offer not accepted by his creditor and recover whatever he deposited after the lapse of (10) ten working days from the date of notifying his creditor of the offer and deposit.



### Article 198

It is not permissible to retract the offer nor to recover the thing deposited after the creditor accepts this offer or after rendering the decision validating the offer and becoming final.

### Article 199

The creditor may accept an offer that he had previously rejected and receive the thing deposited on his behalf if the debtor has not retracted his offer.

## Title 2 - Challenge of Judges and Members of the Public Prosecution

### Article 200

It is admissible to challenge judges of the Courts of First Instance and the Courts of Appeal and members of the public prosecution in the following circumstances:

> 1- If a fraud, a deceit or a flagrant professional mistake has been committed by the judge or the member of the public prosecution.

> 2- In the other circumstances in which the law decides the responsibility of the judge and inflicts on him indemnities.

### Article 201

1- The challenge shall be filed by means of a report with the case management office of the Court of Appeal to which the judge or member of the public prosecution is affiliated. It shall be signed by the applicant or whoever he authorises. The report shall include a statement of the aspects of the dispute and their evidence, and the supporting papers shall be deposited with it, along with a security deposit of (1,000) thousand dirhams.

2- The challenge shall be raised to one of the circuits of the Court of Appeal to consider its acceptance, by order of its president, after a copy of the report has been notified to the judge or member of the public prosecution.

3- It shall be heard in the deliberation chamber in the first session to be held after the (8) eight days following the notification, and the case management office shall notify the applicant and the litigant of the session, and if the challenged judge is a judge of the Court of Appeal or the challenged member of the prosecution is at least a Public Prosecutor or an Attorney General, the decision on accepting the challenge shall be issued by one of the circuits of cassation in the deliberation chamber, and if its rules to accept it, it refers the hearing of the merits to a special circuit consisting of (5) five of its judges according to the order of their seniority.

### Article 202

The court shall promptly decide whether the aspects of the challenge relate to the case and accept it, after hearing the applicant or his representative and the challenged judge or member of the prosecution - as the case may be - in person or through an attorney from the judiciary, and the statements of the public prosecution if it intervened in the case.

### Article 203

1- If the challenge is accepted, the judgment shall specify a session to hear the merits of the challenge in a public session, and it shall be adjudicated after hearing the requester, the litigant, and the statements of the prosecution if it intervened in the case.

2- The judge is not qualified to hear the case from the date of the judgment of accepting the challenge.

### Article 204

1- If the challenge is not accepted in form or is dismissed in the merits, the court rule to confiscate the security of the claimant with imposition of compensations thereon, if applicable.

2- If the court rules that the litigation is valid, the judge or the member of the prosecution shall be sentenced to the indemnities and expenses and the nullity of his acts, and the state shall be responsible for the indemnities that are imposed on the judge or the member of the prosecution, and it shall have the right of recourse against him, and execution against it may be effected directly with the ruling issued in the challenge.

3- However, the nullity of the judgment issued in favour of another litigant other than the plaintiff in the challenge shall not be ruled except after he has been notified to make his statements. In this case, the court may issue a new judgment in the original claim if it deems it suitable for adjudication, after hearing the parties' statements.

### Article 205

The judgment rendered in the challenge may not be appealed except by way of cassation.



## Section 3 - Execution

## Title 1 - General Provisions

## Chapter 1 - Execution Judge

### Article 206

1- Execution shall be made under the supervision of the execution judge assigned at the seat of each court of first instance, circuit, or execution court - as the case may be - in every judicial authority, with the assistance of a sufficient number of executors and bailiffs, or private companies and offices for which a decision is issued by the Minister of Justice or the president of the court, or president of the local judicial authority and they may, after observing the relevant financial legislation, determine the fees due for the execution work entrusted to private companies and offices.

2- The procedures prescribed to be followed before the Court of first instance shall be observed before the execution judge unless the provisions of the law otherwise provide.

### Article 207

1- With the exception of real estate property lawsuits, the execution judge shall have the sole competence to enforce the writ of execution and to summarily adjudicate all disputes of execution, and to issue judgments, decisions and orders related thereto.

2- The execution competence lies with the execution judge in the circuit of the court that issued the judgment, decision or order, or in which circuit the writ of execution was documented or authenticated, or in the circuit of the court within which the domicile of the convicted person or the property of the convicted person is located.

3- If the execution relates to a procedure within the jurisdiction of another court's circuit, the competent execution judge may assign the execution judge in whose circuit the action is required to be taken.

4- The delegation may be electronic or on paper.

5- If the execution files between the same parties and heard before execution judges at various circuits are multiple, they may be joined together to be heard before the execution judge with whom first execution file was registered. Should the seizures be multiple through execution judges in different court circuits, the execution judge who imposed the first seizure shall be competent to distribute the proceeds of sales among creditors.

6- If the action to be taken is to issue a detention order in accordance with the provisions of the debtor's imprisonment set out in the Law, and the debtor's domicile is located in the jurisdiction of a court other than the court before which the writ of execution was enforced, the competent execution judge shall initiate the detention procedures and shall refer the matter to the execution judge in whose jurisdiction the action is required to be taken so as to carry out the investigation and issue and execute the appropriate order.

### Article 208

1- The assignment shall be sent by the competent execution judge to the execution judge in whose circuit the action is required to be taken, accompanied by all the legal documents required for its implementation.

2- The assigned execution judge shall take the necessary decisions to carry out the assignment or the referral and shall decide on the execution complications brought before him. Grievance or appeal against his decisions shall be filed before the competent court as the case may be in accordance with the procedures and deadlines stipulated in Article (209) hereof.

3- The execution judge, who carried out the execution of the assignment or referral, shall inform the execution judge of procedures carried out and shall transfer to him any objects or funds he has received as a result of the sale of the seizures.

4- If the delegated execution judge finds that there are legal impediments to the execution or if he is unable to execute for any other reason, he shall inform the competent execution judge thereof.

### Article 209

1- Decisions of the execution judge may be subject to grievance in any of the following cases:

    a- Order of priority among the prevailing parties or whether or not they are included in the distribution list;

    b- Deferring execution of the judgment for any reason.

    c- Granting the debtor a time-limit to pay the amount for which settlement the execution has been ordered, or allowing him to pay it in instalments;

    d- Acceptance or rejection of the insurance;

    e- Travel ban or refusal to order it.

    f- Arrest warrant or refusal to order it.



The grievance shall be filed with the president of the court or his authorised representative within (7) seven days from the day following the date of its issuance, as regards the person in whose presence the procedure is issued, and from the date of his notification as regards the person in whose absence the procedure is issued, by virtue of an application to be deposited in the same file of execution. The judge before whom the grievance against execution was filed, shall issue a decision to cancel or modify the grieved-against decision as he deems fit, without having to summon the litigants, unless he deems it necessary. The decision issued in the grievance shall be final and may not be subject to appeal.

2- Decisions of the execution judge may be appealed directly before the competent Court of Appeal within (10) ten working days from the date of issuance of the decision if it was in presence, and from the day of its notificationor knowledge thereof if it was issued in the absence of the opponent, in any of the following cases:

a- The competence or lack of competence of the execution judge to implement the writ of execution;

b- Where the funds seized are such funds that may or may not be seized or sold.

c- The participation of persons other than litigants in the seizure.

d- The decision to imprison the debtor, provided that the appellant presents a surety responsible for bringing the judgment debtor or paying the amount adjudged, and in case he is unable or fails to bring him before court, the court shall impose upon him to pay the amount of the security and collect same in the manner under which judgments are executed.

e- The decision issued regarding determining the amount for executioned, and whether or not to continue its execution.

3- In the cases referred to in Clause (2) of this Article, the Court of Appeal held at the Council Chamber may hear the appeal and order that the procedure, subject-matter of the appeal, be stayed temporarily pending the adjudication of the dispute, unless by its nature affects its full execution, in which case, it shall order the entire stay of execution.

## Article 210

The Chairman of the Federal Judicial Council and the presidents of the local judicial authorities, each within his competencies, shall issue the organisational decisions regarding the registration of the applications for execution and the preparation of their files.

## Article 211

In the event that a resistance or aggression takes place against the executor, resulting in the interruption of the execution, he shall immediately notify the execution judge to take the precautionary measure as he deems appropriate, seek the assistance of the police officers and send the referral report to the public prosecution in order to take such action as it sees fit.

# Chapter 2 - Writ of Execution

## Article 212

1- Compulsory enforcement may be carried out only under a writ of execution, in satisfaction of a right verified, urgent and of a specified amount.

2- Writs of execution are:

a- Judgments and orders, including penal judgments along with any refunds, compensation, fines and other civil rights contained therein.

b- Documents authenticated in accordance with the law governing authentication and documentation.

c- Minutes of the conciliation ratified by the courts.

d- Other documents granted such capacity by the law.

3- The execution may not take place, in cases other than those exempted by law, except under a copy of the writ of execution stamped with the following executory formula: "The competent authorities and entities shall proceed with the execution of this writ and assist in its execution even coercively whenever requested to do so."

4- In the event that the execution applicant did not submit a request to take action in the file for a period exceeding one year after the last procedure, the execution judge may order the temporary closure of the file.

5- Writs of execution shall not be executed if abandoned for (15) fifteen years from the date of the last executory transaction or left for the same period since its issuance without enforcement.

## Article 213

The court, in summary actions or in cases where the delay is harmful, may order, upon the request of the concerned person, the enforcement of the judgment without notice and without stamping it with an executory formula



# Chapter 3 - Provisional Enforceability

## Article 214

1- Judgments may not be enforced compulsorily insofar as the appeal against them is admissible unless provisional enforceability is provided for in the law or awarded.

2- Precautionary measures may be taken as regards judgments of the Court of First Instance that may be challenged or are not subject to provisional enforceability.

## Article 215

1-Provisional enforceability is a duty by the force of law in any of the following cases:

> a- Judgments rendered in summary matters, regardless of the court which issued them;
>
> b- Judgments rendered in personal status cases regarding alimony, wages and related expenses, and the increase or reduction thereof.
>
> c- Judgments rendered on the delivery, meeting, visitation and off-site visits of a minor.
>
> d- Orders on petitions.

2- Judgments shall be provisionally enforceable without guarantee, unless the judgment or the order provides for the provision thereof.

## Article 216

The court may issue, at the request of the concerned parties, a provisionally enforceable judgment with or without guarantee in any of the following cases:

> 1- Judgments issued in commercial matters.
>
> 2- If the losing party admits the establishment of the obligation, even if he litigated in its scope or claimed its extinction.
>
> 3- If the judgment is rendered in implementation of a previous judgment acquiring the force of res judicata or declared as provisionally enforceable without guarantee or based on an official document not challenged for forgery or an unofficial document that was not denied where the convicted person was a litigant in the previous judgment or a party to the deed.
>
> 4- If the judgment is delivered in favour of the execution applicant in a dispute concerning him.
>
> 5- If the judgment imposes the payment of wages or salaries or compensation arising from an employment relationship.
>
> 6- If the judgment is rendered in a possessory action or imposes the eviction of the lessee whose lease contract has terminated or rescinded, or eviction of the occupant of a real estate without justification, where the plaintiff's right is not denied or is supported by an official document.
>
> 7- In any other case, if the delay in execution entails serious harm to the interests of the prevailing party, provided that such matter shall be sufficiently reflected in the judgment.

## Article 217

1- Provisional enforceability - by force of law or court order - extends also to the attachments of the original application and to the expenses of the proceedings.

2- It shall not be permissible to agree on the provisional enforceability of the judgment before its issuance in any case other than its case.

## Article 218

In cases where the judgment or order may be executed only with a guarantee, the person bound thereby shall have the choice either to present a solvent surety or deposit at the court's treasury sufficient currencies or securities, or accept to deposit at the court's treasury proceeds collected from the execution, or deliver the thing ordered to be delivered in the decision or the order to an honest judicial receiver.

## Article 219

1- The person bound by the guarantee shall declare his choice either through the executor in a separate paper or in the notice of the writ of execution.

2- In all cases, the choice shall include appointing an elected domicile in the State for the execution applicant if he has no domicile or workplace wherein to notify him of the documents relating to the dispute on the guarantee.



3- Within (3) three days after the announcement of the choice, the person concerned may file before the execution judge a grievance against the solvency of the surety or the honesty of judicial receiver or the adequacy of the things deposited. The decision rendered in the grievance shall be final.

4- If the grievance is not filed within the time-limit prescribed therefor or is filed then rejected, the execution judge shall impose on the surety to undertake to pay the guarantee or the judicial receiver to accept receivership. The minutes containing the surety's undertaking or the judicial receiver's consent shall be deemed a writ of execution towards him in respect of the obligations resulting from the surety's undertaking or the judicial receiver's acceptance.

### Article 220

1- The grievance against the description of the judgment issuance may be filed before the Court of Appeal by means of the usual procedures. The Court of Appeal held at the Council Chamber shall hear the grievance.

2- The grievance referred to in Clause (1) of this Article may be heard in the session - even after the time-limit for filing the appeal - during the hearing of the appeal lodged against the judgment.

3- The grievance shall be determined independently from the merits.

### Article 221

1- In all cases, the court before which the appeal or grievance is filed may, upon the request of the person concerned, order a stay of execution where there is a fear that serious harm would result from the execution.

2- The court, when ordering a stay of execution, shall impose the provision of a guarantee or order what it deems fit to secure the right of the prevailing party.

## Chapter 4 - Execution of Foreign Judgments, Orders and Bonds

### Article 222

1- Judgments and orders delivered by a foreign country may be ordered to be executed in the State under the same conditions as prescribed in the law of that country for the execution of judgments and orders issued in the State.

2- The execution, including the particulars specified in Article (44) of this Law shall be made on a petition and submitted by the person concerned to the execution judge. The judge shall issue his order within (5) five days from the date of its submission. His order may be appealed in accordance with the rules and procedures prescribed for filing an appeal. It shall not be admissible to order the execution before the verification of the following:

> a- The courts of the State are not exclusively competent in the dispute in which the judgment or order was rendered and the foreign courts that issued it are competent in accordance with the rules of international jurisdiction established by their law.

> b- The judgment or order is delivered by a court in accordance with the law of the country in which it was issued and duly ratified.

> c- The litigants in the case in which the foreign judgment was delivered were summoned and were duly represented.

> d- The judgment or order has the force of res judicata in accordance with the law of the court which issued it, provided that the judgment has acquired the force of res judicata or provided for in the same judgment.

> e- The judgment does not conflict with a judgment or order rendered by a court of the State and does not contain anything contrary to public order or morals.

3- The execution judge shall have the right to obtain the documents supporting the application before issuing his decision.

### Article 223

The provisions of Article (222) of this Law shall apply to arbitrators' awards issued in a foreign country. The arbitrators' award shall be issued in a matter in respect of which arbitration is admissible pursuant to the law of the State and enforceable in the country in which it was issued.

### Article 224

1- Authenticated documents and the minutes of conciliation ratified by the courts in a foreign country may be ordered to be executed in the State under the same conditions prescribed in the law of that country for the enforcement of the judgments rendered in the State.

2- The execution order referred to in clause (1) of this article shall be made on a petition to be submitted to the execution judge under the same procedures and conditions stipulated in clause (2) of Article (222) of this Law. The execution order may only be carried out after verifying that the conditions required for the enforceability of the document or the minutes are fulfilled in accordance with the law of the country in which it has been authenticated or ratified and that it does not breach the public order or morals in the State.



## Article 225

The rules provided for in this Chapter shall not prejudice the provisions of treaties and agreements between the State and other States concerning the enforcement of foreign judgments, orders, and bonds.

# Chapter 5 - Enforcement of Writs of Execution and Decisions on Personal Status Matters

## Article 226

Notwithstanding the provisions of Article (207) of this Law, the judgments and decisions on personal status shall be enforced under the supervision of a competent judge assigned at the seat of each court and assisted by a sufficient number of executors and social workers.

The provisions and procedures of execution contained herein shall apply regarding what is not provided for in this Chapter.

## Article 227

The personal status execution judge shall be the sole competent to enforce writs of execution and decisions on personal status provisions, adjudicate all disputes of execution and objections thereto, and issue travel ban orders, provided that the customs and traditions prevailing in the State are observed.

## Article 228

The personal status execution judge may, when necessary, seek the assistance of a person of expertise and specialisation in matters of personal status.

## Article 229

The personal status judge may propose conciliation to the parties to the execution. He may ratify the conciliation minutes concluded between the parties as to the method of enforcement of the writ of execution and may amend the dates, places of meeting, visitation, and off-site visits provided in the writ of execution whenever necessary and in the interest of the children, even if such conciliation contravenes the writ of execution or the decision executed thereunder, provided that the interests of the children are not prejudiced.

## Article 230

Execution sessions in matters of personal status shall not be held in public, and decisions of execution shall be issued without the need to hold a session therefor, unless the personal status execution judge decides otherwise.

## Article 231

The writs of execution and decisions relating to personal status matters shall be enforced (7) seven days after the date of the notification of the writ.

## Article 232

1- Judgments rendered by the personal status execution judge in substantive execution disputes shall be subject to appeal within (15) fifteen days from the date of their issuance.

2- If the execution applicant or the judgment debtor possesses files relating to personal status matters between them in the circuits of other courts, said files may be joined together to be heard by the execution judge with whom the first execution file is registered, unless the parties agree otherwise.

# Chapter 6 - Execution Procedures

## Article 233

1- The execution applicant shall indicate the procedures required to be taken in the list of execution requests upon registration electronically or on paper.

2- The execution shall be preceded by the service of the writ of execution in accordance with the procedures prescribed in this Law.

3- The noice paper shall state the matter required and the notice to pay the debt served on the debtor within (7) seven days from the date of his notification, and the election of domicile for the execution applicant in the circuit of the court wherein the execution takes place if his original domicile or workplace or his elected domicile is not located therein.

4- If the writ of execution is issued based on a contract to open a letter of credit, it shall be notified together with an extract of the debtor's account as per the creditor's current ledgers.

5- In the event of execution by the evacuation of a property or by the delivery of a movable or real estate, the notice of the writ of execution shall adequately specify such funds.



6- If the writ of execution includes a date for evacuation or delivery, the notice shall mention such date.

### Article 234

1- Notwithstanding the provisions of Article (233) of this Law, without prejudice to the rules of provisional seizure of movable property, seizure of the funds the debtor has with third parties and the provisions of any other legislation, the execution judge may order the provisional seizure of the debtor's funds in accordance with the rules and procedures prescribed in this Law prior to his notification of the writ of execution, if he finds evidence indicating that the debtor seeks to smuggle his money from the credit information report or from the case presumption or that the creditor hast lost the general guarantee.

2- The execution judge may order to inquire about the debtor's funds prior to his notification of the writ of execution.

3- The execution judge may ban the person against whom execution is effected from traveling before his notification of the writ of execution if he finds evidence that the debtor is seeking to leave the country.

### Article 235

1- If the debtor proposes to the executor at the time of notification of the writ of execution or in any of the procedures' cases, the payment or delivery of the sum, subject-matter of the execution, in whole or in part, the executor shall record the same in the minutes and request the debtor to deposit the sum proposed at the court's treasury in favour of the execution applicant. Said deposit or delivery shall be carried out on the same day or on the following day at most.

2- If the thing proposed is part of the debt, the executor shall continue to execute against the remainder.

### Article 236

The executor shall not break open doors or open locks by force to carry out the execution except with the approval of the execution judge, and in the presence of a police officer whose presence shall be recorded in the execution minutes, otherwise it shall be deemed null.

### Article 237

1- If the debtor dies or loses his capacity or if the person who is pursuing the proceedings on his behalf prior to the commencement of the execution or prior to its completion loses his legal status, it shall not be permissible to execute or continue to execute against his heirs, whose names and capacities are mentioned in the legacy notification or whoever represents them, unless after the lapse of (7) seven days from their notification of the writ of execution.

2- If the creditor dies or loses his capacity or if the person who is pursuing the proceedings on his behalf after to the commencement of the execution loses his legal status, the execution procedures and all the time-limits effective against him shall be stayed until they are revived by one of the parties to the execution.

3- Before the expiry of (3) three months from the date of death, the notice referred to in clauses (1) and (2) of this article may be served upon all the heirs in the last domicile where their legator resided without stating their names and capacities. After this period, the notice shall mention their names and capacities.

### Article 238

The third party may not pay the amount required under the writ of execution nor may he be forced to settle it until after the debtor has been notified of the intention to carry out such execution at least seven days before the date scheduled therefor.

## Chapter 7 - Objections to Execution

### Article 239

1- If at the time of execution, an objection requiring a provisional procedure is filed, the executor or the execution debtor shall present said objection to the execution judge so as to decide to stay the execution or proceed therewith.

2- In all cases, the executor may not proceed with the execution before the judge issues his decision. Grievance against this decision shall be filed in accordance with clause (1) of Article (209) of this Law.

3- If it becomes clear to the execution judge that the objection is considered as a substantive execution dispute, he shall instruct the objector to register it within (7) seven days from making such observation, while proceeding with the execution, unless the court hearing the dispute rules its stay.

4- If it becomes clear to the execution judge that the objection is filed under a lawsuit relating to the ownership of a real estate in the usual procedure for filing a lawsuit before the competent court, this shall result in the stay of execution save as otherwise ordered by the court.

5- The filing of any other objection does not entail the stay of execution, unless the execution judge or the law decides its stay. The provisions of this Clause shall be also applied on objections filed after any substantive execution dispute.



### Article 240

The real offer shall not result in the stay of the execution if the offer is subject to a dispute, and the execution judge may order the execution to be stayed temporarily and the thing offered, or a larger amount thereof be deposited.

### Article 241

A security deposit of (5,000) five thousand dirhams shall be obtained from the objector upon registration of a temporary execution dispute. It shall be refunded if the objection is accepted and confiscated by force of law if the objector loses the objection, with the exception of personal status cases.

In all cases, the dispute shall not be accepted if it is not accompanied by proof of the security's deposit.

## Title 2 - Attachments

## Chapter 1 - General Provisions

### Article 242

Without prejudice to any provision of any other legislation, the following may not be placed under attachment:

1- Public funds of the State or of one of its Emirates, in addition the funds of the Waqf.

2 - The property considered as a residence of the debtor or the convicted person and, in case of his death, of those of his relatives residing therewith him and for whom he legally provides, unless the property or joint property therein is mortgaged and the debt has arisen from its price, in which case it may be seized to repay the debt.

3- Clothes, furniture and kitchenware needed by the debtor and his family, and food and fuel needed thereby for a period of (6) six months.

4- The land or agriculture equipment owed by the farmer or the fisherman in proportion to what suffices his livelihood and his dependents.

5- Funds gifted or inherited to be, themselves or their revenue, an alimony, or a temporary or a life-time salary, and the amounts adjudged and prescribed or allocated temporarily for the alimony or disbursement therefrom in a certain purpose, to the extent of one quarter to settle the debt of a prescribed alimony.

6- Funds gifted or bequeathed, provided that they may not be seized and that if the judgment creditor is one of the creditors of the grantee or the legatee whose debt has arisen before the gift or the will, except for a debt of a prescribed alimony and to the extent of one quarter.

7- Books, tools and means needed by the debtor to practice his profession or craft by himself, unless the attachment is imposed to collect their price or their maintenance expenses or a prescribed alimony.

8- The movable that is considered as a fixture, if its attachment is independent from the real estate allocated for its service, unless its attachment is to collect its price or its maintenance expenses.

9- Wages and salaries with the employer even if transferred to a bank account to the extent of on quarter of the wage or gross fixed salary, and upon competition, the debt of alimony shall have the priority.

10- Funds of foreign embassies and diplomatic bodies enjoying diplomatic immunity under the condition of reciprocity.

### Article 243

If the attachment is not completed in one day, it may be completed within one consecutive day or days. The executor shall take the necessary measures to preserve the things required to be attached until completion of the minutes. The minutes shall be signed whenever the attachment procedures are suspended.

However, if necessary, the executor shall continue to carry out the attachment procedures after the time-limits specified in Article (7) of this Law or on public holidays, and he may complete them without the need to obtain a leave from the execution judge.

### Article 244

It shall be admissible, at any stage of the procedures before the auction knock-down, to deposit an amount of money equal to the debts, subject-matter of the execution, and to the expenditures, at the court's treasury.

Such deposit shall result in the dissolution of the attachment of the properties seized and its imposition upon the deposited amount.

### Article 245

The distrainee may request from the execution judge, in any of the procedure's cases, the estimation of a sum of money or its equivalent to deposit it at the court's treasury as a payment guarantee to the judgment creditor. Such deposit shall result in the dissolution of the attachment of the properties seized and its imposition upon the deposited amount.



## Article 246

The attachment shall be imposed to the extent of the debt claimed. If the value of the right in satisfaction of which the attachment is imposed is not proportional to the value of the attached properties, the debtor may request the competent judge - as the case may be - to limit the attachment to some of those properties.

# Chapter 2 - Provisional Seizure

## Article 247

Without prejudice to the provisions of any other legislation, the creditor may request the court hearing the case or the magistrate of summary justice, as the case may be, to impose the provisional seizure on the property and the assets of his opponent in any of the following cases:

1- Each case wherein he fears from losing the guarantee of his right, in any of the following cases:

a- If the debtor does not have a stable residence in the State.

b- If the creditor fears on the basis of serious evidence that the debtor flees or smuggles or conceals his funds.

c- If the debt securities are at risk of being lost.

2- In favour of the lessor against each of the tenant or the sub-tenant, on the movables, fruits and proceeds existing in the leased premises as a guarantee for the preferential right legally prescribed for the lessor. Such seizure may be imposed in favour of the lessor where the movables, fruits and proceeds were moved without his knowledge, unless (30) thirty days have lapsed from the date of their movement, or unless amounts of money sufficient to guarantee the preferential right prescribed for him remained in the leased premises.

3- If the creditor holds an official document or an ordinary document for a debt payable and not subject to a condition or where he possesses a non-enforceable judgment if the debt established therein is of a specified amount.

4- In favour of the employee where it is impossible to settle his dues as determined by the law governing the relationship between them, in order to secure payment of his dues after being temporarily evaluated by the competent administrative authority.

5- In all cases, the court may, before accepting the application for seizure, request any statements, evidence or affidavits, conduct a brief investigation or the necessary investigations with the assistance of the competent administrative authorities when it deems it necessary.

## Article 248

The owner of a movable property and whoever has a real right therein or a right to withhold the same, may request the imposition of provisional seizure thereon with the party in whose hands it is available, and that under a petition containing sufficient details on the movable required to be seized.

## Article 249

1- If the debtor does not hold any writ of execution or if his debt is not of a specified amount, the magistrate of summary justice may order the imposition of provisional seizure and temporarily estimate the debt of the judgment creditor based on a grounded petition submitted by the seizure applicant. Prior to issuing the order, the judge may carry out a brief investigation should he deem that the documents supporting the application are insufficient.

2- In the case of seizure of a property, an official copy of the title deed of the property required to be seized shall be submitted together with the petition.

3- If the lawsuit was previously filed the competent court, the seizure order referred to in Clause (1) of this Article may be sought by the court hearing the case.

## Article 250

1- The rules and procedures provided for in Articles (264) and (285) of this Law, except for the provisions relating to the appointment of the sale date, shall be followed in the provisional seizure of movables, unless the movables are subject to damage, in which case the provisions of Clause (2) of Article (273) hereof shall be observed. The rules and procedures stipulated in Articles (285) to (305) hereof, except for the provisions relating to the submission of the writ of execution and the procedures for auction sale shall be followed in the provisional seizure of real estate.

2- The judgment creditor shall, within (8) eight days at most from the date of issuance of the seizure order, file before the competent court the action for the establishment of the right, in cases where the seizure is ordered by the magistrate of summary justice, otherwise, the seizure shall be deemed void ab initio. The seizure shall also be deemed void ab initio if he does not initiate enforcement of the final judgment issued in its favour within (30) thirty days from the date of becoming final.

3- The person against whom the judgment is issued, the distraineem and the interested parties may file a grievance against the seizure order before the magistrate of summary justice, or the competent court, as the case may be, whether the grievance relates to the subject or dates of the seizure. In all cases, the seizure shall cease if a final judgment dismisses the action for the establishment of the right.

https://www.lexismiddleeast.com



4- If a judgment dismisses the grievance and it was enforceable or has become enforceable, the procedures prescribed for sale in Articles (264) to (282) and (285) to (305) of this Law, as the case may be, shall be followed or the execution shall be carried out through the delivery of the movable in the case mentioned in Article (248) hereof.

5-The seizure procedures taken under an enforceable judgment or decision shall remain valid unless the judgment or decision issued to cancel them has become final.

### Article 251

1- If the lessor of the real estate imposes the seizure on the movables of the subtenant in accordance with clause (2) of Article (247) hereof, the procedures shall be directed to both the principal lessee and the subtenant.

2- The subtenant's notification of the seizure shall also be considered also as a seizure of the rent in his hands.

3- If the principal tenant is not prohibited from subletting, the sub-tenant may request to discharge the seizure imposed on his movables while the rent in his hands remains seized.

## Chapter 3 - Seizure of the Debtor's Property in the Hands of a Third Party

### Article 252

1- Each creditor may request from the competent court or from the magistrate of summary justice to impose the seizure on movables or debts which his debtor has in the hands of a third party, even if they are deferred or subject to a condition or disputed.

2- If the seizure is not levied on a movable or on a debt per se, it shall include all the distrainee's movables in the hands of the garnishee and the debts accrued until the date of filing the statement on the properties held thereby.

3- The seizure of the properties that the debtor has in the hands of third parties shall be imposed on the debtor's movables in the possession of his legal representative.

### Article 253

The seizure shall take place - with no need for a prior notification to the debtor - by virtue of an order issued by the judge. The order shall be notified to the garnishee with the knowledge of the executor, and it shall include the following data:

1- A statement of the principal sum for satisfaction which the seizure has been levied in addition to the expenditures.

2- A determination of the seized thing that does not open to ambiguity and ignorance, if the seizure involves a specific property and the garnishee fails to pay or deliver the property owed to the distrainee.

3- The number of the lawsuit or the seizure application, the name of the judgment creditor, his domicile and workplace in the State. Should he have no domicile or workplace in the State, he shall elect a domicile within the jurisdiction of the court wherein execution is taking place.

4- The request made to the garnishee to file a statement on the properties held thereby and a statement from the court that levied the seizure, within (7) seven from the date on which the seizure notice is served.

### Article 254

If the order does not include the data mentioned in clauses (1) and (2) of Article (253) hereof, the seizure shall be deemed null and void. Any interested party may uphold this nullity.

### Article 255

1- The payment by the garnishee shall be made by depositing the debt at the court's treasury, and if the subject of seizure is a movable impossible to be deposited thereat, it shall be possible to deliver the same to a judicial receiver to be appointed by the authority that ordered the seizure under a request submitted thereto by the garnishee or the distrainee.

2- The deposit shall be accompanied by a statement signed by the garnishee as regards seizures levied on funds in his hands, their notification dates, the names of the judgment creditors and the distrainees, their capacity and addresses, the documents under which the seizures have been imposed and the sum of money for satisfaction which the seizure has been imposed.

3- The authority ordering the seizure shall immediately inform the judgment creditor and the distrainee of the deposit or the placement of the movables in a judicial receiver's hand.

4- The deposit or the placement of the movables under the receivership shall dispense of filing the statement on the properties held if the money or the movable is sufficient for the payment of the judgment creditor's debt.

5- If a new seizure is levied on the amount deposited or the movables placed under the receivership and any of them has become insufficient, any of the judgment creditors may request the garnishee to file the statement on the properties held thereby within (7) seven days from the day of instructing him to do so.



## Article 256

1- If the deposit does not take place according to Articles (244) and (245) of this Law, the garnishee shall file the statement on the properties held thereby before the authority ordering the seizure within (7) seven days from his notification of the seizure, and he shall mention therein the debt's amount, reason therefor and the reasons of its extinction, if any, and if the garnishee has movables in his hands, he shall attach a detailed list thereof to the statement on the properties held thereby.

2- If the seizure is levied on funds in the hands of the government, or a public association or institution or a bank, the statement on the properties held thereby shall be filed through a letter including the details thereof, sent by the garnishee to the authority that ordered the seizure in the date mentioned above.

3- The garnishee shall not be exempt from filing the statement on the properties held thereby if he was not indebted to the distrainee, then it shall be permissible to file such statement by virtue of a statement to be submitted by the authority that ordered the seizure. Moreover, the professional confidentiality shall not exempt him from filing the statement on the properties held thereby.

## Article 257

If the garnishee dies or loses his capacity or if his representative loses his capacity, the judgment creditor may notify the heirs of the garnishee, or his representative, with a copy of the seizure notice and he shall instruct them to file the statement on the properties held thereby within (7) seven days from such request.

## Article 258

The dispute on the statement on the properties held and filed by the garnishee shall be brought before the Court hearing the seizure lawsuit at any stage of the case.

## Article 259

1- If the garnishee fails to duly file the statement on the properties held thereby or files an adequate or false statement, or conceals documents to be deposited in order to confirm the statement, it shall be possible to impose upon him, in favour of the creditor who has obtained a writ of execution to collect his debt, the sum for which satisfaction the seizure has been levied, through a lawsuit filed with the usual procedures. His lawsuit shall not be admissible after the lapse of (3) three years from the date of issuance of the decision of determination of the debt owed.

2- The execution of the decision delivered against the garnishee shall be considered a payment to the judgment creditor's right towards the garnishee, without prejudice to the garnishee's right of recourse against the distrainee as to the amount he paid to the judgment creditor.

3- The decision shall not be rendered if the garnishee has redressed the reason for which the lawsuit has been filed until the closure of the pleading even before the Court of Appeal.

4- The garnishee shall, in all cases, bear the lawsuit expenses and the compensations for his failure or default.

## Article 260

Should the right of the judgment creditor be proven by virtue of a writ of execution, he shall be entitled, immediately upon filing the statement on the properties held thereby, to request from the execution judge the issuance of an order against the garnishee to pay to the judgment creditor the sum acknowledged thereby or the sum paid therefrom to the judgment creditor, provided that procedures set in Article (238) hereof are observed.

## Article 261

If the payment is not made according to the Article (260) of this Law nor deposited according to Articles (244) and (245) hereof, the judgment creditor may execute against the funds of the garnishee on the basis of a writ of execution attached to an official copy of the garnishee's statement on the properties held thereby, without prejudice to the provisions of Article (233) hereof.

## Article 262

If the seizure is imposed on movables, they shall be sold through the procedures prescribed for selling the movable held by the debtor.

## Article 263

The creditor may impose seizure of his debts to the debtor under an order issued by the competent judge to be notified to the debtor including the information to be mentioned in the seizure notice.

If the judgment creditor does not hold a writ of execution or a judgment, the procedures and deadlines stipulated in clauses (2, 3, 4 and 5) of Article (250) of this Law shall be followed.



## Chapter 4 - Seizure of Movables with the Debtor

### Article 264

1- Subject to the provisions of Article (236) hereof, the seizure shall be proceeded on the basis of written or electronic minutes as the case may be, drafted at the place of its signature, and including, in addition to the data required to be mentioned in the notice, the following:

a- The writ of execution.

b- The judgment creditor's domicile or workplace in the State; if he does not have a domicile or a workplace in the State, he shall elect a domicile within the circuit of the court in which the execution shall be proceeded.

c- The seizure place, the procedures which the executor has undertaken, the obstacles and objections he has faced during the seizure and the measures he has taken to this effect.

d- The things seized in detail, their type, description, amount, weight or dimensions and a statement of their approximate value.

2- The executor and the debtor, if present, shall sign the seizure minutes, and in case of his abstention to sign, the executor shall record that in the seizure minutes. The mere signature of the debtor shall not be considered an approval on the decision.

3- The seizure shall not require moving the seized things from their places except by virtue of the order of the execution judge.

4- The things shall become seizure by merely mentioning them in the seizure minutes, even if a judicial receiver has not been appointed therefor.

5- If the seizure takes place in the presence of the debtor or in his residence or workplace, a copy of the minutes shall be delivered to him or to whoever receives it on his behalf; however, if the seizure takes place in his absence or in a place other than his residence or workplace, he shall be notified with the minutes in the manner prescribed in Article (10) hereof, within, at most seven days following the seizure.

### Article 265

1- If the seizure is levied on jewelleries or bars of gold or silver or other precious metal or precious stones, they shall be weighed and described accurately in the seizure minutes, and such items shall be evaluated by an expert assigned by the execution judge at the request of the execution applicant.

2- It shall be permissible, in the same way, to evaluate the other artistic and precious items at the request of the judgment creditor or distrainee, and in all cases, the expert's report shall be attached to the seizure minutes.

3- If there is need to move these items in order to weigh or evaluate them, they shall be placed in a sealed shelter and this shall be mentioned in the minutes with the description of the seals and they shall be deposited at the court's treasury.

4- If the seizure is imposed on money or currencies, the executor shall mention their description and amount in the minutes and deposit them at the court's treasury.

