### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> BYJU'S ALPHA, INC.,[1] ) <br> ) <br>           Debtor. ) <br> ) | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 24-10140 (BLS) <br> ) |
| BYJU'S ALPHA, INC., ) <br>           Plaintiff, ) <br> ) <br>           v. ) <br> ) <br> BYJU RAVEENDRAN, DIVYA GOKULNATH, ) <br> and ANITA KISHORE, ) <br> ) <br>           Defendants. ) | ) Adv. Pro. Case No. 25-50526 (BLS) <br> ) <br> ) <br> ) **Ref. Adv. D.I. 84** <br> ) <br> ) <br> ) <br> ) |

### **CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Debtor's Request for Attorneys' Fees and Expenses in Accordance With Order Granting Plaintiffs' Motion to Hold Byju Raveendran in Contempt of Court for Failure to Comply with the Courts Orders and Request for Civil Sanctions* [Adv. Docket No. 84] (the "Motion") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") on August 6, 2025.

The undersigned further certifies that, as of the date hereof, he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served by 4:00 p.m. (ET) on July 7, 2025.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 Case is: 1007 N. Market Street Ste. G20 452, Wilmington, Delaware 19801.

33482179.1

As no responses to the Motion have been received, it is hereby respectfully requested that the proposed order attached as Exhibit A to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware  
       August 18, 2025

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*
Robert S. Brady (Del. No. 2847)
Kenneth J. Enos (Del. No. 4544)
Jared W. Kochenash (Del. No. 6557)
Timothy R. Powell (Del. No. 6894)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
rbrady@ycst.com
kenos@ycst.com
jkochenash@ycst.com
tpowell@ycst.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Benjamin Finestone (admitted pro hac vice)
Kate Scherling (admitted pro hac vice)
Jianjian Ye (admitted pro hac vice)
Jordan M. Nakdimon (admitted pro hac vice)
295 Fifth Avenue
New York, New York 10016
Tel.: (212) 849 7000
benjaminfinestone@quinnemanuel.com
katescherling@quinnemanuel.com
jianjianye@quinnemanuel.com
jordannakdimon@quinnemanuel.com

*Counsel for Debtor, BYJU's Alpha, Inc.*