## CERTIFICATE OF SERVICE

I, James R. Risener III, do hereby certify that on August 22, 2025, a copy of the foregoing *Reply in Support of Defendant Anita Kishore's Motion to Dismiss* was served on the below parties in the manner indicated.

                                                                         */s/ James R. Risener III*
                                                                          James R. Risener III (No. 7334)

| | |
|---|---|
| Robert S. Brady, Esq.<br>Kenneth J. Enos, Esq.<br>Jared W. Kochenash, Esq.<br>Timothy R. Powell, Esq.<br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Email:  rbrady@ycst.com<br>           kenos@ycst.com<br>           jkochenash@ycst.com<br>           tpowell@ycst.com<br><br>*Counsel for the Plaintiff*<br><br>**By Electronic Mail** | Susheel Kirpalani, Esq.<br>Benjamin Finestone, Esq.<br>Kate Scherling, Esq.<br>Daniel Holzman, Esq.<br>Jianjian Ye, Esq.<br>Jordan Nakdimon, Esq.<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>295 Fifth Ave., 9th Floor<br>New York, New York 10016<br>Email:  susheelkirpalani@quinnemanuel.com<br>           benjaminfinestone@quinnemanuel.com<br>           katescherling@quinnemanuel.com<br>           danielholzman@quinnemanuel.com<br>           jianjianye@quinnemanuel.com<br>           jordannakdimon@quinnemanuel.com.<br><br>*Counsel for the Plaintiff*<br><br>**By Electronic Mail** |