IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) ) BYJU'S ALPHA, INC.,[1] ) ) Debtor. ) ) ) ) ———————————————— ) ) BYJU'S ALPHA, INC., ) ) Plaintiff, ) ) v. ) ) BYJU RAVEENDRAN, DIVYA GOKULNATH, ) and ANITA KISHORE, ) ) Defendants ) | Chapter 11 Case No. 24-10140 (BLS) Adv. Pro. No. 25-50526 (BLS) **Ref. Docket Nos. 69, 74, 77 and 97** |

**NOTICE OF ZOOM SCHEDULING CONFERENCE
ON SEPTEMBER 5, 2025 AT 11:30 A.M. (ET)**

**PLEASE TAKE NOTICE** that the Court has scheduled a Zoom scheduling conference for September 5, 2025 at 11:30 a.m. (ET), before the Honorable Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801 regarding the following matters (together with any responses and related pleadings):

Adv. 25-50526

1.  Motion to Reconsider Order of Contempt Against Byju Raveendran [D.I. 69, 7/14/25]

2.  Defendant Anita Kishore's Motion to Dismiss [D.I. 74, 7/25/25]

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

33530535.1

3.  Defendants Byju Raveendran and Divya Gokulnath's Motion to Dismiss [D.I. 77, 7/25/25]

4.  Motion Pursuant to Federal Rule of Bankruptcy Procedure 7037 and Federal Rule of Civil Procedure 37(b)(2)(A)(vi) for Default Against Defendant Byju Raveendran [D.I. 97, (sealed) 8/11/25; D.I. 102 (redacted), 8/14/25]

Dated: September 4, 2025
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*
Robert S. Brady (Del. No. 2847)
Kenneth J. Enos (Del. No. 4544)
Jared W. Kochenash (Del. No. 6557)
Timothy R. Powell (Del. No. 6894)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
rbrady@ycst.com
kenos@ycst.com
jkochenash@ycst.com
tpowell@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Benjamin Finestone (admitted pro hac vice)
Kate Scherling (admitted pro hac vice)
Jordan M. Nakdimon (admitted pro hac vice)
295 Fifth Avenue
New York, New York 10016
Tel.: (212) 849 7000
benjaminfinestone@quinnemanuel.com
katescherling@quinnemanuel.com
jordannakdimon@quinnemanuel.com

Counsel for Plaintiff-Debtor, BYJU's Alpha, Inc.