IN THE UNTIED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BYJU'S ALPHA, INC.,<br><br>　　　　　　Debtor, | Chapter 11<br><br>Case No 24-10140 (BLS) |
| BYJU'S ALPHA, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BYJU RAVEENDRAN, DIVYA GOKULNATH, and ANITA KISHORE,<br><br>　　　　　　Defendants. | Adv. Pro. Case No. 25-50526 |

### DECLARATION OF BYJU RAVEENDRAN
### VERIFYING DISCOVERY RESPONSES

I, Byju Raveendran, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I submit this declaration in support of my responses to discovery entitled, *Defendant Byju Raveendran's Supplemental Responses and Objections to Debtor's Request for Production* ("RFP") and *Defendant Byju Raveendran's Supplemental Responses and Objections to Debtor's Interrogatories*. Except as otherwise indicated, all facts in this Declaration are based upon my personal knowledge. I am over the age of 18 and, if called upon to testify, I would testify competently to the facts set forth in this Declaration.

2. Based upon my personal knowledge, the responses in the *Defendant Byju Raveendran's Supplemental Responses and Objections to Debtor's Request for Production* sent to Plaintiff on September 9, 2025, are true and correct.

3. Subject to the objections and responses set forth in the RFP, all responsive documents within my possession, custody or control that were identified following a reasonable serachs, have been produced via counsel.

4. Based on my personal knowledge, the Responses in *Defendant Byju Raveendran's Supplemental Responses and Objections to Debtor's Interrogatories* sent to Plaintiff on September 9, 2025, are true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of September, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Byju Raveendran