# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| BYJU'S ALPHA, INC.,[1] ) | Chapter 11 |
| ) | |
| Debtor. ) | Case No. 24-10140 (BLS) |
| ) | |
| BYJU'S ALPHA, INC., ) | |
| Plaintiff, ) | Adv. Pro. Case No. 25-50526 (BLS) |
| ) | |
| v. ) | |
| ) | |
| BYJU RAVEENDRAN, DIVYA GOKULNATH, ) | |
| and ANITA KISHORE, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DEPOSITION OF BYJU RAVEENDRAN

**Attn To:**

**Byju Raveendran**

**c/o Daniel P. Hagelberg**
**824 N. Market Street, Suite 1001A**
**Wilmington, DE 19801**

**c/o Matthew E. Draper**
**100 Park Avenue, Suite 1600**
**New York, NY 10017**

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 Case is: 1007 N. Market Street Ste. G20 452, Wilmington, Delaware 19801.

**PLEASE TAKE NOTICE** that pursuant to Rules 26 and 30(b)(1) of the Federal Rules of Civil Procedure, Rules 7026 and 7030 of the Federal Rules of Bankruptcy Procedure, and Rule 7030-1(b) of the Local Rules of United States Bankruptcy Court for the District of Delaware, Plaintiff BYJU's Alpha, Inc. and Intervenor-Plaintiff GLAS Trust Company LLC (the "Plaintiffs") will take the deposition upon oral examination of Defendant Byju Raveendran ("Raveendran").

The deposition will begin at 9:00 am E.T. on September 17, 2025, and will continue until completed (the "Deposition"). The Deposition will take place at the offices of Quinn Emanuel Urquhart & Sullivan, LLP, 295 Fifth Avenue, New York, NY 10016 and shall be taken before a notary public or other duly authorized officer and shall be recorded by stenographic and audiovisual means. Raveendran may otherwise elect to have the Deposition take place at the offices of Young Conaway Stargatt & Taylor LLP, 1000 North King Street, Wilmington, Delaware 19801. Raveendran shall notify the Plaintiffs by no later than Friday, September 12, 2025 of his election regarding location.

The Deposition is being scheduled pursuant to the Court's orders dated May 9, 2025 and May 28, 2025 requiring Raveendran to "sit for a deposition" "within 28 days of completion of [his] document production" (Adv. D.I. 25 § 5; Adv. D.I. 34 § 4) and Raveendran's declaration dated September 9, 2025 (Adv. D.I. 130), purportedly verifying that Raveendran has produced "all responsive documents" within his possession. Plaintiffs reserve all rights with respect to the adequacy or completeness of Raveendran's production.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>September 10, 2025 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>/s/ *Kenneth J. Enos*<br>Robert S. Brady (Del. No. 2847)<br>Kenneth J. Enos (Del. No. 4544)<br>Jared W. Kochenash (Del. No. 6557)<br>Timothy R. Powell (Del. No. 6894)<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>rbrady@ycst.com<br>kenos@ycst.com<br>jkochenash@ycst.com<br>tpowell@ycst.com<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Benjamin Finestone (admitted *pro hac vice*)<br>Kate Scherling (admitted *pro hac vice*)<br>Jianjian Ye (admitted *pro hac vice*)<br>Jordan Nakdimon (admitted *pro hac vice*)<br>295 Fifth Ave.<br>New York, New York 10016<br>Tel.: (212) 849 7000<br>benjaminfinestone@quinnemanuel.com<br>katescherling@quinnemanuel.com<br>jianjianye@quinnemanuel.com<br>jordannakdimon@quinnemanuel.com<br><br>*Counsel for Debtor, BYJU's Alpha, Inc.* |

Dated: September 10, 2025
Wilmington, Delaware

/s/ *Laura Davis Jones*

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Laura Davis Jones (DE Bar No. 2436) <br> Peter J. Keane (DE Bar No. 5503) <br> 919 North Market Street, 17th Floor <br> P.O. Box 8705 <br> Wilmington, Delaware 19801 <br> Telephone:   (302) 652-4100 <br> Email:   ljones@pszjlaw.com <br>   pkeane@pszjlaw.com | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) <br> Richard U.S. Howell, P.C. (admitted *pro hac vice*) <br> Ravi Subramanian Shankar (admitted *pro hac vice*) <br> 333 West Wolf Point Plaza <br> Chicago, Illinois 60654 <br> Telephone:   (312) 862-2000 <br> Facsimile:   (312) 862-2200 <br> Email:   patrick.nash@kirkland.com <br>   rhowell@kirkland.com <br>   ravi.shankar@kirkland.com |
| **REED SMITH LLP** <br> David A. Pisciotta (admitted *pro hac vice*) <br> Nicholas B. Vislocky (admitted *pro hac vice*) <br> 599 Lexington Avenue, 22nd Floor <br> New York, New York 10022 <br> Telephone:   (212) 521-5400 <br> Facsimile:   (212) 521-5450 <br> Email:   dpisciotta@reedsmith.com <br>   nvislocky@reedsmith.com | -and- <br><br> Brian Schartz, P.C. (admitted *pro hac vice*) <br> 601 Lexington Avenue <br> New York, New York 10022 <br> Telephone:   (212) 446-4800 <br> Facsimile:   (212) 446-4900 <br> Email:   brian.schartz@kirkland.com <br><br> *Counsel to GLAS Trust Company LLC* |