**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BYJU'S ALPHA, INC.,[1] | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 24-10140 (BLS) |
| | ) | |
| | ) | |
| BYJU'S ALPHA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 25-50526 (BLS) |
| | ) | |
| BYJU RAVEENDRAN, DIVYA GOKULNATH, | ) | |
| and ANITA KISHORE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 29, 2025 AT 10:00 A.M. (ET)**

This hearing will be conducted in person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (Video or audio), and the advance registration requirements.

Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing using the eCourtAppearance tool (available here).

After the deadline has passed, an electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 case is: 1007 N. Market Street Ste. G20 452, Wilmington, Delaware 19801.

[2] **Amended items in bold.**

33592798.2

**MATTER GOING FORWARD**:

(Adv. No. 24-50526)

1. Plaintiffs' Motion Pursuant to Federal Rule of Bankruptcy Procedure 7037 and Federal Rule of Civil Procedure 37(b)(2)(A)(vi) for Default Against Defendant Byju Raveendran [D.I. 97, (sealed) 8/11/25; D.I. 102 (redacted), 8/14/25]

    Responses:

    A. Defendant Byju Raveendran's Opposition to Motion for Default Judgment [D.I. 121, 8/26/25]

    Related Documents:

    B. Declaration of Benjamin A. Finestone in Support of Plaintiffs' Motion Pursuant to Federal Rule of Bankruptcy Procedure 7037 and Federal Rule of Civil Procedure 37(b)(2)(A)(vi) for Default Against Defendant Byju Raveendran [D.I. 98, (sealed) 8/11/25; D.I. 103 (redacted), 8/14/25]

    C. Plaintiffs' Reply in Support of Motion Pursuant to Federal Rule of Bankruptcy Procedure 7037 and Federal Rule of Civil Procedure 37(b)(2)(A)(vi) for Default Against Defendant Byju Raveendran [D.I. 124, 9/2/25]

    D. Notice of Completion of Briefing [D.I. 125, 9/4/25]

    E. Notice of Deposition of Byju Raveendran [D.I. 131, 9/10/25]

    F. Defendant Byju Raveendran's Motion for a Protective Order and Relief from Plaintiffs' Deposition Notice [D.I. 134, 9/16/25]

    G. Plaintiffs' Opposition to Defendant Byju Raveendran's Motion for a Protective Order and Relief from Plaintiffs' Deposition Notice [D.I. 135, 9/19/25]

    H. **Reply in Support of Defendant Byju Raveendran's Motion for a Protective Order [D.I. 137, 9/26/25]**

    Status: A completion of briefing binder has been submitted to the Court. This matter is going forward. Plaintiffs have requested that Defendant's Motion for Protective Order also be heard at the Hearing (Matter F), **Defendant did not agree to that request.**

Dated: September 29, 2025
      Wilmington, Delaware      **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*
Robert S. Brady (Del. No. 2847)
Kenneth J. Enos (Del. No. 4544)
Jared W. Kochenash (Del. No. 6557)
Timothy R. Powell (Del. No. 6894)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
rbrady@ycst.com
kenos@ycst.com
jkochenash@ycst.com
tpowell@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Benjamin Finestone (admitted pro hac vice)
Kate Scherling (admitted pro hac vice)
Jordan M. Nakdimon (admitted pro hac vice)
295 Fifth Avenue
New York, New York 10016
Tel.: (212) 849 7000
benjaminfinestone@quinnemanuel.com
katescherling@quinnemanuel.com
jordannakdimon@quinnemanuel.com

Counsel for Plaintiff-Debtor, BYJU's Alpha, Inc.