### Article 266

1- The executor shall appoint a judicial receiver for the seized items, and he shall elect a solvent person as a receiver if the judgment creditor or the distrainee does not appear, and the distrainee shall be appointed, if he request so, except in fear of squandering based on valid reasons to be stated in the minutes, in such case, the opinion of the garnishee shall be taken on said reasons and they shall be presented immediately to the execution judge to take his decision thereon.

2- If the executor does not find at the seizure place someone to accept the receivership and the debtor was present, he shall appoint him for the receivership and his refusal thereof shall not irrelevant, however, if the debtor is not present, the receiver shall take all the possible precautions to preserve the seized items and refer that matter immediately before the execution judge to order either to move or deposit them with a trustee who accepts the receivership and elected by the judgment creditor or the executor or to assign temporarily the police for the receivership.

### Article 267

1- If the receiver is present at the time of the seizure, the seized items shall be delivered to him at the place where the seizure is effected, after signing the seizure minutes and being handed a copy thereof, and if he is absent or has been assigned thereafter, the seized items shall be counted and delivered to him after signing the inventory minutes and being handed a copy thereof.

2- If the receiver abstains from signing the seizure or the inventory minutes or refuses to receive a copy thereof, the executor shall appoint another receiver, otherwise he shall forthwith refer the matter to the execution judge to decide such action as he deems appropriate.



## Article 268

The receiver, other than the debtor or the possessor, shall be entitled to a remuneration for his receivership and such remuneration shall de regarded judicial expenses on the movables seized. The receiver's remuneration shall be estimated by an order issued by the execution judge based upon a petition submitted thereto.

## Article 269

1- The receiver may not use the seized items, nor exploit, lend, nor expose them to damage, otherwise he shall be denied the receivership and liable for compensation; however, if he was the owner or a usufructuary thereof, he may use them for the purpose allocated thereto.

2- If the seizure is levied on livestock, bids, tools, or equipment needed for the management or exploitation of a land, factory, workshop, association or the like, the execution judge may, based on a petition submitted to him by one of the concerned parties, order the receiver with the management or exploitation if he is competent therefor or replace him with another receiver.

## Article 270

1- The receiver may not request his exemption from receivership before the day appointed for the sale except for reasons necessitating that, and his exemption shall be under an order on a petition issued by the execution judge.

2- When the new receiver assumes his task, the executor shall count the seized items. He shall draft a report thereof to be signed by the receiver and a copy thereof shall be delivered to him.

## Article 271

1- If the executor moves to seize movables which were previously seized with the debtor, the receiver shall show him the copy of the seizure minutes and submit the seized items. The executor shall count them in a report and seize items not previously seized. Also, he shall appoint the first receiver a receiver thereon, if there are at the same place.

2- Subject to the provisions of Article (276) of this Law, in the event that it is not possible to obtain the approval or rejection of the judgment creditor, the date of sale, its time and place shall be determined by the execution judge.  The executor shall then immediately list the same on the court's website, post the same on the door of the place where the seized items are stored, as well as the bulletin board prepared for that purpose in the court.

3- Such notification shall result in the continuation of the seizure for the benefit of the second judgment creditor even if the first judgment creditor has waived it, and it shall be considered as a seizure of the proceeds of the sale in the hands of the executor.

4- If the first seizure imposed on the movables is void, such invalidity shall not affect the subsequent seizures if they were valid.

## Article 272

1- Upon completion of the seizure, the debtor may submit to the execution judge an application to sell the funds seized for a buyer and attach the price of the sale to the application and the buyer's consent. This shall be presented to the judgment creditor within (7) seven days from the date of the application, if he does not object thereto within (7) seven days from the date of his notification or upon his consent, the sale shall be made, and the price shall be deposited at the court's treasury in favour of the creditor.

2- Subject to the provisions of Article (276) of this Law, in the event that it is not possible to obtain the approval or rejection of the judgment creditor, the date of sale, its time and place shall be determined by the execution judge.  The executor shall then immediately post the same on the door of the place where the seized items are stored, as well as the bulletin board prepared for that purpose in the court.

3- The execution judge may order announcement thereof in one of the daily newspapers issued in the State in Arabic or in foreign languages when necessary or by other technical means and media, or by any other means he deems appropriate.

## Article 273

1- The sale shall be carried out in the place where the seized items are stored or in the place designated by the execution judge for the sale of the seizures unless otherwise required by the interest. The sale shall take place after at least (3) three days from the date of completion of the procedures for listing on the court's website or posting or publication. Whoever wishes to inspect the seizure in the mentioned period shall be permitted to do so.

2- However, if the seized items are subject to damage or price fluctuation, the execution judge may order the sale at the place he deems fit and from one hour to another, as the case may be, at the request of the receiver or a person concerned or the executor.

3- If the creditor does not sell the seized items within (30) thirty days from the date of the seizure, unless there are legal impediments, the execution judge may initiate the sale or lift the seizure, as the case may be, and deduct the expenses from the sale proceeds.



## Article 274

If the sale does not take place on the day specified in the seizure minutes, another day shall be set and notified to the receiver and the concerned party, and the posting and the publication shall be redone in the manner indicated in the articles of this Chapter, with the possibility to reduce the valuation 5% for (5) five times and then sell them at a price estimated by the execution judge.

## Article 275

1- The sale shall be carried out by public auction under the supervision of the execution judge by calling upon the executor, provided that the price is paid immediately. The judge may grant him a period of not more than (5) five days. The executor shall not start the sale until after the inventory of the seized items has been made and recorded in the sale minutes. He shall prove therein the procedures of the sale, the objections made thereto, the obstacles he has faced, and the actions he took in this respect. Also, the presence or absence of the judgment creditor and the garnishee shall be proved as well as his signature if he is present or refusal to sign.

2- The executor shall record in the minutes the names of the bidders and their respective domiciles, workplace or e-mail, as the case may be, in addition to the prices offered and their signatures. The minutes shall include in particular the price paid at the auction knock-down, the name, domicile, workplace and signature of the successful bidder.

3- For the purpose of announcing the continuation or deferral of the sale, it shall be sufficient that the executor mentions same in public and record it in the sale minutes.

4- The remote communication technology provided for in the Law may be used in any of the auction procedures mentioned in this article and Articles (276) to (278) of this Law.

## Article 276

If no one appears to purchase the jewelleries, or bars of gold or silver, jewels, gems or the precious stones and the items estimated at their values according to the experts' valuation, and the creditor does not accept the settlement of his debt in rem at that value, their sale date shall be extended to the following day, if it is not a holiday, or to the first working day after the holiday, and if no purchaser has offered the value estimated, the sale shall be postponed to another day and the posting and publication shall be remade as mentioned in the preceding articles, then the executor shall present the matter to the competent judge to order that the auction be knocked down at the price which he finds appropriate even if on another date.

## Article 277

If the successful bidder does not pay the price immediately, the judge may grant him (5) five days to pay. After the expiry of the said period without paying, he shall resell on his responsibility in the manner mentioned, at any price, and pay the price difference, and the expenses and fees of the resale. The sale minutes shall be regarded as a writ of execution towards him as regards the price difference.

He shall not be entitled to any increase in the price, but such increase shall be the right of the debtor and its creditors. The executor shall be liable for the price if he does not receive it immediately from the purchaser and proceed with the resale on his responsibility, and the sale minutes shall be regarded as a writ of execution towards him.

## Article 278

The executor shall stop the sale if its proceeds are sufficient to pay off the debts for which satisfaction the seizure has been imposed, in addition to the expenses thereof. As for seizures levied thereafter on the price in the hands of the executor or any other person, only the part required for the settlement of the forgoing shall be considered.

## Article 279

The action for recovery of the seized items shall be filed before the competent court and shall result in the stay of the sale unless the court rules the execution continuation on the conditions it deems appropriate. The court may impose a fine of not less than (1000) thousand dirhams and not more than (5000) five thousand dirhams in case of dismissal of the recovery action.

## Article 280

The recovery action shall be filed against the judgment creditor, the distrainee and the judgment creditors intervening, and the statement of claim shall include a full statement of ownership evidence, on pain of inadmissibility, and the court shall rule its inadmissibility sua sponte.

## Article 281

1- The judgment creditor shall have the right to proceed with execution if the court rules the nonsuit of the recovery action or if it is deemed void ab initio, or it has been decided to consider it as such. He has also the right to proceed with the execution if the court rules the dismissal of the action, its lack of jurisdiction, the inadmissibility of the case, the nullity of its statement of claim, the abatement of the dispute therein, or the approval to abandon it.



2- The judgment creditor shall proceed with the execution even if the judgments referred to in Clause (1) of this Article are amenable to appeal.

### Article 282

1- If another recovery action is filed by the same restorer, and his first action has been considered as void ab initio or the court rules to consider it as such, or its rejection or inadmissibility, its lack or jurisdiction, the nullity of its statement of claim, the extinguishment of the litigation therein, or the approval to abandon it, the sale shall not be stayed unless the competent court rules so. This provision shall be applied if the recovery action has been renewed after its nonsuit or stay.

2- The judgment referred to in Clause (1) of this Article shall apply if a second recovery claim is filed against another restorer and the case shall be deemed to be second when it is subsequent on the date of its filing, even before the extinguishment of the effect staying the sale caused by the filing of the first action.

## Chapter 5 - Seizure of Stocks, Bonds, Revenues and Shares

### Article 283

1- If the shares or bearer bonds or endorsable, their seizure shall be made through the proceedings set for the seizure of the movable with the debtor or with third parties.

2- The seizure of the arranged revenues, the nominal shares, the shares of profits due by juristic persons and the rights of the testators in the companies shall be made through the procedures set for the seizure of the funds that the debtor has in the hands of third parties. Their seizure shall result in the seizure of their profits until the sale day.

### Article 284

The shares and bonds and the like mentioned in the Article (283) hereof shall be sold by public auction, according to the procedures stipulated in Article (288) et seq. of this Law, under the supervision of the execution judge.

## Chapter 6 - Seizure and Sale of Real Estate

### Article 285

1- The judgment creditor shall submit to the execution judge an application for seizure of the real estate, including the following data:

> a- The applicant's name, surname, profession, residence, workplace, and his elected domicile in the jurisdiction of the court in which the execution shall be made if he has not a domicile or a workplace therein.
>
> b- The name of the garnishee, his surname, profession, domicile and workplace.
>
> c- The description of the real estate required to be seized including its location, area, boundaries, or its number and zone and any other information to help designate it according to what is established in the official registers prepared for this purpose.

2- The creditor may seek an order on petition from the execution judge authorising the executor to enter the real estate, to access the information needed for its description and designation of its contents. Such order may not be subject to grievance.

### Article 286

1- If the execution judge finds that the real estate seizure application fulfils its legal conditions, he shall issue his decision to impose the seizure to be undertaken by the executor electronically or this decision shall be communicated to the competent department for the registration of real estate for annotation to this effect in the registers of such property and determination of the time and date.

2- The registration of the seizure decision shall result in considering the real estate seized.

3- The competent circuit with which the property is seized shall notify the execution judge of the real estate register, the creditors - holders of registered rights - their respective domicile and workplace, and whether there are any impediments to the disposition of the property.

### Article 287

1- The executor shall notify the debtor, the possessor and the in-kind surety of a copy of the application for seizure, after its annotation to the effect of its registration, within (7) seven days of the seizure.

2- At the same date referred to in Clause (1) of this Article, the same seizure shall be notified to the creditors with the registered rights. Such creditors shall be deemed, upon their notification, parties to the procedures as judgment creditors, and the notification shall be served, in case of death of any of them, on his heirs at the domicile designated in the register if a period of (3) three months at most has not lapsed since the death.



## Article 288

1- Upon completion of the seizure, the debtor may submit to the execution judge an application to sell the property seized to a purchaser. He shall attach to the application the sale price and the buyer's consent. This shall be presented to the judgment creditor(s) within (7) seven days from the date of the submission of the application. If they do not object thereto within (7) seven days from the date of their notification or approval, the sale shall be made, and the price shall be deposited at the court's treasury in favour of the creditors.

2- The execution judge, before undertaking the real estate sale through the auction, shall notify the debtor to pay the debt within (15) fifteen days from the notification date otherwise the real estate would be sold by auction, and the debtor may request within such date the postponement of the sale and the execution judge may respond to the request in the two following cases:

   a- If the real estate's revenues within a period of (5) five years are sufficient for settling the debt, profits, fees and expenses, the execution judge may assign the creditor to collect, under his supervision, the real estate's revenues until completion of payment. If an impediment prevents the creditor from obtaining his rights on a regular basis the execution judge shall, at the creditor's request, continue the procedures of the real estate's sale.

   b- If the real estate's revenues within a period of (5) five years are not sufficient to settle the debt, profits, fees and expenses and the debtor had other revenues in addition to the real estate's revenue sufficient to pay off the debt by instalments within such period and under the guarantees as the execution judge deems fit, and if the debtor defaults in paying any of these instalments, the execution judge - at the creditor's request - shall continue the procedures of the real estate's sale.

3- If the notice time-limit stipulated in Clause (1) of this Article has elapsed without the debtor's payment or submission of a request to postpone the sale or upon rejection of such request, the execution judge shall determine the sale venue, day, and period during which the auction shall be made.

4- The execution judge shall assign, before announcing the sale, an expert or more to estimate the real estate's price within a period not exceeding (15) fifteen days from the date on which the judge assigned him for the task.

5- The case management office shall notify each of the debtor, the possessor and the in-kind surety of the sale venue, date, the period during which the auction shall be made and the sale notice before the day set therefor within a period not exceeding (30) thirty days, through listing on the court's website, or publication in two daily newspapers issued in the State. A copy of the notice shall be posted in a prominent place of the real estate and another copy on the bulletin board of the court, or by any other means that the execution judge deems appropriate.

## Article 289

1- The sale announcement shall include the following data:

   a- The name, surname, profession, domicile and workplace of the judgment creditor, debtor, possessor or in-kind surety.

   b- The real estate according to the seizure decision.

   c- The sale conditions and the principal price designated by the expert, the expenses and the surety that the person wishing to purchase shall pay in advance, provided it is not less than 20% of the principal price.

   d- The court before which the sale shall be made, the auction's day and the period within which the auction shall be made.

2- The judgment creditor, debtor, possessor, in-kind surety and any concerned party may obtain a permission from the execution judge for the publication of other sale announcements in the newspapers and other media because of the importance of the real estate or its nature or any other reasons. In no case shall the multiple publication result in the delay of the sale, and it shall not be permissible to file a grievance against the judge's decision in this regard.

## Article 290

If the real estate offered for sale is divisible and the part of such real estate – according to the expert's report – is sufficient to pay off the debt, its profits, the fees and the expenses, the execution judge shall partition that part by offering it up for auction and exclude the other parts, and if he finds, as a result of the auction, that the amount offered for this part of the real estate is not sufficient for the settlement, the execution judge shall offer up for auction the rest of the real estate or any other additional part thereof sufficient for the settlement. If the rei vindication action is filed as regards a part of the real estate offered up for auction and the court decides to postpone the auction, such decision shall not postpone auction for the remaining parts unless the shares, according to the experts' estimation, are indivisible, in which case, the auction shall be deferred be for the remaining shares.

If there are many real estates needed to be sold by auction, each real estate shall be separately offered for sale unless the execution judge – after taking the experts' opinion – finds that it shall be beneficiary to sell more than one real estate or all the real estates in one auction.



## Article 291

The real estate may not be sold except to a national, excluding the special conditions for the foreign ownership of real estate provided for in the laws in force in the State, without prejudice to the rules governing the transfer of the real estate ownership.

## Article 292

1- The disposition of the debtor, possessor or in-kind surety of the real estate shall not be executed nor consequent mortgages or preferential right shall be executed against the judgment creditors even if they are ordinary creditors, or against the successful bidder if the disposition, mortgage, or preferential right has been registered after the registration of the seizure decision.

2- The profits and revenues of the real estate for the period following the registration of the seizure decision shall be attached to the real estate. The revenue, and the price of fruits and crops shall be deposited at the court's treasury, and if the real estate is not rented, the distrainee shall be considered an in-kind surety till the sale is effected; if the real estate is rented, the rent accrued for the period following the registration of the seizure application shall be considered seized in the hands of the tenant as soon as he has been requested by the judgment creditor, or any creditor bearing a writ of execution, not to pay it to the debtor. If the tenant has paid the rent before such request, payment shall be deemed valid, and the distrainee, in his capacity as a receiver, shall be liable therefor.

3- If the lease has been registered prior to requesting the tenant to pay, the contract shall remain enforceable towards the judgment creditor and the creditors with registered rights, prior to registration.

## Article 293

1- If the real estate is encumbered with an in-kind security and devolves to an owner with a registered contract before the seizure, the possessor shall be warned before the seizure application to pay the debt or to evacuate the real estate, otherwise the execution shall be proceeded against him.

2- The warning notice shall include, in addition to the general information in the announcement, and the request to pay or evacuate, the following data:

    a- The writ of execution.

    b- The debtor's notification and notice to pay according to Article (233) hereof.

    c- The real estate subject of the execution according to the official registers prepared for this purpose.

3- The warning mentioned in Clause (1) of this Article shall also be addressed to the mortgagor in the circumstances in which the execution is to be made against a mortgaged real estate by a party other than the debtor.

4- The warning against the addressee shall result in all the provisions and effects stipulated in Article (292) hereof.

## Article 294

1- The concerned parties shall state the nullity grounds in the notice mentioned in Articles (287) and (288) hereof under a request to be submitted to the execution judge three days at least before the session set for the sale, otherwise their right to state them shall be forfeited.

2- The execution judge shall decide upon the nullity grounds mentioned in clause (1) of this article on the day set for the sale. The decision issued by said judge may not be challenged in any means. If the court rules the nullity of procedures for the service of process, the sale shall be postponed to a day set by the judge, and the procedures shall be repeated.

3- If the nullity request is dismissed, auction shall be ordered to be carried out immediately.

4- The creditor, the possessor, the in-kind surety and the debtors referred to in Article (286) hereof shall present the other nullity grounds related to the procedures preceding the sale session, as well as the grounds for objection to the sale conditions, ten days at least before the date of said session, otherwise, their right to submit same shall be forfeited. Said grounds shall be presented by virtue of a request to be submitted to the competent execution judge. The latter shall rule, based on the aforementioned request, either the stay or continuation of sale, depending on the extent of seriousness of such grounds. If the judge rules the continuation of sale, auction shall take place immediately.

## Article 295

The creditor shall, before the beginning of the auction procedures, deposit a sum of money at the discretion of the execution to cover the charges and the expenses of the real estate sale including the attorney fees. Said amount shall be deduced from the real estate price and returned to the creditor.

## Article 296

1- The execution judge shall supervise, on the day set for the sale, the auction procedure. The auction shall not be initiated except after verifying that the decision enforced thereunder is final.

2- If one purchaser, or more, appears at the first sale session, the execution judge shall approve, at the end of the period set for the auction, the highest offer, provided that it is not less than the principal price which the expert has designated with the



expenses, and if the bid is less than that or no purchaser appears at that session, the execution judge shall rule the postponement of the sale to the following day in the same place and within the same period set for the auction. If no purchaser offering the principal price appears at the second session, the judge shall postpone the auction to the following day and reduce the principal price of 5 % each time. If the total of the price reduction reaches 25%, the sale shall be postponed for a period of (3) three months and the announcement procedures shall be repeated, in such case, the real estate shall be sold at the highest offer regardless of its value, provided that it be not less than 50% of the basic price set by the expert.

3- The sales session in the concept of this article shall include the electronic session.

### Article 297

1- The party whose bid is accepted by the execution judge shall deposit, within (10) ten days following the sale session, the full price accepted and the expenses. In case the price is paid by said party, the judge shall award the auction to him.

2- Should the successful bidder fail to pay the price in full, the execution judge shall offer the real estate to the following bidder at the price proposed thereby. Should he accept, the judge shall approve his bid and he shall deposit the price within the period specified in clause (1) of this article. However, should the following bidder reject the offer, the execution judge shall repeat the auction within (15) fifteen days and with the same procedures, then the judge shall award the auction to the highest bidder.

3- Every person who is not prohibited from auction may increase the price, within (10) ten days following the date of the auction knock-down, provided that such increase is not less than one tenth of the price. In such case, the bidder shall deposit the full price offered along with the expenses at the court's treasury. In such case, the auction shall be repeated within (7) seven days. If no one offers a higher bid, the judge shall award the auction to said person.

4- The bidder who fails to pay the amount owed shall pay the difference of the real estate price. The judgment of the auction knock-down shall include imposing upon the defaulting party to pay the price difference if any. He may not be entitled to any excess in the price, such excess shall be rather granted by the debtor, possessor or in-kind surety, as the case may be.

5- In all cases, the provision of a guarantee from an accredited bank in the State or the provision of a certified cheque shall have the same effect of deposit. In case the depositor is a debtor and the value and degree of his debt justify his exemption from such deposit, the judge shall exempt him from depositing the price and the expenses, imposed by the law, in whole or in part.

6- It may not be stipulated otherwise in the sale conditions in any case whatsoever.

7- If, for a reason not due to the purchaser, it was impossible to complete the procedure of sale and registration, at the auction value, within (30) thirty days from the date of the auction knock-down, the purchaser may request termination of the auction and recovery of the cash paid. When such request is accepted, the execution judge shall repeat the auction.

8- At any time prior to the completion of the procedure of transfer of ownership and registration of the real estate for the purchaser as a result of the auction, the debtor may pay off the debt, interests, fees and expenses or sell the real estate with the approval of the execution judge and under his supervision at a higher price and with an increase equal to no less than 10% of the price at which the auction was knocked down.

### Article 298

1- If the auction has been delayed for legal reasons or for the creditor's failure to pursue it, the auction shall be remade for a period of (15) fifteen days,

2- If it has been abandoned for a period of (6) six months or more, the auction shall be remade, and the preceding time-limits shall be cancelled.

### Article 299

1- The judgment of the auction knock-down shall be delivered in the preamble, and it shall include a copy of the application for seizure of the real estate, a statement of the procedures followed in this regard, and in the sale announcement, and a copy of the minutes of the sale session, and its enacting terms shall include the order to the debtor, possessor, in-kind surety to deliver the real estate to the person to whom the auction was awarded. The judgment's original copy shall be deposited in the case's file on the day following its issuance.

2- This decision referred to in Clause (1) of this Article shall not be notified, and shall be coercively executed by summoning the debtor, the possessor, the in-kind surety or the receiver, as the case may be, at the delivery location on the day and at the hour set therefor, provided that the announcement thereof is made two days, at least, before the day set for the delivery.

3-If the real estate contains movables to which is attached a right for other than the distrainee, the execution applicant shall file a petition with the execution judge, to take the procedures needed for preserving the rights of the concerned parties. He may also hear the concerned parties, where need be, before issuing his order.

4- If it is not possible to transfer the ownership of the sold property or any part thereof for any reason not attributed to the parties, the execution judge shall cancel the judgment of the auction knock-down and restore the status quo ante.

### Article 300

1- The judgment of the auction knock-down shall not be subject to appeal, unless there is a defect in the auction procedures, in the judgment form, or for its issuance without staying the procedures when such stay is a duty by the law.



2- The appeal shall be lodged through the usual procedures within (7) seven days from the date of the sentencing hearing.

### Article 301

1- The execution judge, upon the request of the concerned parties, shall request the department responsible for the real estate's registration to register the judgment of the auction knock-down, after the successful bidder deposits the full price, unless he was exempted therefrom. The rules set in the real estate registration shall be applied on the judgment.

2- This registration mentioned in Clause (1) of this Article shall result in clearing the sold real estate from the preferential rights, the mortgage and possessory lien which their holders have been notified according to Article (286) hereof and only their right in the price shall be remaining.

### Article 302

1- The other parties may request the nullity of the execution procedures and request the maturity of all or part of the seized real estate by virtue of an action filed through the usual procedures before the competent court at which the judgment creditor and the creditors referred to in Article (286) hereof, the debtor, the possessor or the in-kind surety shall be parties to such action. The court shall rule at the first session the stay of the sale procedures if the action's statement of claim included an accurate statement of the ownership's evidence or the merits of the possession on which the action has been based and to which the documents supporting it has been attached.

2- If the day appointed for the sale arrives before the court rules its stay, the plaintiff may request the execution judge to stay on the condition that an official copy of the statement of claim notified is deposited in the execution file.

3- The judgments delivered according to Clauses (1) and (2) of this Article on the stay of the sale or the continuation therein may not be challenged.

4- A rei vindicatio action is not admissible unless a security deposit of (10,000) ten thousand dirhams is deposited upon its registration. It shall be returned upon acceptance and confiscated upon dismissal.

### Article 303

1- If the rei vindicatio action deals only with a part of the seized real estates, the sale of the remaining parts shall not be stayed.

2- Without prejudice to the provision of Clause (1) of this Article, the execution judge may, upon the request of the concerned party, order the stay of the sale in respect of all the properties on basis of serious grounds.

### Article 304

If the sale has been considered payable, the successful bidder may claim the price, compensations from the creditors and the debtors if grounded, and the sale terms may not provide for the exemption from refunding the price.

### Article 305

Neither the debtor nor the judges nor the public prosecution nor the executors nor the clerks of the court nor the attorneys at law who initiate the procedures on behalf of the debtor or their relatives up to the second degree may participate in the auction, in person or by employing others, otherwise the sale shall be deemed null.

## Chapter 7 - Certain Special Sales

### Article 306

1- A bankrupt property shall be sold in accordance with the Bankruptcy Law and by way of auction and shall be conducted according to the sale terms provided by the bankruptcy trustee.

2- The real estate of the incapacitated person, which sale is permitted and that of the absentee, shall be sold by auction and under the sale terms submitted provided by their respective attorneys to the execution judge, after his approval thereof.

3- The sale terms shall include the sale permission issued by the competent court.

4- The case management office of the court shall notify the public prosecution of the sale terms, before presenting them to the execution judge.

### Article 307

1- If the cCourt has decided the sale of the real estate jointly owned for the impossibility of the division without harm, the execution judge shall carry out its sale by auction, at any of the joint owners' request, without prejudice to the provisions of Article (291) of this Law.

2- The sale terms shall state all the joint owners and respective domicile, accompanied by a copy of the sale judgment.



### Article 308

The rules related to the procedures of the real estate sale, at the creditors' request, and stipulated in this Law shall be applied on the sales mentioned in Articles (306) and (307) hereof.

### Article 309

Subject to the provisions of this chapter, the execution judge may assign any private or public physical or juristic person to take the procedures for the seizure or sale of the seizures, whether in whole or in part. or to assist therein, in accordance with the rules and procedures issued by a decision of the Minister of Justice or the president of the competent judicial authority - each within his competencies - provided that these rules determine the mechanism of their work and the calculation of their fees.

## Title 3 - Allocation of the Execution Proceeds

### Article 310

1- Upon the seizure of the money with the debtor, or the completion of the sale of the seized fund, or the lapse of (10) ten days form the date of filing the statement on the properties held thereby - the seizure of property that the debtor has in the hands third parties, the execution proceeds shall be distributed on the judgment creditors and those who are considered parties to the procedures without any other procedure, even if the proceeds are not sufficient to settle their entire rights.

2- All creditors executed in their favour in the executive groups and joined execution files are considered parties to the procedures within the meaning of the preceding paragraph, even if they did not submit an application therefor, and they shall be included in the list of distribution of the proceeds of execution in accordance with the requirements of Articles (311-314) of this Law.

### Article 311

1- If the execution proceeds are sufficient to settle all the judgment creditors' rights, and all the rights of those who were considered parties to the procedures, the execution judge shall order that each of the creditors' debts be settled after submitting the writ of execution.

2- If none of the creditors referred to in clause (1) of this article holds a writ of execution, and the action for the establishment of the right is still under examination, an amount corresponding to the debt for which satisfaction the seizure has been imposed shall be allocated to that creditor and kept at the court's treasury for his account as a security for the final decision in the action.

### Article 312

1- If the execution proceeds are not sufficient to settle all the debts of the judgment creditors and those considered parties to the procedures, the party who has such proceeds shall immediately deposit the same at the court's treasury, accompanied by a list of the seizures in his hands.

2- The distribution shall be among the holders of the privileged debts and the holders of registered rights, as per the order of their degrees stipulated in the Law.

### Article 313

The distribution procedures shall begin with the execution judge's preparation of a distribution list to be notified to the debtor, the possessor and the judgment creditors, and a party to the proceedings, summoning them to appear before him at a session he sets therefor. The execution judge shall decide, within (3) three days following the date of the session, on any objection filed before the disbursement of the amounts.

### Article 314

1- The execution judge shall deposit at the case management office of the court, the final distribution list including the principal debt and expenses payable to each creditor.

2- In all cases, the execution judge shall order the deposit of the payment orders at the court's treasury and the deletion of entries, whether related to debts stated in the list or debts not distributed.

## Title 4 - Performance in Kind

### Article 315

1- The executor - in the case of the execution by delivering a movable or a real estate, shall move to the place where the item is located in order to deliver it to the applicant, and he shall list in his minutes the items to be delivered and the writ of execution, and the date of its announcement. If the delivery relates to a real estate occupied by an occasional possessor, the executor shall advise him to recognize the new possessor after the completion of the procedure of the real estate delivery.



2- If the items required to be delivered are seized, the Executor may not deliver them to the applicant, and the executor shall notify the judgment creditor thereof.

3- The execution judge shall issue the orders necessary for securing the rights of the concerned parties, at the request of the stakeholder or the executor.

### Article 316

1- The executor shall notify the person obligated to evacuate the real estate of the day and hour of the evacuation, three days, at least, before the scheduled day. On the date set, he shall enable the requester to take possession of the real estate, and if the real estate contains movables not to be delivered to the evacuation requester and their owners have not transported them immediately, the executor shall entrust their receivership, at the same place, to the requester, or move them to another place if the requester does not accept the receivership, and if such movables are subject to a seizure or receivership, the executor shall inform the creditor at whose request the seizure or receivership has taken place thereof. In both cases, the executor shall refer the matter to the execution judge in order to undertake the measures he deems necessary to protect the rights of the concerned parties.

2- The executor shall draft minutes including the writ of execution, its notification date, the description of the real estate, subject-matter of the evacuation, the movables not to be delivered to the requester and the procedure taken in this respect.

### Article 317

1- The person requesting the compulsory enforcement as regards a work obligation or omission thereof, shall submit a request to the execution judge to designate the manner through which the execution shall be carried out. Said request shall be attached to the writ of execution and its announcement.

2- After notifying the other party in order to hear his statements, the execution judge shall deliver his order on the manner through which the execution shall be carried out and appoint the executor and the persons assigned to complete the work and the removal.

### Article 318

1- If the performance in kind cannot be effected in the manner specified in Article (317) of this Law, or the execution requires that the debtor undertakes it himself and he fails to do so, the execution judge shall impose upon him to pay a daily fine of not less than (1000) dirhams and not more than (10,000) dirhams, to be paid as compensation to the judgment creditor for delay, provided that the total of the fines does not exceed the principal debt in question.

2- The execution judge shall have the right to cancel the fine, or a part thereof, if the judgment debtor initiates execution, before actually paying it.

3- The provisions of clause (1) of this article shall apply to the legal representative of the juristic person, and the employees thereof who personally impeded the execution.

## Title 5 - The Debtor's Detention and Travel Ban and Other Precautionary Measures

## Chapter 1 - The Debtor's Detention

### Article 319

1- The execution judge may issue an order, at the request of the prevailing party, to imprison the debtor if he has abstained from enforcing any writ of execution, unless he proves his insolvency. The debtor shall not be considered solvent if it is proved that he owns only funds that may not be seized or sold.

2- Insolvency of the debtor shall not be accepted, if he abstains from the payment in any of the following cases:

> a- If the debtor has smuggled or concealed his money with the intention of harming the creditor, and it has been impossible for the creditor because of this to execute against these properties.

> b- If the debt was one or more of the instalments due by the debtor, or the debtor was one of those who guaranteed the principal debtor for the payment before the court or the execution judge, except if the debtor has proved the occurrence of new facts that affected his solvency and made him incapable of paying the instalments or the value of the guarantee or any part thereof, after imposing these instalments upon him or after giving him the guarantee.

3- The execution judge shall order the detention of the debtor in the cases mentioned in the paragraphs (a) and (b) of clause (2) of this article within a period not exceeding one month and that may be renewed for other periods, so if the debtor had a residence and he is not likely to flee, the detention periods may not exceed (6) six consecutive months and may be renewed after the elapse-expiry of (90) ninety days from his release if he continues to abstain from the execution in spite of his provided that the total periods of imprisonment of the debtor does not exceed (36) thirty-six months, regardless of the number of debt or creditors, unless the debt is the result of deliberate financial crimes, in which case the detention terms may be up to (60) sixty months.



## Article 320

1- The execution judge may, before issuing the detention order, undertake a summary investigation if the documents supporting the request are not sufficient.

2- The judge may give the debtor a period of (6) six months at most to pay off the debt or to pay the amount for which the execution has been imposed, in appropriate instalments for a period not exceeding (3) three years with the guarantees or precautionary measures set by the judge should he fear the debtor escapes from the State.

3- A grievance or appeal against the order mentioned in Clauses (1) and (2) of the present Article shall be filed according to the procedures prescribed in Article (209) hereof.

## Article 321

1- An order of detention of the debtor may not be issued in the following cases:

a- If he is under (18) eighteen years of age or older than (70) seventy years of age.

b- If he has a child under (15) fifteen years of age and his spouse is deceased or imprisoned for any reason.

c- If he was a spouse of the creditor or one of his ascendants, unless the debt is a prescribed alimony.

d- If he provides a bank guarantee or a solvent surety accepted by the execution judge to pay the debt on time or disclosed his funds in the State against which execution is possible and sufficient to pay the debt.

e- If it is proven, according to a certified medical report, that the debtor suffers from an incurable chronic disease with which the debtor cannot tolerate imprisonment.

f- If the debt subject of execution is less than (10.000) dirhams, unless it is a fine, a prescribed alimony or a work remuneration, or a work obligation or omission thereof.

2- The execution judge may postpone the issuance of the order of detention of the debtor in either of the following cases:

a- If the debtor is a pregnant woman. That period shall be reduced to (3) three months from the date of separation of her stillborn foetus.

b- If it is proven, by a certified medical report, that the debtor suffers from a temporary disease with which he does not tolerate imprisonment until cured.

## Article 322

If the debtor is a private juristic person, the order shall be issued to detain his legal representative or others if the abstention from execution is attributed to them in person and may be prohibited from travelling according to the procedures and controls mentioned in Articles (324) to (326) of this Law, even if the creditor does not hold a writ of execution against them, after conducting an investigation in both cases.

## Article 323

The execution judge shall order the extinction of the order to detain the debtor in the following cases:

1- If the creditor has accepted, in writing, the extinction of the order.

2- If, for any reason whatsoever, the debtor's obligation in satisfaction of which this order has been issued has expired.

3- If one of the conditions required for the detention order is no longer available, or any of the impediments to its issuance has been materialised.

# Chapter 2 - The Debtor's Travel Ban

## Article 324

1- Even if the creditor accepts to file a substantive action, in fear based on serious reasons that the debtor would escape from the State, and the debt is not less than (10000) ten thousand dirhams, unless it was an established alimony or a work obligation or omission of an act, the creditor may request the competent judge or the chief judge of the circuit, as the case may be, to issue an order prohibiting the debtor from traveling in the two following cases:

First: If the debt is known, payable and not subject to a condition.

Second: If the debt is not of a specific amount, the judge shall evaluate it temporarily, provided that the following conditions are fulfilled:

a- The claim for the right shall be based on written evidence.

b- The creditor shall submit a guarantee which is accepted by the court and in which he guarantees each failure or damage that would affect the debtor because of prohibiting him from traveling if the creditor has been proved not to be rightful in his claims.



2- Before the order is issued, the judge may conduct a brief investigation if he deems that the documents supporting the application are not sufficient and he may order that the debtor's passport be deposited at the court's treasury and that the travel ban order be circulated throughout all the state's outlets.

3- The personal status execution judge may issue an order to prevent the child from traveling in cases that violate the terms and conditions of the provisions stipulated in the Federal Personal Status Law.

4- The person against whom the travel ban order was issued may file a grievance against it through the procedures prescribed for grievance against orders on petitions, unless the source of the order is the competent execution judge, against whose decisions a grievance shall be filed in accordance with the procedures stipulated in clause (1) of Article (209) of this Law.

5- A travel ban order does not prevent the implementation of the final judgments of deportation. The travel ban in the event of issuance of a final judgment or administrative order of deportation shall be presented to a judicial committee headed by a judge and formed by a Cabinet decision, to consider the implementation of either.

6- The president of the competent court or his authorised representative may approve the travel of the debtor because of his illness or of any of his ascendants or descendants up to the first degree or his spouse. The request shall be accompanied by a medical certificate from an official authority indicating the need for treatment abroad and the impossibility of treatment within the State, with the travel ban remaining in place.

### Article 325

The travel ban order shall remain in force until the debtor's obligation expires towards the creditor who obtained the order, for any reason whatsoever. However, the competent judge may rule that the order be extinguished in any of the following cases:

1- If any of the conditions required for the order prohibiting from traveling is no longer available.

2- If the creditor has agreed, in writing, on the order extinction.

3- If the debtor provides an adequate bank guarantee or a solvent surety accepted by the judge, the guarantee minutes including the surety's undertaking accompanied by the judgment or order imposing upon the debtor shall be considered as a writ of execution towards him as regards what is decided in that ruling.

4- If the debtor deposits a sum of money equal to the debt and the expenses at the Court's treasury and allocated to pay the right of the creditor at whose request the order was issued, this amount shall be considered seized by the force of law in favour of the creditor.

5- If the creditor fails to give the judge evidence of the filing of the debt action within (8) eight days of the issuance of the travel ban or did not begin to enforce the final judgment delivered in his favour within (30) thirty days from the date of becoming final.

6- If (3) three years have elapsed since the last correct procedure of enforcement of the final judgment of debt in satisfaction of which the travel ban has been delivered, without the prevailing creditor's submission to the execution judge a request to proceed with the execution of the judgment.

7- If a request was received from the competent authorities stating that the stay of the person banned from traveling in the country has become illegal and he shall be expelled from it, and it is not proven that he has funds in the country against which execution can be effected.

### Article 326

The provisions of Articles (324) and (325) of this Law do not apply to foreigners against whom decisions were issued to extradite them to a foreign country in accordance with the provisions of the Federal Law on International Judicial Cooperation in Criminal Matters.

## Chapter 3 - Other Precautionary Measures

### Article 327

If the debtor who is prohibited from traveling does not give up his passport without justification or the judge finds that he has disposed of his money or has smuggled it or is preparing to flee the country despite the measures taken to prevent him from traveling, the judge may decide to summon him and impose upon him to provide a payment guarantee or an attendance guarantee or to deposit the amount claimed at the court's treasury, if the defendant does not comply with the order, the judge may decide to temporarily detain him until the order is executed. This decision shall be subject to appeal within (7) seven days from the date of its issuance.

## Title 6 - Use of Remote Communication Technology in Civil Procedures

### Article 328

The use of remote communication technology in the civil procedures shall mean the use of audiovisual communication means between two parties or more for the purpose of achieving remote appearance and exchange of documents, including the lawsuit registry, procedures of declaration, trial and execution carried out through this technology.



## Article 329

For the definitions of: electronic file, electronic information, electronic information system and electronic signature, the meanings specified in the Federal Law on Electronic Transactions and Trust Services shall be referred to.

## Article 330

All the provisions concerning the collection of fees, registry, notification, submission of documents, appearance, publicity, pleading, hearing of witnesses, interrogation, deliberation, issuance of judgments, filing of appeals and execution through the procedures thereof set forth under the present Law shall be deemed valid if carried out totally or partially trough the remote communication technology

## Article 331

The president of the court, the chief judge of the circuit, the competent judge, or whoever is authorised by any of them, may take the procedures remotely whenever they deem it appropriate at any of the stages of the civil proceedings in order to facilitate the litigation procedures.

## Article 332

Procedures may be taken remotely outside the jurisdiction of the courts of any Emirate considering the civil procedures remotely, in coordination – when necessary – with the competent entity in the Emirate where the party concerning whom the procedure is taken or the documents to be submitted in the lawsuit are present.

## Article 333

In remote trials, any of the lawsuit parties may, at any of the trial stages, request the court to carry out the trial with personal appearance. The court shall determine this request after notification of all parties.

## Article 334

1- The electronic remote litigation records shall be registered and kept and shall be deemed confidential. Thus, they may not be circulated, reviewed, copied or deleted from the electronic information system, unless with the authorisation of the competent court, as the case may be.

2- The court may dispense with registration if the remote litigation procedures are recorded directly during the session in the electronic case file and approved by its president.

## Article 335

The remote communication technology set forth hereunder shall be subject to the information security regulations and policies adopted in the State.

## Article 336

1- The competent authority may register all the litigation procedures in minutes, hard or soft documents to be approved without the need for the signature of the concerned persons.

2- The court may suffice with the minutes of the remote litigation procedures if they were recorded directly during the session in the electronic case file and approved by its president.

## Article 337

The remote communication technology may be used to request or execute the judicial delegations and assistance with foreign countries according to the provisions of agreements and conventions ratified by the State.

## Article 338

The electronic signature and electronic documents shall have the binding for the signature or the official and unofficial paper documents stipulated in the aforementioned Federal Law on Evidence in Civil and Commercial Transactions, when they meet the terms and conditions stipulated in the Federal Law on Electronic Transactions and Trust Services.



# مرسوم بقانون اتحادي رقم (**42**) لسنة 2022

صادر بتاريخ 2022/10/03م.

الموافق 07/ربيع الأول/1444هـ.

## بإصدار قانون الإجراءات المدنية

يُلغى
القانون الاتحادي رقم (11) لسنة 1992م.

**نحن محمد بن زايد آل نهيان رئيس دولة الإمارات العربية المتحدة،**

بعد الاطلاع على الدستور،

وعلى القانون الاتحادي رقم (1) لسنة 1972 بشأن اختصاصات الوزارات وصلاحيات الوزراء، وتعديلاته،

وعلى القانون الاتحادي رقم (10) لسنة 1973 في شأن المحكمة الاتحادية العليا، وتعديلاته،

وعلى القانون الاتحادي رقم (6) لسنة 1978 في شأن إنشاء محاكم اتحادية ونقل اختصاصات الهيئات القضائية المحلية في بعض الإمارات إليها، وتعديلاته،

وعلى القانون الاتحادي رقم (26) لسنة 1981 بشأن القانون التجاري البحري، وتعديلاته،

وعلى القانون الاتحادي رقم (5) لسنة 1985 بإصدار قانون المعاملات المدنية لدولة الإمارات العربية المتحدة، وتعديلاته،

وعلى القانون الاتحادي رقم (11) لسنة 1992 بشأن قانون الإجراءات المدنية، وتعديلاته.

وعلى القانون الاتحادي رقم (18) لسنة 1993 بشأن المعاملات التجارية، وتعديلاته،

وعلى القانون الاتحادي رقم (28) لسنة 2005 بشأن الأحوال الشخصية، وتعديلاته،

وعلى المرسوم بقانون اتحادي رقم (9) لسنة 2016 بشأن الإفلاس، وتعديلاته،

وعلى القانون الاتحادي رقم (13) لسنة 2016 بشأن الرسوم القضائية أمام المحاكم الاتحادية، وتعديلاته،

وعلى القانون الاتحادي رقم (17) لسنة 2016 بإنشاء مراكز الوساطة والتوفيق في المنازعات المدنية والتجارية، وتعديلاته،

وعلى القانون الاتحادي رقم (7) لسنة 2017 بشأن الإجراءات الضريبية، وتعديلاته،

وعلى القانون الاتحادي رقم (6) لسنة 2018 بشأن التحكيم،

وعلى القانون الاتحادي رقم (10) لسنة 2019 في شأن تنظيم العلاقات القضائية بين السلطات القضائية الاتحادية والمحلية،

وعلى المرسوم بقانون اتحادي رقم (19) لسنة 2019 بشأن الإعسار،

وعلى القانون الاتحادي رقم (6) لسنة 2021 في شأن الوساطة لتسوية المنازعات المدنية والتجارية،

وعلى المرسوم بقانون اتحادي رقم (32) لسنة 2021 بشأن الشركات التجارية،

وعلى المرسوم بقانون اتحادي رقم (46) لسنة 2021 بشأن المعاملات الإلكترونية وخدمات الثقة،

وعلى المرسوم بقانون اتحادي رقم (32) لسنة 2022 في شأن السلطة القضائية الاتحادية،

وعلى المرسوم بقانون اتحادي رقم (34) لسنة 2022 في شأن تنظيم مهنتي المحاماة والاستشارات القانونية،

وعلى المرسوم بقانون اتحادي رقم (35) لسنة 2022 بإصدار قانون الإثبات في المعاملات المدنية والتجارية،

وبناءً على ما عرضه وزير العدل،

وموافقة مجلس الوزراء،

**أصدرنا المرسوم بقانون الآتي:**

**المادة الأولى– السريان\***

جميع الحقوق محفوظة لصادر ناشرون©

يُعمل بالقانون المرافق في شأن الإجراءات المدنية أمام المحاكم في الدولة.

## المادة 2– الالغاءات *

1– يُلغى القانون الاتحادي رقم (11) لسنة 1992 بشأن قانون الإجراءات المدنية وتعديلاته.

2– يُلغى كل حكم ورد في أي تشريع آخر يخالف أو يتعارض مع أحكام قانون الإجراءات المدنية المرافق لهذا المرسوم بقانون، وذلك باستثناء صلاحية السلطة المختصة في الإمارة التي لم تنقل قضاءها المحلي إلى القضاء الاتحادي بتشكيل محاكم أو لجان قضائية خاصة للنظر والفصل في أية دعوى أو مادة حقوقية معينة وفقاً لقانونها.

## المادة 3– إحالة الدعوى *

1– على المحاكم أن تحيل بدون رسوم ومن تلقاء نفسها ما يوجد لديها من دعاوى أصبحت من اختصاص محاكم أخرى بمقتضى أحكام قانون الإجراءات المدنية المرافق لهذا المرسوم بقانون وذلك بالحالة التي تكون عليها، وفي حالة غياب أحد الخصوم على مكتب إدارة الدعوى أن يعلن أمر الإحالة إليه مع تكليفه بالحضور في الميعاد أمام المحكمة التي تحال إليها الدعوى.

2– لا تسري أحكام الفقرة السابقة على المنازعات والدعاوى المحكوم فيها أو الدعاوى المؤجلة للنطق بالحكم، وعلى الطعون المرفوعة، قبل تاريخ العمل بقانون الإجراءات المدنية المرافق لهذا المرسوم بقانون، وتبقى الأحكام الصادرة فيها خاضعة للقواعد المنظمة لطرق الطعن السارية في تاريخ صدورها.

## المادة 4– تنفيذ أحكام قانون الإجراءات المدنية المرافق لهذا المرسوم بقانون *

يُصدر رئيس مجلس القضاء الاتحادي ورؤساء الجهات القضائية المحلية– حسب الأحوال– القرارات اللازمة لتنفيذ أحكام قانون الإجراءات المدنية المرافق لهذا المرسوم بقانون.

## المادة 5– النشر والنفاذ *

يُنشر هذا المرسوم بقانون في الجريدة الرسمية، ويُعمل به اعتباراً من 2 يناير 2023.

**صدر عنا في قصر الرئاسة– أبوظبي–**
**بتاريخ: 07/ربيع الأول/1444هـ**
**الموافق: 03/أكتوبر/2022م**
**محمد بن زايد آل نهيان**
**رئيس دولة الإمارات العربية المتحدة**

نشر هذا المرسوم بقانون في الجريدة الرسمية للإمارات العربية المتحدة في العدد رقم 737 (ملحق) تاريخ 2022/10/03 ص 157.

———

## قانون الإجراءات المدنية

## الباب التمهيدي

## أحكام عامة

## المادة الأولى– الاستثناءات على السريان *

1– تسري أحكام هذا القانون على ما لم يكن قد فصل فيه من الدعاوى وما لم يكن قد تم من الإجراءات قبل تاريخ العمل بها، ويُستثنى من ذلك:

أ– الأحكام المعدلة للاختصاص متى كان تاريخ العمل بها بعد إقفال باب المرافعة في الدعوى أمام محكمة أول درجة.

ب– الأحكام المعدلة للمواعيد متى كان الميعاد قد بدأ قبل تاريخ العمل بها.

ج– الأحكام المنظمة لطرق الطعن بالنسبة إلى ما صدر من أحكام قبل تاريخ العمل بها متى كانت هذه القوانين ملغية أو منشئة لطريق من تلك الطرق.

جميع الحقوق محفوظة لصادر ناشرون©

2- كل إجراء تم صحيحاً في ظل قانون معمول به يبقى صحيحاً ما لم ينص على غير ذلك.

3- لا يبدأ ما يستحدث من مواعيد عدم سماع الدعوى أو السقوط أو غيرها من مواعيد الإجراءات إلا من تاريخ العمل بالقانون الذي استحدثها.

## المادة 2 – المصلحة *

لا يقبل أي طلب أو دفع لا يكون لصاحبه فيه مصلحة قائمة ومشروعة ومع ذلك تكفي المصلحة المحتملة إذا كان الغرض من الطلب الاحتياط لدفع ضرر محدق أو الاستيثاق لحق يخشى زوال دليله عند النزاع فيه.

## المادة 3 – مهل الطعن بالقرارات الإدارية *

1- لا تقبل دعوى إلغاء القرارات الإدارية بعد مضي (60) ستين يوماً من تاريخ نشر القرار الإداري المطعون فيه أو إعلان صاحب الشأن به أو ثبوت علمه به علماً يقينياً.

2- ينقطع سريان هذا الميعاد بالتظلم والاعتراض إلى الجهة الإدارية المختصة حسب الإجراءات المقررة في التشريعات ذات العلاقة، ويجب على الجهة الإدارية أن تبت في التظلم خلال (60) ستين يوماً من تاريخ تقديمه، وإذا صدر القرار بالرفض وجب أن يكون مسبباً، ويعتبر فوات (60) ستين يوماً على تقديم التظلم دون صدور قرار من الجهات المختصة في التظلم بمثابة رفضه، ويحسب ميعاد رفع الدعوى من تاريخ الرفض الصريح أو الضمني حسب الأحوال.

## المادة 4 – مراعاة المواعيد المحددة بهذا القانون *

1- إذا نص هذا القانون على ميعاد حتمي لاتخاذ إجراء يحصل بالإعلان فلا يعتبر الميعاد مرعياً إلا إذا تم تقديم الطلب أو مباشرة إجراءات الإعلان خلاله.

2- إذا نص هذا القانون على أن يتم إجراء ما بالإيداع وجب أن تتم مباشرة إجراءات الإيداع خلال الميعاد المحدد في القانون.

## المادة 5 – لغة المحاكم *

1- لغة المحاكم هي اللغة العربية، وعلى المحكمة أن تسمع أقوال الخصوم أو الشهود أو غيرهم الذين يجهلون اللغة العربية بواسطة مترجم بعد حلف اليمين، وفقاً للقانون.

2- استثناء من أي نص ورد في أي قانون آخر، لرئيس مجلس القضاء الاتحادي أو رئيس الجهة القضائية المحلية حسب الأحوال، أن يقرر في بعض الدوائر المخصصة لنظر المنازعات المتعلقة بالمواد التخصصية، أو في دعوى محددة، أو في بعض الدعاوى، أن تكون لغة المحاكمة والإجراءات والأحكام والقرارات فيها هي اللغة الإنجليزية، ويكون سماع الخصوم أو الشهود أو المحامين وتقديم اللوائح والمذكرات والطلبات والمستندات في هذه الدوائر باللغة الإنجليزية، وعلى المحكمة أن تسمع أقوال الخصوم أو الشهود أو غيرهم الذين يجهلون اللغة الإنجليزية بواسطة مترجم بعد حلف اليمين وفقاً للقانون، وذلك في الحالات ووفق الضوابط والشروط التي يصدر بها القرار.

## المادة 6 – الإعلان *

1- يتم الإعلان بناءً على طلب الخصم أو أمر المحكمة المختصة أو مكتب إدارة الدعوى بوساطة القائم بالإعلان أو بالطريقة التي يُحددها هذا القانون.

2- للمحكمة المختصة أو مكتب إدارة الدعوى أو القاضي المشرف حسب الأحوال أن تصرح للمدعي أو وكيله للقيام بالإعلان بالوسائل المنصوص عليها في البند (1) من المادة (9) من هذا القانون.

3- يجوز الإعلان بوساطة شركة أو مكتب خاص أو أكثر وفق أحكام هذا القانون، ويصدر رئيس مجلس القضاء الاتحادي أو رئيس الجهة القضائية المحلية حسب الأحوال، نظاماً خاصاً بقيام الشركات والمكاتب الخاصة لإجراء الإعلان وفق أحكام هذا القانون، ويعد قائماً بالإعلان كل من كلف بتولي عملية الإعلان في هذا الشأن.

4- وفي جميع الأحوال يجوز القيام بالإعلان على مستوى الدولة دون التقيد بقواعد الاختصاص المكاني.

## المادة 7 – مواعيد الإعلان *

جميع الحقوق محفوظة لصادر ناشرون©

1– لا يجوز إجراء أي إعلان أو البدء في إجراء من إجراءات التنفيذ بواسطة القائم بالإعلان أو التنفيذ قبل الساعة السابعة صباحاً ولا بعد الساعة التاسعة مساءً، ولا في أيام العطلات الرسمية إلا في حالات الضرورة وبإذن من القاضي المشرف أو رئيس الدائرة المختصة أو قاضي الأمور المستعجلة.

2– إذا كان الإعلان بأحد وسائل التقنية سواء لأشخاص طبيعية أو اعتبارية خاصة فلا تسري المواعيد المنصوص عليها في البند (1) من هذه المادة فيما عدا المكالمات المسجلة.

3– بالنسبة للحكومة والأشخاص الاعتبارية العامة يكون موعد الإعلان أو بدء التنفيذ فيما يتعلق بنشاطها في مواعيد عملها الرسمي فيما عدا الإعلان بإحدى وسائل التقنية.

# المادة **8**– بيانات الإعلان *

1– يشمل الإعلان البيانات الآتية:

أ– اسم طالب الإعلان ولقبه ومهنته أو وظيفته وموطنه، ورقم هاتفه المتحرك ورقم الفاكس وبريده الإلكتروني أو موطنه المختار ومحل عمله واسم من يمثله ولقبه ومهنته أو وظيفته وموطنه ومحل عمله إن كان يعمل لغيره.

ب– اسم المطلوب إعلانه ولقبه ومهنته أو وظيفته وموطنه أو موطنه المختار فإن لم يكن موطنه معلوماً وقت الإعلان فآخر موطن كان له ومحل عمله، ورقم هاتفه المتحرك ورقم الفاكس وبريده الإلكتروني إن وجدا.

ج– اسم القائم بالإعلان ووظيفته والجهة التابع لها وتوقيعه.

د– تاريخ اليوم والشهر والسنة والساعة التي نفذ فيها الإعلان.

هـ– اسم المحكمة وموضوع الإعلان ورقم الدعوى وتاريخ الجلسة إن وجدت.

و– اسم وصفة من سلم إليه الإعلان ولقبه وتوقيعه أو خاتمه أو بصمة إبهامه بالاستلام أو إثبات امتناعه وسببه.

2– في حال الإعلان بالوسائل التقنية يُكتفى بالبيانات المحددة في الفقرات (أ)، (ب)، (د)، (هـ)، من البند (1) من هذه المادة.

3– إذا كانت اللغة الرسمية لجنسية المدعى عليه غير اللغة العربية، يلتزم المدعي بأن يرفق بالإعلان ترجمة معتمدة له باللغة الإنجليزية، ما لم يكن هناك اتفاق سابق بين الأطراف على إرفاق الترجمة بلغة أخرى.

4– يسري حكم البند (3) من هذه المادة على جميع الدعاوى المدنية والتجارية عدا الدعاوى العمالية المقامة من العمال ودعاوى الأحوال الشخصية.

# المادة **9**– طرق الإعلان *

1– يتم إعلان الشخص المعلن إليه بأي من الطرق الآتية:

أ– المكالمات المسجلة الصوتية أو المرئية، أو الرسائل النصية على الهاتف المحمول، أو التطبيقات الذكية، أو البريد الإلكتروني أو الفاكس أو وسائل التقنية الأخرى أو بأية طريقة أخرى يتفق عليها الطرفان من الطرق الواردة في هذا القانون.

ب– لشخصه أينما وجد أو في موطنه أو محل إقامته، فإذا لم يبلغ الإعلان بسبب يرجع إلى المعلن إليه أو رفض التبلغ به، يُعد ذلك تبليغاً لشخصه، وإذا لم يجد القائم بالإعلان الشخص المطلوب إعلانه في موطنه أو محل إقامته فعليه أن يُعلن الإعلان إلى أي من الساكنين معه من الأزواج أو الأقارب أو الأصهار أو العاملين في خدمته، وفي حال رفض أي من المذكورين أعلاه التبليغ بالإعلان أو إذا لم يجد أحداً ممن يصح تبليغ الإعلان إليه، أو كان محل إقامته مغلقاً، فعليه مباشرة أن يلصق الإعلان بشكل واضح على الباب الخارجي لمحل إقامته، أو بالإدراج في الموقع الإلكتروني للمحكمة.

ج– في موطنه المختار.

د– في محل عمله، وإذا لم يجد الشخص المطلوب إعلانه فعليه أن يُبلّغ الإعلان لرئيسه في العمل أو لمن يُقرر أنه من القائمين على إدارته أو من العاملين فيه ويُستثنى من ذلك الإعلانات المتعلقة بدعاوى الأحوال الشخصية فإنها يصح تبلغ لشخصه في محل عمله.

2– يجب على القائم بالإعلان التأكد من شخصية من يقوم بإبلاغه بالإعلان، بحيث يدل ظاهره على أنه أتم (18) الثامنة عشرة من عمره، وليس له أو لمن يمثله مصلحة ظاهرة تتعارض مع مصلحة المعلن

جميع الحقوق محفوظة لصادر ناشرون©

إليه. وفي حالة الإعلان بوسائل الاتصال بالتقنيات المنصوص عليها في الفقرة (أ) من هذه المادة، يجب على القائم بالإعلان التأكد من أن هذه الوسيلة أياً كانت خاصة بالمعلن إليه، كما يلتزم في حالة الإعلان بالمكالمات المسجلة الصوتية أو المرئية بتحرير محضر يثبت فيه مضمون المكالمة وساعتها وتاريخها وشخص المُبَلَّغ، ويكون لهذا المحضر حجيته في الإثبات، ويرفق بملف الدعوى.

3- إذا تعذر إعلان المطلوب إعلانه وفق البند (1) من هذه المادة يعرض الأمر على مكتب إدارة الدعوى أو القاضي المختص أو رئيس الدائرة بحسب الأحوال، للدعوى من جهة واحدة على الأقل من الجهات ذات العلاقة ثم إعلانه بالإدراج على الموقع الإلكتروني للمحكمة أو بالنشر في صحيفة يومية إلكترونية أو ورقية واسعة الانتشار تصدر في الدولة باللغة العربية وبصحيفة أخرى تصدر بلغة أجنبية إن اقتضى الأمر وكان المطلوب إعلانه أجنبياً.

# المادة **10** – تبليغ صورة الإعلان *

فيما لم يرد بشأنه نص خاص في أي تشريع آخر تبلغ صورة الإعلان على الوجه الآتي:

1- الوزارات والدوائر الحكومية الاتحادية والمحلية والهيئات العامة والمؤسسات العامة على اختلافها، يُبَلَّغ الإعلان إلى من يمثلها قانوناً.

2- الأشخاص الاعتبارية الخاصة والجمعيات والشركات والمؤسسات الخاصة والفردية والشركات الأجنبية التي لها فرع أو مكتب في الدولة إذا كان الإعلان متعلقاً بفرع الشركة. تعلن وفق أحكام البند (1) من المادة (9) من هذا القانون، ويُبَلَّغ الإعلان بمركز إدارتها للنائب عنها قانوناً أو لمن يقوم مقامه أو لأحد الشركاء فيها– بحسب الأحوال–، وفي حال عدم وجود النائب عنها قانوناً أو من يقوم مقامه يتم التبليغ لأحد موظفي مكتبيهما، فإذا لم يكن لها مركز إدارة أو كانت مغلقة أو رفض مديرها أو أي من موظفيها التبليغ، يتم الإعلان بالإدراج على الموقع الإلكتروني للمحكمة أو باللصق مباشرة دون إذن من المحكمة أو بالنشر بحسب الأحوال.

3- أفراد القوات المسلحة أو الشرطة أو من في حكمهم، يُبَلَّغ الإعلان إلى الإدارة المختصة– وفقاً لما تحدده الجهتان سالفتا البيان– لتبليغها إليهم.

4- المسجونون والموقوفون، يُبَلَّغ الإعلان إلى إدارة المكان المودعين فيه لتبليغه إليهم، وإثبات تسليم الأوراق المطلوب إعلانها للمسجون أو الموقوف نفسه.

5- بحارة السفن التجارية أو العاملون فيها، يُبَلَّغ الإعلان إلى الربان لتبليغه إليهم، فإذا كانت السفينة قد غادرت الميناء فيتم التبليغ إلى وكيلها الملاحي.

6- الأشخاص الموجودون خارج الدولة يتعذر إعلانهم بوسائل التقنية أو من خلال الشركات أو المكاتب الخاصة أو الطريقة التي اتفق عليها الأطراف، يرسل الإعلان إلى وزارة العدل لإحالته إلى وزارة الخارجية والتعاون الدولي ليتم تبليغه للبعثة الدبلوماسية المعنية في الدولة ما لم تنظم طرق الإعلان في هذه الحالة باتفاقيات خاصة.

# المادة **11** – اعتبار الإعلان منتجًا لآثاره *

يعتبر الإعلان منتجاً لآثاره وفقاً للآتي:

1- من تاريخ تبليغه وفقاً للأحكام الواردة في المادتين (9) و(10) من هذا القانون أو من تاريخ رفض المعلن إليه تبليغه.

2- بعد انقضاء (21) واحد وعشرين يوم عمل تبدأ من تاريخ تبليغ البعثة الدبلوماسية المعنية في الدولة كتاب وزارة الخارجية والتعاون الدولي المتضمن للإعلان.

3- من تاريخ وصول الفاكس، أو تاريخ إرسال البريد الإلكتروني أو رسالة الهاتف المحمول أو أي من وسائل تقنية المعلومات، أو من تاريخ تحقق المكالمة المسجلة الصوتية أو المرئية.

4- من تاريخ إدراج الإعلان في الموقع الإلكتروني للمحكمة في الصفحة المخصصة ويستمر الإدراج لمدة لا تقل عن (15) خمسة عشر يوماً، ومن تاريخ إتمام اللصق أو النشر وفقاً للأحكام المنصوص عليها في هذا الباب.

# المادة **12** – احتساب الميعاد *

جميع الحقوق محفوظة لصادر ناشرون©

1- إذا عين القانون للحضور أو لحصول الإجراء ميعاداً مقدراً بالأيام أو بالشهور أو بالسنين فلا يحسب منه يوم الإعلان أو حدوث الأمر المعتبر في نظر القانون مجرياً للميعاد وينقضي الميعاد بانقضاء اليوم الأخير منه.

2- إذا كان الميعاد مقدراً بالساعات فلا تحسب منه ساعة الإعلان أو حدوث الأمر المعتبر في نظر القانون مجرياً للميعاد وينقضي الميعاد بانقضاء الساعة الأخيرة منه.

3- إذا كان الميعاد مما يجب انقضاؤه قبل الإجراء فلا يجوز حدوث الإجراء إلا بعد انقضاء اليوم الأخير من الميعاد.

4- إذا صادف آخر الميعاد عطلة رسمية امتد الميعاد إلى أول يوم عمل بعدها.

5- تحسب المواعيد المعينة بالشهر أو السنة بالتقويم الميلادي باعتبار الشهر (30) ثلاثين يوماً، والسنة (365) ثلاثمائة وخمسة وستين يوماً، ما لم ينص القانون على غير ذلك.

## المادة 13 – بطلان الإجراءات*

1- يكون الإجراء باطلاً إذا نص القانون صراحة على بطلانه أو إذا شابه عيب أو نقص جوهري لم تتحقق بسببه الغاية من الإجراء.

2- في جميع الأحوال لا يحكم بالبطلان رغم النص عليه إذا ثبت تحقق الغاية من الإجراء.

## المادة 14 – التمسك بالبطلان*

فيما عدا الحالات التي يتعلق فيها البطلان بالنظام العام:

1- لا يجوز أن يتمسك به إلا من شرع لمصلحته.

2- لا يجوز التمسك به من الخصم الذي تسبب فيه.

3- يزول البطلان إذا نزل عنه من شرع لمصلحته صراحة أو ضمناً.

## المادة 15 – تصحيح الاجراء الباطل*

يجوز تصحيح الإجراء الباطل ولو بعد التمسك به على أن يتم ذلك في الميعاد المقرر بمقتضى القانون لاتخاذ الإجراء، فإذا لم يكن للإجراء ميعاد مقرر في القانون حددت المحكمة ميعاداً مناسباً لتصحيحه ولا يعتد بالإجراء إلا من تاريخ تصحيحه.

## المادة 16 – بطلان الاجراء الجزئي وحالات خاصة للبطلان*

إذا كان الإجراء باطلاً وتوفرت فيه عناصر إجراء آخر فإن الأخير يكون صحيحاً باعتباره الإجراء الذي توافرت عناصره، وإذا كان الإجراء باطلاً في شق منه فإن هذا الشق وحده الذي يبطل.

ولا يترتب على بطلان الإجراء بطلان الإجراءات السابقة عليه أو الإجراءات اللاحقة له إذا لم تكن مبنية عليه.

## المادة 17 – محضر الجلسة*

يعد محضر الجلسة سنداً رسمياً بما دون فيه ويتولى تحريره كاتب ويوقع عليه مع القاضي إلكترونياً أو ورقياً وإلا كان المحضر باطلاً.

## المادة 18 – القرابة*

لا يجوز للقائم بالإعلان ولا للكتبة ولا لغيرهم من أعوان القضاء أن يباشروا عملاً يدخل في حدود وظائفهم في الدعاوى الخاصة بهم أو بأزواجهم أو أقاربهم أو أصهارهم حتى الدرجة الرابعة وإلا كان هذا العمل باطلاً.

### الكتاب الأول

### التداعي أمام المحاكم

### الباب الأول

© جميع الحقوق محفوظة لصادر ناشرون

## اختصاصات المحاكم

## الفصل الأول

## الاختصاص الدولي للمحاكم

### المادة **19** – اختصاص المحاكم*

فيما عدا الدعاوى العينية المتعلقة بعقار في الخارج تختص المحاكم بنظر الدعاوى التي ترفع على المواطن والدعاوى التي ترفع على الأجنبي الذي له موطن أو محل إقامة في الدولة.

### المادة **20** – الأجنبي الذي ليس له موطن او محل إقامة في الدولة*

تختص المحاكم بنظر الدعوى على الأجنبي الذي ليس له موطن أو محل إقامة في الدولة في الحالات الآتية:

1– إذا كان له في الدولة موطن مختار .

2– إذا كانت الدعوى متعلقة بأموال في الدولة أو إرث لمواطن أو تركة فتحت فيها.

3– إذا كانت الدعوى متعلقة بالتزام أبرم أو نفذ أو كان مشروطاً تنفيذه في الدولة أو بعقد يراد توثيقه فيها أو بواقعة حدثت فيها أو بإفلاس أشهر في أحد محاكمها.

4– إذا كانت الدعوى مرفوعة من زوجة لها موطن في الدولة على زوجها الذي كان له موطن فيها.

5– إذا كانت الدعوى متعلقة بنفقة أحد الوالدين أو زوجة أو بمحجور عليه أو بصغير أو بنسبه أو بالولاية على المال أو النفس إذا كان طالب النفقة أو الزوجة أو الصغير أو المحجور عليه له موطن في الدولة.

6– إذا كانت متعلقة بالأحوال الشخصية وكان المدعي مواطناً أو أجنبياً له موطن في الدولة وذلك إذا لم يكن للمدعي عليه موطن معروف في الخارج أو كان القانون الوطني واجب التطبيق في الدعوى.

7– إذا كان لأحد المدعى عليهم موطن أو محل إقامة في الدولة.

### المادة **21** – الطلبات العارضة والمرتبطة بالدعوى الأساسية*

تختص المحاكم بالفصل في المسائل الأولية والطلبات العارضة على الدعوى الأصلية الداخلة في اختصاصها كما تختص بالفصل في كل طلب يرتبط بهذه الدعوى ويقتضي حسن سير العدالة أنْ ينظر معها وكذلك تختص بالأمر بالإجراءات المستعجلة والتحفظية التي تنفذ في الدولة ولو كانت غير مختصة بالدعوى الأصلية.

### المادة **22** – حكم المحكمة بعدم اختصاصها من تلقاء نفسها*

إذا لم يحضر المدعى عليه ولم تكن المحكمة مختصة بنظر الدعوى طبقاً للمواد السابقة تحكم المحكمة من تلقاء نفسها بعدم اختصاصها.

### المادة **23** – بطلان الاتفاق على مخالفة هذه المواد (قواعد آمرة)*

يقع باطلاً كل اتفاق يخالف مواد هذا الفصل.

## الفصل الثاني

## الاختصاص النوعي للمحاكم

### المادة **24** – الختصاص النوعي للمحاكم*

1– تختص المحاكم الابتدائية بنظر جميع الطلبات والمنازعات والدعاوى الابتدائية فيما عدا ما استثنى منها بنص خاص.

2– تختص محكمة أبوظبي الابتدائية الاتحادية دون غيرها بنظر كافة المنازعات التي تكون الوزارات والجهات الاتحادية طرفاً فيها.

© جميع الحقوق محفوظة لصادر ناشرون

## المادة 25– استثناء عقود الايجار *

استثناء من أحكام نص المادة السابقة يجوز لكل إمارة أن تنشئ لجاناً تختص دون غيرها بنظر المنازعات المتعلقة بعقود إيجار الأماكن بين المؤجر والمستأجر، ولها أن تنظم إجراءات تنفيذ قرارات تلك اللجان.

## المادة 26– اختصاص محكمة الاستئناف *

تختص المحاكم الاستئنافية بالنظر والفصل في طعون الاستئناف التي ترفع إليها عن الأحكام والقرارات والأوامر الجائز استئنافها الصادرة من المحاكم الابتدائية على الوجه المبين في هذا القانون.

## المادة 27– اختصاص العجلة *

1– يندب في مقر المحكمة الابتدائية قاض من قضاتها ليحكم بصفة مؤقتة ومع عدم المساس بأصل الحق في المسائل المستعجلة التي يخشى عليها من فوات الوقت.

2– تختص محكمة الموضوع بنظر هذه المسائل إذا رفعت إليها بطريق التبعية.

## المادة 28– اختصاص القضاء المستعجل *

يختص القضاء المستعجل بالحكم بفرض الحراسة القضائية على منقول أو عقار أو مجموع من الأموال قام في شأنه نزاع أو كان الحق فيه غير ثابت، إذا تجمع لدى صاحب المصلحة في المال من الأسباب المعقولة ما يخشى معه خطراً عاجلاً من بقاء المال تحت يد حائزه.

## المادة 29– القاضي المنفرد *

1– تنظر الدوائر الابتدائية المشكلة من قاض فرد فيما يأتي:

أ– الدعاوى الابتدائية مهما كانت قيمتها.

ب– تكون الأحكام الصادرة من الدائرة الابتدائية انتهائية إذا كانت قيمة الدعوى لا تجاوز (50.000) خمسين ألف درهم.

2– باستثناء الدعاوى الإدارية والدعاوى المستعجلة وأوامر الأداء، يجوز بقرار من رئيس مجلس القضاء الاتحادي أو رئيس الجهة القضائية المحلية –بحسب الأحوال– تخصيص دائرة أو أكثر للفصل في الدعاوى المعروضة عليها خلال جلسة واحدة يصدر فيها القرار أو يحدد له جلسة لإصداره وذلك في أي من الدعاوى الآتية:

أ– الدعاوى التي لا تجاوز قيمتها (1.000.000) مليون درهم.

ب– دعاوى صحة التوقيع أياً كانت قيمتها.

3– على مكتب إدارة الدعوى تحضير الدعوى وتحديد الجلسة الأولى للدائرة المشار إليها في البند (2) من هذه المادة خلال (15) خمسة عشر يوماً من تاريخ قيد الصحيفة، ويجوز تمديدها لمدة واحدة مماثلة فقط بقرار من القاضي المشرف، وفي حالة ندب الخبير تحدد الجلسة الأولى خلال (3) ثلاثة أيام عمل من تاريخ ورود تقرير الخبرة فيها، وفيما عدا ذلك تسري بشأن تحضير الدعوى أمام تلك الدوائر كافة القواعد والأحكام والإجراءات المنصوص عليها في هذا القانون.

4– للقاضي المشرف فيما يتعلق بالدوائر المشار إليها في البند (2) من هذه المادة الاختصاصات المنصوص عليها في المادتين (45) و(74) من هذا القانون.

## المادة 30– إحالة الدعاوى الى المحاكم الابتدائية او الاستئنافية *

1– يجوز بقرار من رئيس مجلس القضاء الاتحادي أو رئيس الجهة القضائية المحلية– كل بحسب اختصاصه– أن يحيل بعض الدعاوى في دائرة أو أكثر من دوائر المحاكم الابتدائية أو الاستئنافية، بحسب الأحوال، ويعاون القاضي المشرف في مرحلة تحضير الدعوى خبير أو أكثر من الخبراء المحليين أو الدوليين لمراجعة أو إعداد تقارير الخبرة التي تعرض على هذه الدوائر، وللمحكمة المختصة مناقشة الخبراء في التقارير التي قاموا بإعدادها أو مراجعتها ولها أن تأمر باستكمال أوجه النقص في عملهم وتدارك ما تتبينه من أوجه الخطأ فيه.

2– تصدر الأحكام من الدوائر المشار إليها في البند (1) من هذه المادة بذات الإجراءات والضوابط الواردة في هذا القانون.

جميع الحقوق محفوظة لصادر ناشرون©

### المادة 31– القرارات التنظيمية التي يصدرها رئيس مجلس القضاء الاتحادي أو رئيس الجهة القضائية المحلية*

1– يصدر رئيس مجلس القضاء الاتحادي أو رئيس الجهة القضائية المحلية– كل بحسب اختصاصه– القرارات التنظيمية بشأن ما يلي:

أ– ضوابط إحالة الدعاوى أمام الدوائر المشار اليها في المادة (30) من هذا القانون، بما في ذلك نوع أو طبيعة تلك الدعاوى.

ب– ضوابط اختيار الخبراء المتخصصين وتعيينهم وتحديد مكافآتهم أو رواتبهم وتوزيع عملهم على الدوائر المشكلة على النحو الوارد في المادة (30) من هذا القانون.

ج– الضوابط الخاصة بعمل الخبراء والمحظورات التي عليهم تجنبها وتنظيم علاقتهم بالقضاة والخصوم.

2– تسري على الخبراء المشار إليهم في المادة (30) من هذا القانون، الأحكام المقررة في التشريعات الخاصة بتنظيم مهنة الخبراء أمام الجهات القضائية.

### المادة 32– اختصاص الدائرة التي قد ينشئها مجلس القضاء الاتحادي أو رئيس الجهة القضائية المحلية*

1– استثناء من أحكام الفصل الثاني والرابع من الباب الثاني عشر من الكتاب الأول من هذا القانون وأحكام قانون الوساطة والتوفيق، يجوز لمجلس القضاء الاتحادي أو رئيس الجهة القضائية المحلية بحسب الأحوال، أو بناءً على اتفاق الأطراف أن يصدر قراراً بإنشاء دائرة يتم تشكيلها بطريق الندب أو التعيين وفقاً للتشريعات المنظمة لكل جهة.

2– تختص الدائرة بالفصل في دعاوى التركات وكافة المنازعات المتعلقة بقائمة الجرد أو بتصفية التركة أو قسمة أموالها وتوزيعها بين الورثة وأي دعوى مدنية أو عقارية أو تجارية ناشئة أو متفرعة عن التركة تتعلق بملكيتها أو تصفيتها أو أي شأن من شؤونها بين الورثة والأوصياء ومن في حكمهم وكذلك أي طلبات عارضة متعلقة بإخراج أو إدخال وارث أو بالوصايا أو الوقف أو بالتسوية بين الورثة في الهبات تكون ناشئة عن التركة أو مرتبطة بها ارتباطاً لا يقبل التجزئة.

3– للدائرة أن تستعين بمكتب إدارة الدعوى وقاضي التحضير المنصوص عليهما في هذا القانون.

4– الحكم الصادر من الدائرة المنصوص عليها في البند (1) من هذه المادة غير قابل للطعن عليه إلا بطريق التماس إعادة النظر، كما يجوز الرجوع عن ذلك الحكم وفق الحالات والضوابط والإجراءات المنصوص عليها في هذا القانون.

### الفصل الثالث

### الاختصاص المحلي للمحاكم

### المادة 33– الاختصاص المكاني*

1– يكون الاختصاص للمحكمة التي يقع في دائرتها موطن المدعى عليه ما لم ينص القانون على خلاف ذلك، فإن لم يكن للمدعى عليه موطن في الدولة يكون الاختصاص للمحكمة التي يقع بدائرتها محل إقامته أو محل عمله.

2– يجوز رفع الدعوى إلى المحكمة التي وقع في دائرتها الضرر وذلك في دعاوى التعويض بسبب وقوع ضرر على النفس أو المال.

3– يكون الاختصاص في المواد التجارية للمحكمة التي يقع بدائرتها موطن المدعى عليه أو للمحكمة التي تم الاتفاق أو نفذ كله أو بعضه في دائرتها أو للمحكمة التي يجب تنفيذ الاتفاق في دائرتها.

4– إذا تعدد المدعى عليهم كان الاختصاص للمحكمة التي يقع بدائرتها موطن أحدهم.

5– في غير الأحوال المنصوص عليها في المادة (34) والمواد من (36) إلى (41) من هذا القانون، يجوز الاتفاق على اختصاص محكمة معينة بنظر النزاع وفي هذه الحالة يكون الاختصاص لهذه المحكمة.

### المادة 34– الاختصاص المكاني في الدعاوى العقارية*

جميع الحقوق محفوظة لصادر ناشرون©

1- يكون الاختصاص في الدعاوى العينية العقارية ودعاوى الحيازة للمحكمة التي يقع في دائرتها العقار أو أحد أجزائه إذا كان واقعاً في دوائر محاكم متعددة.

2- يكون الاختصاص في الدعاوى الشخصية العقارية للمحكمة التي يقع في دائرتها العقار أو موطن المدعى عليه.

## المادة 35- الاختصاص في الدعاوى المتعلقة بالشركات أو الجمعيات القائمة أو المؤسسات الخاصة*

يكون الاختصاص في الدعاوى المتعلقة بالشركات أو الجمعيات القائمة أو التي في دور التصفية أو المؤسسات الخاصة للمحكمة التي يقع في دائرتها مركز إدارتها، ويجوز رفع الدعوى إلى المحكمة التي يقع في دائرتها فرع الشركة أو الجمعية أو المؤسسة وذلك في المسائل المتصلة بهذا الفرع.

## المادة 36- الاختصاص المكاني في الدعاوى المتعلقة بالتركات*

الدعاوى المتعلقة بالتركات التي ترفع قبل القسمة من دائن التركة أو من بعض الورثة على بعض تكون من اختصاص المحكمة التي يقع في دائرتها محل إقامة الدائمة أو دائرة المحكمة التي يقع فيها أغلب أعيان التركة في الدولة.

## المادة 37- الاختصاص المكاني في دعاوى الإفلاس*

1- يكون الاختصاص في الدعاوى المتعلقة بالإفلاس للمحكمة التي يقع في دائرتها المحل التجاري للمفلس وإذا تعددت محالّه التجارية فتختص بها محكمة المحل الذي اتخذه مركزاً رئيسياً لأعماله التجارية.

2- إذا اعتزل التاجر التجارة فتقام الدعوى أمام المحكمة التابع لها موطن المدعى عليه.

3- تقام الدعوى الناشئة عن التفليس أمام المحكمة التي قضت بإشهار الإفلاس.

## المادة 38- الاختصاص المكاني في دعاوى التوريدات والعمال*

يكون الاختصاص في المنازعات المتعلقة بالتوريدات والمقاولات وأجرة المساكن وأجور العمال والصناع والأجراء لمحكمة موطن المدعى عليه أو للمحكمة التي تم الاتفاق أو نفذ في دائرتها.

## المادة 39- الاختصاص المكاني في الدعاوى المتعلقة بالتأمين*

يكون الاختصاص في المنازعات المتعلقة بطلب قيمة التأمين للمحكمة التي يقع في دائرتها موطن المستفيد أو مكان المال المؤمن عليه.

## المادة 40- الاختصاص المكاني في دعاوى القضاء المستعجل والتنفيذ*

1- في الدعاوى المتضمنة طلب اتخاذ إجراء وقتي أو مستعجل يكون الاختصاص للمحكمة الابتدائية المختصة والتي يقع في دائرتها موطن المدعى عليه أو للمحكمة المطلوب حصول الإجراء في دائرتها.

2- في المنازعات المستعجلة المتعلقة بتنفيذ الأحكام والسندات يكون الاختصاص للمحكمة التي يجري في دائرتها التنفيذ.

## المادة 41- البت بالدعاوى الفرعية*

تختص المحكمة التي تنظر الدعوى الأصلية بالفصل في الطلبات العارضة على أنه يجوز للمدعى عليه في طلب الضمان أن يتمسك بعدم اختصاص المحكمة إذا ثبت أن الدعوى الأصلية لم تقم إلا بقصد جلبه أمام محكمة غير مختصة.

## المادة 42- الاختصاص المكاني عند عدم وجود موطن للمدعى عليه أو للمدعى*

إذا لم يكن للمدعى عليه موطن ولا محل إقامة في الدولة ولم يتيسر تعيين المحكمة المختصة وفق الأحكام المتقدمة يكون الاختصاص للمحكمة التي يقع في دائرتها موطن المدعى أو محل إقامته فإن لم يكن للمدعى موطن ولا محل إقامة في الدولة كان الاختصاص للمحكمة الاتحادية في العاصمة.

## المادة 43- الاختصاص المكاني في حالة الالتزامات التي سبق الاتفاق على موطن مختار لتنفيذها*

© جميع الحقوق محفوظة لصادر ناشرون

في الالتزامات التي سبق الاتفاق على موطن مختار لتنفيذها يكون الاختصاص للمحكمة التي يقع في دائرتها موطن المدعى عليه أو الموطن المختار للتنفيذ.

**الباب الثاني**

**رفع الدعوى وقيدها وتقدير قيمتها**

**الفصل الأول**

**رفع الدعوى وقيدها**

## المادة **44**- رفع الدعوى*

ترفع الدعوى إلى المحكمة بناءً على طلب المدعي، وذلك بإيداع صحيفة دعواه لدى مكتب إدارة الدعوى، أو بقيدها إلكترونياً أو ورقياً وفق المعمول به في المحكمة.

2- تشتمل صحيفة الدعوى على البيانات الآتية:

أ- اسم المدعي ولقبه ورقم هويته أو نسخة ضوئية منها أو ما يقوم مقامها من وثائق صادرة من جهات حكومية تثبت هويته ومهنته أو وظيفته وموطنه ومحل عمله ورقم هاتفه أو رقم الفاكس أو البريد الإلكتروني، فإن لم يكن للمدعي موطن في الدولة عين موطناً مختاراً له واسم من يمثله قانوناً ولقبه ورقم هويته ومهنته أو وظيفته وموطنه ومحل عمله أو رقم الفاكس أو البريد الإلكتروني.

ب- اسم المدعى عليه ولقبه ورقم هويته أو نسخة ضوئية منها أو ما يقوم مقامها من وثائق صادرة من جهات حكومية تثبت هويته ومهنته أو وظيفته وموطنه ومحل عمله ورقم هاتفه أو رقم الفاكس أو البريد الإلكتروني، فإن لم يكن للمدعى عليه أو لمن يمثله موطن في الدولة عين موطناً مختاراً له واسم من يمثله قانوناً ولقبه ورقم هويته أو وظيفته وموطنه ومحل عمله أو رقم الفاكس أو البريد الإلكتروني.

ج- المحكمة المرفوع أمامها الدعوى.

د- تاريخ إيداع صحيفة الدعوى بمكتب إدارة الدعوى.

هـ- موضوع الدعوى والطلبات وأسانيدها.

و- توقيع المدعي أو من يمثله وذلك بعد التثبت من شخصية كل منهما.

## المادة **45**- مكتب إدارة الدعوى*

1- يُنشأ في مقر المحكمة المختصة مكتب يسمى "مكتب إدارة الدعوى".

2- يشكل مكتب إدارة الدعوى من رئيس وعدد كاف من موظفي المحكمة من القانونيين وغيرهم تحت إشراف رئيس المحكمة المختصة أو قاض أو أكثر.

3- يُناط بمكتب إدارة الدعوى تحضير الدعوى وإدارتها، قبل إحالة الدعوى للمحكمة المختصة بما في ذلك قيدها وإعلانها وتبادل المذكرات والمستندات وتقارير الخبرة بين الخصوم.

4- للقاضي المشرف أن يصدر قراراً بعدم قبول الدعوى لعدم سداد رسمها أو لعدم سداد فرق الرسوم أو المصروفات التي يترتب على عدم سدادها تعطيل الفصل في الدعوى، وله إثبات الترك أو التنازل، وتخضع القرارات السابقة لطرق الطعن المعتادة حسب القواعد العامة، وله ندب الخبرة وإحالة الدعوى للتحقيق وسماع الشهود واستجواب الخصوم وإحالتها للوساطة أو للتوفيق حسب الأحوال، كما له توقيع الجزاءات الإجرائية المقررة في هذا القانون وحق الاجتماع مع أطراف الدعوى المعروضة وعرض الصلح عليهم ومحاولة التوفيق بينهم وله في سبيل ذلك أن يأمر بحضورهم شخصياً فإذا تم الصلح يصدر قراراً يثبت فيه هذا الصلح ومضمون اتفاق الأطراف ويكون له قوة السند التنفيذي.

5- إذا انقطع سير الخصومة بوفاة أحد الخصوم أو بفقده أهلية التقاضي أو بزوال صفة من كان يباشر الخصومة عنه من النائبين قبل إحالة الدعوى أو قدم طلباً بإدخال خصم لم ترفع الدعوى في مواجهته أحالها مكتب إدارة الدعوى إلى القاضي المشرف ليفصل منه بقرار في تصحيح شكل الدعوى في هذه الحالات.

6- إذا تضمنت الدعوى أمام مكتب إدارة الدعوى دفعاً من أحد الخصوم يترتب عليه عدم السير في الدعوى أو كانت استئنافاً لحكم قضي بعدم القبول أو عدم الاختصاص أو استئنافاً أقيم بعد الميعاد المقرر قانوناً، عرضها مكتب إدارة الدعوى على القاضي المشرف ليحيلها بعد إتمام الإعلان بقرار منه إلى

جميع الحقوق محفوظة لصادر ناشرون©

المحكمة المختصة منعقدة في غرفة مشورة لتفصل فيما عرض عليها ولها أن تُحدد جلسة لنظر الموضوع إذا اقتضى الأمر ذلك وفي جميع الأحوال لا يجوز لمحكمة الموضوع إعادة الدعوى للقاضي المشرف أو مكتب إدارة الدعوى بعد اتصال الدعوى وولايتها بها.

7– إذا تضمنت الدعوى أمام مكتب إدارة الدعوى طلباً مستعجلاً عرضها مكتب إدارة الدعوى على وجه السرعة على القاضي المشرف ليفصل في الطلب المستعجل في أجل لا يتجاوز (3) ثلاثة أيام عمل ويتظلم من القرار وفق أحكام هذا القانون.

8– يسقط الحق في إبداء الدفوع غير المتعلقة بالنظام العام المبينة في المادة (86) من هذا القانون إذا لم تبد من الخصم الحاضر أمام مكتب إدارة الدعوى.

9– إذا قدم إلى مكتب إدارة الدعوى مطالبة تتوافر فيها شروط استصدار أمر الأداء المنصوص عليها في المادتين (143) و(144) من هذا القانون يعرضها على القاضي المشرف ليحيلها إلى قاضي أمر الأداء المختص للفصل فيها في المدة المحددة في البند (4) من المادة (144) من هذا القانون.

## المادة 46– مهل الحضور *

1– ميعاد الحضور أمام مكتب إدارة الدعوى أو المحكمة المختصة (10) عشرة أيام عمل، ويجوز في حالة الضرورة إنقاص هذا الميعاد إلى (3) ثلاثة أيام عمل.

2– ميعاد الحضور في الدعاوى المستعجلة (24) أربع وعشرون ساعة ويجوز في حالة الضرورة إنقاص هذا الميعاد بحيث لا يقل عن ساعة بشرط أن يحصل الإعلان للخصم نفسه إلا إذا كانت الدعوى من الدعاوى البحرية.

3– يكون إنقاص المواعيد المشار إليها في البندين (1) و(2) من هذه المادة بإذن من القاضي المختص أو القاضي المشرف– بحسب الأحوال– وتُعلن صورته للخصم مع صحيفة الدعوى.

4– لا يترتب البطلان على عدم مراعاة مواعيد الحضور، وذلك بغير إخلال بحق المعلن اليه في طلب التأجيل لاستكمال الميعاد.

## المادة 47– قيد الدعاوى *

1– يقوم مكتب إدارة الدعوى بعد استيفاء الرسوم بقيد الدعوى في السجل الخاص بذلك –إلكترونياً أو ورقياً– على أن يثبت فيه تاريخ القيد ويسجل فيه علم المدعي بالجلسة وتعتبر الدعوى في تلك الحالة مقيدة ومنتجة لآثارها من تاريخ تقديم الصحيفة شريطة سداد الرسم خلال أجل لا يتجاوز (3) ثلاثة أيام عمل من تاريخ اليوم التالي للإشعار بالسداد وإلا اعتبر القيد كأن لم يكن.

2– لرئيس مجلس القضاء الاتحادي أو رئيس الجهة القضائية المحلية– بحسب الأحوال– إصدار الدليل الإرشادي لنظام قيد الدعاوى والطلبات والتظلمات والطعون بما ينسجم مع القواعد المالية والإدارية والتقنية المعمول بها في كل جهة ويسهل من إجراءات وعمليات القيد.

## المادة 48– إجراءات القيد *

1– في غير أحوال استخدام تقنية الاتصال عن بعد أو القيد الإلكتروني، على المدعي عند قيد صحيفة دعواه أن يودع صوراً منها بقدر عدد المدعى عليهم وصورة لمكتب إدارة الدعوى تحفظ إلكترونياً أو بملف خاص، وعليه أن يودع مع الصحيفة صوراً لجميع المستندات المؤيدة لدعواه، وكذلك أية تقارير خبرة معدة من خبراء مقيدين إن وجدت.

2– على المدعى عليه أن يودع إلكترونياً أو ورقياً مذكرة بدفاعه وصوراً لمستنداته موقعاً عليها منه خلال (10) عشرة أيام عمل من تاريخ إعلانه بالدعوى.

3– عند المنازعة في صحة صور المستندات، تحدد المحكمة أو مكتب إدارة الدعوى أو القاضي المشرف بحسب الأحوال أقرب جلسة لتقديم أصولها، ولا يعتد بإنكار المستندات المقدمة من الخصم لمجرد أنها صور، ما لم يتمسك من أنكرها بعدم صحتها أو عدم صدورها عمن نسبت له، وإذا ثبتت صحة المستندات المجحودة أو صحة صدورها عمن نسبت له، وكان إنكار صحتها غير مبرر، وترتب عليه تأخير إجراءات الدعوى أو تكبد الخصم الذي قدم المستندات مصاريف إضافية دون مبرر، جاز لكل من القاضي المشرف أو القاضي المختص بحسب الأحوال أن يقرر إلزام من جحد ذلك المستندات أو ادعى عدم صحتها، بغرامة لا تقل عن (1.000) ألف درهم ولا تزيد على (10.000) عشرة آلاف درهم، ولا يحول ذلك دون مخاطبة الجهة المكلفة بتنظيم مهنة المحاماة بهذا الخصوص، إذا وجدت المحكمة مبرراً لذلك.

جميع الحقوق محفوظة لصادر ناشرون©

4- مع مراعاة نص المادة (5) من هذا القانون، يجب أن تكون المستندات المترجمة معتمدة طبقاً للقانون إذا كانت محررة بلغة أجنبية.

## المادة 49- اعلان صحيفة الدعوى*

1- في غير أحوال استخدام وسائل التقنية والاتصال عن بعد، يقوم مكتب إدارة الدعوى في اليوم التالي على الأكثر لقيد صحيفة الدعوى بتسليم صورة منها وما يرافقها من صور وأوراق ومستندات إلى الجهة المنوط بها أمر إعلانها، وذلك لإجراء الإعلان على النموذج المعد لهذا الغرض وحفظه، أما إذا كان الملف إلكترونياً فتمكن الجهة القضائية الخصوم من الاطلاع عليها في النظام أو إرسالها له إلكترونياً أو بإحدى الوسائل التقنية الأخرى.

2- يجب إعلان صحيفة الدعوى إلكترونياً أو ورقياً خلال عشرة (10) أيام عمل من تاريخ تسليمها إلى القائم بالإعلان، وإذا حدد لنظر الدعوى جلسة تقع خلال هذا الميعاد فعندئذ يجب أن يتم الإعلان قبل الجلسة.

3- لا يترتب البطلان على عدم مراعاة الميعاد المقرر في البندين (1) و(2) من هذه المادة.

### الفصل الثاني

### تقدير قيمة الدعوى

## المادة 50- تقدير قيمة الدعوى*

1- تُقدر قيمة الدعوى يوم رفعها، وفي جميع الأحوال يكون التقدير على أساس آخر طلبات قدمها الخصوم، ويدخل في تقدير قيمة الدعوى ما يكون مستحقاً يوم رفعها من الفائدة والتضمينات والريع والمصروفات وغير ذلك من الملحقات المقدرة القيمة، ومع ذلك يعتد في جميع الأحوال بقيمة البناء أو الغراس إذا طلب إزالته.

2- في جميع الأحوال لا يدخل في تقدير قيمة الدعوى طلب ندب الخبرة وسائر طلبات الإثبات إذا قدمت مع طلبات موضوعية أخرى.

## المادة 51- الدعاوى الغير معينة القيمة*

1- إذا لم تذكر القيمة بالنقد وكان بالإمكان تقديرها بالنقد فتقدر من قبل المحكمة.

2- إذا كان المدعي به مبلغاً من المال بغير عملة دولة الإمارات العربية المتحدة فتقدر قيمة الدعوى بما يعادل ذلك المبلغ من عملة الدولة.

3- الدعاوى المتعلقة بملكية العقارات تقدر قيمتها فإذا كان العقار غير مقدر القيمة أو أرض فضاء غير مقدرة القيمة اعتبرت قيمتها تزيد على نصاب الطعن بالنقض.

4- إذا كانت الدعوى بطلب صحة عقد أو إبطاله أو فسخه، تقدر قيمتها بقيمة المتعاقد عليه وبالنسبة لعقود البدل، تقدر الدعوى بقيمة أكبر البدلين.

5- إذا كانت الدعوى بطلب صحة عقد مستمر أو إبطاله أو فسخه، كان التقدير باعتبار مجموع المقابل النقدي عن مدة العقد كلها، فإذا كان العقد المذكور قد نفذ في جزء منه قدرت دعوى فسخه باعتبار المدة الباقية.

6- تقدر الدعاوى المتعلقة بحل الشركة وتعيين مصف لها على أساس قيمة رأس مال الشركة الثابت في عقد تأسيسها.

7- تقدر دعوى إخلاء المأجور بقيمة بدل الإيجار السنوي.

8- إذا كانت الدعوى بين دائن ومدين بشأن حجز أو حق عيني تبعي تقدر قيمتها بقيمة الدين أو بقيمة المال محل الحجز أو الحق العيني أيهما أقل، أما الدعوى المقامة من الغير باستحقاق هذا المال، فتقدر باعتبار قيمته.

9- إذا تضمنت الدعوى طلبات ناشئة عن سبب قانوني واحد، كان التقدير باعتبار قيمتها جملة، فإذا كانت ناشئة عن أسباب قانونية مختلفة كان التقدير باعتبار قيمة كل منها على حدة.

جميع الحقوق محفوظة لصادر ناشرون©

10 – مع مراعاة البند (1) من هذه المادة وفيما عدا الأوراق التجارية والأوراق التي طلبت المحكمة من أي من الخصوم تقديمها أو استخراجها، يقدر طلب استخراج أو استرجاع أو رد محررات أو مستندات أو شهادات بقيمة (5.000) خمسة آلاف درهم.

11 – إذا كانت الدعوى بطلب تعويض لم تُحدد قيمته، اعتبرت قيمة الطلب لا تجاوز نصاب الطعن بالنقض.

12 – إذا كانت الدعوى بطلب غير قابل للتقدير بحسب القواعد المتقدمة، اعتبرت قيمتها تساوي الحد الأدنى لنصاب الطعن بالنقض.

## الباب الثالث

## حضور الخصوم وغيابهم والتوكيل بالخصومة

## الفصل الأول

## حضور الخصوم وغيابهم

### المادة **52** – الحضور أمام المحكمة*

1 – مع عدم الإخلال بقانون المحاماة، في اليوم المعين لنظر الدعوى أمام مكتب إدارة الدعوى أو المحكمة بحسب الأحوال يحضر الخصوم بأنفسهم أو بوكيل عنهم سواء محام أو أحد الأقارب أو الأصهار إلى الدرجة الرابعة أو بوكيل من العاملين لديهم في حال كان الخصم شخصاً اعتبارياً خاصاً، على أن يكون التوكيل –في الحالة الأخيرة– صادراً من ممثله القانوني، مبيناً به صفته الوظيفية، ومصادقاً عليه من الكاتب العدل في كل خصومة.

2 – ويُشترط لصدور التوكيل الخاص في الدعوى المشار إليها في الحالة الأخيرة من البند (1) من هذه المادة، أن يتوافر في الوكيل الشروط الآتية:

أ – أن يكون مواطناً متمتعاً بالأهلية القانونية الكاملة، وحاصلاً على مؤهل جامعي في القانون.

ب – أي شروط أخرى يُحددها قانون تنظيم مهنة المحاماة.

3 – يقبل حضور المندوب المرخص في مكتب المحامي أمام مكتب إدارة الدعوى فقط وذلك في الدعاوى الموكل فيها المحامي.

### المادة **53** – غياب المدعي او المدعى عليه*

1 – إذا لم يحضر المدعي ولا المدعى عليه في الدعوى إذا كانت صالحة للحكم فيها وإلا قررت شطبها، فإذا انقضى (30) ثلاثون يوماً ولم يقدم أحد الخصوم طلباً للسير فيها خلال تلك الفترة أو لم يحضر الطرفان بعد السير فيها اعتبرت كأن لم تكن وعلى مكتب إدارة الدعوى عرضها بعد مضي المدة المشار إليها في هذه الفقرة على القاضي المختص ليصدر قراراً بذلك.

2 – للمحكمة أن تقرر شطب الدعوى إذا غاب المدعي في أي جلسة وحضر المدعى عليه ما لم يطلب الأخير الحكم في الدعوى.

3 – إذا كانت الدعوى أمام مكتب إدارة الدعوى يكون قرار الشطب واعتبار الدعوى كأن لم تكن بقرار يصدره القاضي المشرف مباشرة بعد مرور المدة المشار إليها في البند (1) من هذه المادة.

### المادة **54** – الخصومة الحضورية*

1 – تكون الخصومة حضورية في حق المدعى عليه إذا حضر بشخصه أو بوكيل عنه أو قدم عنه وكالة أمام مكتب إدارة الدعوى أو في أية جلسة من جلسات المحاكمة أو أمام الخبير أو الحكمين أو أودع مذكرة بدفاعه، ولو تخلف عن الحضور بعد ذلك.

2 – مع مراعاة أحكام المادة (76) من هذا القانون، لا يجوز للمدعي أن يبدي في الجلسة التي تخلف عنها خصمه طلبات جديدة أو أن يعدل في الطلبات الأولى ما لم يكن التعديل لمصلحة المدعى عليه وغير مؤثر في أي حق من حقوقه.

3 – لا يجوز للمدعى عليه أن يطلب في غيبة المدعي الحكم عليه بطلب ما.

جميع الحقوق محفوظة لصادر ناشرون©

## المادة **55**- الحكم بمثابة الحضوري *

مع مراعاة حكم البند (1) من المادة (56) من هذا القانون، إذا تخلف المدعى عليه المعلن عن الحضور حكمت المحكمة في الدعوى ويكون الحكم بمثابة الحضوري لمن لم يحضر.

## المادة **56**- الإعلان الغير صحيح *

1- إذا تبين للمحكمة أو مكتب إدارة الدعوى عند غياب المدعى عليه بطلان إعلانه بالصحيفة وجب عليها تأجيل الدعوى إلى جلسة تالية لإعلانه بها إعلاناً صحيحاً.

2- إذا تبين للمحكمة عند غياب المدعي عدم علمه بالجلسة قانوناً وجب عليها تأجيل الدعوى إلى جلسة تالية يعلن بها إعلاناً صحيحاً.

## المادة **57**- الجلسات التي لا تحتاج لاعلان *

1- على الخصم المعلن بالدعوى متابعة تأجيلاتها ومواعيد جلساتها وإجراءاتها وتكون أحكام وقرارات المحكمة والقاضي المشرف ومكتب إدارة الدعوى بحسب الأحوال، التي تصدر بعد انعقاد الخصومة منتجة لآثارها دون حاجة إلى إعلان، فيما عدا توجيه اليمين الحاسمة أو الطعن بالتزوير.

2- إذا صادف اليوم المحدد لموعد الجلسة أو لصدور الحكم عطلة لأي سبب كان تعتبر الجلسة مؤجلة إلى اليوم ذاته من الأسبوع الذي يليه دون حاجة إلى إعلان.

## الفصل الثاني

## التوكيل بالخصومة

## المادة **58**- التوكيل *

1- تقبل المحكمة من الخصوم من يوكلونه وفقاً لأحكام القانون.

2- يجب على الوكيل أن يثبت وكالته عن موكله بسند رسمي.

3- يجوز أن يتم التوكيل بتقرير يُدون في محضر الجلسة.

## المادة **59**- موطن الوكيل وعزله *

1- صدور التوكيل من أحد الخصوم يجعل موطن وكيله معتبراً في إعلان الأوراق اللازمة لسير الدعوى في درجة التقاضي الموكل فيها وعلى الخصم الذي لا يكون له وكيل بالبلد الذي به مقر المحكمة أن يتخذ له موطناً فيها.

2- لا يحول اعتزال الوكيل أو عزله دون سير الإجراءات في مواجهته إلا إذا أعلن الخصم بتعيين بدله أو بعزم الموكل على مباشرة الدعوى بنفسه.

3- لا يجوز للوكيل أن يعتزل الوكالة في وقت غير لائق وبدون إذن من المحكمة.

## المادة **60**- سلطة الوكيل *

التوكيل بالخصومة يخول الوكيل سلطة القيام بالأعمال والإجراءات اللازمة لرفع الدعوى ومتابعتها والدفاع فيها واتخاذ الإجراءات التحفظية إلى أن يصدر الحكم في موضوعها في درجة التقاضي التي وكل فيها وإعلان هذا الحكم وذلك بغير إخلال بما أوجب فيه هذا القانون تفويضاً خاصاً.

## المادة **61**- صلاحية الوكيل *

1- كل ما يقرره الوكيل في الجلسة بحضور موكله يكون بمثابة ما يقرره الموكل نفسه إلا إذا نفاه أثناء نظر الدعوى في ذات الجلسة.

2- لا يجوز بغير تفويض خاص الإقرار بالحق المدعى به أو التنازل عنه أو الصلح أو التحكيم فيه أو قبول اليمين أو توجيهها أو ردها أو ترك الخصومة أو التنازل عن الحكم كلياً أو جزئياً أو عن طريق من طرق الطعن فيه أو رفع الحجز أو ترك التأمينات مع بقاء الدين أو الادعاء بالتزوير أو رد القاضي أو الخبير أو العرض الحقيقي أو قبوله أو أي تصرف آخر يوجب القانون فيه تفويضاً خاصاً.

## المادة **62**- من لا تصح وكالتهم *

لا يجوز لأحد القضاة ولا للنائب العام ولا لأحد أعضاء النيابة ولا لأحد العاملين بالمحاكم أن يكون وكيلاً عن الخصوم في الحضور أو المرافعة سواء كان بالمشافهة أو بالكتابة ولو كانت الدعوى مقامة أمام محكمة غير المحكمة التابع هو لها وإلا كان العمل باطلاً ولكن يجوز لهم ذلك عمن يمثلونهم قانوناً وعن أزواجهم وأصولهم وفروعهم إلى الدرجة الثانية.

## الباب الرابع

## تدخل النيابة العامة

### المادة 63- اختصاص النيابة العامة*

للنيابة العامة رفع الدعوى في الحالات التي ينص عليها القانون ويكون لها في هذه الحالات ما للخصوم من حقوق.

### المادة 64- الحالات التي يجب فيها تدخل النيابة العامة*

فيما عدا الدعاوى المستعجلة يجب على النيابة العامة أن تتدخل في الحالات التالية وإلا كان الحكم باطلاً:

1- الدعاوى التي يجوز لها أن ترفعها بنفسها.

2- الطعون والطلبات أمام المحكمة الاتحادية العليا باستثناء طعون النقض في المواد المدنية والتجارية والإدارية.

3- الدعاوى الخاصة بعديمي الأهلية وناقصيها والغائبين والمفقودين.

4- الدعاوى المتعلقة بالأوقاف الخيرية والهبات والوصايا المرصودة للبر.

5- دعاوى رد القضاة وأعضاء النيابة.

6- كل حالة أخرى ينص القانون على وجوب تدخلها فيها.

### المادة 65- الحالات التي يجوز فيها تدخل النيابة العامة*

فيما عدا الدعاوى المستعجلة يجوز للنيابة العامة أن تتدخل في الحالات الآتية:

1- عدم الاختصاص لانتفاء ولاية جهة القضاء.

2- الصلح الواقي من الإفلاس.

3- الدعاوى التي ترى التدخل فيها لتعلقها بالنظام العام أو الآداب.

4- كل حالة أخرى ينص القانون على جواز تدخلها فيها.

### المادة 66- طلب المحكمة تدخل النيابة العامة*

يجوز للمحكمة في أية حالة تكون عليها الدعوى أن تأمر بإرسال ملف الدعوى إلكترونياً أو ورقياً إلى النيابة العامة إذا عرضت فيها مسألة تتعلق بالنظام العام أو الآداب، ويكون تدخل النيابة العامة في هذه الحالة وجوبياً.

### المادة 67- تمثيل النيابة العامة بالدعوى*

1- تعتبر النيابة العامة ممثلة في الدعوى متى أخطرت أو قدمت مذكرة برأيها فيها ولا يتعين حضورها إلا إذا نص القانون على ذلك.

2- في جميع الأحوال لا يتعين حضور النيابة العامة عند إصدار الحكم.

### المادة 68- اخطار النيابة العامة*

في جميع الأحوال التي ينص فيها القانون على تدخل النيابة العامة يجب على مكتب إدارة الدعوى بالمحكمة إخطار النيابة العامة في موعد أقصاه (3) ثلاثة أيام عمل من تاريخ قيد الدعوى فإذا عرضت أثناء نظر الدعوى مسألة مما تتدخل فيها النيابة فيكون إخطارها بناءً على أمر من المحكمة.

### المادة 69- تقديم النيابة العامة لمذكرتها*

© جميع الحقوق محفوظة لصادر ناشرون

تمنح النيابة العامة بناءً على طلبها ميعاد (7) سبعة أيام عمل على الأقل لتقديم مذكرة برأيها ويبدأ هذا الموعد من اليوم الذي يرسل لها فيه ملف الدعوى.

## المادة 70 – حدود مهلة تدخل النيابة العامة*

يكون تدخل النيابة العامة في أية حالة كانت عليها الدعوى قبل إقفال باب المرافعة فيها.

## المادة 71 – الدعاوى التي تكون النيابة العامة طرفًا فيها*

في جميع الدعاوى التي تكون فيها النيابة العامة طرفاً منضماً لا يجوز للخصوم بعد تقديم رأيها وطلباتها أن يطلبوا الترافع شفاهة ولا أن يقدموا مذكرات جديدة، وإنما يجوز لهم أن يقدموا للمحكمة بياناً كتابياً لتصحيح الوقائع التي ذكرتها النيابة، ومع ذلك يجوز للمحكمة في الأحوال الاستثنائية التي ترى فيها قبول مستندات جديدة أو مذكرات تكميلية أن تأذن في تقديمها وفي إعادة المرافعة وتكون النيابة آخر من يتكلم.

## المادة 72 – طعن النيابة العامة في الحكم*

للنيابة العامة الطعن في الحكم في الأحوال التي يوجب القانون أو يجيز تدخلها فيها إذا خالف الحكم قاعدة من قواعد النظام العام أو إذا نص القانون على ذلك.

الباب الخامس

إجراءات الجلسة ونظامها

الفصل الأول

إجراءات الجلسة

## المادة 73 – الجلسة الأولى*

تجري المرافعة في أول جلسة، وإذا قدم المدعي أو المدعى عليه في هذه الجلسة مستنداً كان بإمكانه تقديمه في الميعاد المقرر في البند (2) من المادة (48) من هذا القانون، قبلته المحكمة إذا لم يترتب على ذلك تأجيل نظر الدعوى، فإذا ترتب على قبول المستند تأجيل الدعوى يجوز للمحكمة من تلقاء نفسها أو بناءً على طلب الخصوم أن تصدر قراراً بتغريم المتسبب في التأجيل بمبلغ لا يقل عن (2.000) ألفي درهم ولا يجاوز (5.000) خمسة آلاف درهم، ومع ذلك يجوز لكل من المدعي والمدعى عليه أن يقدم مستندات رداً على دفاع خصمه أو طلباته العارضة.

## المادة 74 – صلاحية المحكمة في خصوص الإيداع المتأخر للمستندات*

1- تقرر المحكمة أو القاضي المشرف على من يتخلف من العاملين بالمحكمة أو من الخصوم عن إيداع المستندات أو عن القيام بأي إجراء من إجراءات الدعوى في الميعاد الذي حددته المحكمة أو مكتب إدارة الدعوى، بغرامة لا تقل عن (1.000) ألف درهم ولا تجاوز (10.000) عشرة آلاف درهم، ويكون ذلك بقرار يثبت في محضر الجلسة له ما للأحكام من قوة تنفيذية، ولا يقبل الطعن فيه بأي طريق.

2- للمحكمة أو القاضي المشرف بحسب الأحوال أن يقيل المحكوم عليه من الغرامة كلها أو بعضها إذا أبدى عذراً مقبولاً.

3- للقاضي المشرف حال امتناع أي خصم عن تغريمه بعد إيداع المستند أو القيام بالإجراء المطلوب في الدعوى أن يحيلها للمحكمة المختصة للحكم فيها بحالتها أو أن تقرر باعتبارها كأن لم تكن بحسب الأحوال.

4- للمحكمة حال امتناع أي من الخصوم بعد تغريمه عن إيداع المستند أو القيام بالإجراء المطلوب أن تحكم في الدعوى بحالتها.

## المادة 75 – تنفيذ قرار الغرامة*

يجوز تنفيذ قرار الغرامة الصادر وفقاً لأحكام المادتين (73) و(74) من هذا القانون، بواسطة المحكمة أو القاضي المشرف حسب الأحوال، ويتم التنفيذ وفقاً لإجراءات التنفيذ الجبري المنصوص عليها في هذا القانون.

جميع الحقوق محفوظة لصادر ناشرون©

## المادة 76 – تقديم المستندات أثناء السير بالدعوى*

1– للمحكمة أن تسمح للخصوم أثناء سير الدعوى بتقديم مستندات أو دفوع أو وسائل إثبات جديدة أو تعديل طلباتهم أو تقديم طلبات عارضة تعذر عليهم تقديمها إلى مكتب إدارة الدعوى، ولها أن تحكم بعدم قبول تقديمها إذا تحقق لها أنه كان بالإمكان تقديمها إلى مكتب إدارة الدعوى، وتبلغ مذكرات الخصوم بإيداعها مكتب إدارة الدعوى أو بطريق تبادلها مع التأشير على النسخة الأصلية من الخصم بما يفيد ذلك أو بالطرق الإلكترونية.

2– على المحكمة أن تستوضح من الخصوم ما تراه من نقص في الدعوى أو مستنداتها.

3– يجوز للمحكمة عند حجز الدعوى للحكم أن تسمح للخصوم بتبادل مذكرات ختامية في المواعيد التي تحددها وفقاً للضوابط المنصوص عليها في المادة (128) من هذا القانون.

## المادة 77 – الصلح*

للمحكمة أن تعرض الصلح على الخصوم، ولها في سبيل ذلك أن تأمر بحضورهم شخصياً، ويتم إثبات الصلح وإنفاذه وفقاً للإجراءات والقواعد والآثار المنصوص عليها في المادة (81) من هذا القانون.

## المادة 78 – تأجيل الدعوى*

1– لا يجوز للمحكمة تأجيل الدعوى أكثر من مرة واحدة لسبب يرجع إلى أحد الخصوم إلا لسبب طارئ بعد الإحالة كوفاة أحد الخصوم أو فقد أهليته أو التدخل في الدعوى من الغير أو الطعن بالتزوير أو تقديم ما يفيد وجود دعوى جزائية مرتبطة بنفس الموضوع أو طلب أحد الخصوم تقديم ما يفيد التصالح، على ألا تجاوز فترة التأجيل أسبوعين.

2– لا يجوز للمحكمة تأجيل الدعوى أكثر من (10) عشر جلسات مهما تعددت الأسباب.

3– في جميع الأحوال على المحكمة إصدار الحكم المنهي للخصومة خلال فترة لا تجاوز (80) ثمانين يوماً من تاريخ أول جلسة لنظر الدعوى أمامها.

### الفصل الثاني

### نظام الجلسة

## المادة 79 – علنية الدعاوى*

باستثناء دعاوى الأحوال الشخصية والتركات، تكون المرافعة علنية إلا إذا نصت القوانين السارية في الدولة على خلاف ذلك أو رأت المحكمة من تلقاء نفسها أو بناءً على طلب أحد الخصوم إجراءها سراً محافظة على النظام العام أو مراعاة للآداب أو لحرمة الأسرة.

## المادة 80 – إجراءات الدعوى*

1– ينادى على الخصوم في الموعد المعين لنظر الدعوى.

2– للمدعي حق البدء في الدعوى إلا إذا سلم المدعى عليه بالأمور المبينة في صحيفة الدعوى وادعى أن هناك أسباباً قانونية أو وقائع إضافية تدفع دعوى المدعي فيكون عندئذ حقُّ البدء في الدعوى للمدعى عليه.

3– للخصم الذي يملك حق البدء في الدعوى أن يسرد دعواه وأن يقدم بيناته لإثباتها، وللخصم الآخر بعدئذ أن يسرد دفاعه وأن يقدم بياناته لإثباتها.

4– للخصم الذي بدأ في الدعوى أن يورد بينته لدحض بينة الخصم.

5– تستمع المحكمة للمرافعة الشفهية للخصوم بناءً على طلبهم وتقدر المحكمة مدتها ويكون المدعى عليه آخر من يتكلم.

6– للمحكمة أن تستجوب الخصوم وأن تستمع لشهادة من ترى لزوماً لسماع شهادته.

## المادة 81 – محضر الجلسة*

للخصوم أن يطلبوا من المحكمة في أية حالة تكون عليها الدعوى إثبات ما اتفقوا عليه في محضر الجلسة، بما لا يتعارض مع التشريعات النافذة أو النظام العام والآداب العامة في الدولة، ويكون للمحضر

© جميع الحقوق محفوظة لصادر ناشرون

والاتفاق الملحق به في الحالتين قوة السند التنفيذي وتعطى صورته وفقاً للقواعد المقررة لتسليم صور الأحكام.

## المادة 82- ضبط الجلسة*

1- ضبط الجلسة وإدارتها منوط برئيسها ويكون له في سبيل ذلك أن يخرج من قاعة الجلسة من يخل بنظامها فإذا لم يمتثل كان للمحكمة أن تأمر على الفور بحجزه (24) أربع وعشرين ساعة أو تغريمه بمبلغ لا يقل عن (1.000) ألف درهم ولا يزيد على (3.000) ثلاثة آلاف درهم ويكون أمرها بذلك نهائياً.

2- للمحكمة قبل انتهاء الجلسة أن تعدل عن الأمر الذي تصدره بناءً على البند (1) من هذه المادة.

## المادة 83- العبارات غير اللائقة*

للمحكمة من تلقاء نفسها أن تأمر بمحو العبارات غير اللائقة أو الجارحة أو المخالفة للنظام العام أو الآداب من أية ورقة من أوراق المرافعات أو المذكرات.

## المادة 84- الجرائم الواقعة اثناء انعقاد الجلسة*

يأمر رئيس الجلسة بكتابة محضر عن كل جريمة تقع أثناء انعقادها وبما يرى اتخاذه من إجراءات التحقيق ثم يأمر بإحالة الأوراق إلى النيابة العامة لإجراء ما يلزم فيها وله إذا اقتضى الحال أن يأمر بالقبض على من وقعت منه الجريمة، وذلك مع عدم الإخلال بأحكام قانون تنظيم مهنة المحاماة.

## المادة 85- صلاحية المحكمة عند وقوع جريمة اثناء انعقاد الجلسة*

إذا وقعت أثناء انعقاد جلسات المحاكمة جريمة تعد على هيئتها أو على أحد أعضائها أو على أحد العاملين بالمحكمة بالحضور أو شهادة زور، أو أي جريمة يُعاقب عليها القانون، تأمر المحكمة بتوقيف المتهم وتحيله للنيابة العامة لإجراء ما يلزم فيها.

الباب السادس

الدفوع والإدخال والتدخل والطلبات العارضة

الفصل الأول

الدفوع

## المادة 86- الدفوع المتعلقة بالإجراءات*

1- الدفع بعدم الاختصاص المحلي والدفع بإحالة الدعوى إلى محكمة أخرى لقيام ذات النزاع أمامها أو للارتباط، والدفع بالبطلان غير المتصل بالنظام العام، وسائر الدفوع المتعلقة بالإجراءات غير المتصلة بالنظام العام، يجب إبداؤها معاً قبل إبداء أي دفع إجرائي آخر أو طلب أو دفاع في الدعوى أو بعدم القبول وإلا سقط الحق فيما لم يبد منها كما يسقط حق الطاعن في هذه الدفوع إذا لم يبدها في صحيفة الطعن.

2- يجب إبداء جميع الوجوه التي يبنى عليها الدفع المتعلق بالإجراءات غير المتصل بالنظام العام معاً وإلا سقط الحق فيما لم يبد منها.

## المادة 87- الدفع بعدم الاختصاص*

الدفع بعدم اختصاص المحكمة لانتفاء ولايتها أو بسبب نوع الدعوى يجوز إبداؤه في أية حالة كانت عليها الدعوى، وتحكم به المحكمة من تلقاء نفسها.

## المادة 88- الاتفاق على التقاضي امام محكمة غير المحكمة المرفوعة إليها الدعوى*

مع مراعاة البند (5) من المادة (33) من هذا القانون، إذا اتفق الخصوم على التقاضي أمام محكمة غير المحكمة المرفوعة إليها الدعوى جاز للمحكمة أن تأمر بإحالة الدعوى إلى المحكمة التي اتفقوا عليها بعد التحقق من صحة الاتفاق.

## المادة 89- رفع ذات النزاع إلى محكمتين*

إذا رفع ذات النزاع إلى محكمتين وجب إبداء الدفع بالإحالة أمام المحكمة التي رفع إليها النزاع أخيراً للحكم فيه.

## المادة **90**- الدفع بالاحالة*

يجوز إبداء الدفع بالإحالة للارتباط أمام أي من المحكمتين وتلتزم المحكمة المحالة إليها الدعوى بنظرها.

## المادة **91**- صلاحية المحكمة عند الإحالة*

1- كلما حكمت المحكمة في الأحوال المتقدمة بالإحالة جاز لها أن تُحدد للخصوم الجلسة التي يحضرون فيها أمام المحكمة التي أحيلت إليها الدعوى، وعلى مكتب إدارة الدعوى إعلان الغائبين من الخصوم بذلك.

2- إذا لم تُحدد المحكمة جلسة للخصوم كان على المحكمة المحال إليها الدعوى تحديدها وإعلان الخصوم بها.

3- تلتزم المحكمة المحالة إليها الدعوى بنظرها ما لم تكن غير مختصة بنظرها ولائياً أو نوعياً.

4- إذا حكمت المحكمة بعدم الاختصاص الولائي ألزمت المدعي (10%) من الرسم وإعادة الباقي إليه.

## المادة **92**- بطلان الإعلان*

بطلان إعلان صحف الدعاوى وأوراق التكليف بالحضور الناشئ عن عيب الإعلان أو في بيان المحكمة أو في تاريخ الجلسة يزول بحضور المعلن إليه أو وكيله في الجلسة المحددة في هذا الإعلان أو بإيداع مذكرة بدفاعه وذلك بغير إخلال بحقه في التأجيل لاستكمال ميعاد الحضور.

## المادة **93**- دفوع عدم القبول*

1- الدفع بعدم قبول الدعوى يجوز إبداؤه في أية حالة تكون عليها الدعوى.

2- إذا رأت المحكمة أن الدفع بعدم قبول الدعوى لانتفاء صفة المدعى عليه قائم على أساس سليم أجلت الدعوى لإعلان ذي الصفة بناءً على طلب المدعي.

3- إذا كانت الدعوى مرفوعة على جهة حكومية أو شخص اعتباري عام انسحب أثر التصحيح إلى يوم رفع الدعوى ولو تم التصحيح بعد الميعاد المقرر لرفعها.

## المادة **94**- الدفع بسبق الفصل بالدعوى*

الدفع بعدم جواز نظر الدعوى لسابقة الفصل فيها يجوز إبداؤه في أية حالة تكون عليها الدعوى وتحكم به المحكمة من تلقاء نفسها.

## المادة **95**- حكم المحكمة بالدفوع*

تحكم المحكمة في الدفوع على استقلال ما لم تأمر بضمها إلى الموضوع، وعندئذ تبين المحكمة ما حكمت به في كلٍ من الدفع والموضوع.

### الفصل الثاني

### الإدخال والتدخل

## المادة **96**- الادخال بالدعوى*

للخصم أن يدخل في الدعوى من كان يصح اختصامه فيها عند رفعها، ويجوز للمدعى عليه إذا ادعى أن له حقاً في الرجوع بالحق المدعى به على شخص ليس طرفاً في الدعوى أن يقدم طلباً مكتوباً إلى مكتب إدارة الدعوى أو إلى المحكمة يبين فيه ماهية الادعاء وأسبابه ويطلب إدخال ذلك الشخص طرفاً في الدعوى ويكون ذلك بالإجراءات المعتادة لرفع الدعوى، كما يجوز إدخاله إذا حضر بالجلسة ووافق أمام المحكمة على هذا الإجراء.

## المادة **97**- التدخل بالدعوى*

جميع الحقوق محفوظة لصادر ناشرون©

يجوز لكل ذي مصلحة أن يتدخل في الدعوى منضماً لأحد الخصوم أو طالباً الحكم لنفسه بطلب مرتبط بالدعوى ويكون ذلك بالإجراءات المعتادة لرفع الدعوى أو بطلب يقدم شفاهةً في الجلسة وبحضور الخصوم ويثبت في محضرها ولا يقبل التدخل بعد إقفال باب المرافعة.

# المادة **98** – طلب الادخال القضائي*

1 – للمحكمة من تلقاء نفسها أن تأمر بإدخال من ترى إدخاله لمصلحة العدالة أو لإظهار الحقيقة، وتحدد المحكمة الجلسة التي يعلن إليها، كما تعين مركزه في الخصومة وتأمر بإعلانه لتلك الجلسة وذلك بالإجراءات المعتادة لرفع الدعوى.

2 – للمحكمة أن تكلف مكتب إدارة الدعوى بإعلان ملخص واف من طلبات الخصوم في الدعوى إلى أي شخص ترى لمصلحة العدالة أو لإظهار الحقيقة أن يكون على علم بها.

الفصل الثالث

الطلبات العارضة

# المادة **99** – تقديم الطلبات العارضة*

1 – للمدعي أو المدعى عليه أن يقدم من الطلبات العارضة ما يكون مرتبطاً بالطلب الأصلي ارتباطاً يجعل من حسن سير العدالة نظرهما معاً.

2 – تقدم هذه الطلبات إلى المحكمة بالإجراءات المعتادة لرفع الدعوى أو بطلب يقدم شفاهة في الجلسة في حضور الخصم ويثبت في محضرها.

# المادة **100** – مضمون الطلبات العارضة*

للمدعي أن يقدم من الطلبات العارضة:

1 – ما يتضمن تصحيح الطلب الأصلي أو تعديل موضوعه لمواجهة ظروف طرأت أو تبينت بعد رفع الدعوى.

2 – ما يكون مكملاً للطلب الأصلي أو مترتباً عليه أو متصلاً به اتصالاً لا يقبل التجزئة.

3 – ما يتضمن إضافة أو تغييراً في سبب الدعوى مع بقاء موضوع الطلب على حاله.

4 – طلب الأمر بإجراء تحفظي.

5 – ما تأذن المحكمة بتقديمه مما يكون مرتبطاً بالطلب الأصلي.

# المادة **101** – الطلبات الطارئة التي يقدمها المدعى عليه*

للمدعى عليه أن يقدم من الطلبات العارضة:

1 – طلب المقاصة القضائية وطلب الحكم له بالتعويضات عن ضرر لحقه من الدعوى الأصلية أو من إجراء فيها.

2 – أي طلب يترتب على إجابته ألا يحكم للمدعي بطلباته كلها أو بعضها أو أن يحكم له بها مقيدة بقيد لمصلحة المدعى عليه.

3 – أي طلب يكون متصلاً بالدعوى الأصلية اتصالاً لا يقبل التجزئة.

4 – ما تأذن المحكمة بتقديمه مما يكون مرتبطاً بالدعوى الأصلية.

# المادة **102** – قبول الطلبات العارضة والحكم فيها*

1 – لا تقبل الطلبات العارضة بعد إقفال باب المرافعة.

2 – تحكم المحكمة في الطلبات المذكورة مع الدعوى الأصلية كلما أمكن ذلك وإلا استبقت الطلب العارض للحكم فيه بعد تحقيقه.

الباب السابع

وقف الخصومة وانقطاع سيرها وسقوطها وانقضاؤها بمضي المدة وتركها

© جميع الحقوق محفوظة لصادر ناشرون

## الفصل الأول

## وقف الخصومة وانقطاع سيرها

### المادة **103** – وقف الدعوى من قبل الخصوم *

1– يجوز وقف الدعوى إذا اتفق الخصوم على عدم السير فيها مدة لا تزيد على (6) ستة أشهر من تاريخ إقرار المحكمة لاتفاقهم، ولا يكون لهذا الوقف أثر في أي ميعاد حتمي يكون القانون قد حدده لإجراء ما. ولا يجوز لأي من الطرفين أن يعجل الدعوى خلال تلك المدة إلا بموافقة خصمه.

2– إذا لم يعجل أحد الخصوم الدعوى خلال (8) الثمانية أيام التالية لنهاية الأجل اعتبر المدعي تاركاً دعواه والمستأنف تاركاً استئنافه وعلى مكتب إدارة الدعوى عرضها بعد مضي المدة المشار إليها في هذه الفقرة على القاضي المختص ليصدر قراراً بذلك.

### المادة **104** – وقف الدعوى من قبل المحكمة *

تأمر المحكمة بوقف الدعوى إذا رأت تعليق الحكم في موضوعها على الفصل في مسألة أخرى يتوقف عليها الحكم وبمجرد زوال سبب الوقف يكون لأي من الخصوم تعجيل الدعوى.

### المادة **105** – انقطاع الدعوى *

1– ينقطع سير الخصومة بحكم القانون بوفاة أحد الخصوم أو بفقده أهلية التقاضي أو بزوال صفة من كان يباشر الخصومة عنه من النائبين إلا إذا حدث شيء من ذلك بعد إقفال باب المرافعة في الدعوى، وإذا تعدد الخصوم قضت المحكمة باعتبار الخصومة منقطعة بالنسبة لمن قام به سبب الانقطاع وأجلت نظرها بالنسبة للباقين.

2– لا تنقطع الخصومة بوفاة وكيل الدعوى ولا بانقضاء وكالته بالتنحي أو بالعزل، وللمحكمة أن تمنح أجلاً مناسباً للخصم الذي توفي وكيله أو انقضت وكالته لتعيين وكيل آخر إذا رغب في ذلك.

3– يترتب على انقطاع الخصومة وقف جميع مواعيد الإجراءات التي كانت جارية في حق الخصم الذي قام به سبب الانقطاع وبطلان جميع الإجراءات التي تحصل أثناء الانقطاع.

### المادة **106** – الاستئناف بالدعوى *

تستأنف الدعوى سيرها بالنسبة للخصم الذي قام به سبب الانقطاع بتكليف بالحضور يعلن إلى من يقوم مقام من توفي أو فقد أهلية التقاضي أو زالت صفته بناءً على طلب الطرف الآخر أو بتكليف يعلن إلى هذا الطرف بناءً على طلب أولئك، وكذلك تستأنف الدعوى سيرها إذا حضر الجلسة التي كانت محددة لنظرها ورثة المتوفي أو من يقوم مقام من فقد أهلية الخصومة أو مقام من زالت عنه الصفة وباشر السير فيها.

### المادة **107** – الانقطاع بعد اقفال باب المحاكمة *

إذا حدث سبب من أسباب الانقطاع بعد إقفال باب المرافعة في الدعوى جاز للمحكمة أن تقضي فيها على موجب الأقوال والطلبات الختامية أو أن تفتح باب المرافعة بناءً على طلب من قام مقام الذي توفي أو من فقد أهلية التقاضي أو من زالت صفته أو بناءً على طلب الطرف الآخر.

## الفصل الثاني

## سقوط الخصومة وانقضاؤها بمضي المدة وتركها

### المادة **108** – سقوط الخصومة *

1– لكل ذي مصلحة من الخصوم في حالة عدم السير في الدعوى بفعل المدعي أو امتناعه أن يطلب الحكم بسقوط الخصومة متى انقضت (6) ستة أشهر من آخر إجراء صحيح من إجراءات التقاضي.

2– لا تبدأ مدة سقوط الخصومة في حالات الانقطاع إلا من اليوم الذي قام فيه من طلب الحكم بسقوط الخصومة بإعلان ورثة خصمه الذي توفي أو من قام مقام من فقد أهليته للخصومة أو مقام من زالت صفته بوجود الدعوى بينه وبين خصمه الأصلي.

جميع الحقوق محفوظة لصادر ناشرون©

3- تسري المدة المقررة لسقوط الخصومة في حق جميع الأشخاص ولو كانوا عديمي الأهلية أو ناقصيها ولا يخل ذلك بحقهم في الرجوع على النائبين عنهم بالتعويض بسبب إهمالهم في متابعة الدعوى مما أدى إلى سقوطها.

## المادة **109** – طلب اسقاط الخصومة*

1- يقدم طلب الحكم بسقوط الخصومة إلى المحكمة المقامة أمامها الدعوى المطلوب إسقاط الخصومة فيها.

2- يجوز التمسك بسقوط الخصومة في صورة دفع إذا عجل المدعي دعواه بعد انقضاء (6) الستة أشهر.

3- يكون تقديم الطلب أو الدفع ضد جميع المدعين أو المستأنفين وإلا كان غير مقبول.

## المادة **110** – اثار الحكم بسقوط الخصومة*

يترتب على الحكم بسقوط الخصومة سقوط الأحكام الصادرة فيها بإجراء الإثبات وإلغاء جميع إجراءات الخصومة بما في ذلك صحيفة الدعوى ولكن لا يسقط الحق في رفعها ولا في الأحكام القطعية الصادرة فيها ولا في الإجراءات السابقة لتلك الأحكام أو الإقرارات الصادرة من الخصوم أو الأيمان التي حلفوها، على أن هذا لا يمنع الخصوم من التمسك بإجراءات التحقيق وأعمال الخبرة التي تمت ما لم تكن باطلة في ذاتها.

## المادة **111** – الحكم بسقوط الخصومة في الاستئناف*

متى حكم بسقوط الخصومة في الاستئناف اعتبر الحكم المستأنف نهائياً في جميع الأحوال، ومتى حكم بسقوط الخصومة في التماس إعادة النظر قبل الحكم بقبول الالتماس، سقط طلب الالتماس، أما بعد الحكم بقبول الالتماس فتسري القواعد السالفة الخاصة بالاستئناف أو بأول درجة حسب الأحوال.

## المادة **112** – انقضاء الخصومة*

1- في جميع الأحوال تنقضي الخصومة بمضي سنة على آخر إجراء صحيح فيها ويترتب على انقضائها ذات الآثار التي تترتب على سقوطها.

2- لا يسري حكم الفقرة السابقة على الطعن بطريق النقض.

## المادة **113** – ترك الخصومة*

1- للمدعي ترك الخصومة بإعلان لخصمه أو ببيان صريح في مذكرة موقع عليها منه أو ممن يمثله قانوناً مع اطلاع خصمه عليها أو بإبدائه شفوياً في الجلسة وإثباته في المحضر.

2- لا يتم الترك بعد إبداء المدعى عليه طلباته إلا بقبوله، ومع ذلك لا يلتفت لاعتراضه على الترك إذا كان قد دفع بعدم اختصاص المحكمة أو بإحالة القضية إلى محكمة أخرى أو ببطلان صحيفة الدعوى أو بعدم جوازها لسابقة الفصل فيها أو بغير ذلك مما يكون القصد منه منع المحكمة من المضي في نظر الدعوى.

## المادة **114** – اثار ترك الخصومة*

يترتب على ترك الخصومة كافة الآثار التي تترتب على سقوطها ويلزم التارك بمصاريف الدعوى.

## المادة **115** – النزول عن اجراء*

1- إذا نزل الخصم مع قيام الخصومة عن إجراء أو ورقة من أوراق الإجراءات صراحة أو ضمناً اعتبر الإجراء أو الورقة كأن لم يكن.

2- يستتبع النزول عن الحكم النزول عن الحق الثابت به.

## الباب الثامن

## عدم صلاحية القضاة وردهم وتنحيتهم

## المادة **116** – حالات منع القاضي من النظر في الدعوى*

© جميع الحقوق محفوظة لصادر ناشرون

1– يكون القاضي غير صالح لنظر الدعوى، ممنوعاً من سماعها ولو لم يرده أحد من الخصوم، في الأحوال الآتية:

أ– إذا كان زوجاً لأحد الخصوم، أو كان قريباً أو صهراً له إلى الدرجة الرابعة.

ب– إذا كان له أو لزوجه خصومة قائمة مع أحد الخصوم.

ج– إذا كان وكيلاً لأحد الخصوم في أعماله الخاصة أو وصياً أو قيماً عليه أو مظنونة وراثته له أو كان زوجاً لوصي أحد الخصوم أو القيم عليه أو كانت له صلة قرابة أو مصاهرة للدرجة الرابعة بهذا الوصي أو القيم أو بأحد أعضاء مجلس إدارة الشركة أو أحد مديريها وكان لهذا العضو أو المدير مصلحة شخصية في الدعوى.

د– إذا كان له أو لزوجه أو لأحد أقاربه أو أصهاره على عمود النسب أو لمن يكون هو وكيلاً عنه أو وصياً أو قيماً عليه مصلحة في الدعوى القائمة.

هـ– إذا كان بينه وبين أحد قضاة الدائرة صلة قرابة أو مصاهرة للدرجة الرابعة، وفي هذه الحالة يتنحى القاضي الأحدث منهما.

و– إذا كان بينه وبين ممثل النيابة العامة أو المدافع عن أحد الخصوم صلة قرابة أو مصاهرة للدرجة الثانية.

ز– إذا كان قد أفتى أو ترافع عن أحد الخصوم في الدعوى أو كتب فيها ولو كان ذلك قبل اشتغاله بالقضاء أو كان قد سبق له نظرها قاضياً أو خبيراً أو محكماً أو كان قد أدى شهادة فيها.

ح– إذا رفع دعوى تعويض على طالب الرد أو قدم ضده بلاغاً لجهة الاختصاص.

2– يقع باطلاً عمل القاضي أو قضاؤه في الأحوال السابقة ولو تم باتفاق الخصوم.

3– إذا وقع هذا البطلان في حكم صدر في طعن بالنقض جاز للخصم أن يطلب من المحكمة إلغاء هذا الحكم وإعادة نظر الطعن أمام دائرة لا يكون فيها القاضي الذي قام به سبب البطلان.

## المادة 117 – رد القاضي*

يجوز رد القاضي لأحد الأسباب الآتية:

1– إذا كان له أو لزوجه دعوى مماثلة للدعوى التي ينظرها أو إذا جدت لأحدهما خصومة مع أحد الخصوم أو مع زوجه بعد قيام الدعوى المطروحة على القاضي ما لم تكن هذه الدعوى قد أقيمت بقصد رده عن نظر الدعوى المطروحة عليه.

2– إذا كان لمطلقته التي له منها ولد أو لأحد أقاربه أو أصهاره على عمود النسب خصومة قائمة أمام القضاء مع أحد الخصوم في الدعوى أو مع زوجه ما لم تكن هذه الخصومة قد أقيمت بعد قيام الدعوى المطروحة على القاضي بقصد رده.

3– إذا كان أحد الخصوم يعمل عنده أو كان قد اعتاد مؤاكلة أحد الخصوم أو مساكنته أو كان قد تلقى منه هدية قبل رفع الدعوى أو بعده.

4– إذا كان بينه وبين أحد الخصوم عداوة أو مودة يرجح معها عدم استطاعته الحكم بغير ميل.

5– إذا كان أحد الخصوم قد اختاره محكماً في قضية سابقة.

## المادة 118 – إجراءات التنحي*

1– إذا كان القاضي غير صالح لنظر الدعوى أو قام به سبب من أسباب الرد المنصوص عليها في المادتين (116) و(117) من هذا القانون، فعليه أن يخبر رئيس المحكمة بذلك، وفي حالة قيام سبب للرد فلرئيس المحكمة أن يأذن للقاضي في التنحي ويثبت هذا كله في محضر خاص يحفظ بالمحكمة.

2– يجوز للقاضي حتى ولو كان صالحاً لنظر الدعوى، ولو لم يقم به سبب للرد إذا استشعر الحرج من نظر الدعوى لأي سبب أن يعرض أمر تنحيه على رئيس المحكمة للنظر في إقراره على التنحي.

3– إذا تحققت إحدى الحالات السابقة في رئيس المحكمة قام بعرض الأمر على من يقوم مقامه.

## المادة 119 – تقديم طلب رد القاضي*

1– إذا قام بالقاضي سبب من أسباب الرد الواردة في المادة (117) من هذا القانون ولم يتنح للخصم رده، ويحصل الرد بطلب يقدم لرئيس المحكمة التي يتبعها القاضي ويوقعه الطالب نفسه أو وكيله المفوض فيه

© جميع الحقوق محفوظة لصادر ناشرون

ويرفق التوكيل بالطلب، ويجب أن يشتمل طلب الرد على أسبابه وأن يرفق به ما يوجد من الأوراق المؤيدة له.

2- يتعين على طالب الرد أن يودع عند تقديم الطلب مبلغ (5.000) خمسة آلاف درهم تأميناً، ويتعدد التأمين بتعدد القضاة المطلوب ردهم ولا يقبل رئيس المحكمة طلب الرد إذا لم يصحب بما يثبت إيداع التأمين ويكفي إيداع تأمين واحد عن كل طلب رد قدم في حالة تعدد طالبي الرد إذا قدموا طلبهم في طلب واحد ولو اختلفت أسباب الرد، وتحكم المحكمة على طالب الرد بغرامة لا تقل عن (5.000) خمسة آلاف درهم ولا تجاوز (10.000) عشرة آلاف درهم مع مصادرة التأمين إذا رفض طلبه.

## المادة **120** – سقوط الحق بطلب الرد *

1- يجب تقديم طلب الرد قبل تقديم أي دفع أو دفاع في القضية وإلا سقط الحق فيه ومع ذلك يجوز طلب الرد إذا حدثت أسبابه بعد ذلك أو إذا أثبت طالب الرد أنه كان لا يعلم بها.

2- في جميع الأحوال يسقط حق الخصم في طلب الرد إذا لم يقدم الطلب قبل إقفال باب المرافعة متى كان قد أخطر بالجلسة المحددة لنظر الدعوى وكانت أسباب الرد قائمة ومعلومة له حتى إقفال باب المرافعة.

## المادة **121** – اجراءات طلب الرد *

1- على رئيس المحكمة أن يطلع القاضي المطلوب رده على طلب الرد ومرفقاته في أسرع وقت ممكن.

2- على القاضي أن يجيب بالكتابة على وقائع الرد وأسبابه خلال الأيام السبعة التالية لاطلاعه فإذا لم يجب خلال هذا الميعاد أو قبل بأسباب الرد وكانت هذه الأسباب تصلح قانوناً للرد أصدر رئيس المحكمة أمراً بتنحيته.

3- إذا أجاب القاضي على أسباب الرد ولم يقبل بسبب يصلح قانوناً لرده عين من رفع إليه الطلب الدائرة التي تتولى نظر الرد وحدد تاريخ نظره أمامها وعلى مكتب إدارة الدعوى إخطار طالب الرد والقاضي بهذا التاريخ كما يخطر أيضاً باقي الخصوم في الدعوى الأصلية وذلك لتقديم ما قد يكون لديهم من طلبات رد طبقاً للمادة السابقة وعلى الدائرة المذكورة أن تقوم بتحقيق طلب الرد في غرفة المشورة ثم تحكم بعد سماع أقوال طالب الرد وملاحظات القاضي عند الاقتضاء أو إذا طلب ذلك. ولا يجوز في تحقيق طلب الرد استجواب القاضي ولا توجيه اليمين إليه.

4- على رئيس المحكمة، أو من يقوم مقامه حسب الأحوال في حالة تقديم طلبات رد قبل إقفال باب المرافعة في طلب الرد الأول – أن يحيل هذه الطلبات إلى الدائرة ذاتها المنظور أمامها الطلب لتقضي فيها جميعاً بحكم واحد.

5- يتعين السير في إجراءات طلب الرد والفصل فيه ولو قرر رافعه التنازل عنه.

6- ينطق بالحكم في طلب الرد في جلسة علنية ويكون غير قابل للطعن.

## المادة **122** – اثر تقديم طلب الرد على الدعوى الاصلية *

يترتب على تقديم طلب الرد وقف الدعوى الأصلية إلى أن يحكم فيه نهائياً ومع ذلك يجوز في حالة الاستعجال – وبناءً على طلب الخصم الآخر – ندب قاض بدلاً ممن طلب رده.

## المادة **123** – اختصاص محكمة الاستئناف بهذا الخصوص *

تفصل محكمة الاستئناف في طلب الرد إذا كان المطلوب رده قاضياً بها أو قاضياً بالمحكمة الابتدائية التي تتبعها.

## المادة **124** – حالات إحالة الدعوى بحال قبول طلب الرد *

1- إذا طلب رد جميع قضاة المحكمة الابتدائية وقضت محكمة الاستئناف بقبول طلب الرد أحالت الدعوى للحكم في موضوعها إلى محكمة ابتدائية أخرى.

2- إذا طلب رد جميع قضاة محكمة الاستئناف أو بعضهم بحيث لا يبقى من عددهم ما يكفي للحكم في طلب الرد إلى المحكمة الأعلى درجة منها فإن قضت بقبول طلب الرد أحالت الدعوى للحكم في موضوعها إلى محكمة استئنافية أخرى.

## المادة **125** – رد عضو النيابة العامة *

جميع الحقوق محفوظة لصادر ناشرون©

تطبق القواعد والإجراءات الواردة في الباب الثامن عند رد عضو النيابة العامة إذا كانت طرفاً منضماً، لأي من الأسباب المنصوص عليها في المادتين (116) و(117) من هذا القانون.

## الباب التاسع

## الأحكام

## الفصل الأول

## إصدار الأحكام

### المادة **126** – وجاهية المحاكمة*

لا يجوز للمحكمة بعد حجز الدعوى للحكم ولا أثناء المداولة أن تسمع أحد الخصوم أو وكيله إلا بحضور خصمه أو أن تقبل أوراقاً أو مذكرات من أحد الخصوم دون اطلاع الخصم الآخر عليها وإلا كان الإجراء باطلاً، ما لم يكن اتفاقاً على الصلح موقعاً عليه من الطرفين وموثقاً لدى كاتب العدل.

### المادة **127** – موعد اصدار الحكم*

متى تمت المرافعة في الدعوى قضت المحكمة فيها أو حددت موعداً لإصدار الحكم ولا يجوز لها مد أجل إصدار الحكم أو إعادة الدعوى للمرافعة إلا لمرة واحدة بقرار مسبب تصرح به في الجلسة وتثبت في محضرها، ويعتبر صدور هذا القرار إعلاناً للخصوم بالموعد الجديد، وفي كلتا الحالتين لا يجوز أن تزيد المدة على أسبوعين.

### المادة **128** – المداولة*

1– تكون المداولة في الأحكام سرية بين القضاة مجتمعين، ولا يجوز أن يشترك فيها غير القضاة الذين سمعوا المرافعة.

2– يجمع الرئيس الآراء ويبدأ بأحدث القضاة فالأقدم ثم يبدي رأيه، وتصدر الأحكام بإجماع الآراء أو بأغلبيتها فإذا لم تتوفر الأغلبية وتشعبت الآراء لأكثر من رأيين وجب أن ينضم الفريق الأقل عدداً أو الفريق الذي يضم أحدث القضاة لأحد الرأيين الصادرين من الفريق الأكثر عدداً وذلك بعد أخذ الآراء مرة ثانية.

3– يصدر الحكم من القاضي أو رئيس الدائرة وقضاة الدائرة حسب الأحوال.

4– يحرر محضر بإيداع الحكم في التاريخ المحدد لإصداره مبيناً به أسماء القضاة الذين حضروا إيداعه، ويوقع من رئيس الدائرة أو القاضي حسب الأحوال.

### المادة **129** – إيداع الحكم*

1– يجب في جميع الأحوال أن تشتمل الأحكام على الأسباب التي بنيت عليها، وتودع عند إصدارها في ملف الدعوى موقعة من الرئيس وأعضاء الدائرة سواء إلكترونياً أو يدوياً.

2– يجوز في المواد المستعجلة إذا صدر الحكم في جلسة المرافعة أن يودع الحكم مشتملاً على أسبابه خلال (3) ثلاثة أيام عمل من تاريخ صدوره.

3– يترتب على مخالفة الأحكام الواردة في البندين (1) و(2) من هذه المادة بطلان الحكم.

### المادة **130** – متضمنات الحكم*

1– يجب أن يبين في الحكم، المحكمة التي أصدرته، وتاريخ إصداره، ومكانه، ونوع الدعوى، وأسماء القضاة الذين سمعوا المرافعة وأصدروا الحكم، وأسماء الخصوم وحضورهم أو غيابهم.

2– يجب أن يشتمل الحكم على عرض مجمل لوقائع الدعوى ثم طلبات الخصوم وخلاصة موجزة لدفاعهم الجوهري ورأي النيابة إن كان، ثم تذكر بعد ذلك أسباب الحكم ومنطوقه.

3– القصور في أسباب الحكم الواقعية والنقص أو الخطأ الجسيم في أسماء الخصوم وصفاتهم وعدم بيان أسماء القضاة الذين أصدروا الحكم يترتب عليه بطلان الحكم.

### المادة **131** – صور الحكم*

جميع الحقوق محفوظة لصادر ناشرون©

1– تختم صورة الحكم التي يكون التنفيذ بموجبها بخاتم المحكمة ويوقعها الموظف المختص بعد أن يذيلها بالصيغة التنفيذية ولا تسلم إلا للخصم الذي له مصلحة في تنفيذ الحكم، ويشترط أن يكون الحكم جائز التنفيذ أو يتم تنزيل الحكم بالصيغة التنفيذية بالتوقيع الإلكتروني في حالة الحصول عليها عن بعد.

2– لا يجوز تسليم صورة تنفيذية ثانية لذات الخصم إلا إذا فقدت الصورة الأولى أو تعذر استعمالها ويكون ذلك بأمر من القاضي أو رئيس الدائرة حسب الأحوال.

3– يجوز إعطاء صورة مصدقة من نسخة الحكم إلكترونياً أو ورقياً لمن يطلبها من ذوي الشأن ولا تعطى لغيرهم إلا بإذن من القاضي أو رئيس الدائرة بحسب الأحوال.

## المادة 132 – اختصاص الدوائر المنصوص عنها في المادة 29*

1– استثناءً من أحكام المادتين (127) و(129) من هذا القانون، تفصل الدوائر المنصوص عليها في البند (2) من المادة (29) من هذا القانون، في الدعاوى المعروضة عليها، بقرار منها تودع أسبابه في ذات الجلسة.

2– يجوز الطعن بالاستئناف على القرارات المشار إليها في البند (1) من هذه المادة، أمام محكمة الاستئناف المختصة المنعقدة في غرفة المشورة، وذلك وفقاً للقواعد والإجراءات والمواعيد المقررة للطعن على الأحكام.

### الفصل الثاني

### مصروفات الدعوى

## المادة 133 – الحكم بمصروفات الدعوى*

1– يجب على المحكمة عند إصدار الحكم أو القرار الذي تنتهي به الخصومة أمامها أن تحكم من تلقاء نفسها في مصروفات الدعوى.

2– يحكم بمصروفات الدعوى على الخصم المحكوم عليه فيها، ويدخل في حساب المصروفات أتعاب المحاماة التي تقدرها المحكمة وفق الضوابط والمعايير المحددة في قانون تنظيم مهنة المحاماة وتكلفة ترجمة الإعلان، وإذا تعدد المحكوم عليهم جاز الحكم بتقسيم المصروفات بالتساوي أو بنسبة مصلحة كل منهم في الدعوى على حسب ما تقدره المحكمة، ولا يلزمون بالتضامن إلا إذا كانوا متضامنين في التزامهم المقضي به، ولا يتعدد مقابل أتعاب المحاماة بتعدد المحكوم لهم أو المحكوم عليهم أو بتعدد الوكلاء.

3– يحكم بمصروفات التدخل على المتدخل إن كانت له طلبات مستقلة وحكم بعدم قبول تدخله أو برفض طلباته.

## المادة 134 – الحكم بإلزام المحكوم له بالمصروفات*

للمحكمة أن تحكم بإلزام الخصم الذي كسب الدعوى بالمصروفات كلها أو بعضها إذا كان المحكوم له قد تسبب في إنفاق مصروفات لا جدوى منها أو كان قد ترك خصمه على جهل بما في يده من المستندات القاطعة في الدعوى أو بمضمون تلك المستندات.

## المادة 135 – الحكم بتقسيم المصروفات*

إذا أخفق كل من الخصمين في بعض الطلبات جاز الحكم بأن يتحمل كل خصم ما دفعه من المصروفات أو بتقسيم المصروفات بينهما بحسب ما تقدره المحكمة في حكمها كما يجوز لها أن تحكم بها جميعاً على أحدهما.

## المادة 136 – النفقات عن الدفوع الكيدية*

1– للمحكمة أن تحكم بالتضمينات مقابل النفقات الناشئة عن دعوى أو دفاع قصد بهما الكيد.

2– مع عدم الإخلال بحكم المادة (133) من هذا القانون، للمحكمة عند إصدار الحكم الفاصل في الموضوع أن تحكم بغرامة لا تقل عن (1.000) ألف درهم، ولا تزيد على (10.000) عشرة آلاف درهم على الخصم الذي يتخذ إجراء أو يبدي طلباً أو دفعاً أو دفاعاً كيدياً.

### الفصل الثالث

© جميع الحقوق محفوظة لصادر ناشرون

## تصحيح الأحكام وتفسيرها

### المادة **137** – الأخطاء المادية*

1– يجوز للمحكمة بقرار تصدره بناءً على طلب أحد الخصوم أو من تلقاء نفسها، بغير مرافعة، تصحيح ما يقع في قرارها أو حكمها من أخطاء مادية بحتة كتابية أو حسابية ويجري التصحيح على القرار أو الحكم محلّ التصحيح ويُوقع من رئيس الجلسة.

2– يعد من قبيل الأخطاء المادية إدراج القرار أو الحكم وإصداره بصورة غير صحيحة في النظام الإلكتروني.

3– إذا صدر القرار برفض التصحيح فلا يجوز الطعن فيه إلا مع الطعن في القرار أو الحكم نفسه، أما القرار الذي يصدر بالتصحيح فيجوز الطعن فيه على استقلال بطرق الطعن الجائزة في القرار أو الحكم موضوع التصحيح.

### المادة **138** – تفسير الحكم*

1– للخصوم أن يطلبوا إلى المحكمة التي أصدرت الحكم تفسير ما وقع في منطوقه من غموض أو إبهام، ويقدم الطلب بالأوضاع المعتادة لرفع الدعوى ويعتبر الحكم الصادر بالتفسير متمماً من كل الوجوه للحكم الذي يفسر ويسري عليه ما يسري على هذا الحكم من القواعد الخاصة بطرق الطعن.

2– للخصوم طلب تفسير القرارات والأوامر القضائية، ويقدم الطلب في هذه الحالة بذات طريقة تقديم القرار أو الأمر، ويسري عليها ذات الآثار المنصوص عليها في البند (1) من هذه المادة.

### المادة **139** – اغفال المحكمة عن البت ببعض الطلبات*

إذا أغفلت المحكمة الفصل في بعض الطلبات الموضوعية فعليها بناءً على طلب من أحد أصحاب الشأن أن تنظر في الطلب وأن تصدر في الطلبات التي تم إغفالها قراراً أو حكماً حسب الأحوال بعد إعلان الخصم به، ويخضع القرار أو الحكم لقواعد الطعن التي تسري على القرار أو الحكم الأصلي.

## الباب العاشر

## الأوامر على العرائض

### المادة **140** – الطلب على عريضة*

1– في الأحوال التي يكون فيها للخصم وجه في استصدار أمر، يقدم عريضة بطلب إلى القاضي المختص أو إلى رئيس الدائرة التي تنظر الدعوى بعد قيدها وتكون هذه العريضة من نسختين ما لم تكن مقيدة إلكترونياً، بحيث تكون مشتملة على وقائع الطلب وأسانيده وموطن الطالب ومحل عمله وتعيين موطن مختار له في الدولة إذا لم يكن له موطن أو محل عمل فيها ويرفق بالعريضة المستندات المؤيدة لها.

2– يصدر القاضي أو رئيس الدائرة– حسب الأحوال– أمره كتابة على إحدى نسختي العريضة أو إلكترونياً في اليوم التالي لتقديمها على الأكثر، ولا يلزم ذكر الأسباب التي بني عليها الأمر إلا إذا كان مخالفاً لأمر سبق صدوره فعندئذ يجب ذكر الأسباب التي اقتضت إصدار الأمر الجديد وإلا كان باطلاً ويسجل هذا الأمر في محضر خاص أو في محضر الجلسة.

3– ينفذ الأمر بكتاب يصدره القاضي أو رئيس الدائرة – إلى الجهة المعنية وتُحفظ العريضة في الملف دون الحاجة إلى إعلان أو صيغة تنفيذية، وإذا تعذر التنفيذ لسبب راجع إلى شخص طبيعي أو اعتباري خاص، يجوز للقاضي أو رئيس الدائرة –حسب الأحوال– أن يحكم عليه بغرامة لا تقل عن (1.000) ألف درهم ولا تزيد على (10.000) عشرة آلاف درهم عن كل يوم تأخير في التنفيذ، ويكون ذلك بقرار مسبب لا يقبل الطعن فيه بأي طريق من طرق الطعن، وللقاضي أو رئيس الدائرة – بحسب الأحوال– أن يقيل المحكوم عليه من الغرامة كلها أو بعضها إذا أبدى عذراً مقبولاً بعد تمام التنفيذ.

4– يجوز تنفيذ حكم الغرامة المشار إليه في البند (3) من هذه المادة بواسطة مصدرها بعد إخطار المحكوم عليه.

5– يسقط الأمر الصادر على عريضة إذا لم يقدم للتنفيذ خلال (15) خمسة عشر يوماً من تاريخ صدوره ولا يمنع هذا السقوط من استصدار أمر جديد.

جميع الحقوق محفوظة لصادر ناشرون©

تشريعات دولة الامارات العربية المتحدة

## المادة **141** – رفض طلب الامر على عريضة*

1– للطالب إذا صدر الأمر برفض طلبه ولمن صدر عليه ولذوي الشأن الحق في التظلم من الأمر إلى المحكمة المختصة أو القاضي الذي أصدره –حسب الأحوال– إلا إذا نص القانون على خلاف ذلك ولا يمنع من نظر التظلم قيام الدعوى الأصلية أمام المحكمة.

2– يجب أن يكون التظلم مسبباً.

3– يقدم التظلم استقلالاً أو تبعاً للدعوى الأصلية، وذلك بالإجراءات التي ترفع بها الطلبات العارضة.

4– يحكم في التظلم بتأييد الأمر أو بتعديله أو بإلغائه ويكون هذا الحكم قابلاً للطعن بالاستئناف فقط، فإن كان الأمر صادراً من محكمة الاستئناف يكون التظلم منه أمام هيئة مغايرة لدى ذات المحكمة ويكون حكمها غير قابل للطعن بأي طريق من طرق الطعن.

## المادة **142** – وقف التنفيذ المؤقت*

التظلم من الأمر لا يوقف تنفيذه، ومع ذلك للمحكمة أو القاضي ان يأمر بوقف التنفيذ مؤقتاً وفقاً لأحكام المادة (221) من هذا القانون.

### الباب الحادي عشر

### أوامر الأداء

## المادة **143** – حالات إعمال الامر بالاداء *

1– استثناءً من القواعد العامة في رفع الدعوى ابتداءً تتبع الأحكام الواردة في المواد التالية إذا كان حق الدائن ثابتاً بالكتابة –إلكترونياً أو ورقياً– وحال الأداء وكان كل ما يطالب به ديناً من النقود معين المقدار أو منقولاً محدداً بذاته أو معيناً بنوعه ومقداره.

2– تتبع الأحكام الواردة في البند (1) من هذه المادة إذا كان صاحب الحق دائناً بورقة تجارية باستثناء الشيك المعتبر سنداً تنفيذياً بموجب الفقرة (د) من البند (2) من المادة (212) من هذا القانون.

3– في جميع الأحوال، لا يمنع من سلوك أمر الأداء طلب الفوائد أو التعويض أو اتخاذ أي إجراء من الإجراءات التحفظية.

## المادة **144** – الامر بالاداء *

1– على الدائن أن يكلف المدين أولاً بالوفاء في ميعاد (5) خمسة أيام على الأقل ثم يستصدر أمراً بالأداء من قاضي المحكمة التي يقع في دائرتها موطن المدين أو المحكمة التي تم الاتفاق أو نفذ كله أو بعضه في دائرتها أو المحكمة التي يجب تنفيذ الاتفاق في دائرتها، ولا يجوز أن يكون الحق الوارد في التكليف بالوفاء أقل من المطلوب في عريضة استصدار الأمر بالأداء، ويكون التكليف بالوفاء بأي وسيلة من وسائل الإعلان المحددة في هذا القانون.

2– يصدر الأمر بالأداء بناءً على عريضة، إلكترونية أو ورقية– بحسب الأحوال– يقدمها الدائن يرفق بها سند الدين وما يثبت حصول التكليف بوفائه، ويحتفظ مكتب إدارة الدعوى بالعريضة المقدمة إلى أن يمضي ميعاد الاستئناف.

3– يجب أن تشتمل العريضة على بيانات صحيفة الدعوى المنصوص عليها في المادة (44) من هذا القانون.

4– يصدر الأمر خلال (3) ثلاثة أيام عمل من تقديم العريضة، ويبين فيه المبلغ الواجب أداؤه أو ما أمر بأدائه من منقول حسب الأحوال، كما يبين ما إذا كان صادراً في مادة تجارية.

5– تعتبر العريضة المشار إليها في هذه المادة منتجة لآثار رفع الدعوى من تاريخ تقديمها ولو كانت المحكمة غير مختصة.

## المادة **145** – الفصل في الطلب*

على القاضي الفصل في الطلب قبولاً أو رفضاً كلياً أو جزئياً، فإذا أصدر قراره بالرفض أو بعدم القبول يجب أن يكون هذا القرار مسبباً، وإذا كان القرار متعلقاً بإنفاذ عقد تجاري يجب أن يكون مسبباً في جميع الأحوال.

جميع الحقوق محفوظة لصادر ناشرون©

## المادة 146 – اعلان الأمر بالاداء *

1- يعلن المدين بالأمر الصادر ضده بالأداء وفق الأحكام والطرق المبينة في هذا القانون.

2- يعتبر الأمر الصادر بالأداء على المدين كأن لم يكن إذا لم يتم إعلانه خلال (3) ثلاثة أشهر من تاريخ صدور الأمر.

## المادة 147 – التظلم من أمر الأداء *

1- للخصوص التظلم من أمر الأداء إذا كانت قيمته في حدود النصاب الانتهائي لمحكمة أول درجة خلال (15) خمسة عشر يوماً من تاريخ إعلان المدين بالأمر، ومن تاريخ صدور القرار بالنسبة للدائن، وينظر التظلم أمام قاضي أمر الأداء المختص، ويكون بالإجراءات المعتادة لرفع الدعوى، وتراعى عند نظر التظلم القواعد والإجراءات المتبعة أمام المحكمة ويفصل القاضي في التظلم بحكم نهائي منه للخصومة غير قابل للطعن تودع أسبابه في ذات الجلسة.

2- مع مراعاة البند (1) من هذه المادة، يجوز استئناف أمر الأداء الذي تتجاوز قيمته النصاب الانتهائي لمحكمة أول درجة، وفقاً للإجراءات والمواعيد المقررة لاستئناف الأحكام، وتقدم أسباب الاستئناف عند قيده وإلا قضى بعدم قبوله.

3- مع مراعاة المادتين (45 بند 8) و(150) من هذا القانون، تفصل المحكمة في الاستئناف في غرفة المشورة دون تحضيري من مكتب إدارة الدعوى خلال أسبوع من إتمام إعلان صحيفة الاستئناف، ولها أن تحدد جلسة لنظر الموضوع إذا اقتضى الأمر ذلك، ولا يجوز لها أن تعيد المطالبة إلى محكمة أول درجة.

4- استثناء من أحكام البند (3) من هذه المادة، إذا كانت المطالبة قد رفعت ابتداءً بالطريقة المعتادة لرفع الدعوى وأصدر القاضي المشرف أمراً بالأداء فيها، ورأت محكمة الاستئناف عدم توافر شروط استصدار الأمر فتعيدها إلى محكمة أول درجة لنظرها وفقاً للطريق المعتاد لنظر الدعاوى.

5- تسري القواعد والإجراءات الخاصة بالتظلم من أمر الأداء أو استئنافه على الإجراءات التحفظية الصادرة مع الأمر.

## المادة 148 – القواعد السارية عل الامر بالاداء *

تسري على أمر الأداء القواعد الخاصة بالنفاذ المعجل وفقاً لأحكام هذا القانون.

## المادة 149 – الحجز بالامر بأداء *

إذا أراد الدائن بدين تتوفر فيه شروط استصدار أمر الأداء توقيع حجز ما للمدين لدى الغير اتبعت الإجراءات العادية في الحجز المراد توقيعه.

## المادة 150 – الإجراءات المعتمدة بالامر بأداء *

استثناء من الأحكام الواردة في هذا الفصل، إذا كانت الدعوى المعروضة أمام المحكمة تتوافر فيها شروط استصدار أمر الأداء فتقضي فيها وفقاً للقواعد والإجراءات المقررة للفصل في الدعاوى.

### الباب الثاني عشر

### طرق الطعن في الأحكام

### الفصل الأول

### أحكام عامة

## المادة 151 – من له الطعن في الاحكام *

1- لا يجوز الطعن في الأحكام إلا من المحكوم عليه ولا يجوز ممن قبل الحكم صراحة أو ضمناً أو ممن قضي له بكل طلباته ما لم ينص القانون على غير ذلك.

2- لا يضار الطاعن بطعنه.

## المادة 152 – الاحكام التي يصح الطعن بها *

جميع الحقوق محفوظة لصادر ناشرون©

لا يجوز الطعن في الأحكام التي تصدر أثناء سير الدعوى ولا تنتهي بها الخصومة إلا بعد صدور الحكم المنهي للخصومة كلها وذلك فيما عدا الأحكام الوقتية والمستعجلة والصادرة بوقف الدعوى والأحكام القابلة للتنفيذ الجبري والأحكام الصادرة بعدم الاختصاص وكذلك الأحكام الصادرة بالاختصاص إذا لم يكن للمحكمة ولاية الحكم في الدعوى.

## المادة 153 – ميعاد الطعن *

1– يبدأ ميعاد الطعن في الحكم من اليوم التالي لتاريخ صدوره ما لم ينص القانون على غير ذلك ويبدأ هذا الميعاد من تاريخ إعلان الحكم إلى المحكوم عليه في الأحوال التي يكون فيها قد تخلف عن الحضور في جميع الجلسات المحددة لنظر الدعوى ولم يقدم مذكرة بدفاعه وكذلك إذا تخلف المحكوم عليه عن الحضور وعن تقديم مذكرة في جميع الجلسات التالية لتعجيل الدعوى بعد وقف السير فيها لأي سبب من الأسباب.

2– يبدأ الميعاد من تاريخ إعلان الحكم إذا حدث سبب من أسباب انقطاع الخصومة وصدر الحكم دون اختصام من يقوم مقام الذي توفي أو فقد أهليته للخصومة أو زالت صفته.

3– يكون إعلان الحكم وفق الأوضاع المقررة في المادتين (9) و(10) من هذا القانون.

4– يترتب على عدم مراعاة مواعيد الطعن في الأحكام سقوط الحق في الطعن وتقضي المحكمة بالسقوط من تلقاء نفسها.

## المادة 154 – حالات وقف ميعاد الطعن *

1– يقف ميعاد الطعن بوفاة المحكوم عليه أو بفقد أهليته للتقاضي أو بزوال صفة من كان يباشر الخصومة عنه.

2– لا يزول الوقف إلا بعد إعلان الحكم إلى الورثة جملة دون ذكر أسمائهم وصفاتهم وذلك في آخر موطن كان لمورثهم إذا لم يكن الورثة معروفين أو إعلانه إلى من يقوم مقام من فقد أهليته للتقاضي أو زالت صفته.

3– في حال معرفة الورثة يكون الإعلان وفق الأوضاع المقررة في المادتين (9) و(10) من هذا القانون.

## المادة 155 – وفاة المحكوم له أثناء ميعاد الطعن *

1– إذا توفي المحكوم له أثناء ميعاد الطعن جاز لخصمه رفع الطعن وإعلانه إلى ورثته دون ذكر أسمائهم وصفاتهم وذلك في آخر موطن كان لمورثهم ويعاد بعد ذلك إعلان الطعن لجميع الورثة بأسمائهم وصفاتهم قبل الجلسة المحددة لنظر الطعن أو في الميعاد الذي تحدده المحكمة لإعلان الورثة الذين لم يعلنوا بالجلسة الأولى ولم يحضروها وإذا كانت الدعوى مستعجلة اكتفي بإعادة الإعلان إلى الورثة الظاهرين.

2– إذا فقد المحكوم له أهلية التقاضي أثناء ميعاد الطعن أو زالت صفة من كان يباشر الخصومة عنه جاز رفع الطعن وإعلانه إلى من فقد أهليته أو زالت صفة من كان يباشر الخصومة عنه، ويعاد بعد ذلك إعلان الطعن إلى من يقوم مقام الخصم قبل الجلسة المحددة لنظر الطعن أو في الميعاد الذي تحدده المحكمة وفق ما تقدم.

3– يتم الإعلان في البندين (1) و(2) من هذه المادة وفق الأوضاع المقررة في المادتين (9) و(10) من هذا القانون.

## المادة 156 – اعلان الطعن *

1– يكون إعلان الطعن وفق الأوضاع المقررة في المادتين (9) و(10) من هذا القانون.

2– إذا كان المطعون ضده هو المدعي أو المستأنف ولم يكن قد بين في صحيفة افتتاح الدعوى أو صحيفة الاستئناف العنوان الذي يعلن عليه، ولم يتضح هذا البيان من أوراق أخرى في الدعوى، أعلن بالطعن طبقاً للأوضاع المقررة في المادتين (9) و(10) من هذا القانون.

## المادة 157 – الإفادة من الطعن *

1– لا يفيد من الطعن إلا من رفعه ولا يحتج به إلا على من رفع عليه، على أنه إذا كان الحكم صادراً في موضوع غير قابل للتجزئة أو في التزام بالتضامن أو في دعوى يوجب القانون فيها اختصام أشخاص معينين جاز لمن فوت ميعاد الطعن من المحكوم عليهم أو قبل الحكم أن يطعن فيه أثناء نظر الطعن

© جميع الحقوق محفوظة لصادر ناشرون

المرفوع في الميعاد من أحد زملائه منضماً إليه في طلباته، فإن لم يفعل أمرت المحكمة الطاعن باختصامه في الطعن، وإذا رفع الطعن على أحد المحكوم لهم في الميعاد وجب اختصام الباقين ولو بعد فواته بالنسبة إليهم.

2- إذا رفع الطعن في الميعاد من الضامن أو طالب الضمان في الحكم الصادر في الدعوى الأصلية، وكان دفاعهما فيها واحد جاز لمن فوت الميعاد أو قبل الحكم أن يطعن فيه منضماً إلى زميله، وإذا رفع الطعن على أيهما في الميعاد جاز اختصام الآخر ولو بعد فواته بالنسبة إليه.

3- يفيد الضامن وطالب الضمان من الطعن المرفوع من أيهما في الحكم الصادر في الدعوى الأصلية إذا اتحد دفاعهما فيها.

## المادة 158 – المستندات التي قدمها الخصوم*

1- لا يجوز إعادة المستندات إلى الخصوم الذين قدموها إلا بعد انتهاء مواعيد الطعن أو الفصل في الطعن المرفوع.

2- يجوز أن تعطى صور من المستندات المشار إليها في البند (1) من هذه المادة لمن يطلبها من ذوي الشأن.

3- إذا اقتضى الأمر تسليم أصل المستندات فيكون ذلك بأمر من القاضي أو رئيس الدائرة حسب الأحوال، ويحتفظ بصورة منها يصدق عليها أيهما وتختم بخاتم المحكمة.

### الفصل الثاني

### الاستئناف

## المادة 159 – الطعن بالاستئناف*

1- للخصوم في غير الأحوال المستثناة بنص القانون أن يستأنفوا أحكام وقرارات المحاكم الابتدائية أمام محكمة الاستئناف المختصة.

2- تكون الأحكام الصادرة من محاكم الاستئناف نهائية غير قابلة للطعن بالنقض، إذا كانت قيمة الدعوى لا تجاوز (500.000) خمسمائة ألف درهم.

## المادة 160 – حالات وإجراءات الاستئناف*

1- يجوز استئناف الأحكام والقرارات الصادرة في حدود النصاب الانتهائي من محاكم الدرجة الأولى بسبب مخالفة قواعد الاختصاص المتعلقة بالنظام العام أو وقوع بطلان في الحكم أو القرار أو بطلان في الإجراءات أثّر في الحكم أو القرار .

2- يجوز استئناف جميع الأحكام أو القرارات في حدود النصاب الانتهائي إذا كان الحكم أو القرار صادراً على خلاف حكم أو قرار سابق لم يحز قوة الأمر المقضي، وفي هذه الحالة يعتبر الحكم أو القرار السابق مستأنفاً بقوة القانون إذا لم يكن قد صار انتهائياً عند رفع الاستئناف.

3- على المستأنف في هذه الأحوال أن يودع خزانة المحكمة الاستئنافية عند تقديم الاستئناف تأميناً قدره (2.000) ألفي درهم، وفي حال تعدد الطاعنين يكفي إيداع تأمين واحد إذا أقاموا طعنهم بصحيفة واحدة ولو اختلفت أسباب الطعن.

4- لا يقبل مكتب إدارة الدعوى صحيفة الطعن إذا لم تصحب بما يثبت هذا الإيداع ويصادر التأمين بقوة القانون متى حكم بعدم جواز الاستئناف.

## المادة 161 – ميعاد الاستئناف*

ميعاد الاستئناف (30) ثلاثون يوماً ما لم ينص القانون على غير ذلك، ويكون الميعاد (10) عشرة أيام في المسائل المستعجلة.

## المادة 162 – غش الخصوم*

إذا صدر الحكم بناءً على غش وقع من الخصوم أو بناءً على ورقة مزورة أو بناءً على شهادة مزورة أو بسبب عدم إظهار ورقة قاطعة في الدعوى احتجزها الخصم فلا يبدأ ميعاد استئناف الحكم إلا من اليوم

جميع الحقوق محفوظة لصادر ناشرون©

الذي ظهر فيه الغش أو الذي أقر فيه بالتزوير فاعله أو حكم بثبوته أو الذي حكم فيه على شاهد الزور أو من اليوم الذي ظهرت فيه الورقة التي احتجزت.

## المادة 163 – استئناف الحكم الصادر في الطلب الاحتياطي*

1– استئناف الحكم الصادر في الطلب الاحتياطي يستتبع حتماً استئناف الحكم الصادر في الطلب الأصلي وفي هذه الحالة يجب اختصام المحكوم له في الطلب الأصلي ولو بعد فوات الميعاد.

2– إذا ألغت المحكمة الاستئنافية الحكم الصادر في الطلب الأصلي وجب عليها أن تعيد القضية إلى المحكمة الابتدائية لتفصل في الطلب الاحتياطي.

## المادة 164 – صحيفة الاستئناف*

1– يرفع الاستئناف بصحيفة تودع مكتب إدارة الدعوى في المحكمة الاستئنافية المختصة وتقيد فوراً بالسجل المعد لذلك أو بقيدها إلكترونياً ويجب أن تشتمل الصحيفة على بيان الحكم المستأنف وتاريخه وأسباب الاستئناف والطلبات والبيانات المتعلقة بأسماء الخصوم وصفاتهم وموطن كل منهم والموطن الذي يختاره المستأنف في البلد الذي به مقر المحكمة الاستئنافية المختصة وتوقيع المستأنف أو من يمثله.

2– في غير أحوال القيد الإلكتروني يجب على المستأنف أن يقدم صوراً كافية من صحيفة الاستئناف بقدر عدد المستأنف عليهم وصورة لمكتب إدارة الدعوى وأن يرفق بكل صورة المستندات المؤيدة لاستئنافه.

3– بمراعاة ما ورد بشأنه نص خاص يجوز للمستأنف تقديم أسباب استئنافه حتى تاريخ الجلسة الأولى أمام مكتب إدارة الدعوى أو المحكمة –بحسب الأحوال– وإلا حكم بعدم قبول استئنافه.

## المادة 165 – موجبات مكتب إدارة الدعوى بخصوص دعوى الاستئناف*

1– على مكتب إدارة الدعوى بالمحكمة المرفوع إليها الاستئناف أن يطلب ضم ملف الدعوى الابتدائية الكترونيا أو ورقيا في اليوم التالي لليوم الذي يرفع فيه الاستئناف.

2– على مكتب إدارة الدعوى بالمحكمة الابتدائية التي أصدرت الحكم أن يرسل ملف الدعوى إلكترونيا أو ورقياً خلال (10) عشرة أيام على الأكثر من تاريخ طلبه وينقص هذا الميعاد إلى (3) ثلاثة أيام في الدعاوى المستعجلة.

## المادة 166 – الاستئناف المقابل*

1– يجوز للمستأنف ضده حتى تاريخ الجلسة الأولى المحددة أمام مكتب إدارة الدعوى أو المحكمة – بحسب الأحوال– أن يرفع استئنافاً إما بالإجراءات المعتادة وإما بمذكرة مشتملة على أسباب استئنافه.

2– يعتبر الاستئناف المشار إليه في الفقرة السابقة استئنافاً مقابلاً إذا رفع خلال ميعاد الاستئناف واستئنافاً فرعياً إذا رفع بعد الميعاد أو إذا كان رافعه قد رافعه في وقت سابق على رفع الاستئناف الأصلي.

3– يتبع الاستئناف الفرعي الاستئناف الأصلي ويسقط إذا تنازل المستأنف الأصلي عن استئنافه أو حكم بعدم قبول الاستئناف الأصلي شكلاً، أما الاستئناف المقابل فلا يزول بزوال الاستئناف الأصلي أياً كانت الطريقة التي رفع بها.

## المادة 167 – إجراءات الاستئناف*

1– الاستئناف ينقل الدعوى بحالتها التي كانت عليها قبل صدور الحكم أو القرار المستأنف بالنسبة إلى ما رفع عنه الاستئناف فقط.

2– تنظر المحكمة الاستئناف في غرفة مشورة بعد إحالة الاستئناف من قبل مكتب إدارة الدعوى.

3– تفصل المحكمة في الاستئناف في غرفة المشورة خلال (20) عشرين يوم عمل بحكم أو بقرار مسبب منه للخصومة في الاستئناف وذلك بعدم جواز أو عدم القبول أو السقوط أو بتأييد الحكم أو القرار المستأنف، ولها أن تحدد جلسة لنظر الموضوع إذا اقتضى الأمر ذلك.

4– تنظر المحكمة الاستئناف على أساس ما يقدم لها من أدلة ودفوع وأوجه دفاع جديدة وما كان قد قدم من ذلك للمحكمة الابتدائية.

جميع الحقوق محفوظة لصادر ناشرون©

5– لا تقبل الطلبات الجديدة في الاستئناف وتقضي أو تقرر المحكمة من تلقاء نفسها بعدم قبولها، ومع ذلك يجوز أن يضاف إلى الطلب الأصلي الأجور والمرتبات وسائر الملحقات التي تستحق بعد تقديم الطلبات الختامية أمام المحكمة الابتدائية وما يزيد من التعويضات بعد تقديم هذه الطلبات وكذلك يجوز مع بقاء موضوع الطلب الأصلي على حاله تغيير سببه والإضافة إليه.

6– لا يجوز في الاستئناف إدخال من لم يكن خصماً في الدعوى الصادر فيها الحكم أو القرار المستأنف ولا يجوز التدخل فيه إلا ممن يطلب الانضمام إلى أحد الخصوم أو ممن يعتبر الحكم أو القرار المستأنف حجة عليه.

7– استئناف الحكم أو القرار المنهي للخصومة يستتبع حتماً استئناف جميع الأحكام أو القرارات التي سبق صدورها في القضية ما لم تكن قد قبلت صراحة مع مراعاة ما نص عليه في البند (1) من هذه المادة.

## المادة **168** – حالات حكم محكمة الاستئناف بالدعوى أو اعادتها للمحكمة الابتدائية*

إذا حكمت المحكمة الابتدائية في الموضوع ورأت محكمة الاستئناف أن هناك بطلاناً في الحكم أو بطلاناً في الإجراءات أثر في الحكم، تقضي بإلغائه وتحكم في الدعوى أما إذا حكمت المحكمة الابتدائية بعدم الاختصاص أو بقبول دفع فرعي ترتب عليه منع السير في الدعوى وحكمت محكمة الاستئناف بإلغاء الحكم وباختصاص المحكمة أو برفض الدفع الفرعي وبنظر الدعوى وجب عليها أن تعيد القضية للمحكمة الابتدائية للحكم في موضوعها.

## المادة **169** – الحكم بترك الخصومة*

تحكم المحكمة في جميع الأحوال بقبول ترك الخصومة في الاستئناف إذا نزل المستأنف عن حقه في الاستئناف.

## المادة **170** – القواعد التي تسري على الاستئناف*

تسري على الاستئناف القواعد والإجراءات التي تسري على الدعوى أمام المحكمة الابتدائية ما لم ينص القانون على غير ذلك.

## الفصل الثالث

## التماس إعادة النظر

## المادة **171** – حالات التماس إعادة النظر*

للخصوم أن يلتمسوا إعادة النظر في الأحكام والقرارات القضائية الصادرة بصفة انتهائية في الأحوال الآتية:

1– إذا وقع من الخصم غش كان من شأنه التأثير في الحكم أو القرار.

2– إذا كان الحكم أو القرار قد بني على أوراق حصل بعد صدوره إقرار بتزويرها أو قضي بتزويرها أو بني على شهادة شاهد قضي بعد صدوره بأنها شهادة زور.

3– إذا حصل الملتمس بعد صدور الحكم أو القرار على أوراق قاطعة في الدعوى كان خصمه قد حال دون تقديمها.

4– إذا قضى الحكم أو القرار بشيء لم يطلبه الخصوم أو بأكثر مما طلبوه.

5– إذا كان منطوق الحكم أو القرار مناقضاً بعضه البعض.

6– لمن يعتبر الحكم أو القرار الصادر في الدعوى حجة عليه ولم يكن قد أدخل أو تدخل فيها بشرط إثبات غش من كان يمثله أو تواطئه أو إهماله الجسيم.

7– إذا صدر الحكم أو القرار على شخص طبيعي أو اعتباري لم يكن ممثلاً تمثيلاً صحيحاً في الدعوى.

## المادة **172** – ميعاد الالتماس*

ميعاد الالتماس (30) ثلاثون يوماً ولا يبدأ في الحالات المنصوص عليها في البنود (1، 2، 3) من المادة (171) من هذا القانون إلا من اليوم الذي ظهر فيه الغش أو الذي أقر فيه فاعله بالتزوير أو حكم بثبوته أو الذي حكم فيه على شاهد الزور أو الذي ظهرت فيه الورقة المحتجزة، ويبدأ الميعاد في الحالة

© جميع الحقوق محفوظة لصادر ناشرون

المنصوص عليها في البند (6) من المادة (171) من هذا القانون من اليوم الذي ظهر فيه الغش أو التواطؤ أو الإهمال الجسيم، ويبدأ الميعاد في الحالة المنصوص عليها في البند (7) من المادة (171) من هذا القانون من اليوم الذي يعلن فيه الحكم إلى المحكوم عليه أو من يمثله تمثيلاً صحيحاً.

## المادة **173** – إجراءات الالتماس *

1- يرفع الالتماس إلى المحكمة التي أصدرت الحكم بصحيفة تودع مكتب إدارة الدعوى وفقاً للإجراءات المعتادة لرفع الدعوى.

2- يجب أن تشتمل الصحيفة على بيان الحكم الملتمس فيه وتاريخه وأسباب الالتماس وإلا كانت باطلة.

3- يجوز أن تكون المحكمة التي تنظر الالتماس مؤلفة من نفس القضاة الذين أصدروا الحكم.

4- لا يقبل الالتماس إذا لم تصحب عريضته بما يدل على إيداع تأمين قدره (500) خمسمائة درهم ويصادر التأمين إذا حكم برفض الالتماس أو بعدم قبوله أو بعدم جوازه.

## المادة **174** – الفصل بالالتماس *

1- تفصل المحكمة بعد سماع الخصوم أولاً في جواز الالتماس فإذا قبلته حددت جلسة للمرافعة في الموضوع دون حاجة إلى إعلان جديد. على أنه يجوز لها أن تحكم في قبول الالتماس وفي الموضوع بحكم واحد إذا كان الخصوم قد قدموا أمامها طلباتهم في الموضوع ولا تعيد المحكمة النظر إلا في الطلبات التي تناولها الالتماس.

2- لا يترتب على رفع الالتماس أو قبوله وقف تنفيذ الحكم، ومع ذلك يجوز للمحكمة التي تنظر الالتماس أن تأمر بوقف التنفيذ متى طلب ذلك وكان يخشى من التنفيذ وقوع ضرر جسيم يتعذر تداركه. ويجوز للمحكمة عندما تأمر بوقف التنفيذ أن توجب تقديم كفالة أو تأمر بما تراه كفيلاً بصيانة حق الملتمس ضده.

3- لا يجوز التماس إعادة النظر في الحكم الذي صدر برفض الالتماس أو في الحكم في موضوع الدعوى بعد قبوله.

### الفصل الرابع

### النقض

## المادة **175** – حالات الطعن بالنقض *

1- للخصوم أن يطعنوا بالنقض في الأحكام الصادرة من محاكم الاستئناف إذا كانت قيمة الدعوى تجاوز (500.000) خمسمائة ألف درهم أو كانت غير مقدرة القيمة وذلك في الأحوال الآتية:

أ– إذا كان الحكم المطعون فيه مبنياً على مخالفة القانون أو الخطأ في تطبيقه أو في تأويله.

ب– إذا وقع بطلان في الحكم أو في الإجراءات أثر في الحكم.

ج– إذا كان الحكم المطعون فيه قد صدر على خلاف قواعد الاختصاص.

د– إذا فصل في النزاع على خلاف حكم آخر صدر في ذات الموضوع بين نفس الخصوم وحاز قوة الأمر المقضي به.

هـ– خلو الحكم من الأسباب أو عدم كفايتها أو غموضها.

و – إذا حكم بما لم يطلبه الخصوم أو بأكثر مما طلبوا.

2- للخصوم أن يطعنوا أمام محكمة النقض في أي حكم انتهائي –أياً كانت المحكمة التي أصدرته– فصل في نزاع على خلاف لحكم آخر سبق أن صدر بين الخصوم أنفسهم وحاز قوة الأمر المقضي به.

3- تكون الأحكام الصادرة عن محاكم الاستئناف في إجراءات التنفيذ غير قابلة للطعن بالنقض.

## المادة **176**–طعن النائب العام بالنقض *

1- للنائب العام أن يطعن بطريق النقض أو التمييز من تلقاء نفسه أو بناءً على طلب من وزير العدل أو رئيس الجهة القضائية المحلية حسب الأحوال، مرفقاً به أسباب الطعن، وذلك في الأحكام الانتهائية أياً كانت المحكمة التي أصدرتها إذا كان الحكم مبنياً على مخالفة القانون أو الخطأ في تطبيقه أو تأويله وذلك في الأحوال الآتية:

© جميع الحقوق محفوظة لصادر ناشرون

أ– الأحكام التي يجيز القانون للخصوم الطعن فيها.

ب– الأحكام التي فوت الخصوم ميعاد الطعن فيها أو نزلوا فيها عن الطعن أو رفعوا طعناً فيها قضي بعدم قبوله.

2– يرفع النائب العام الطعن بصحيفة يوقعها خلال سنة من تاريخ صدور الحكم وتنظر المحكمة الطعن في غرفة مشورة بغير دعوة الخصوم، ويفيد هذا الطعن الخصوم.

## المادة 177 – وقف التنفيذ القانوني والقضائي *

1– يترتب على الطعن بالنقض وقف تنفيذ الحكم إذا كان صادراً بالطلاق أو فسخ الزواج أو متعلقاً بملكية عقار.

2– في غير الحالات المشار إليها في البند (1) من هذه المادة يجوز للمحكمة أن تأمر بوقف تنفيذ الحكم مؤقتاً إذا طلب الطاعن ذلك في صحيفة الطعن وكان يخشى أن يؤدي التنفيذ إلى وقوع ضرر جسيم يتعذر تداركه، ويعين رئيس الدائرة المختصة جلسة لنظر هذا الطلب يعلن الطاعن خصمه بها بصحيفة الطعن، فإذا رأت المحكمة وقف تنفيذ الحكم أو أن الطعن أقيم على غير الأسباب الواردة بالمادة (175) من هذا القانون، تحدد جلسة لنظر الطعن في غضون (60) ستين يوماً في غرفة مشورة.

3– على المحكمة أن تفصل في طلب وقف التنفيذ خلال أجل لا يتجاوز (15) خمسة عشر يوم عمل من تاريخ تقديمه.

4– يجوز للمحكمة عندما تأمر بوقف التنفيذ أن توجب تقديم كفالة أو تأمر بما تراه كفيلاً لصيانة حق المطعون ضده.

5– ينسحب الأمر الصادر بوقف تنفيذ الحكم على إجراءات التنفيذ التي اتخذها المحكوم له بناءً على الحكم المطعون فيه من تاريخ طلب وقف التنفيذ.

6– إذا رفض الطلب ألزم الطاعن بمصروفاته.

## المادة 178 – ميعاد الطعن بالنقض *

ميعاد الطعن بالنقض (30) ثلاثون يوماً.

## المادة 179 – صحيفة الطعن بالنقض *

1– يرفع الطعن بالنقض بصحيفة تودع مكتب إدارة الدعوى في المحكمة التي أصدرت الحكم، أو المحكمة الاتحادية العليا أو محكمة النقض أو محكمة التمييز –بحسب الأحوال– موقعة من محام مقبول للمرافعة أمامها على أن يقدم ما يفيد أداء الرسم كاملاً مع التأمين خلال (3) ثلاثة أيام عمل تالية لتاريخ الإشعار بتقدير الرسم ويقيد الطعن في السجل المعد لذلك عقب استيفاء ذلك الإجراء.

2– على الطاعن أن يُودع وقت تقديم الصحيفة صوراً منها بقدر عدد المطعون ضدهم وصورة لمكتب إدارة الدعوى.

3– يجب على الطاعن وقبل حجز الطعن للحكم أن يودع سند توكيل المحامي الموكل في الطعن.

4– يجب أن تشتمل الصحيفة علاوة على البيانات المتعلقة بأسماء الخصوم وصفاتهم وعنوان كل منهم على بيان الحكم المطعون فيه وتاريخ صدوره وإذا كان قد تم الإعلان وبيان الأسباب التي بني عليها الطعن وطلبات الطاعن.

5– إذا لم يحصل الطعن على الوجه المتقدم كان غير مقبول وتحكم المحكمة من تلقاء نفسها بعدم قبوله.

## المادة 180 – التمسك بسبب لم يرد بالصحيفة *

لا يجوز التمسك أمام المحكمة بسبب لم يرد بصحيفة الطعن ما لم يكن السبب متعلقاً بالنظام العام فيمكن التمسك به في أي وقت كما تأخذ به المحكمة من تلقاء نفسها.

## المادة 181 – رسوم الطعن بالنقض *

1– يفرض رسم ثابت قدره (2.000) ألفي درهم عن كل طعن بطريق النقض، وتُعفى الوزارات والهيئات والدوائر الحكومية وما في حكمها في الدولة من أداء هذا الرسم، ويتولى رئيس المحكمة أو من يندبه الفصل في طلبات تأجيل الرسوم أو الإعفاء منها، ويترتب على تقديم الطلب وقف سريان الميعاد المقرر للطعن.

جميع الحقوق محفوظة لصادر ناشرون©

2– يجب على الطاعن بالنقض أن يودع خزانة المحكمة عند أداء الرسم المقرر للطعن مبلغ (3.000) ثلاثة آلاف درهم على سبيل التأمين يرد إليه إذا حكم بقبول طعنه، فإذا أقام الطاعنون طعنهم بصحيفة واحدة أكتفي بإيداع تأمين واحد، ويعفى من التأمين من يعفى من الرسوم القضائية.

3– يفرض رسم ثابت قدره (1.000) ألف درهم عن كل طلب يتقدم به الطاعن لوقف تنفيذ الحكم المطعون فيه، وتعفى الجهات الوارد ذكرها في البند (1) من هذه المادة من أداء هذا الرسم.

## المادة 182 – اعلان المطعون ضده والفصل بالدعوى *

1– يعلن مكتب إدارة الدعوى في محكمة الطعن صحيفة الطعن إلى المطعون ضده خلال (10) عشرة أيام عمل من وقت إيداع الطعن، وعلى مكتب إدارة الدعوى طلب ضم ملف الدعوى المطعون على الحكم فيها خلال (3) ثلاثة أيام عمل من تاريخ تقديم الصحيفة.

2– على مكتب إدارة الدعوى بالمحكمة التي أصدرت الحكم إرسال ملف الدعوى خلال (10) عشرة أيام عمل من تاريخ ورود طلب الملف.

3– على مكتب إدارة الدعوى بالمحكمة التي أصدرت الحكم إرسال الطعن مع ملف الدعوى خلال (10) عشرة أيام عمل من تاريخ تقديمه إليها.

4– يجوز للمحكمة أن تقرر الاكتفاء بالصورة الرسمية للحكم التي يقدمها الطاعن بدلاً من طلب ملف الدعوى.

5– للمطعون ضده أن يودع مذكرة بدفاعه خلال (15) خمسة عشر يوماً من تاريخ إعلانه.

6– للمحكمة أن تأذن للخصوم بتقديم بيانات جديدة لتأييد دفوعهم ولها أن تتخذ كل إجراء يعينها على الفصل في الطعن.

## المادة 183 – الادخال في الطعن *

1– يجوز للمطعون ضده أن يدخل في الطعن أي خصم في الدعوى التي صدر فيها الحكم المطعون فيه لم يوجه إليه الطعن ويكون إدخاله بإعلانه بالطعن على أن يتم هذا الإعلان خلال الميعاد المنصوص عليه في البند (3) من المادة (182) من هذا القانون.

2– لمن أدخل في الطعن أو يودع مكتب إدارة الدعوى بالمحكمة مذكرة بدفاعه خلال (15) خمسة عشر يوماً من تاريخ إعلانه، وللطاعن الحق على هذه المذكرة طبقاً للمواعيد المقررة في المادة (182) من هذا القانون.

## المادة 184 – التدخل بالطعن *

يجوز لكل خصم في الدعوى التي صدر فيها الحكم المطعون فيه لم يعلنه الطاعن بطعنه أن يتدخل في الطعن ليطلب الحكم برفضه ويكون تدخله بإيداع مذكرة بدفاعه مكتب إدارة الدعوى خلال (15) خمسة عشر يوماً من تاريخ علمه بالطعن.

## المادة 185 – البت بالطعن *

1– يقوم قاضي التحضير بإعداد تقرير تلخيص بأوجه الطعن والرد عليها، وعلى مكتب إدارة الدعوى عرض ملف الدعوى بمجرد إيداع التقرير على الرئيس، لتحديد جلسة لنظر الطعن في غرفة مشورة، فإذا رأت المحكمة أن الطعن غير مقبول لسقوطه أو بطلان إجراءاته او إقامته على غير الأسباب المبينة في المادة (175) من هذا القانون، أو لكون المسألة القانونية المثارة في الطعن سبق للمحكمة إصدار مبدأ قضائي فيها ولم تر ما يبرر العدول عنه، أمرت بعدم قبوله بقرار يثبت في محضر الجلسة مع إشارة موجزة لسبب القرار.

2– إذا رأت المحكمة بأن الطعن جدير بالنظر بالنظر حددت جلسة لنظره ليتلى فيها تقرير التلخيص وتحكم المحكمة في الطعن بعد المداولة وبغير مرافعة.

3– إذا رأت المحكمة ضرورة المرافعة الشفوية فلها سماع أقوال المحامين عن الخصوم أو الخصوم أنفسهم.

## المادة 186 – قبول الطعن *

إذا قبلت المحكمة الطعن وكان الموضوع صالحاً للحكم فيه أو كان الطعن للمرة الثانية فإنها تتصدى للفصل فيه ولها استيفاء الإجراءات اللازمة، أما في غير هذه الأحوال فتقضي المحكمة بنقض الحكم كله

© جميع الحقوق محفوظة لصادر ناشرون

أو بعضه وتحيل الدعوى إلى المحكمة التي أصدرت الحكم المطعون فيه ما لم تر المحكمة نظرها أمام دائرة مشكلة من قضاة آخرين أو تحيلها إلى المحكمة المختصة لتقضي فيها من جديد، وتلتزم المحكمة المحال إليها الدعوى بحكم النقض في النقاط التي فصل فيها.

## المادة **187** – النقض الجزئي للحكم \*

1– يترتب على نقض الحكم إلغاء جميع الأحكام التي اتخذ الحكم المطعون فيه أساساً لها وذلك أياً كانت المحكمة التي أصدرتها.

2– إذا كان الحكم لم ينقض إلا في جزء منه بقي نافذاً فيما يتعلق بالأجزاء الأخرى ما لم تكن مترتبة على الجزء المنقوض.

## المادة **188** – الحكم بعدم جواز الطعن \*

إذا قضت المحكمة بعدم جواز الطعن أو بعدم قبوله أو برفضه كلياً أو جزئياً حكمت على رافعه بالمصروفات المناسبة فضلاً عن مصادرة التأمين كله أو بعضه حسب الأحوال.

## المادة **189** – الطعن بأحكام النقض \*

لا يجوز الطعن في أحكام النقض بأي طريق من طرق الطعن وذلك فيما عدا ما صدر منها في أصل النزاع فيجوز الطعن فيها بطريق التماس إعادة النظر في الحالات المنصوص عليها في البنود (1، 2، 3) من المادة (171) من هذا القانون.

## المادة **190** – رجوع محكمة النقض عن حكمها \*

1– مع عدم الإخلال بالبند (1) من المادة (185) واستثناءً من حكم المادة (189) من هذا القانون، يجوز للمحكمة الرجوع عن القرار الصادر منها في غرفة المشورة أو عن حكمها البات من تلقاء نفسها أو بناءً على طلب من الصادر ضده القرار أو الحكم، في أي من الأحوال الآتية:

أ– إذا شاب القرار أو الحكم خطأ إجرائي وقع من المحكمة أو أجهزتها المعاونة أثر في النتيجة التي انتهى إليه قرارها أو حكمها.

ب– إذا كان القرار أو الحكم مستنداً على قانون مُلغى، وكان من شأن تطبيق القانون الصحيح تغيير وجه الرأي في الدعوى.

ج– إذا صدر القرار أو الحكم مخالفاً لأي من المبادئ القضائية التي قررتها الهيئة أو الدوائر مجتمعة بالمحكمة حسب الأحوال، وذلك بدون العرض عليها، أو صدر مخالفاً للمبادئ التي استقرت عليها المحكمة أو التي أصدرتها هيئة توحيد المبادئ بين السلطات القضائية الاتحادية والمحلية.

2– يُقدم طلب الرجوع من الصادر ضده القرار أو الحكم إلى مكتب إدارة الدعوى بالمحكمة الاتحادية العليا أو محكمة النقض أو محكمة التمييز حسب الأحوال، موقعاً من محام مقبول للمرافعة أمامها ومصحوباً بتأمين مقداره (20.000) عشرين ألف درهم، وإذا كان الرجوع من تلقاء نفس المحكمة يحيله رئيسها مصحوباً بتقرير من المكتب الفني على الهيئة المنصوص عليها في البند (3) من هذه المادة.

3– يُنظر طلب الرجوع أو إقرار الإحالة به المنصوص عليه في البند (2) من هذه المادة أمام هيئة مشكلة من (5) خمسة قضاة بالمحكمة من غير من شاركوا في إصدار القرار أو الحكم، وتصدر الهيئة منعقدة في غرفة المشورة قراراً مسبباً بأغلبية (4) أربعة قضاة في طلب الرجوع، ويصادر مبلغ التأمين عند رفض الطلب. وفي حال قبول الطلب يحال إلى دائرة أخرى لنظر الطعن من جديد والفصل فيه، مع رد مبلغ التأمين إلى الطالب.

4– في جميع الأحوال، تكون الإحالة أو تقديم طلب الرجوع لمرة واحدة فقط، ولا يجوز إحالته أو تقديمه بعد انقضاء سنة من تاريخ صدور القرار أو الحكم من غرفة المشورة أو الحكم البات.

## المادة **191** – القواعد والإجراءات السارية على دعوى الطعن \*

1– تسري على الطعن بالنقض القواعد والإجراءات التي تسري على الطعن بالاستئناف أمام محكمة الاستئناف فيما لا يتعارض مع نصوص هذا الفصل.

2– يكون الطعن بالنقض في الأحكام الصادرة من المحاكم الاتحادية أمام المحكمة الاتحادية العليا في الحالات ووفقاً للإجراءات والقواعد المقررة في هذا الفصل ما لم يرد بشأنه نص خاص في قانون المحكمة الاتحادية العليا.

جميع الحقوق محفوظة لصادر ناشرون©

<div dir="rtl">

**الكتاب الثاني**

**إجراءات وخصومات متنوعة**

**الباب الأول**

**العرض والإيداع**

**المادة 192 – العرض\***

للمدين إذا أراد الوفاء أن يعرض على الدائن عرضاً حقيقياً ما التزم بأدائه من نقود أو مستندات أو منقولات في موطن الدائن.

ويتم العرض بطلب يقدم إلى مكتب إدارة الدعوى أو إلى رئيس المحكمة الابتدائية –بحسب الأحوال– ويُعلن إلى الدائن بوساطة القائم بالإعلان ويحرر به محضر يشتمل على بيان الشيء المعروض وشروط العرض وقبول المعروض أو رفضه، ويجوز إبداء العرض في الجلسة أمام المحكمة بدون إجراءات إذا كان من وجه إليه العرض حاضراً.

**المادة 193 – تحرير أموال المدين\***

يجوز للمدين أن يطلب مع العرض موافقة الدائن على تحرير أمواله من الكفالة العينية أو من أي قيد آخر يحد من التصرف.

**المادة 194 – شروط صحة العرض\***

يُشترط لصحة العرض ما يأتي:

1– أن يوجه إلى ذي أهلية للتسلم أو من ينوب عنه.

2– أن يوجه من شخص يصح منه القيام بالوفاء.

3– أن يشمل العرض المبالغ والأعيان المستحقة والملحقات والمصروفات.

4– أن يتحقق الشرط المتعلق بالالتزام.

5– أن يتقدم المدين بالعرض للدائن نفسه أو في موطنه.

**المادة 195 – رفض الإيداع\***

1– إذا كان المعروض نقوداً أو أشياء أخرى مما يمكن نقلها وإيداعها خزانة المحكمة ورفضها من وجه إليه العرض أمر رئيس المحكمة الابتدائية أو رئيس الجلسة حسب الأحوال بإيداعها تلك الخزانة فوراً.

2– إذا رفض العرض وكان المعروض مما لا يمكن إيداعه أمر رئيس المحكمة أمر رئيس الجلسة أو رئيس المحكمة الابتدائية بناءً على طلب القائم بالإعلان –حسب الأحوال– بإيداعه المكان الذي يعينه وذلك إذا كان الشيء مما يتيسر نقله بغير مشقة أما إذا كان معداً للبقاء حيث وجد أو مما لا يتيسر نقله إلا بمشقة أمر بوضعه تحت الحراسة.

3– إذا كان المعروض مما يسرع إليه التلف أو مما يتكلف نفقات باهظة في إيداعه أو حراسته جاز للمدين أو للقائم بالإعلان أن يطلب من رئيس المحكمة الابتدائية الأمر ببيعه بالمزاد العلني وإيداع الثمن خزانة المحكمة وإذا كان له سعر معروف في الأسواق أو كان التعامل فيه متداولاً فلا يجوز بيعه بالمزاد العلني إلا إذا تعذّر البيع ممارسة بالسعر المعروف.

4– للعارض أن يطلب إصدار قرار بصحة العرض.

**المادة 196 – القرار بصحة العرض\***

لا يصدر قرار بصحة العرض إلا إذا تم إيداع المعروض والملحقات التي استحقت لغاية يوم الإيداع وتقرر المحكمة مع صحة العرض ببراءة ذمة المدين من يوم العرض.

**المادة 197 – الرجوع عن العرض المقبول\***

يجوز للمدين أن يرجع عن عرض لم يقبله دائنه وأن يسترد ما أودعه بعد مضي (10) عشرة أيام عمل من تاريخ إعلان دائنه بالعرض والإيداع.

</div>

© جميع الحقوق محفوظة لصادر ناشرون

## المادة 198 – حالة عدم جواز الرجوع عن العرض*

لا يجوز الرجوع عن العرض ولا استرداد المودع بعد قبول الدائن لهذا العرض أو بعد صدور القرار بصحة العرض وصيرورته نهائياً.

## المادة 199 – قبول الدائن لعرض سبق له رفضه*

يجوز للدائن أن يقبل عرضاً سبق له رفضه وأن يتسلم ما أودع على ذمته وذلك إذا لم يكن المدين قد رجع عن عرضه.

### الباب الثاني

### مخاصمة القضاة وأعضاء النيابة العامة

## المادة 200 – مخاصمة القضاة*

تجوز مخاصمة قضاة المحاكم الابتدائية ومحاكم الاستئناف وأعضاء النيابة العامة في الأحوال الآتية:

1– إذا وقع من القاضي أو عضو النيابة في عملهم غش أو تدليس أو خطأ مهني جسيم.

2– في الأحوال الأخرى التي يقضي فيها القانون بمسؤولية القاضي والحكم عليه بالتعويضات.

## المادة 201 – دعوى المخاصمة*

1– ترفع دعوى المخاصمة بتقرير في مكتب إدارة الدعوى بالمحكمة الاستئنافية التابع لها القاضي أو عضو النيابة يوقعه الطالب أو من يفوضه في ذلك، ويجب أن يشتمل التقرير على بيان أوجه المخاصمة وأدلتها وأن تودع معه الأوراق المؤيدة لها مع تأمين مقداره (1.000) ألف درهم.

2– وتتعرض المخاصمة للنظر في قبولها على إحدى دوائر محكمة الاستئناف بأمر من رئيسها بعد تبليغ صورة من التقرير إلى القاضي أو عضو النيابة.

3– وتنظر في غرفة المداولة في أول جلسة تعقد بعد الأيام الثمانية التالية للتبليغ، ويقوم مكتب إدارة الدعوى بإخطار الطالب والمخاصم بالجلسة، وإذا كان القاضي المخاصم قاضياً بمحكمة الاستئناف أو كان عضو النيابة المخاصم النائب العام أو محامياً عاماً على الأقل تولت الفصل في قبول المخاصمة إحدى دوائر النقض في غرفة المداولة فإذا حكمت بقبولها أحالت نظر موضوع المخاصمة إلى دائرة خاصة مؤلفة من (5) خمسة من قضاتها بحسب ترتيب أقدمياتهم.

## المادة 202 – حكم المحكمة في المخاصمة*

تحكم المحكمة على وجه السرعة في تعلق أوجه المخاصمة بالدعوى وقبولها وذلك بعد سماع الطالب أو وكيله والقاضي أو عضو النيابة المخاصم –حسب الأحوال– بنفسه أو بوكيل من رجال القضاء، وأقوال النيابة العامة إذا تدخلت في الدعوى.

## المادة 203 – قبول المخاصمة*

1– إذا حكم بقبول المخاصمة حدد الحكم جلسة لنظر موضوع المخاصمة في جلسة علنية ويحكم فيه بعد سماع الطالب والمخاصم وأقوال النيابة إذا تدخلت في الدعوى.

2– ويكون القاضي غير صالح لنظر الدعوى من تاريخ الحكم بقبول المخاصمة.

## المادة 204 – عدم قبول المخاصمة والحكم فيها*

1– إذا قضي بعدم قبول المخاصمة شكلاً أو رفضها موضوعاً حكم على الطالب بمصادرة التأمين مع التعويضات إن كان لها وجه.

2– وإذا قضي بصحة المخاصمة حكم على القاضي أو عضو النيابة بالتضمينات والمصروفات وببطلان تصرفه وتكوّن الدولة مسؤولة عما يحكم به من التضمينات على القاضي أو عضو النيابة ولها حق الرجوع عليه ويجوز التنفيذ عليها مباشرة بالحكم الصادر في دعوى المخاصمة.

3– ومع ذلك لا يقضي ببطلان الحكم الصادر لمصلحة خصم آخر غير المدعي في دعوى المخاصمة إلا بعد إعلانه لإبداء أقواله ويجوز في هذه الحالة أن تصدر المحكمة في الدعوى الأصلية حكماً جديداً إذا رأت أنها صالحة للفصل وذلك بعد سماع أقوال الخصوم.

جميع الحقوق محفوظة لصادر ناشرون©

## المادة 205– الطعن في الحكم الصادر في دعوى المخاصمة *

لا يجوز الطعن في الحكم الصادر في دعوى المخاصمة إلا بطريق النقض.

### الكتاب الثالث

### التنفيذ

### الباب الأول

### أحكام عامة

### الفصل الأول

### قاضي التنفيذ

## المادة 206– قاضي التنفيذ *

1– يجري التنفيذ تحت إشراف قاضي التنفيذ في مقر كل محكمة ابتدائية أو إدارة أو محكمة التنفيذ – حسب الأحوال– في كل جهة قضائية ويعاونه في ذلك عدد كاف من القائمين بالتنفيذ ومأموري التنفيذ، أو الشركات والمكاتب الخاصة التي يصدر بها قرار من وزير العدل أو رئيس الجهة القضائية المحلية ولهم بعد مراعاة التشريعات المالية ذات الصلة أن يُحددوا الرسوم المستحقة عن أعمال التنفيذ الموكلة للشركات والمكاتب الخاصة.

2– تتبع أمام قاضي التنفيذ الإجراءات المقررة أمام المحكمة الابتدائية ما لم تنص أحكام القانون على خلاف ذلك.

## المادة 207– اختصاص قاضي التنفيذ *

1– باستثناء دعاوى الملكية العقارية، يختص قاضي التنفيذ دون غيره بتنفيذ السند التنفيذي وبالفصل في جميع منازعات التنفيذ الموضوعية والوقتية بصفة مستعجلة، كما يختص بإصدار الأحكام والقرارات والأوامر المتعلقة بذلك.

2– يكون الاختصاص بالتنفيذ لقاضي التنفيذ في دائرة المحكمة التي أصدرت الحكم أو القرار أو الأمر أو جرى في دائرتها توثيق أو تصديق السند التنفيذي أو دائرة المحكمة التي يقع فيها موطن المحكوم عليه أو أموال المحكوم عليه.

3– إذا تعلق التنفيذ بإجراء وقتي يقع في دائرة محكمة أخرى، فلقاضي التنفيذ المختص أن ينيب قاضي التنفيذ المطلوب اتخاذ الإجراء في دائرته للقيام بذلك.

4– يجوز أن تكون الإنابة إلكترونية أو ورقية.

5– إذا تعددت ملفات التنفيذ بين ذات الأطراف والمنظورة أمام قضاة تنفيذ بدوائر محاكم مختلفة، فيجوز ضمها لتُنظر أمام قاضي التنفيذ الذي قيد أمامه أول ملف تنفيذ، وإذا تعددت الحجوزات عن طريق قضاة تنفيذ في دوائر محاكم مختلفة فيكون قاضي التنفيذ الذي أجرى أولَ حجز هو المختص بتوزيع حصيلة البيوع بين الدائنين.

6– إذا كان الإجراء المطلوب اتخاذه إصدار أمر بالحبس، وفقاً لأحكام حبس المدين المبينة في القانون، وكان موطن المدين يقع في دائرة محكمة أخرى خلاف المحكمة المنفذ لديها السند التنفيذي، فعلى قاضي التنفيذ المختص أن يباشر إجراءات الحبس وله أن يحيل الأمر إلى قاضي التنفيذ المطلوب اتخاذ الإجراء في دائرته للقيام بالتحقيق وإصدار الأمر المناسب وتنفيذه.

## المادة 208– الانابة بين قضاة التنفيذ *

1– تتم الإنابة من قاضي التنفيذ المختص إلى قاضي التنفيذ المطلوب اتخاذ الإجراء في دائرته، ويرفق بها جميع المستندات القانونية المطلوبة لتنفيذها.

2– يتخذ قاضي التنفيذ المناب القرارات اللازمة لتنفيذ الإنابة، ويفصل في إشكالات التنفيذ المعروضة عليه، ويتم التظلم من قراراته أو استئنافها أمام المحكمة المختصة –بحسب الأحوال– وفقاً للإجراءات والمدد المنصوص عليها في المادة (209) من هذا القانون.

جميع الحقوق محفوظة لصادر ناشرون©

3– يعلم قاضي التنفيذ الذي أجرى تنفيذ الإنابة قاضي التنفيذ بما تم ويحول إليه أية أشياء تسلمها أو أموال أخرى نتيجة بيع المحجوزات.

4– إذا وجد قاضي التنفيذ المناب أن هناك أسباباً قانونية تمنع التنفيذ أو إذا تعذر عليه التنفيذ لأي سبب آخر، فعليه إعلام قاضي التنفيذ المختص بذلك.

## المادة 209– التظلم من قرارات قاضي التنفيذ *

1– تكون قرارات قاضي التنفيذ قابلة للتظلم في أي من الحالات الآتية:

أ– ترتيب الأفضلية بين المحكوم لهم أو إدراجهم من عدمه في قائمة التوزيع.

ب– تأجيل تنفيذ الحكم لأي سبب.

ج– إعطاء المدين مهلة للدفع أو تقسيط المبلغ المنفذ من أجله.

د– قبول الكفالة من عدمه.

هـ– المنع من السفر أو رفض الأمر به.

و– أمر الضبط والإحضار أو رفض الأمر به.

ويتم التظلم أمام رئيس المحكمة أو من يفوضه خلاف القاضي مصدر القرار خلال سبعة (7) أيام عمل من اليوم التالي لتاريخ صدوره بالنسبة للشخص الصادر الإجراء بحضوره، ومن تاريخ إعلانه به بالنسبة للشخص الصادر الإجراء في غيبته، وذلك بموجب طلب يودع في ذات ملف التنفيذ، ويكون للقاضي المتظلم أمامه أن يلغي أو يعدل القرار المتظلم منه حسبما يراه مناسباً دون حاجة لدعوة الخصوم ما لم يرَ ضرورة لذلك. ويكون القرار الصادر في التظلم نهائياً وغير قابل للطعن.

2– يجوز استئناف قرارات قاضي التنفيذ مباشرة أمام محكمة الاستئناف المختصة خلال عشرة (10) أيام عمل من تاريخ صدور القرار إذاً كان حضورياً، ومن يوم إعلانه أو العلم به إذا صدر في غيبة الخصم، في أي من الأحوال الآتية:

أ– اختصاص قاضي التنفيذ أو عدم اختصاصه بتنفيذ السند التنفيذي.

ب– الأموال المحجوز عليها مما لا يجوز حجزها أو بيعها.

ج– اشتراك أشخاص آخرين غير الخصوم في الحجز.

د– رفض حبس المدين أو حبسه، على أن يقدم المستأنف في الحالة الأخيرة كفيلاً يكون مسؤولاً عن إحضار المنفذ ضده أو الوفاء بالمبلغ المحكوم به، وفي حال عجزه عن إحضاره وتخلف الكفيل عن إحضار مكفوله ألزمته المحكمة بقيمة الكفالة، وتحصّل منه بالطريقة التي تنفذ بها الأحكام.

هـ– القرار الصادر بشأن تحديد المبلغ المنفذ به، والاستمرار في تنفيذه من عدمه.

3– لمحكمة الاستئناف المختصة أن تنظر الاستئناف منعقدة في غرفة المشورة، ولها في الحالات المشار إليها في البند (2) من هذه المادة، أن تأمر بوقف الإجراء محل الطعن مؤقتاً لحين الفصل في النزاع ما لم يكن بحسب طبيعته مؤثراً على تنفيذه بالكامل، فلها أن تأمر في هذه الحالة بوقف التنفيذ بأكمله.

## المادة 210– القرارات التنظيمية بشأن قيد طلبات التنفيذ *

يصدر رئيس مجلس القضاء الاتحادي ورؤساء الجهات القضائية المحلية، كل بحسب اختصاصه، القرارات التنظيمية بشأن قيد طلبات التنفيذ وإنشاء ملفاته.

## المادة 211– مقاومة التنفيذ *

إذا وقعت مقاومة أو تعد على القائم بالتنفيذ وترتب على ذلك تعطيل التنفيذ وجب عليه أن يحرر محضراً بالواقعة وأن يخطر فوراً قاضي التنفيذ للأمر بما يراه مناسباً بشأن اتخاذ الإجراءات التحفظية وطلب معونة أفراد الشرطة، وإحالة المحضر إلى النيابة العامة لاتخاذ ما تراه مناسباً.

### الفصل الثاني

### السند التنفيذي

## المادة 212– السند التنفيذي *

جميع الحقوق محفوظة لصادر ناشرون©

١- لا يجوز التنفيذ الجبري إلا بسند تنفيذي اقتضاءً لحق محقق الوجود ومعين المقدار وحال الأداء.

٢- السندات التنفيذية هي:

أ- الأحكام والأوامر وتشمل الأحكام الجزائية فيما تضمنته من رد وتعويضات وغرامات وغيرها من الحقوق المدنية.

ب- المحررات الموثقة طبقاً للقانون المنظم للتوثيق والتصديق.

ج- محاضر الصلح التي تصدق عليها المحاكم.

د- الأوراق الأخرى التي يعطيها القانون هذه الصفة.

٣- لا يجوز التنفيذ -في غير الأحوال المستثناة بنص في القانون- إلا بموجب صورة من السند التنفيذي عليها صيغة التنفيذ الآتية: "على السلطات والجهات المختصة أن تبادر إلى تنفيذ هذا السند وإجراء مقتضاه وعليها أن تعين على تنفيذه ولو جبراً متى طلب إليها ذلك".

٤- في حال عدم تقديم طالب التنفيذ طلب اتخاذ إجراء بالملف لمدة تجاوز سنة بعد آخر إجراء لقاضي التنفيذ أن يأمر بإغلاق الملف مؤقتاً.

٥- لا تنفذ السندات التنفيذية إذا تركت مدة (١٥) خمسة عشر عاماً على تاريخ آخر معاملة تنفيذية أو إذا تركت لذات المدة منذ صدورها دون تنفيذ.

## المادة 213- تنفيذ الأوامر المستعجلة*

يجوز للمحكمة في المواد المستعجلة أو في الأحوال التي يكون فيها التأخير ضاراً، أن تأمر - بناءً على طلب ذي الشأن- بتنفيذ الحكم بغير إعلانٍ وبغير وضع صيغة تنفيذية عليه.

### الفصل الثالث

### النفاذ المعجل

## المادة 214- النفاذ المعجل*

١- لا يجوز تنفيذ الأحكام جبراً ما دام الطعن فيها بالاستئناف جائزاً إلا إذا كان النفاذ المعجل منصوصاً عليه في هذا القانون أو محكوماً به.

٢- يجوز بمقتضى الأحكام الابتدائية الجائز الطعن فيها أو غير المشمولة بالنفاذ المعجل اتخاذ إجراءات تحفظية بشأنها.

## المادة 215- النفاذ المعجل القانوني*

١- النفاذ المعجل واجب بقوة القانون في أي من الأحوال الآتية:

أ- الأحكام الصادرة في المواد المستعجلة أياً كانت المحكمة التي أصدرتها.

ب- الأحكام الصادرة في دعاوى الأحوال الشخصية بالنفقات والأجور وما يرتبط بها من مصروفات وزيادتها أو تخفيضها.

ج- الأحكام الصادرة بتسليم الصغير أو رؤيته أو زيارته أو اصطحابه.

د- الأوامر الصادرة على العرائض.

٢- يكون النفاذ المعجل بغير كفالة ما لم ينص في الحكم أو الأمر على تقديم كفالة.

## المادة 216- النفاذ المعجل القضائي*

يجوز للمحكمة -بناءً على طلب ذوي الشأن- شمول حكمها بالنفاذ المعجل بكفالة أو بدونها في أي من الأحوال الآتية:

١- الأحكام الصادرة في المواد التجارية.

٢- إذا كان المحكوم عليه قد أقر بنشأة الالتزام ولو نازع في نطاقه أو ادعى انقضاءه.

٣- إذا كان الحكم قد صدر تنفيذاً لحكم سابق حائز لقوة الأمر المقضي أو مشمولاً بالنفاذ المعجل بغير كفالة أو كان مبنياً على سند رسمي لم يطعن بتزويره أو سند عرفي لم يجحد متى كان المحكوم عليه خصماً في الحكم السابق أو طرفاً في السند.

جميع الحقوق محفوظة لصادر ناشرون©

4- إذا كان الحكم صادراً لمصلحة طالب التنفيذ في منازعة تنفيذ متعلقة به.

5- إذا كان الحكم صادراً بأداء أجور أو مرتبات أو تعويض ناشئ عن علاقة عمل.

6- إذا كان الحكم صادراً في إحدى دعاوى الحيازة أو بإخراج مستأجر العقار الذي انتهى عقده أو فسخ، أو بإخراج شاغل العقار الذي لا سند له متى كان حق المدعي غير مجحود أو ثابتاً بسند رسمي.

7- في أية حالة أخرى إذا كان يترتب على تأخير التنفيذ ضرر جسيم بمصلحة المحكوم له على أن يبين ذلك في الحكم بياناً وافياً.

## المادة 217 – امتداد النفاذ المعجل *

1- يمتد النفاذ المعجل –بقوة القانون أو بحكم المحكمة– إلى ملحقات الطلب الأصلي وإلى مصروفات الدعوى.

2- لا يجوز الاتفاق قبل صدور الحكم على شموله بالنفاذ المعجل في غير حالة من حالاته.

## المادة 218 – الكفالة *

في الأحوال التي لا يجوز فيها تنفيذ الحكم أو الأمر إلا بكفالة، يكون للملزم بها الخيار بين أن يقدم كفيلاً مقتدراً أو أن يودع خزانة المحكمة من النقود أو الأوراق المالية ما فيه الكفاية، أو أن يقبل إيداع ما يُحصل من التنفيذ خزانة المحكمة أو تسليم الشيء المأمور بتسليمه في الحكم أو الأمر إلى حارس أمين.

## المادة 219 – اختيار الكفالة وإعلانها *

1- يقوم الملزم بالكفالة بإعلان خياره إما على يد مندوب التنفيذ بورقة مستقلة وإما ضمن إعلان السند التنفيذي.

2- يجب في جميع الأحوال أن يتضمن الخيار تعيين موطن مختار في الدولة لطالب التنفيذ إذا لم يكن له موطن أو محل عمل فيها وذلك لتعلن إليه فيه الأوراق المتعلقة بالمنازعة في الكفالة.

3- لذوي الشأن خلال (3) ثلاثة أيام من إعلان الخيار أن يرفع أمام قاضي التنفيذ تظلماً ينازع في اقتدار الكفيل أو أمانة الحارس أو في كفاية ما يودع، ويكون القرار الصادر في التظلم نهائياً.

4- إذا لم يرفع التظلم في الميعاد أو رفع ورفض أخذ قاضي التنفيذ تعهداً على الكفيل بالكفالة أو على الحارس بقبول الحراسة ويكون المحضر المشتمل على تعهد الكفيل أو الحارس بمثابة سند تنفيذي قبله بالالتزامات المترتبة على تعهد الكفيل أو قبول الحارس.

## المادة 220 – يجوز التظلم أمام محكمة الاستئناف *

1- يجوز التظلم أمام محكمة الاستئناف من وصف الحكم وذلك بالإجراءات المعتادة لرفع الاستئناف وتنظره محكمة الاستئناف منعقدة في غرفة مشورة.

2- يجوز إبداء التظلم المشار إليه في البند (1) من هذه المادة في الجلسة –ولو بعد فوات مواعيد الاستئناف– أثناء نظر الاستئناف المرفوع عن الحكم.

3- يحكم في التظلم استقلالاً عن الموضوع.

## المادة 221 – وقف النفاذ *

1- يجوز في جميع الأحوال للمحكمة المرفوع إليها الاستئناف أو التظلم أن تأمر بناءً على طلب ذي الشأن بوقف النفاذ إذا كان يخشى وقوع ضرر جسيم من التنفيذ.

2- للمحكمة عندما تأمر بوقف التنفيذ أو توجب تقديم كفالة أو تأمر بما تراه كفيلاً بحماية حق المحكوم له.

### الفصل الرابع

### تنفيذ الأحكام والأوامر والسندات الأجنبية

## المادة 222 – تنفيذ الاحكام الأجنبية *

جميع الحقوق محفوظة لصادر ناشرون©

1– الأحكام والأوامر الصادرة من بلد أجنبي يجوز الأمر بتنفيذها في الدولة بذات الشروط المقررة في قانون ذلك البلد لتنفيذ الأحكام والأوامر الصادرة في الدولة.

2– يطلب الأمر بالتنفيذ بعريضة تقدم من ذي الشأن مشتملة على البيانات المحددة في المادة (44) من هذا القانون إلى قاضي التنفيذ، ويصدر القاضي أمره خلال (5) خمسة أيام عمل من تاريخ تقديمها ويكون الأمر قابلاً للطعن عليه بالاستئناف مباشرةً وفقاً للقواعد والإجراءات المقررة لاستئناف الأحكام، ولا يجوز الأمر بالتنفيذ إلا بعد التحقق مما يأتي:

أ– أن محاكم الدولة غير مختصة حصراً بالمنازعة التي صدر فيها الحكم أو الأمر وأن المحاكم الأجنبية التي أصدرته مختصة بها طبقاً لقواعد الاختصاص القضائي الدولي المقررة في قانونها.

ب– أن الحكم أو الأمر صادر من محكمة وفقاً لقانون البلد الذي صدر فيه ومصدق عليه وفقاً للأصول.

ج– أن الخصوم في الدعوى التي صدر فيها الحكم الأجنبي قد كلفوا بالحضور، ومثلوا تمثيلاً صحيحاً.

د– أن الحكم أو الأمر حاز قوة الأمر المقضي طبقاً لقانون المحكمة التي أصدرته، على أن يقدم شهادة بأن الحكم أصبح حائزاً لقوة الأمر المقضي به أو كان منصوصاً عليه في الحكم ذاته.

هـ– أن الحكم لا يتعارض مع حكم أو أمر سبق صدوره من محكمة بالدولة ولا يتضمن ما يخالف النظام العام أو الآداب فيها.

3– يكون لقاضي التنفيذ الحق في استيفاء المستندات المؤيدة للطلب قبل إصدار قراره.

## المادة 223– أحكام التحكيم الأجنبية*

يسري حكم المادة (222) من هذا القانون على أحكام المحكمين الصادرة في بلد أجنبي ويجب أن يكون حكم المحكمين صادراً في مسألة يجوز التحكيم فيها طبقاً لقانون الدولة وقابلاً للتنفيذ في البلد الذي صدر فيه.

## المادة 224– الامر بالتنفيذ*

1– المحررات الموثقة ومحاضر الصلح التي تصدق عليها المحاكم في بلد أجنبي يجوز الأمر بتنفيذها في الدولة بذات الشروط المقررة في قانون ذلك البلد لتنفيذ مثيلاتها الصادرة في الدولة.

2– يطلب الأمر بالتنفيذ المشار إليه في البند (1) من هذه المادة بعريضة تقدم لقاضي التنفيذ بذات الإجراءات والشروط المنصوص عليها في البند (2) من المادة (222) من هذا القانون، ولا يجوز الأمر بالتنفيذ إلا بعد التحقق من توافر الشروط المطلوبة لقابلية المحرر أو المحضر للتنفيذ وفقاً لقانون البلد الذي تم توثيقه أو التصديق عليه فيه وخلوه مما يخالف النظام العام أو الآداب في الدولة.

## المادة 225– الاتفاقيات الدولية*

لا تخل القواعد المنصوص عليها في هذا الفصل بأحكام المعاهدات والاتفاقيات بين الدولة وغيرها من الدول في شأن تنفيذ الأحكام والأوامر والسندات الأجنبية.

## الفصل الخامس

## تنفيذ السندات التنفيذية والقرارات المتعلقة بمسائل الأحوال الشخصية

## المادة 226– قاضي لتنفيذ في الأحوال الشخصية*

استثناءً من أحكام المادة (207) من هذا القانون، يجري تنفيذ أحكام وقرارات الأحوال الشخصية تحت إشراف قاض مختص يندب في مقر كل محكمة، ويعاونه في ذلك عدد كاف من القائمين على التنفيذ والأخصائيين الاجتماعيين.

وتسري أحكام وإجراءات التنفيذ الواردة في هذا القانون فيما خلت منه المواد الواردة في هذا الفصل.

## المادة 227– اختصاص قاضي التنفيذ فيما خص مسائل الأحوال الشخصية*

يختص قاضي تنفيذ الأحوال الشخصية، وحده دون غيره، بتنفيذ السندات التنفيذية والقرارات المتعلقة بأحكام الأحوال الشخصية والفصل في جميع منازعات وإشكالات التنفيذ، وإصدار أوامر المنع من السفر، على أن يراعى عند التنفيذ العادات والتقاليد والأعراف السائدة في الدولة.

جميع الحقوق محفوظة لصادر ناشرون©

## المادة **228** – الاستعانة بخبراء *

لقاضي تنفيذ الأحوال الشخصية عند الاقتضاء أن يستعين بمن يراه من أهل الخبرة والاختصاص في مسائل الأحوال الشخصية.

## المادة **229** – الصلح في الأحوال الشخصية *

لقاضي تنفيذ الأحوال الشخصية أن يعرض الصلح على أطراف التنفيذ، وله أن يصدق على محاضر الصلح التي تتم بين الأطراف بشأن كيفية تنفيذ السند التنفيذي وله أن يعرض في أي وقت على أطراف التنفيذ تعديل مواعيد وأماكن الرؤية والزيارة والاصطحاب، ولو كان ذلك يخالف سند التنفيذ أو القرار المنفذ بموجبه، وبشرط عدم الإخلال بمصلحة المحضونين.

## المادة **230** – سرية الجلسات *

تكون جلسات التنفيذ في مسائل الأحوال الشخصية في غير علانية، وتصدر قرارات التنفيذ دون الحاجة إلى عقد جلسة لذلك ما لم يقرر قاضي تنفيذ الأحوال الشخصية خلاف ذلك.

## المادة **231** – ميعاد تنفيذ السندات التنفيذية *

يجري تنفيذ السندات التنفيذية والقرارات المتعلقة بمسائل الأحوال الشخصية بعد مرور (7) سبعة أيام من تاريخ الإعلان بالسند.

## المادة **232** – استئناف الأحكام الصادرة من قاضي تنفيذ الأحوال الشخصية وضم الدعاوى *

1 – تكون الأحكام الصادرة من قاضي تنفيذ الأحوال الشخصية في منازعات التنفيذ الموضوعية قبالة للاستئناف خلال (15) خمسة عشر يوماً من تاريخ صدورها.

2 – إذا كان لطالب التنفيذ أو المنفذ ضده ملفات تنفيذ أخرى متعلقة بمسائل أحوال شخصية بينهما تنفيذ في دوائر محاكم أخرى، فيجوز ضمنها لنظرها أمام قاضي التنفيذ الذي قيد أمامه أول ملف تنفيذ، ما لم يتفق الطرفان على خلاف ذلك.

### الفصل السادس

### إجراءات التنفيذ

## المادة **233** – إعلان السند التنفيذي *

1 – يتعين على طالب التنفيذ أن يبين الإجراءات المطلوب اتخاذها في لائحة الطلبات التنفيذية عند القيد إلكترونياً أو ورقياً.

2 – يجب أن يسبق التنفيذ إعلان السند التنفيذي طبقاً لإجراءات الإعلان المقررة في هذا القانون.

3 – يجب أن يشتمل الإعلان على بيان المطلوب، وتكليف المدين بالوفاء به خلال (7) سبعة أيام من تاريخ إعلانه وتعيين موطن مختار لطالب التنفيذ في دائرة المحكمة التي يجري فيها التنفيذ إذا لم يكن موطنه الأصلي أو محل عمله فيه أو موطنه المختار.

4 – إذا كان السند التنفيذي صادراً استناداً إلى عقد فتح اعتماد وجب أن يعلن معه مستخرج بحساب المدين من واقع دفاتر الدائن التجارية.

5 – في حال التنفيذ بإخلاء عقار أو بتسليم أموال منقولة أو عقارية يجب أن يشتمل إعلان السند التنفيذي على تحديد كاف لهذه الأموال.

6 – إذا اشتمل السند التنفيذي على تحديد ميعاد للإخلاء أو التسليم وجب أن يتضمن الإعلان هذا الميعاد.

## المادة **234** – الحجز التحفظي *

1 – استثناء من أحكام المادة (233) من هذا القانون، ودون الإخلال بقواعد الحجز التحفظي على المنقول والعقار وحجز ما للمدين لدى الغير وما ينص عليه أي تشريع آخر، يجوز لقاضي التنفيذ أن يأمر بالحجز التحفظي على أموال المدين طبقاً للقواعد والإجراءات المقررة في هذا القانون قبل إعلانه

جميع الحقوق محفوظة لصادر ناشرون©

بالسند التنفيذي إذا تبين له ما يشير إلى سعي المدين بتهريب أمواله من واقع تقرير المعلومات الائتماني أو من قرائن الحال أو فقدان الدائن للضمان العام.

2- لقاضي التنفيذ أن يأمر بالاستعلام عن أموال المدين قبل إعلانه بالسند التنفيذي.

3- لقاضي التنفيذ منع المنفذ ضده من السفر قبل الإعلان بالسند إذا تبين له ما يشير إلى سعي المدين لمغادرة الدولة.

## المادة 235- عرض الوفاء بالدين الكلي أو الجزئي *

1- إذا عرض المدين على القائم بالتنفيذ عند إعلان السند التنفيذي أو في أية حالة كانت عليها الإجراءات، الوفاء بمحل التنفيذ كله أو بعضه، أو تسليمه، فعلى القائم بالتنفيذ إثبات ذلك في المحضر وتكليف المدين بإيداع المبلغ المعروض خزانة المحكمة لصالح طالب التنفيذ ويتم الإيداع أو التسليم في ذات اليوم أو في اليوم التالي على الأكثر.

2- إذا كان المعروض جزءاً من الدين فعلى القائم بالتنفيذ أن يستمر في التنفيذ بالنسبة للباقي.

## المادة 236- كسر الأبواب والاقفال للتنفيذ *

لا يجوز للقائم بالتنفيذ كسر الأبواب أو فتح الأقفال بالقوة لإجراء التنفيذ إلا بموافقة قاضي التنفيذ ويتم ذلك بحضور أحد أفراد الشرطة ويثبت حضوره في محضر التنفيذ وإلا كان باطلاً.

## المادة 237- وفاة المدين او فقدان الاهلية *

1- إذا توفي المدين أو فقد أهليته أو زالت صفة من يباشر الإجراءات بالنيابة عنه قبل البدء في التنفيذ أو قبل إتمامه فلا يجوز التنفيذ أو الاستمرار قبل إعلان ورثته المبينة أسماؤهم وصفاتهم في الإعلام الشرعي أو من يقوم مقامه إلا بعد مضي سبعة (7) أيام من تاريخ إعلانهم بالسند التنفيذي.

2- إذا توفي الدائن أو فقد أهليته أو زالت صفة من يباشر الإجراءات بالنيابة عنه بعد البدء في التنفيذ أوقفت إجراءات التنفيذ وكل المواعيد السارية في حقه حتى يعجلها أحد طرفي التنفيذ.

3- يجوز قبل انقضاء (3) ثلاثة أشهر من تاريخ الوفاة أن يتم الإعلان المشار إليه في البندين (1) و(2) من هذه المادة إلى الورثة كافة في آخر موطن كان يقيم فيه مورثهم بغير بيان أسمائهم وصفاتهم، وإذا كان الإعلان بعد انقضاء هذه المدة يجب إعلانهم بصفاتهم وأشخاصهم.

## المادة 238- الغير *

لا يجوز للغير أن يؤدي المطلوب بموجب السند التنفيذي ولا أن يجبر على أدائه إلا بعد إعلان المدين بالعزم على هذا التنفيذ قبل وقوعه بسبعة أيام على الأقل.

### الفصل السابع

### إشكالات التنفيذ

## المادة 239- الاشكال على التنفيذ *

1- إذا عرض عند التنفيذ إشكال وكان المطلوب فيه إجراء وقتياً فعلى القائم بالتنفيذ أو المنفذ ضده أو ذو الشأن أن يعرض هذا الإشكال على قاضي التنفيذ ليقرر وقف التنفيذ أو المضي فيه.

2- في جميع الأحوال لا يجوز للقائم بالتنفيذ، أن يتم التنفيذ قبل أن يصدر القاضي قراره، ويتم التظلم من هذا القرار وفق البند (1) من المادة (209) من هذا القانون.

3- إذا تبين لقاضي التنفيذ أن الإشكال المقدم يعتبر منازعة تنفيذ موضوعية، صرح لمقدمها بقيدها خلال أجل (7) سبعة أيام عمل من تاريخ التصريح، ويستمر التنفيذ ما لم يصدر في المنازعة قرار بوقف التنفيذ.

4- إذا تبين لقاضي التنفيذ أن الإشكال المرفوع يتعلق بدعوى ملكية عقار قيدت بالإجراءات المعتادة لرفع الدعوى أمام المحكمة المختصة ترتب على رفعه وقف التنفيذ إلا إذا أمرت المحكمة بخلاف ذلك.

5- لا يترتب على تقديم أي إشكال لاحق، أو بعد رفع أي منازعة تنفيذ موضوعية وقف التنفيذ، ما لم يقرر قاضي التنفيذ خلاف ذلك، أو يقرر القانون وجوب وقف التنفيذ.

جميع الحقوق محفوظة لصادر ناشرون©

تشريعات دولة الامارات العربية المتحدة

## المادة 240 – العرض الحقيقي\*

لا يترتب على العرض الحقيقي وقف التنفيذ إذا كان العرض محل نزاع، ولقاضي بوقف التنفيذ أن يأمر بوقف التنفيذ مؤقتاً مع إيداع المعروض أو مبلغ أكبر منه يعينه.

## المادة 241 – التأمين عند تقديم الاشكال\*

يحصل من المستشكل عند قيد منازعة تنفيذ وقتيه قدر تأمين مقداره (5.000) خمسة آلاف درهم يسترد في حالة قبول الإشكال ويصادر بقوة القانون في حالة خسارته باستثناء قضايا الأحوال الشخصية.
وفي جميع الأحوال لا تقبل المنازعة إذا لم تصحب بما يثبت إيداع التأمين.

### الباب الثاني

### الحجوز

### الفصل الأول

### أحكام عامة

## المادة 242 – الأموال الغير قابلة للحجز \*

مع عدم الإخلال بأي نص ورد في أي تشريع آخر، لا يجوز الحجز على ما يأتي:

1– الأموال العامة للدولة أو لأحدى الإمارات فيها وأموال الوقف.

2– الدار التي تعد سكناً للمدين أو المحكوم عليه ومن كان يسكن معه من أقاربه الذين يعولهم شرعاً في حالة وفاته إلاّ إذا كانت الدار أو الحصة الشائعة فيها مرهونة وكان الدين ناشئاً عن ثمنها فيجوز حجزه للوفاء بالدين.

3– ما يلزم المدين من الثياب وما يكون ضرورياً له ولأسرته من أثاث المنزل وأدوات المطبخ، وما يلزمهم من الغذاء والوقود لمدة (6) ستة أشهر.

4– ما يملكه المزارع أو الصياد من الأرض أو الأدوات الزراعية اللازمة لها بقدر ما يكفي معيشته ومن يعوله.

5– الأموال الموهوبة أو الموصى بها لتكون هي أو عائدها نفقة أو راتباً مؤقتاً أو مدى الحياة، وما يحكم به القضاء من المبالغ المقررة أو المرتبة مؤقتاً للنفقة أو للتصرف منها في غرض معين وكل ذلك إلا بقدر الربع وفاءً لدين نفقة مقررة.

6– الأموال الموهوبة أو الموصى بها مع اشتراط عدم جواز الحجز عليها، وذلك إذا كان الحاجز من دائني الموهوب له أو الموصي له الذين نشأ دينهم قبل الهبة أو الوصية إلا لدين نفقة مقررة وفي حدود الربع.

7– ما يلزم المدين من كتب وأدوات ومهمات لمزاولة مهنته أو حرفيته بنفسه وذلك ما لم يكن الحجز لاقتضاء ثمنها أو مصروفات صيانتها أو نفقة مقررة.

8– المنقول الذي يعتبر عقاراً بالتخصيص إذا كان الحجز عليه مستقلاً عن العقار المخصص لخدمته وذلك ما لم يكن الحجز لاقتضاء ثمنه أو مصروفات صيانته.

9– الأجور والرواتب لدى جهة العمل ولو حولت إلى حساب مصرفي إلا بقدر الربع من الأجر أو الراتب الإجمالي الثابت وعند التزاحم تكون الأولوية لدين النفقة.

10– أموال السفارات الأجنبية والهيئات الدبلوماسية التي تتمتع بالحصانة الدبلوماسية شرط المعاملة بالمثل.

## المادة 243 – مواعيد تنفيذ الحجز \*

إذا لم يتم الحجز في يوم واحد جاز إتمامه في يوم أو أيام متتالية متتابعة، وعلى القائم بالتنفيذ أن يتخذ ما يلزم للمحافظة على الأشياء المحجوزة والمطلوب حجزها إلى أن يتم المحضر، ويجب التوقيع على المحضر كلما توقفت إجراءات الحجز.

جميع الحقوق محفوظة لصادر ناشرون©

ومع ذلك إذا اقتضى الحال استمر القائم بالتنفيذ بإجراءات الحجز بعد المواعيد المقررة في المادة (7) من هذا القانون، أو في أيام العطل الرسمية جاز له إتمامها دون حاجة لاستصدار إذن من قاضي التنفيذ.

## المادة 244– إيداع مبلغ الدين للحجز بدل الأموال المحجوزة *

يجوز في أية حالة كانت عليها الإجراءات قبل رسو المزاد، إيداع مبلغ من النقود خزانة المحكمة مساوٍ للديون المحجوز من أجلها والمصروفات.

يترتب على هذا الإيداع زوال الحجز عن الأموال المحجوزة وانتقاله إلى المبلغ المودع.

## المادة 245– طلب الإيداع *

يجوز للمحجوز عليه أن يطلب من قاضي التنفيذ في أية حالة تكون عليها الإجراءات تقدير مبلغ أو ما يقوم مقامه يودعه خزانة المحكمة على ذمّة الوفاء للحاجز، ويترتب على هذا الإيداع زوال الحجز عن الأموال المحجوزة وانتقاله إلى ما أودع.

## المادة 246– حدود الحجز *

يوقع الحجز في حدود الدين المطالب به، وإذا كانت قيمة الحق المحجوز من أجله لا تتناسب مع قيمة الأموال المحجوزة عليها جاز للمدين أن يطلب من القاضي المختص –حسب الأحوال– قصر الحجز على بعض أمواله المملوكة له والتي يجوز الحجز عليها.

### الفصل الثاني

### الحجز التحفظي

## المادة 247– الحجز التحفظي *

مع عدم الإخلال بما ينص عليه أي تشريع آخر، يجوز للدائن أن يطلب من المحكمة التي تنظر الدعوى أو من قاضي الأمور المستعجلة بصفة وقتية حسب الأحوال توقيع الحجز التحفظي على عقارات ومنقولات خصمه في أي من الأحوال الآتية:

1– كل حالة يخشى فيها فقدانه لضمان حقه، كالحالات الآتية:

أ– إذا لم يكن للمدين إقامة مستقرة في الدولة.

ب– إذا خشي الدائن فرار مدينه أو تهريب أمواله أو إخفائها وكان ذلك بوجود دلائل جدية.

ج– إذا كانت تأمينات الدين مهددة بالضياع.

2– لمؤجر العقار في مواجهة المستأجر الأصلي والمستأجر من الباطن على المنقولات والثمرات والمحصولات الموجودة بالعين المؤجرة وذلك لحق الامتياز المقرر له قانوناً ويجوز له ذلك أيضاً إذا كانت المنقولات والثمرات والمحصولات قد نقلت على غير علم منه ما لم يكن قد مضى على نقلها (30) ثلاثون يوماً أو بقيت في العين المؤجرة أموال كافية لضمان حق الامتياز المقرر له.

3– إذا كان الدائن حاملاً لسند رسمي أو سند عادي بدين مستحق الأداء وغير معلق على شرط، أو إذا كان بيده حكم غير واجب النفاذ متى كان الدين الثابت به معين المقدار.

4– للعامل عند تعذر التسوية بشأن مستحقاته التي حددها القانون المنظم للعلاقة بينهما، وذلك ضماناً للوفاء بمستحقاته بعد تقديرها مؤقتاً من قبل الجهة الإدارية المختصة.

5– في جميع الأحوال قبل الاستجابة لطلب الحجز أن تطلب أية بيانات أو بينات أو إقرارات مشفوعة باليمين أو تجري تحقيقاً مختصراً أو تأمر بإجراء التحريات اللازمة بمعاونة الجهات الإدارية المختصة متى رأت ضرورة لذلك.

## المادة 248– طلب الحجز التحفظي *

يجوز لمالك المنقول ومن له حق عيني عليه أو حق في حبسه أن يطلب توقيع الحجز التحفظي عليه عند من يحوزه، وذلك بموجب عريضة مشتملة على بيان وافٍ عن المنقول المطلوب الحجز عليه.

## المادة 249– أمر قاضي الأمور المستعجلة بالحجز *

© جميع الحقوق محفوظة لصادر ناشرون

1– إذا لم يكن بيد الدائن سند تنفيذي أو كان دينه معين المقدار ، جاز لقاضي الأمور المستعجلة أن يأمر بالحجز ويقدر دين الحاجز تقديراً مؤقتاً وذلك بناءً على عريضة مسببة يقدمها طالب الحجز ، وللقاضي قبل إصدار الأمر أن يجري تحقيقاً مختصراً إذا لم تكن المستندات المؤيدة للطلب كافية.

2– يجب في حالة الحجز على عقار أن يقدم مع العريضة صورة رسمية من سند ملكية ذلك العقار المطلوب الحجز عليه.

3– إذا كانت الدعوى مرفوعة بالحق من قبل أمام المحكمة المختصة جاز طلب الأمر بالحجز المشار إليه في البند (1) من هذه المادة من المحكمة التي تنظر الدعوى.

## المادة 250– نطاق إيقاع الحجز التحفظي *

1– يتبع في الحجز التحفظي على المنقولات القواعد والإجراءات المنصوص عليها في المواد من (264) إلى (282) من هذا القانون عدا ما يتعلق منها بتحديد يوم البيع إلا إذا كانت هذه المنقولات عرضة للتلف فيراعى نص البند (2) من المادة (273) من هذا القانون، ويتبع في الحجز التحفظي على العقارات القواعد والإجراءات المنصوص عليها في المواد من (285) إلى (305) من هذا القانون عدا ما يتعلق منها بتقديم السند التنفيذي وإجراءات البيع بالمزاد.

2– يجب على الحاجز خلال (8) ثمانية أيام من تاريخ صدور قرار الحجز أن يرفع أمام المحكمة المختصة الدعوى بثبوت الحق، وذلك في الأحوال التي يكون فيها الحجز بأمر من قاضي الأمور المستعجلة وإلا اعتبر الحجز كأن لم يكن. ويعتبر الحجز كذلك كأن لم يبدأ في تنفيذ الحكم النهائي الصادر لصالحه خلال (30) ثلاثين يوماً من تاريخ صيرورته نهائياً.

3– لمن صدر الأمر برفض طلبه وللمحجوز عليه ولذوي الشأن أن ينتظم من أمر الحجز أمام قاضي الأمور المستعجلة أو أمام المحكمة المختصة –بحسب الأحوال– سواءً كان التظلم في موضوع الحجز أو مواعيده، وفي جميع الأحوال ينقضي الحجز إذا صدر حكم نهائي برفض دعوى ثبوت الحق.

4– إذا صدر حكم برفض التظلم وكان واجب التنفيذ أو صار كذلك تتبع الإجراءات المقررة للبيع في المواد من (264) إلى (282) ومن (285) إلى (305) من هذا القانون، بحسب الأحوال أو يجري التنفيذ بتسليم المنقول في الحالة المشار إليها في المادة (248) من هذا القانون.

5– تبقى إجراءات الحجز التي اتخذت بموجب حكم أو قرار واجب النفاذ سارية ما لم يكن الحكم أو القرار الصادر بإلغائها أصبح نهائياً.

## المادة 251– الحجز على منقولات المستأجر الأصلي والمستأجر من الباطن.

1– إذا أوقع مؤجر العقار الحجز على منقولات المستأجرين من الباطن طبقاً للبند (2) من المادة (247) من هذا القانون وجب أن توجه الإجراءات إلى كل من المستأجر الأصلي والمستأجر من الباطن.

2– يعتبر إعلان الحجز إلى المستأجر من الباطن بمثابة حجز أيضاً تحت يده على الأجرة.

3– إذا كان المستأجر الأصلي غير ممنوع من التأجير من الباطن جاز للمستأجر من الباطن أن يطلب رفع الحجز على منقولاته مع بقاء الحجز تحت يده على الأجرة.

## الفصل الثالث

### حجز ما للمدين لدى الغير

## المادة 252– الحجز على ما للمدين لدى الغير *

1– يجوز لكل دائن أن يطلب من المحكمة المختصة أو قاضي الأمور المستعجلة الحجز على ما يكون لمدينه لدى الغير من المنقولات أو ديون ولو كانت مؤجلة أو معلقة على شرط أو كانت محلاً للنزاع.

2– إذا لم يكن الحجز موقعاً على منقول أو دين بذاته فإنه يتناول كل ما يكون للمحجوز عليه من منقولات في يد المحجوز لديه وديون في ذمته إلى وقت التقرير بما في الذمة.

3– يوقع حجز ما للمدين لدى الغير على منقولات المدين التي في حيازة ممثله القانوني.

## المادة 253– أمر الحجز *

يحصل الحجز –بدون حاجة إلى إعلان سابق إلى المدين– بموجب أمر من القاضي ويعلن إلى المحجوز لديه بمعرفة القائم بالتنفيذ ويشتمل على البيانات الآتية:

© جميع الحقوق محفوظة لصادر ناشرون

1- بيان أصل المبلغ المحجوز من أجله والمصروفات.

2- تعيين المحجوز عليه تعييناً نافياً لكل جهالة إن كان الحجز وارداً على مال معين، ونهي المحجوز لديه عن الوفاء بما في يده إلى المحجوز عليه أو تسليمه إياه.

3- رقم الدعوى أو طلب الحجز واسم الحاجز وموطنه أو محل عمله في الدولة فإذا لم يكن له موطن أو محل عمل في الدولة وجب عليه تعيين موطن مختار له في دائرة المحكمة التي يجري فيها التنفيذ.

4- تكليف المحجوز لديه بالتقرير بما في الذمة وإفادة المحكمة الآمرة بالحجز خلال سبعة أيام من (7) إعلانه بالحجز.

## المادة 254- بطلان الامر بالحجز *

إذا لم يشتمل الأمر على البيانات الواردة في البندين (1) و(2) من المادة (253) من هذا القانون كان الحجز باطلاً، ويجوز لكل ذي مصلحة التمسك بهذا البطلان.

## المادة 255- الإيداع لخزانة المحكمة *

1- يكون الوفاء من المحجوز لديه بإيداع ما في ذمته خزانة المحكمة وإذا كان محل الحجز منقولات لا يمكن إيداعها تلك الخزانة جاز تسليمها إلى حارس تعينه الجهة الآمرة بالحجز بناءً على طلب يقدم إليها من المحجوز لديه أو المحجوز عليه.

2- يجب أن يكون الإيداع مقترناً ببيان موقع من المحجوز لديه بالحجوز التي وقعت تحت يده وتواريخ إعلانها وأسماء الحاجزين والمحجوز عليهم وصفاتهم وعناوينهم والسندات التي وقعت الحجوز بمقتضاها والمبالغ التي حجز من أجلها.

3- على الجهة الآمرة بالحجز إبلاغ الحاجز والمحجوز عليه فوراً بحصول الإيداع أو وضع المنقولات تحت يد حارس.

4- يغني الإيداع أو وضع المنقولات تحت الحراسة عن التقرير بما في الذمة إذا كان المبلغ أو المنقول كافياً للوفاء بدين الحاجز.

5- إذا وقع حجز جديد على المبلغ المودع أو المنقولات الموضعة تحت الحراسة فأصبحت أيهما غير كافٍ جاز لأي من الحاجزين تكليف المحجوز لديه بالتقرير بما في ذمته خلال سبعة أيام (7) من يوم تكليفه بذلك.

## المادة 256- إقرار المحجوز عليه لما في ذمته *

1- إذا لم يحصل الإيداع طبقاً للمادة (244) و(245) من هذا القانون وجب على المحجوز لديه أن يقرر بما في ذمته إلى الجهة الآمرة بالحجز خلال سبعة (7) أيام من إعلانه بالحجز، ويذكر في التقرير مقدار الدين وسببه وأسباب انقضائه إن وجدت، وإذا كان تحت يد المحجوز لديه منقولات وجب عليه أن يرفق بالتقرير بياناً مفصلاً عنها.

2- إذا كان الحجز تحت يد الحكومة أو إحدى المؤسسات العامة أو الهيئات العامة أو أحد البنوك فيكون التقرير بما في الذمة بواسطة كتاب ترسله الجهة المحجوز لديها إلى الجهة الآمرة بالحجز في الميعاد سالف الذكر يتضمن بيانات التقرير.

3- لا يعفى المحجوز لديه من واجب التقرير بما في الذمة أن يكون غير مدين للمحجوز عليه، وعندئذ يجوز أن يتم التقرير ببيان يقدمه إلى الجهة الآمرة بالحجز، كما أن سر المهنة لا يعفيه من واجب التقرير بما في الذمة.

## المادة 257- وفاة المحجوز عليه او فقدانه لاهليته *

إذا توفى المحجوز لديه أو فقد أهليته أو زالت صفته أو صفة من يمثله كان للحاجز أن يعلن ورثة المحجوز لديه أو من يقوم مقامه بصورة من ورقة الحجز ويكلفهم التقرير بما في الذمة خلال سبعة (7) أيام من هذا التكليف.

## المادة 258- المنازعة في تقرير المحجوز عليه *

ترفع المنازعة في تقرير المحجوز لديه أمام المحكمة التي تنظر دعوى الحجز في أي مرحلة من مراحل التقاضي.

جميع الحقوق محفوظة لصادر ناشرون©

## المادة 259- عدم الإقرار والاقرار الكاذب*

1- إذا لم يقرر المحجوز لديه بما في ذمته على الوجه المقرر قانوناً أو قدم تقريراً غير كافٍ أو قرر غير الحقيقة، أو أخفى الأوراق الواجب عليه إيداعها لتأييد التقرير جاز الحكم عليه للدائن الذي حصل على سند تنفيذي بدينه بالمبلغ المحجوز من أجله وذلك ترفع بدعوى بالإجراءات المعتادة ولا تقبل دعواه بعد مضي (3) ثلاث سنوات من تاريخ صدور قرار التقرير بما في الذمة.

2- يعتبر تنفيذ الحكم الصادر ضد المحجوز لديه وفاء لحق الحاجز قبل المحجوز عليه، ولا يخل ذلك برجوع المحجوز لديه على المحجوز عليه بما أدّاه للحاجز.

3- لا يصدر الحكم إذا تلافى المحجوز لديه السبب الذي رفعت بسببه الدعوى حتى إقفال باب المرافعة فيها ولو أمام محكمة الاستئناف.

4- يجب في جميع الأحوال إلزام المحجوز لديه بمصروفات الدعوى والتعويضات المترتبة على تقصيره أو تأخيره.

## المادة 260- الحق الثابت*

إذا كان حق الحاجز ثابتاً بسند تنفيذي جاز له فور التقرير بما في الذمة أن يطلب من قاضي التنفيذ إصدار أمر إلى المحجوز لديه بأن يدفع إلى الحاجز المبلغ الذي أقر به أو ما يفي منه بحقّ الحاجز بشرط اتباع الإجراءات المنصوص عليها في المادة (238) من هذا القانون.

## المادة 261- التنفيذ على أموال المحجوز لديه*

إذا لم يحصل الوفاء وفقاً للمادة (260)، ولا الإيداع طبقاً للمواد (244) و(245) من هذا القانون، كان للحاجز أن ينفذ على أموال المحجوز لديه بموجب سنده التنفيذي مرفقاً به صورة رسمية من تقرير المحجوز لديه، وذلك مع مراعاة ما تنص عليه المادة (233) من هذا القانون.

## المادة 262- الحجز على منقولات*

إذا كان الحجز على منقولات، بيعت بالإجراءات المقررة لبيع المنقول المحجوز لدى المدين.

## المادة 263- الحجز تحت يد الدائن*

يجوز للدائن أن يوقع الحجز تحت يد نفسه على ما يكون مديناً به لمدينه، ويكون ذلك بأمر من القاضي المختص يعلن إلى المدين مشتملاً على البيانات الواجب ذكرها في ورقة إبلاغ الحجز.

فإذا لم يكن بيد الحاجز سند تنفيذي أو حكم، تتبع الإجراءات والمدد المنصوص عليها في البنود (2، 3، 4، 5) من المادة (250) من هذا القانون.

الفصل الرابع

حجز المنقول لدى المدين

## المادة 264- المحضر*

1- مع مراعاة ما نصت عليه المادة (236) من هذا القانون، يجري الحجز بموجب محضر إلكتروني أو ورقي بحسب الأحوال، يحرر في مكان توقيعه، ويجب أن يشتمل فضلاً عن البيانات الواجب ذكرها في الإعلان على ما يأتي:

أ- ذكر السند التنفيذي.

ب- ذكر موطن الحاجز أو محل عمله في الدولة فإذا لم يكن له موطن أو محل عمل في الدولة وجب عليه تعيين موطن مختار له في دائرة المحكمة التي يجري فيها التنفيذ.

ج- مكان الحجز، وما قام به القائم بالتنفيذ من الإجراءات وما لقيه من العقبات والاعتراضات أثناء الحجز وما اتخذه بشأنها.

د- مفردات الأشياء المحجوزة بالتفصيل مع ذكر نوعها وأوصافها ومقدارها ووزنها أو مقاسها وبيان قيمتها بالتقريب.

2- يجب أن يوقع القائم بالتنفيذ والمدين إن كان حاضراً محضر الحجز، وفي حال امتناعه عن التوقيع يثبت القائم بالتنفيذ ذلك في محضر الحجز، ولا يعتبر مجرد توقيع المدين رضاءً منه بالحكم.

جميع الحقوق محفوظة لصادر ناشرون©